UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC VASCULAR, INC. and<br>MEDTRONIC USA, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>ADVANCED CARDIOVASCULAR SYSTEMS,<br>INC. and GUIDANT SALES CORP.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 98-80-SLR<br>)  (consolidated with Civ. No. 98-314-SLR<br>)  and Civ. No. 98-316-SLR)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Medtronic Vascular, Inc. and Medtronic USA, Inc. (collectively "Medtronic"), plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Court's February 2, 2005 Final Judgment Pursuant To Fed. R. Civ. P. 54(b), which was entered on the docket on February 2, 2005. (D.I. 582). This notice is given pursuant to 28 U.S.C. § 1291 and in conformance with Fed. R. App. P. 3(a)(1) and 4(a)(1)(A).

Respectfully submitted this 2d day of March, 2005.

MORRIS, NICHOLS, ARSHT & TUNNELL
/s/Karen Jacobs Louden (#2881)
1201 N. Market St.
P.O. Box 1347
Wilmington, DE  19899-1347
(302)658-9200
Attorney for Plaintiffs Medtronic Vascular, Inc.
and Medtronic USA, Inc.
klouden@mnat.com

OF COUNSEL:

George M. Sirilla
William P. Atkins
Emily T. Bell
PILLSBURY WINTHROP LLP
1600 Tysons Boulevard
McLean, VA 22102
(703)905-2000

Raphael V. Lupo
Donna M. Tanguay
Mark G. Davis
James G. Rizzo
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005

Fay E. Morisseau
Matthew F. Weil
McDermott, Will & Emery
18191 Von Karman Avenue
Suite 400
Irvine, CA 92612-7107

March 2, 2005
453495