CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 2, 2005 I electronically filed a Notice Of Appeal with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>   Frederick L. Cottrell, III
>   Anne Shea Gaza
>   **Richards Layton & Finger**
>   One Rodney Square
>   P.O. Box 551
>   Wilmington, DE  19899

>   MORRIS, NICHOLS, ARSHT & TUNNELL
>   /s/Karen Jacobs Louden (#2881)
>   1201 N. Market St.
>   P.O. Box 1347
>   Wilmington, DE  19899-1347
>   (302)658-9200
>   Attorney for Plaintiffs Medtronic Vascular, Inc.
>   and Medtronic USA, Inc.
>   klouden@mnat.com

368479