IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORPORATION,<br><br>        Plaintiffs,<br><br>v.<br><br>MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 98-80-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**
**REGARDING SCHEDULE FOR POST-TRIAL MOTIONS**

Having discussed the matter with the Court during the telephone conference on March 2, 2005, the parties hereby stipulate, subject to order of the Court, to the following briefing schedule for post-trial motions in the above-captioned matter.

Opening briefs are due April 18, 2005. Responsive briefs are due May 18, 2005. Reply briefs are due June 1, 2005. In addition, on April 18, 2005, the parties will file their respective memoranda of law to assist the Court in deciding when and how to proceed with the damages/willfulness phase of these proceedings. If necessary, the parties may file brief responses to those memoranda on May 18, 2005.

_/s/ Frederick L. Cottrell, III_
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Cottrell@rlf.com
Gaza@rlf.com
Attorneys for Plaintiffs Advanced
Cardiovascular Systems, Inc. and Guidant
Sales Corporation

_/s/ Karen Jacobs Louden_
Karen Jacobs Louden (#2881)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
klouden@mnat.com
Attorneys for Defendants
Medtronic AVE, Inc. and
Medtronic USA, Inc.

RLF1-2849214-1

IT IS SO ORDERED this _____ day of March 2005.

_____
The Honorable Sue L. Robinson