Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

05-1280, -1281, -1282

ADVANCED CARDIOVASCULAR SYSTEMS, INC.
and GUIDANT SALES CORPORATION,

Plaintiffs-Appellees,

v.

MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC.,

Defendants-Appellants.

---

MEDTRONIC VASCULAR, INC.,

Plaintiff-Appellant,

v.

BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC.
(formerly known as Scimed Life Systems, Inc.), and MEDINOL LTD.,

Defendants-Appellees.

---

MEDTRONIC VASCULAR, INC.,

Plaintiff-Appellant,

v.

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC. (formerly known as Scimed Life Systems, Inc.),

Defendants-Appellees.

# O R D E R

UPON CONSIDERATION of the notices of appeal filed by Medtronic Vascular, Inc., et al., on March 2, 2005, in case no. 98-CV-80 from the District of Delaware (docketed as 05-1280), 98-CV-478 (docketed as 05-1281), and 04-CV-34 (docketed as 05-1282),

IT IS ORDERED THAT:

The appeals are consolidated.

March 16, 2005

FOR THE COURT



Jan Horbaly
Clerk

c:  George M. Sirilla, Esq.
    Gerald F. Ivey, Esq.
    Albert J. Breneisen, Esq.
    Clerk, U.S. District Court, Wilmington DE

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2005

JAN HORBALY
CLERK