# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

05-1280 - ADVANCED CARDIOVASCULAR V MEDTRONIC

03/16/05
(Date of Docketing)

Appeal from DCT NO. 98-CV-80

United States District Court / District of Delaware

Name of appellant(s): MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC.

Critical dates for counsel, pro se parties, and the court include:

    Date of docketing, as above (Rules 12 & 15)
    Entry of appearance due (Rule 47.3)
    Certificate of interest due (Rule 47.4)
    **Briefs due (Rule 31) "You will not receive a separate briefing schedule from the Clerk's Office".**
    Joint Statement of Compliance with Fed Cir. R. 33.
    **Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.**

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

  Attachments (with recipients noted) to this notice include:

    Official caption (All)
    Rules of Practice (pro se parties - attorneys must return the form below)
    Entry of appearance form (All counsel and pro se parties)
    Informal brief form (Pro se parties)
    Transcript Purchase Order form (Rule 3 appellants)
    Motion and Affidavit for Leave to Proceed in Forma Pauperis form (parties owing the docketing fee)

JAN HORBALY, Clerk

cc: USDC DE
    George M. Sirilla
    Gerald F. Ivey

The Federal Circuit's Rules of Practice are available by calling (202) 633-6550, and the Rules are likewise available for downloading at www.fedcir.gov.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

05-1280, -1281, -1282

ADVANCED CARDIOVASCULAR SYSTEMS, INC.
and GUIDANT SALES CORPORATION,

Plaintiffs-Appellees,

v.

MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC.,

Defendants-Appellants.

-------------------------------------------------------------------------------------

MEDTRONIC VASCULAR, INC.,

Plaintiff-Appellant,

v.

BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC.
(formerly known as Scimed Life Systems, Inc.), and MEDINOL LTD.,

Defendants-Appellees.

-------------------------------------------------------------------------------------

MEDTRONIC VASCULAR, INC.,

Plaintiff-Appellant,

v.

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC. (formerly known as Scimed Life Systems, Inc.),

Defendants-Appellees.

Appeals from the United States District Court for the District of Delaware in case nos. 98-CV-80 (consolidated with 98-CV-314 and 98-CV-316), 98-CV-478, and 04-CV-34, Chief Judge Sue L. Robinson.

Authorized Abbreviated Caption[2]

ADVANCED CARDIOVASCULAR v MEDTRONIC, 05-1280, -1281, -1282

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.