IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civ. No. 98-80-SLR |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC, | ) ) ) ) | |
| Defendants. | ) | |

O R D E R

At Wilmington this 30th day of March, 2005, having conferred with the parties;

IT IS ORDERED that a bench trial on inequitable conduct claims shall commence on **Tuesday, June 7, 2005**, at 9:30 a.m. for two days in courtroom 6B on the 6th floor, Boggs Federal Building, 844 King Street, Wilmington, Delaware. Plaintiffs and defendants each shall have six (6) hours in which to present their evidence.

                                                                                                 _____
United States District Judge