# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

By Hand & E-Filing

Francesca Tassone
Courtroom Deputy
United States District Court
District of Delaware
844 N. King St.
Wilmington, DE 19801

Re: ACS/Guidant v. Medtronic Vascular, Inc., C.A. No. 98-80 (SLR)

Dear Ms. Tassone:

We have learned that while Medtronic Vascular filed the correct version of its Opening Brief In Support Of Its Motion For New Trial with the Court in hard copy, it erroneously e-filed the wrong version of that document. Enclosed herewith is a disk which contains a PDF copy of the correct version of that brief. We respectfully request that this version be substituted for that currently at D.I. 653.

In addition, the enclosed disk contains a PDF of D.I. 654 which reflects the correct title of the brief: Medtronic's Opening Brief In Support Of Its Renewed Motion For Judgment As A Matter Of Law.

We apologize for any inconvenience.

Respectfully,

Karen Jacobs Louden

/cbh
cc:   Frederick L. Cottrell, III, Esq. (by hand)

461360