IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORPORATION, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 98-80-SLR ) |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC, | ) ) ) |
| Defendants. | ) |

ORDER

At Wilmington this 3d day of May, 2005,

IT IS ORDERED that a pretrial conference shall be held on **Monday, May 23, 2005, at 4:30 p.m.** in courtroom 6B on the sixth floor, Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge