IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORPORATION,<br><br>       Plaintiffs,<br><br>v.<br><br>MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC.,<br><br>       Defendants. | Civil Action Nos. 98-80, 98-314, 98-316-SLR (consolidated) |

### STIPULATION AND ORDER

The parties hereby stipulate, subject to order of the Court, that the Supplemental Pretrial Order Regarding the Inequitable Conduct Trial shall be filed on or before May 20, 2005.

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Cottrell@rlf.com
Gaza@rlf.com
Attorneys for Plaintiffs Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation

/s/ Karen Jacobs Louden
Karen Jacobs Louden (#2881)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
klouden@mnat.com
Attorneys for Defendants
Medtronic AVE, Inc. and
Medtronic USA, Inc.

IT IS SO ORDERED this _____ day of May 2005.

_____
The Honorable Sue L. Robinson