IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action Nos. **98-80**, 98-314, 98-316-SLR (consolidated) |
| v. | ) ) | |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) | |
| Defendants. | ) ) | |

### AMENDED STIPULATION AND ORDER
### REGARDING SCHEDULE FOR POST-TRIAL MOTIONS

The parties hereby stipulate, subject to order of the Court, that the Stipulation and Order Regarding the Schedule for Post-Trial Motions (D.I. 643) shall be amended as follows:

Answering briefs in opposition to Defendants' Motion for a New Trial Pursuant to Fed.R.Civ.P. 59(a) (D.I. 650) and Motion for Judgment as a Matter of Law (D.I. 651) shall be filed and served on or before June 17, 2005.

Reply briefs in further support of Defendants' Motion for a New Trial Pursuant to Fed.R.Civ.P. 59(a) (D.I. 650) and Motion for Judgment as a Matter of Law (D.I. 651) shall be filed and served on or before July 11, 2005.

RLF1-2874498-1

_____
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Cottrell@rlf.com
Gaza@rlf.com
Attorneys for Plaintiffs Advanced
Cardiovascular Systems, Inc. and Guidant
Sales Corporation

/s/ Karen Jacobs Louden
_____
Karen Jacobs Louden (#2881)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
klouden@mnat.com
Attorneys for Defendants
Medtronic AVE, Inc. and
Medtronic USA, Inc.

IT IS SO ORDERED this _____ day of May 2005.

_____
The Honorable Sue L. Robinson