IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No. 98-80 (SLR) (Consolidated with C. A. No. 98-314 (SLR) and C. A. |
| v. | ) ) | No. 98-316 (SLR)) |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendant, through undersigned counsel, will take the oral depositions of Edward J. Lynch at the offices of Duane Morris LLP, One Market - Spear Drive, San Francisco, California 94105 commencing at 10:00 a.m. on May 20, 2005.

The deposition will be recorded stenographically and by video and will be taken before an officer authorized to administer oaths.  This deposition is being taken for purposes of discovery, for use at trial, for both of the foregoing reasons, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Karen Jacobs Louden
Karen Jacobs Louden (#2881)
klouden@mnat.com
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
Attorneys for Attorneys for Defendants
Medtronic Vascular, Inc. and Medtronic USA, Inc.

OF COUNSEL:

Raphael V. Lupo
Donna M. Tanguay
Mark G. Davis
James G. Rizzo
McDERMOTT WILL & EMERY  LLP
600 13th Street, N.W.
Washington, DC  20005

Fay M. Morisseau
Mauricio A. Flores
Matthew F. Weil
Michael R. O'Neill
David M. Stein
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue
Suite 400
Irvine, CA  92612-7107

May 16, 2005
465424

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 16, 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Frederick L. Cottrell, III
>Anne Shea Gaza
>**Richards Layton & Finger**
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

I further certify that on May 16, 2005 I served copies of the foregoing to the following counsel in the manner indicated:

>**By Hand**
>
>Frederick L. Cottrell, III
>Anne Shea Gaza
>**Richards Layton & Finger**
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

>MORRIS, NICHOLS, ARSHT & TUNNELL
>
>   /s/ Karen Jacobs Loude
>Karen Jacobs Louden (#2881)
>1201 N. Market St.
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302)658-9200
>Attorney for Plaintiffs Medtronic Vascular, Inc. and Medtronic USA, Inc.
>klouden@mnat.com