# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200

Leslie A. Polizoti
lpolizoti@mnat.com                   302 658 3989 Fax

June 3, 2005

**BY ELECTRONIC FILING**
The Honorable Sue L. Robinson
United States District Court
 for the District of Delaware
844 King Street
Wilmington, Delaware 19801

        Re:    <u>Medtronic Vascular, Inc. v. ACS/Guidant, C.A. No. 98-80 (SLR)</u>

Dear Chief Judge Robinson:

        On behalf of Medtronic, I am writing to request permission to retrieve physical exhibit DTX 86 for use in the inequitable conduct trial in this matter. We would also like to have all of the documentary exhibits previously admitted available during the trial. Please let us know if there is any additional information that would facilitate our request.

        Respectfully,

        /s/ Leslie A. Polizoti (#4299)

cc:    Dr. Peter T. Dalleo, Clerk (by hand)
        Frederick L. Cottrell, III, Esq. (by hand)
        Michael V. O'Shaughnessy, Esq. (by facsimile)

468383