%AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    DELAWARE

MEDTRONIC VASCULAR, INC.

V.

ACS/ GUIDANT SALES CORP.

**EXHIBIT AND WITNESS LIST**

Case Number:    98-80-SLR

| PRESIDING JUDGE SUE L. ROBINSON | PLAINTIFF'S ATTORNEY KAREN JACOBS LOUDEN | DEFENDANT'S ATTORNEY FREDERICK COTTRELL, III |
|---|---|---|
| TRIAL DATE (S) 6/7/05-6/8/05 | COURT REPORTER V. GUNNING | COURTROOM DEPUTY TASSONE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| DTX | 86 | 6/7/05 | | YES | Already in evidence, admitted during 2/05 trial    (Stertzer) |
| DTX | 495 | 6/7/05 | | obj/YES | 4 pictures    (Stertzer) |
| AX | 18 | 6/7/05 | | YES | U.S. Patent '331 - already in evidence, admitted during 2/05 trial    (Stertzer) |
| AX | 62 | 6/7/05 | | YES | already in evidence, admitted during the 2/05 trial    (Stertzer) |
| DTX | 1577 | 6/7/05 | | obj/YES | Physical Exhibit - Staple    (Stertzer) |
| DTX | 1319 | 6/7/05 | | obj/YES |    (Boneau) |
| DTX | 1005 | 6/7/05 | | YES | Application for Letters Patent    (Boneau) |
| DTX | 0076 | 6/7/05 | | YES | 30 July 1990 Letter to Simpson from Boneau    (Boneau) |
| DTX | 227 | 6/7/05 | | YES | picture    (Boneau) |
| DTX | 482 | 6/7/05 | | YES | picture    (Boneau) |
| DTX | 497 | 6/7/05 | | YES | picture    (Boneau) |
| AX | 40 | 6/7/05 | | YES | previously admitted    (Wagoner) |
| AX | 21 | 6/7/05 | | YES | U.S. Patent '053, Boneau    (Wagoner) |
| DTX | 1000-79 | 6/7/05 | | YES | U.S. Patent '917, Lee    (Wagoner) |
| DTX | 1012 | 6/7/05 | | YES | 9 March 1990 Letter to Lynch from Eakin    (Lynch) |
| DTX | 1008 | 6/7/05 | | YES | 1/31/90 Billing Preview    (Lynch) |
| DTX | 1009 | 6/7/05 | | YES | Invoice 1/31/90    (Lynch) |
| DTX | 1010 | 6/7/05 | | YES | 3/31/90 Billing Preview    (Lynch) |
| DTX | 1011 | 6/7/05 | | YES | Invoice 3/31/90    (Lynch) |
| DTX | 911 | 6/7/05 | | YES | File History    (Lynch) |
| DTX | 21 | 6/7/05 | | YES | File History    (Lynch) |
| AX | 8 | 6/7/05 | | YES | previously admitted    (Lynch) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Medtronic | vs. | ACS | CASE NO. 98-80-SLR |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| DTX | 1163 | 6/7/05 | | YES | Priviledge Log - 2 entries |
| DTX | 1014 | 6/7/05 | | YES | Bronco Product Reviews Feasibility Review (same as AX 268, see AX 268)    (McDermott) |
| AX | 2586 | 6/8/05 | | YES | Lau Pros. History |
| AX | 1 | 6/8/05 | | YES | Previously admitted in 2/05 trial    (Saigal) |
| DTX | 20 | 6/8/05 | | YES | U.S. Patent '893, Lau et al.    (Saigal) |
| AX | 160 | 6/8/05 | | YES | Previously admitted in 2/05 trial    (Saigal) |
| AX | 6 | 6/8/05 | | YES | Previously admitted in 2/05 trial    (Saigal) |
| AX | 7 | 6/8/05 | | YES | Previously admitted in 2/05 trial    (Saigal) |
| DTX | 1000-7 | 6/8/05 | | YES | U.S. Patent '719    (Saigal) |
| DTX | 65 | 6/8/05 | - | | (Orth) |
| DTX | 1323 | 6/8/05 | | YES | Design Review: 11/25/91    (Orth) |
| DTX | 1579 | 6/8/05 | | YES | Mngt. By Objectives and Results    (Orth) |
| AX | 5 | 6/8/05 | | YES | Previously admitted in 02/05 trial    (Lau) |
| AX | 798 | 6/8/05 | | YES | Lab Notebook    (Lau) |
| AX | 799 | 6/8/05 | | YES | Lab Notebook    (Lau) |
| AX | 800 | 6/8/05 | | YES | Lab Notebook    (Lau) |
| AX | 268 | 6/8/05 | | YES | Bronco Product Reviews Feasibility Review    (Lau) |
| DTX | 1575 | 6/8/05 | - | | (Lynch) |
| DTX | 1324 | -18 6/8/05 | | YES | U.S. Patent '823 Schwartz, et al.    (Segal) |
| DTX | 1000- | 53 6/8/05 | | YES | U.S. Patent '706    (Segal) |
| AX | 2567 | 6/8/05 | | YES | European Patent App.    (Segal) |
| AX | 2639A | 6/8/05 | | YES | Percutaneously Placed Endovascular Grafts...    (Segal) |
| AX | 2639B | 6/8/05 | | YES | Self-Expanding Endovascular Graf... |
| AX | 2639C | 6/8/05 | | YES | U.S. Patent '325 Robinson et al.    (Segal) |
| AX | 2639D | 6/8/05 | | YES | Tracheobronchial Tree...    (Segal) |
| AX | 835A | 6/8/05 | | YES | Pltfs' Objs and Responses to 1st set of req. for adm. (Nos. 1-150) |
| AX | 204 | 6/8/05 | | NO | |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | Medtronic | | vs. | ACS | CASE NO. 98-80-SLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| AX | 270 | 6/8/05 | | NO | |
| AX | 845A | 6/8/05 | | YES | Pltfs' Amended Responses to interrog No. 12... |
| AX | 846A | 6/8/05 | | YES | Pltfs' 5th Supplemental objs and responses to interrogs (Nos. 1-34) |

Page 3 of 3 Pages