Ex. 1

Michael D. Bonneau                                  April 22, 2004
Vol. XI_Day 2            Irvine, CA

```
                                                              259
                                              ORIGINAL
 1          IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF DELAWARE
 3   MEDTRONIC VASCULAR, INC., and MEDTRONIC )
     USA, INC.,                              )
 4                                           )   Civil Action No.
                       Plaintiffs,           )   90-80-SLR
 5                                           )   (Consolidated with
     vs.                                     )   90-314-SLR and
 6                                           )   98-316 SLR)
     ADVANCED CARDIOVASCULAR SYSTEMS, INC.,  )
 7   and GUIDANT SALES CORPORATION,          )
                                             )
 8                     Defendants.           )
                                             )
 9   _____
                                             )
     MEDTRONIC VASCULAR, INC.,               )
10                                           )   Civil Action No.
                       Plaintiff,            )   98-478-SLR
11                                           )
     vs.                                     )
12                                           )
     BOSTON SCIENTIFIC CORPORATION, SCIMED   )
13   LIFE SYSTEMS, INC., BOSTON SCIENTIFIC   )
     SCIMED, INC., and MEDINOL, LTD.,        )
14                                           )
                       Defendants.           )
15   _____)
                                             )
16   MEDTRONIC VASCULAR, INC., and MEDTRONIC )
     USA, INC.,                              )
17                                           )   Civil Action No.
                       Plaintiffs,           )   04-0034-SLR
18                                           )
     vs.                                     )
19                                           )
     BOSTON SCIENTIFIC CORPORATION, SCIMED   )
20   LIFE SYSTEMS, INC., and BOSTON          )
     SCIENTIFIC SCIMED, INC.,                )
21                                           )
                       Defendants.           )
22   _____)
```

Henderson Legal / Spherion
(202) 220-4158

Michael D. Bonneau   April 22, 2004
Vol. XI_Day 2   Irvine, CA

```
                                                             298
 1        THE WITNESS:  Yes, late 1989, early 1990.
 2   BY MR. PANITCH:
 3        Q    All right.  After the completion of your
 4   discussions with ACS in the 1989 time frame?
 5        A    Yes.
 6        Q    Okay.  And you didn't restart discussions with ACS
 7   until the summer of 1990, correct?
 8        A    Correct.
 9        Q    So if ACS had come up with the idea of connecting
10   stents before the summer of 1990, they could not have
11   received that information from you because you wouldn't --
12   you had no time when you could have communicated it to them,
13   correct?
14        A    That would be correct.
15        Q    All right.
16        A    Well, you know --
17        Q    Let me -- I've got --
18        MR. MORISSEAU:  Well, I think he wants to add --
19             Do you want to add something to your answer?
20        THE WITNESS:  Well, yeah.  You know what?  Now that, I
21   guess, I think about this question, so what you're saying or
22   what question you asked me was that if ACS came up with a
```