Ex. 4

Farhad Khosravi               Highly Confidential                April 30, 2004
                              Palo Alto, CA

```
                                                                    1
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF DELAWARE
 3
 4                         -oOo-                    CERTIFIED
 5                                                    COPY
 6   MEDTRONIC VASCULAR, INC.,  ) Civil Action No. 98-80-SLR
     and MEDTRONIC USA, INC.    ) (Consolidated with Civil
 7                              ) Action No. 98-314-SLR and
                    Plaintiffs, ) Civil Action No.98-316-SLR)
 8                              )
                    VS.         )
 9                              )
     ADVANCED CARDIOVASCULAR    )
10   SYSTEMS, INC.,             )
                                )
11                  Defendant.  )
     _____)
12
13            HIGHLY CONFIDENTIAL TRANSCRIPT
14        VIDEOTAPED DEPOSITION OF FARHAD KHOSRAVI
15                FRIDAY, APRIL 30, 2004
16
17       Deposition of FARHAD KHOSRAVI, taken on behalf
18   of Medtronics, at 700 Hanson Way, Palo Alto,
19   California, commencing at 9:34 A.M., on FRIDAY, APRIL
20   30, 2004, before LESIA J. MERVIN, CSR No. 4753, RMR,
21   Certified Realtime Reporter.
22
```

Farhad Khosravi         Highly Confidential         April 30, 2004
                        Palo Alto, CA

197

1       A.   I don't recall if I did.

2       Q.   Did you ever see a copy of a patent

3  application on Boneau stent technology?

4       A.   I don't recall if I have.

5       MR. FLORES:  I'd like to have marked as our

6  Exhibit 11 a document entitled, "Application For

7  Letters Patents For Endovascular Support Device and

8  Method," bearing production numbers ACS 22831 through

9  -45.

10      (Whereupon, Deposition Exhibit 11 was marked

11 for identification.)

12 BY MR. FLORES:

13      Q.   Would you review this document,

14 Mr. Khosravi, in sufficient detail to be able to answer

15 the question whether you have ever seen this document

16 before today?  Can you answer the question now?  Have

17 you ever seen this document before today, our Exhibit

18 11?

19      A.   No, I have not.

20      Q.   Okay.  Did you at any time, while you

21 were at ACS, become aware of the existence of an

22 application for patent on the Boneau stent technology?

Farhad Khosravi          Highly Confidential          April 30, 2004
                           Palo Alto, CA

198

1    A.   Not that I can recall.
2    Q.   Did Dr. Stertzer ever mention the
3    existence of a patent application on that technology?
4    A.   Not that I can recall.
5    Q.   Did he mention the possibility of
6    such -- that a patent application would be filed on the
7    Boneau stent technology?
8    A.   Not that I can recall.
9    Q.   Do you recall whether anybody ever
10   mentioned the possibility that a copy of the patent
11   application would be a good way to get information
12   about the Boneau stent technology?
13   A.   No.
14   Q.   When you were evaluating the Boneau
15   stent technology in connection with your July 1990
16   feasibility review, did you or anyone else at ACS
17   consider the possibility of looking to the patent
18   application as a source of information about Boneau's
19   stent?
20   A.   Not that I can recall.
21   MR. FLORES: I'd like to mark as our next,
22   Exhibit 12, a one-page letter dated March 9, 1990, from

290

1   described in both Atlanta and in Dallas?

2       A.  I have no doubts.

3       Q.  Okay.  And one last question.
4   Mr. Flores asked you, and there was a quote where you
5   talked about if you made the Boneau out of a tube the
6   same way as the Bronco, would it become the Bronco.
7   And just to be clear for the record, you're not saying
8   if you took the single Boneau stent and you made it out
9   of a tube, it would be the same as a Bronco, correct?
10  You identified a bunch of differences.

11      A.  No, I'm not saying that.

12      Q.  Okay.  What are you saying when you say
13  that?

14      A.  I'm saying that if you make the -- make
15  Boneau out of a tube, make the segments short enough,
16  have the number of segments closely enough connected to
17  each other, then effectively it's a Bronco stent.

18      Q.  But do you see the two designs as being
19  at all similar?

20      A.  No.

21      MR. MORIN:  That's it.  I have no further
22  questions.  Thank you everyone.