## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were served this 17th day of June 2005 on counsel in the manner indicated below:

| **VIA HAND DELIVERY** | **VIA FEDERAL EXPRESS** |
|---|---|
| Karen Jacobs Louden, Esquire | Raphael V. Lupo, Esquire |
| Philip H. Bangle, Esquire | Donna M. Tanguay, Esquire |
| Morris, Nichols, Arsht & Tunnell | Mark G. Davis, Esquire |
| 1201 N. Market Street | McDermott, Will & Emery |
| P.O. Box 1347 | 600 13th Street, N.W. |
| Wilmington, DE 19899 | Washington, DC 20005 |

Anne Shea Gaza (#4093)

RLF1-2826115-1