IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORP., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 98-80-SLR |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER ON SCHEDULE FOR
POST-TRIAL MOTIONS ON INEQUITABLE CONDUCT**

Having conducted a two-day bench trial June 7-8, 2005 pertaining to Defendant Medtronic Vascular's ("Medtronic") claims of inequitable conduct against Plaintiff Advanced Cardiovascular Systems, Inc. ("ACS"), and with the Court's agreement that the parties may submit post-trial briefs, the parties hereby stipulate, subject to the approval of the Court, to the following briefing schedule:

Medtronic's opening brief shall be filed and served on or before July 28, 2005. ACS's answering brief shall be filed and served on or before September 19, 2005. Medtronic's reply brief shall be filed and served on or before October 7, 2005.

| | |
|---|---|
| RICHARD, LAYTON & FINGER | MORRIS, NICHOLS, ARSHT & TUNNELL |
| */s/ Anne S. Gaza* | */s/ Karen Jacobs Louden* |
| Frederick L. Cottrell, III (#2555) | Karen Jacobs Louden (#2881) |
| Anne S. Gaza (#4093) | 1201 N. Market Street |
| One Rodney Square | P.O. Box 1347 |
| P.O. Box 551 | Wilmington, DE 19899 |
| Wilmington, Delaware 19899 | (302) 658-9200 |
| (302) 651-7700 | Attorneys for Defendant Medtronic Vascular, Inc. |
| Attorneys for Plaintiffs Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation | |

SO ORDERED this __ day _____, 2005.

_____
Robinson, C.J.

471571