IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORP., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 98-80-SLR |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendants Medtronic Vascular, Inc. and Medtronic USA, Inc. to serve their reply briefs in support of their motion for judgment as a matter of law (D.I. 651) and motion for new trial pursuant to Fed. R. Civ. P. 59(a) (D.I. 650), is hereby extended through and including July 18, 2005.

| | |
|---|---|
| RICHARD, LAYTON & FINGER | MORRIS, NICHOLS, ARSHT & TUNNELL |
| */s/ Anne S. Gaza* | */s Karen Jacobs Louden* |
| Frederick L. Cottrell, III (#2555) | klouden@mnat.com |
| Anne S. Gaza (#4093) | Karen Jacobs Louden (#2881) |
| One Rodney Square | 1201 N. Market Street |
| P.O. Box 551 | P.O. Box 1347 |
| Wilmington, Delaware 19899 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 658-9200 |
| Attorneys for Plaintiffs Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation | Attorneys for Defendant Medtronic Vascular, Inc. |

SO ORDERED this __ day _____, 2005.

_____
Robinson, C.J.

472819