IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| MEDTRONIC VASCULAR, INC., and<br>MEDTRONIC USA, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ADVANCED CARDIOVASCULAR SYSTEMS,<br>INC., and GUIDANT SALES CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 98-80-SLR<br>(Consolidated with<br>C.A. No. 98-314-SLR and<br>C.A. No. 98-316-SLR)<br><br>Hon. Sue Robinson (Chief Judge) |

## NOTICE OF FILING

The Clerk of the Court will please note that the defendants, Advanced Cardiovascular Systems, Inc. and Guidant Sales Corp. (collectively "ACS"), hereby file the following pages for substitution in the above-referenced action for the corresponding pages contained in the file for received exhibits. This filing is pursuant to an agreement of the parties and leave of Court during proceedings on June 8, 2005. The pages for substitution are as follows:

1. **Notebook #475** (Exhibit No. AX-798)

    Page 1 dated July 17, 1989 (shown in demonstrative ADX 160.8)
    Page 2 dated July 17, 1989 (shown in demonstrative ADX 160.9)
    Page 131 dated January 17, 2005 (shown in demonstrative ADX 160.10)

2. **Notebook #597** (Exhibit No. AX-799)

    Page 34 dated February 2, 1990 (shown in demonstrative ADX 160.11)
    Page 41 dated March 2, 1990 (shown in demonstrative ADX 160.13)
    Page 42 dated March 2, 1990 (shown in demonstrative ADX 160.14)

3. **Notebook #626** (Exhibit No. AX-800)

    Page 36 dated June 5, 1990 (shown in demonstrative ADX 160.16)
    Page 67 dated in August 1990 (shown in demonstrative ADX 160.18)

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Anne S. Gaza (#4093)
Gaza@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7509
Attorneys for
Advanced Cardiovascular Systems, Inc. and
Guidant Sales Corporation

OF COUNSEL:

J. Michael Jakes
Gerald F. Ivey
Gerson S. Panitch
Michael A. Morin
FINNEGAN, HENDERSON, FARABOW
 GARRETT & DUNNER, L.L.P.
1300 I Street, N.W., Suite 700
Washington, D.C. 20005
(202) 408-4000

Dated: July 11, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

I hereby certify that on July 11, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

Raphael V. Lupo, Esquire
Donna M. Tanguay, Esquire
Mark G. Davis, Esquire
McDermott, Will & Emery
600 13th Street, N.W.
Washington, DC 20005

Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
GAZA@rlf.com

RLF1-2877733-1