July 17, 1989

"Hoops and Stocking" Stent Concept

A new design concept for a coronary stent was conceived. This concept consists of a series of thin, stiff circular rings placed longitudinally along the length of the stent. The rings are held together by a porous, stocking-like mesh material. Structurally, this stent would be similar to the human thorax or a vacuum cleaner hose.

mesh
(thin, flexible, porous, biodegradable)

rings (metal, plastic?)

The stent's main feature is its flexibility in & out of longitudinal plane bending. Because of this, it can bend with the artery, thus allowing the artery to transmit vibration through it. The stiff rings and the mesh work to hold the artery or stenosis open. In doing so, loose flaps in the artery are also "tacked" up.

To deliver the stent to the stenosis in a balloon catheter system can be used. In order to achieve a reduction in the profile of the stent during delivery, the stent can be collapsed (as shown)

(in collapsed state rings are just "pushed over")

rings tipped over

slipping the rings over only achieves a profile reduction in one plane. The rings can also be collapsed for a reduced profile.

← collapsed ring.

In both cases, inflation of the delivery balloon erects the rings and stent into its desired operating configuration.

Other means of of obtaining a reduced profile include using "non-solid" rings. For example, hinged rings ⟵⟶ or by tie-wrap type mechanisms for locking or adjustable rings.

Rings can be coiled into a collapsed state. Indentations or teeth on the surfaces can provide a locking mechanism which holds the ring diameter constant and also provides a guiding or alignment mechanism.

For example:

← adjacent surfaces

Sepehr Fariabi 9/11/89
Lilip Lau 7/17/1989

January 17, 1990

In addition, circumferential bands could be incorporated into the structure as reinforcing hoops. These hoops would hold the stent open but the links themselves would be responsible for backing supporting any dissections or flaps. These rings could be made out of a material which softens with heat. The rings would thus be plastically deformed to remain at a larger diameter.

reinforcing rings

Lilip Lau   1/17/1990

[signature]   1/30/90