February 22, 1990 — Balloon Expandable Hoop and Netting Stent Concept - cont'd.

To prevent shortening of the stent during expansion, longitudinally oriented bars between the hoops could be used. The bars should be stiff enough to prevent the shortening tendency caused by the mesh but should restrict the motion between the hoops as little as possible.

Prototypes were made using wire but a more for better device could be made by photo-etching from a metal tube.

Several placement configurations for the cross bars are possible.

→ single line

→ alternating 0°, 180°

→ alternating by 90°

The presence of these cross bars might help support the mesh in addition to preventing any shortening. This support would prevent any sagging of the mesh between hoops.

Another means of preventing the sagging of the mesh would be by pretension

March 2, 1990

Balloon Expandable Frame for "Hoop and Stocking" Stent

The following is a description of a design for the "Hoop and Stocking" stent concept.

To allow the hoops to grow in diameter a possible scheme of enlarging them would be to plastically deform the base material. In permanently deforming the material the bends would be straightened, thereby increasing the circumference, thus the diameter of the hoop. Starting with a "zig-zag" hoop an end would increase

~~~ side view

◯ top

in the hoop diameter can be achieved by inflating a balloon on the inside. This would cause the zig-zags to straighten and the circumference and diameter to increase.

A stent could be constructed by using an array of these hoops to support a stretchable tube. To prevent shortening caused by the radial enlargement, interconnecting ribs can be placed between the teeth as described on page 34.

A possible method of making such a device would be to have the hoop structure photoetched from a tube.

March 2, 1990

This would appear to be feasible using the method of using a $CO_2$ laser to ablate a pattern into photoresist. Having done so the tube could be acid etched to create the desired structure.

sketch of pattern to be cut (shown in cut and rolled flat form).

when expanded the pattern would appear to be less wavy.

Lilip Lau 3/5/1990