36

June 5, 1990

## Zig-Zag Ring Pattern for Etching Metal Tubes

The following is a pattern for a stent to be etched from .060" OD x .056" ID 316L Stainless Steel tubes using the laser ablation of Photo-Resist technique.

The sketch below shows a flattened

[Sketch: flattened view of etched tube pattern, dimensions 0.7700 long × 0.1940 wide, dated 6/5/1990]

[Detail sketch labeled "Zig-Zag Rings, LL 6/4/1990" with dimensions .024, .010, .039, .004, .002]

view of a tube if it were cut along its length and flattened. The interconnecting bars between the hoops are meant to hold the structure together for etching and may be cut out to achieve the desired stent structure. The tube would be expanded into an artery on a PTCA balloon. The deformation or increase in diameter would result from a plastic deformation

