# EXHIBIT A

**DTX 149A**



**DTX 150A**

