IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No. 98-80 (SLR) (Consolidated with C. A. No. 98-314 (SLR) and C. A. |
| v. | ) ) | No. 98-316 (SLR)) |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) | |
| Defendants. | ) | |

## MEDTRONIC'S REQUEST FOR ORAL ARGUMENT

Defendants Medtronic Vascular, Inc. and Medtronic USA, Inc. ("Medtronic") advise the Court that briefing is complete on their motion for new trial (D.I. 650) and renewed motion for judgment as a matter of law (D.I. 651). Medtronic respectfully requests oral argument on these motions pursuant to D. Del. L.R. 7.1.4.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/   *Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
Attorneys for Defendants Medtronic Vascular, Inc.
 and Medtronic USA, Inc.

OF COUNSEL:

Raphael V. Lupo
Donna M. Tanguay
Mark G. Davis
James G. Rizzo
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005

Fay M. Morisseau
Mauricio A. Flores
Matthew F. Weil
Michael R. O'Neill
David M. Stein
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue
Suite 400
Irvine, CA 92612-7107

July 21 2005
475139

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 21, 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Frederick L. Cottrell, III
>Anne Shea Gaza
>**Richards Layton & Finger**
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19899

I further certify that on July 21, 2005 I served copies of the foregoing to the following counsel in the manner indicated:

>**By Hand**
>
>Frederick L. Cottrell, III
>Anne Shea Gaza
>**Richards Layton & Finger**
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19899

>MORRIS, NICHOLS, ARSHT & TUNNELL
>
>    /s/ Karen Jacobs Louden
>Karen Jacobs Louden (#2881)
>1201 N. Market St.
>P.O. Box 1347
>Wilmington, DE  19899-1347
>(302)658-9200
>Attorney for Plaintiffs Medtronic Vascular, Inc. and Medtronic USA, Inc.
>klouden@mnat.com