# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORP., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | Civ. No. 98-80-SLR |

## ORDER

At Wilmington, Delaware, this ____ day of _____, 2005, having considered all arguments in support of and in opposition to ACS's motion;

**IT IS ORDERED** that ACS's motion is hereby GRANTED and that ACS's COMBINED SUR-REPLY TO MEDTRONIC'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW (D.I. 651) AND MOTION FOR NEW TRIAL (D.I. 650) is deemed filed and served as of the date of this Order.

_____
The Honorable Sue L. Robinson
Chief Judge
U.S. District Court for the District of Delaware