# EXHIBIT A

# Timeline

| | | |
|---|---|---|
| **1988** | **Oct:** | Boneau invents Boneau stent. |
| **1989** | **May:** | Boneau meets with ACS and discloses Boneau stent to ACS. |
| | **Aug 24:** | Boneau patent application filed with PTO. |
| | **Aug:** | Boneau gives the Boneau patent application to ACS. |
| | **Sep:** | ACS tells Boneau it has no interest in Boneau stent. |
| **1990** | **Jan:** | ACS's in-house patent counsel, Barclay, requests ACS's outside patent counsel, Lynch, to provide report on Boneau. |
| | **Jan:** | Lynch reviews Boneau patent application and provides written report to Barclay. |
| | **Mar:** | Lynch gets a **second** copy of Boneau patent application, reviews it and discusses it with the head of ACS's stent business unit, McDermott. |
| | **Jul:** | Lau issues report to ACS's management on Boneau stent and other stents. |
| | **Jul:** | ACS contacts Boneau and expresses renewed interest in Boneau stent. |
| | **Aug/Sep:** | Boneau and Stertzer make extensive disclosures to ACS reps, including Lau and Orth. |
| | **Sep:** | ACS communicates with Lynch about filing Lau patent applications. |
| | **Sep:** | For **second** time, ACS advises Boneau it has no interest in Boneau stent. |
| **1991** | **Oct:** | Lynch files first Lau application. **No disclosure of Boneau.** |
| **1992** | **Aug:** | Disclosure of 80+ references to PTO in connection with Lau application. **No disclosure of Boneau.** |
| **1995** | **Jun:** | Lau `955 Patent issues. **No disclosure of Boneau.** |
| **1996** | **May:** | Lau `154 Patent issues. **No disclosure of Boneau.** |
| **1997** | **Feb:** | Lau `516 Patent issues. **No disclosure of Boneau.** |
| | **Aug:** | 1st disclosures of Boneau. ACS twice confirms that Boneau is "relevant." |

EXHIBIT B



# Lau Inequitable
## Conduct Timeline (1988 - 1989)

In October of 1988, Michael Boneau invents the Boneau stent. (D.I. 636, Tr. 1210:21-1212:6; AX-18)

**May 1989**
Boneau begins discussing the Boneau stent with the Vice-President and the Director of ACS's R&D. (D.I. 670, Tr. at 113:13-115:13)

**Jul 1989**
ACS hires Lilip Lau as a stent engineer and Elizabeth McDermott is his supervisor. (D.I 670, Tr. at 263:22-264:23; D.I. 671, Tr. at 424:12-13)

**Aug 1989**
Boneau provides ACS's Director of R&D, Dr. Gary Schneiderman, with a copy of his Boneau patent application. The two also discuss the clinical work done by Dr. Simon Stertzer using the Boneau stent. (D.I. 670, Tr. at 115:17-116:24)

**Aug 24, 1989**
Boneau files his U.S. Patent Application No. 07/398,180. (D.I. 670, Tr. at 115:17-116:2)

**Sep 1989**
Dr. Schneiderman advises Boneau that ACS is not interested in pursuing the Boneau stent. (D.I. 670, Tr. at 116:25-117:12)

May 1, 1989 | May 16, 1989 | Jun 1, 1989 | Jun 16, 1989 | Jul 1, 1989 | Jul 15, 1989 | Aug 1, 1989 | Aug 15, 1989



# Lau Inequitable Conduct
# Timeline 1990

**Jan 1990**
ACS's VP of R&D, Wilfred Samson, instructs ACS's in-house patent counsel, Bruce Barclay, to have ACS's outside patent counsel, Edward Lynch, conduct a review of the Boneau application. (D.I. 670, Tr. at 213:22-215:1)

**Jan 15, 1990**
ACS's outside patent attorney Lynch spends two hours reviewing the Boneau application. (D.I. 670, Tr. at 234:7-235:12, D.I. 671, Tr. at 548:17-549:1; DTX-1008)

**Jan 17, 1990**
Two days later, Lynch spends another two and a half hours reviewing the Boneau application and preparing a report relating to his review. This report is sent by Lynch to ACS's in-house patent counsel, Bruce Barclay, this day. (D.I. 670, Tr. at 234:7-235:12, 239:25, DTX-1008; DTX-1163)

Lau claims to have reached one of the "milestones" in the conception of his invention this day, namely the idea of a stent consisting of a series of sinusoidal or zigzag elements, which Lau referred to as a "chain link design." (D.I. 671, Tr. at 439:2-9, 446:3-448:1; AX-798)

**Feb 1990**
Boneau considers suturing together multiple Boneau stents. (D.I. 670, Tr. at 136:22-138:10)

**Mar 2, 1990**
Lau claims to have reached his final "milestone," using individual sinusoidal or zigzag-shaped rings or "hoops" and connecting them together. (D.I. 671, Tr. at 450:24-452:21, 455:19-456:16; AX-799)

**Mar 9, 1990**
Lynch contacts Boneau's patent attorney, James Eakin, and asks Eakin to send Lynch another copy of the Boneau application. Eakin sends it to Lynch on Friday March 9, 1990 by Federal Express, marked for Saturday delivery. (DTX-1012)

**Mar 12, 1990**
On Monday, Lynch receives this second copy of the Boneau application, and calls ACS's Director of R&D, Elizabeth McDermott, to discuss his review. (D.I. 670, Tr. at 230:25-232:5, 237:14-240:3; DTX-1010)

