IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORP., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 98-80-SLR (Lead Case) |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC, | ) ) | Consolidated with Civ. No. 98-314-SLR |
| Defendants. | ) | Civ. No. 98-316-SLR |

O R D E R

At Wilmington this 9th day of August, 2005, having reviewed the parties' submissions regarding trial of damages and willfulness;

IT IS ORDERED that the stay imposed on the trial of these issues shall continue in place until further order of the court, given the complexity of the market in light of the extensive litigation between the primary market players.

                                                                        _____
                                                            United States District Judge