IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORP., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 98-80-SLR |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) ) | |
| Defendants. | ) | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the attached copy of DTX 1163, which is an excerpt of the privilege log for ACS, shall be substituted for the unredacted copy of that document that was admitted at the June 7-8, 2005 trial on Medtronic's inequitable conduct claim.

| RICHARD, LAYTON & FINGER | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/ *Frederick L. Cottrell* | /s *Karen Jacobs Louden* |
| Frederick L. Cottrell, III (#2555) | klouden@mnat.com |
| Anne S. Gaza (#4093) | Karen Jacobs Louden (#2881) |
| One Rodney Square | 1201 N. Market Street |
| P.O. Box 551 | P.O. Box 1347 |
| Wilmington, Delaware 19899 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 658-9200 |
| Attorneys for Plaintiffs Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation | Attorneys for Defendant Medtronic Vascular, Inc. |

SO ORDERED this ____ day _____, 2005.

_____
Robinson, C.J.

472819

DJP

# FULWIDER • PATTON
### INTELLECTUAL PROPERTY LAW
### LOS ANGELES    LONG BEACH

| | | |
|---|---|---|
| Richard A. Bardin | I. Morley Drucker | Samuel L. Alberstadt |
| Gilbert G. Kovelman | David G. Parkhurst | Craig McLaughlin |
| Vern Schooley | Gunther O. Hanke | |
| James W. Paul | John V. Hanley | Of Counsel |
| John S. Nagy | John K. Fitzgerald | Francis A. Utecht |
| Craig B. Bailey | James Juo | Howard N. Sommers |
| Stephen J. Strauss | Richard B. Cates | Ellsworth R. Roston |
| Thomas H. Majcher | Paul Y. Feng | Leonard D. Messinger |
| Thomas A. Runk | David J. Pitman | |
| Michael S. Elkind | David S. Sarisky | Robert W. Fulwider (1903-1979) |
| Gary M. Anderson | Michael S. Doll | Warren L. Patton (1912-1985) |
| Ronald E. Perez | Paul D. O'Brien | John M. Lee (1921-1978) |

FULWIDER PATTON LEE & UTECHT, LLP
HOWARD HUGHES CENTER
6060 CENTER DRIVE
TENTH FLOOR
LOS ANGELES, CALIFORNIA 90045
(310) 824-5555
FAX (310) 824-9696

August 21, 2000

**VIA FEDERAL EXPRESS**

Halley F. Sexter, Esq.
Morgan Lewis & Bockius, LLP
1800 M Street, NW
Washington D.C. 20036-5869

Re: *Medtronic, AVE, Inc. v. Advanced Cardiovascular Systems, Inc.*
Civil Action No. 98-80 SLR (D. Del.)(consolidated)

Dear Halley:

Please find enclosed the privilege log for ACS. This may be updated from time to time to include documents which are located and for which ACS claims privilege.

Sincerely,

David Pitman

David J. Pitman
For FULWIDER PATTON LEE & UTECHT, LLP

DJP:njw
Enclosure
#182814

DEFENDANT'S EXHIBIT
DTX 1163
ALL-STATE LEGAL

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

FULWIDER PATTON LEE & UTECHT, LLP's LIST OF DOCUMENTS PROTECTED UNDER
THE ATTORNEY-CLIENT PRIVILEGE AND/OR WORK PRODUCT IMMUNITY

IDENTIFICATION OF FILE:

IDENTIFICATION OF INDIVIDUALS: At the time the communications listed below were made, the persons named were identifiable as follows: Mirza Gehman was a paralegal employed by ACS. John S. Nagy, Richard A. Bardin, Craig B. Bailey, Edward J. Lynch, Leo J. Peters, John V. Hanley, Paul Feng, Kamran Fattahi, and Pamela Maher were attorneys with the law firm of Fulwider, Patton, Lee & Utecht of Los Angeles, California; Jane E. Barnett and Sherry France were secretaries to John S. Nagy.  Edward M. Basile was an attorney with the law firm of King & Spaulding of Washington, D.C.  Anthony J. Castro, Bruce J Barclay, Michael Gropp, J.B. King, and Thomas R. Petersen were inside counsel with Guidant or ACS. The remaining individuals identified below were employees of ACS, Guidant, or another division or affiliate of Guidant in the relevant time periods.

| DATE | FROM | TO | ITEM IDENTIFICATION | GENERAL DESCRIPTION OF SUBJECT MATTER | PROTECTION CLAIMED |
|---|---|---|---|---|---|

REDACTED

#182742

| DATE | FROM | TO | ITEM IDENTIFICATION | GENERAL DESCRIPTION OF SUBJECT MATTER | PROTECTION CLAIMED |
|---|---|---|---|---|---|
| 1990-01-17 | Edward J. Lynch | Bruce J Barclay | Letter | Legal Advice re Evaluation of U.S. Application of E.S.S. Inc. | AC |
| 1990-09-04 | Bruce J Barclay | Edward J. Lynch | Letter with enclosure | Requesting preparation of patent applications | AC |

REDACTED

#182742