IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No. 98-80 (SLR) (Consolidated with C. A. No. 98-314 (SLR) and C. A. |
| v. | ) ) | No. 98-316 (SLR)) |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) | |
| Defendants. | ) | |

## MEDTRONIC'S REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. L.R. 7.1.4, defendants Medtronic Vascular, Inc. and Medtronic USA, Inc. hereby request oral argument on the post-trial briefs on ACS's inequitable conduct before the U.S. Patent And Trademark Office (D.I. 683, 686 and 687).

                        MORRIS, NICHOLS, ARSHT & TUNNELL

                        /s/ *Karen Jacobs Louden*
                        Karen Jacobs Louden (#2881)
                        klouden@mnat.com
                        Leslie A. Polizoti (#4299)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899-1347
                        (302) 658-9200
                        Attorneys for Defendants Medtronic Vascular, Inc.
                         and Medtronic USA, Inc.

OF COUNSEL:

Raphael V. Lupo
Donna M. Tanguay
Mark G. Davis
James G. Rizzo
McDERMOTT WILL & EMERY  LLP
600 13th Street, N.W.
Washington, DC  20005

Fay M. Morisseau
Matthew F. Weil
Michael R. O'Neill
David M. Stein
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue
Suite 400
Irvine, CA  92612-7107

October 10, 2005
475139

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 10, 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Frederick L. Cottrell, III
>Anne Shea Gaza
>**Richards Layton & Finger**
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19899

I further certify that on October 10, 2005 I served copies of the foregoing to the following counsel in the manner indicated:

>**By Hand**
>
>Frederick L. Cottrell, III
>Anne Shea Gaza
>**Richards Layton & Finger**
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19899

>MORRIS, NICHOLS, ARSHT & TUNNELL
>
>*/s/ Karen Jacobs Louden*
>Karen Jacobs Louden (#2881)
>1201 N. Market St.
>P.O. Box 1347
>Wilmington, DE  19899-1347
>(302)658-9200
>Attorney for Plaintiffs Medtronic Vascular, Inc. and Medtronic USA, Inc.
>klouden@mnat.com