IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORPORATION, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 98-80-SLR (Consolidated with No. |
| MEDTRONIC VASCULAR, INC., and MEDTRONIC USA, INC., | ) ) | 98-314-SLR and No. 98-316-SLR) |
| Defendants. | ) ) ) | |

## STIPULATION AMENDING PROTECTIVE ORDER

IT IS HEREBY STIPULATED by the parties hereto, subject to Court approval, that the Protective Order filed July 31, 2000 (D.I. 189), signed by the Court on August 2, 2000, and amended on February 5, 2002 (D.I. 251), be further amended to replace paragraph 4(a) with the following new paragraph 4(a):

"4(a).  Pillsbury Winthrop Shaw Pittman LLP; McDermott, Will & Emery LLP; and Morris, Nichols, Arsht & Tunnell, attorneys of record for Medtronic Vascular, Inc., and Medtronic USA, Inc., and their stenographic, clerical and paralegal employees whose duties and responsibilities require access to such materials;"

AGREED:

**OF COUNSEL:**

| | |
|---|---|
| George M. Sirilla | /s/ *Karen Jacobs Louden* |
| William P. Atkins | Karen Jacobs Louden (#2881) |
| PILLSBURY WINTHROP SHAW | Leslie A. Polizoti (#4299) |
| PITTMAN LLP | MORRIS, NICHOLS, ARSHT & |
| 1650 Tysons Boulevard | TUNNELL |
| McLean, Virginia 22102 | 1201 N. Market Street |
| (703) 770-7900 | P.O. Box 1347 |
| | Wilmington, Delaware 19899-1347 |
| Raphael V. Lupo | (302) 658-9200 |
| Donna M. Tanguay | klouden@mnat.com |
| James G. Rizzo | |
| McDERMOTT WILL & EMERY LLP | |
| 600 13th Street, N.W. | |
| Washington, D.C. 20005 | |
| (202) 756-8000 | |

Fay M. Morisseau
Matthew F. Weil
Michael R. O'Neill
David M. Stein
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 400
Irvine, California 92612-7107
(949) 851-0633

Dated:  December 19, 2005

*Attorneys for Medtronic Vascular, Inc.
and Medtronic USA, Inc.*

**OF COUNSEL:**

| | |
|---|---|
| J. Michael Jakes | */s/ Anne S. Gaza* |
| Michael A. Morin | Frederick L. Cottrell, III (#2555) |
| Andrew J. Vance | Anne S. Gaza (#4093) |
| FINNEGAN, HENDERSON, | RICHARDS, LAYTON & FINGER |
| FARABOW, GARRETT & | One Rodney Square |
| DUNNER, L.L.P. | P.O. Box 551 |
| 1300 I Street, N.W., Suite 700 | Wilmington, DE 19899 |
| Washington, D.C. 20005-3315 | (302) 658-6541 |
| (202) 408-4000 | gaza@rlf.com |

*Attorneys for Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation*

Dated:  December19, 2005

IT IS SO ORDERED this _____ day of _____, 200__.

_____
United States District Judge

498053