**Jul 1990**
Lau and ACS's Business Manager for Stents, Fahad Khosravi, issue the finance report detailing their stent analysis. (DTX-1014; AX-266)

**Aug 1990**
Boneau and Stertzer give a formal presentation at ACS to seven ACS representatives (at least McDermott, Orth, Lau, and Khosravi). (D.I. 670, Tr. at 63:24-67:16, 122:21-123:21, 140:14-24, 204:21-205:12, 206:10-24). Boneau then has three more meetings with Lau, Orth, and Khosravi to discuss the Boneau stent. (D.I. 670, Tr. at 125:23-126:2, D.I. 671, Tr. at 416:11-17.) Boneau provides prototypes and tells Lau and the other ACS engineers that he had come up with the idea of connecting multiple Boneau rings with sutures, crown-to-crown. (D.I. 670, Tr. at 136:24-138:16)

**Sep 1990**
On Sept. 4th, ACS in-house patent attorney Barclay asks Lynch to prepare patent applications on Lau's stents. (D.I. 670, Tr. at 405:18-406:5.) Later that month, ACS again tells Boneau that ACS is not interested in pursuing the Boneau stent. (D.I. 671, Tr. at 405:18-406:5)

| Jan 1, 1990 | Jan 14, 1990 | Jan 16, 1990 | Mar 1, 1990 | Mar 8, 1990 | Mar 10, 1990 | Jul 1, 1990 | Aug 1, 1990 | Sep 1, 1990 |

# Lau Inequitable Conduct Timeline (1991- Lawsuit)



**Oct 28, 1991**
Lynch files the first patent application for Lau, U.S. Application No. 07/783,558. (AX-256c at LIA.0091-1030)

**Aug 1992**
Lynch notifies the U.S. Patent and Trademark Office of more than 80 prior art references by filing an Information Disclosure Statements in Lau's 558 application. (AX-256b at LIA.0131-137)

**Oct 1992**
Outside patent attorney John Nagy takes over prosecution of the Lau application from previous outside patent attorney Edward Lynch. (AX-256b at LIA.151, 155-158)

**Dec 6, 1993**
Nagy files U.S. App. No. 08/164,986, a continuation of the 558 application. (AX-256b at LIA.0199)

**Mar 17, 1994**
Nagy files U.S. App. No. 08/214,402, a divisional of the 986 application. (AX-256c at LIA.1034)

**Jul 25, 1994**
Nagy files U.S. App. No. 08/280,730 to Lau, a continuation of the 986 application. (AX-256b at LIA.412-1638)

**May 7, 1996**
Lau's 730 application issues as U.S. Patent No. 5,514,154 and it is the first Lau patent to issue. (AX-1)

**Jan 14, 1997**
ACS files U.S. App. No. 08/783,933 (DTX-911) and U.S. App. No. 08/783,557 (AX-256b at LIA.1725-1632)

**Aug 25, 1997**
Nagy meets with Patent Examiner Chris Barnett on the 933 and 557 applications. In his summary of the interview, Examiner Barnett writes that Nagy indicated he would be filing two references that were "relevant to the claimed invention." (DTX-911 at paper 7, AX-256b at LIA.1790)

**Aug 26, 1997**
Nagy files an amendment and Supplemental Information Disclosure Statement in the 557, disclosing the two admittedly relevant prior art references, one of which was the Bissau patent. (DTX-911 at paper 9, AX-256b at LIA.1803-09)

**Oct 2, 1997**
PTO allows Lau's patent No. 5,716,852 which is based upon the 557 application. (AX-256b at LIA.1814-18H5, DTX.XI)

**Nov 27, 1997**
ACS files this lawsuit against Medtronic. (DTX-911)

| Oct 1991 | Jul 1992 | Oct 1993 | Jan 1994 | Apr 1994 | Apr 1996 | Jan 1997 | Jul 1997 | Oct 1997 |

EXHIBIT C

| Prior Art | Lau Patent Application No. 08/281,790 (Issued as U.S. 5,514,154) | Lau |
|---|---|---|
| Boneau Patent Application No. 07/398,180  Figure 2 "[A] plurality of such stents may be positioned along a single balloon catheter for simultaneous delivery to the affected area." (p. 9, ll. 19-20.) "Typical cardiovascular vessels into which the stent 10 might be implanted range from 1.5 millimeters to five millimeters in diameter, and corresponding stents may range from one millimeter to two centimeters in length." (p. 7, ll. 28-31.) Palmaz 5,102,417  FIG. 7 Schatz 5,195,984  Fig. 7 | Claim 23 (cancelled) (a) A kit of parts, comprising: (b) an elongated stent delivery catheter having a proximal end and a distal end, and an expandable member on the distal end; and (c) a longitudinally flexible stent which is adapted to be slidably mounted onto the expandable member of said catheter and which comprises (d) a plurality of cylindrical elements which are independently expandable in the radial direction and which are interconnected so as to be concentrically aligned on a common longitudinal axis, wherein each said element is formed of a single elongated structural member forming a serpentine pattern having undulations with peaks and valleys, (e) said elements being interconnected by a plurality of generally parallel interconnecting members between adjacent elements, each said interconnecting member configured to interconnect only said cylindrical elements that are adjacent to each other. |  FIG. 2 Declaration (LJA-1449 – 1451) "We believe we are original, first and joint inventors of the subject matter which is claimed …We acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, Sec. 1.56(a)." Full name of first inventor: Lilip Lau Inventor's signature: [signature] Date: [illegible] 19[ ] Residence: Sunnyvale, California Citizenship: United States of America Post Office Address: 1112 South Saga Court Sunnyvale, California 94087 |