# Exhibit 1



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P O Box 1450
ALEXANDRIA. VA 22313-1450
www.uspto.go

*Ex Parte* Reexamination Filing Data - December 31, 2005

1. Total requests filed since start of ex parte reexam on 07/01/81 ............... 7864

   | | | |
   |---|---|---|
   | a. By patent owner | 3251 | 41% |
   | b. By other member of public | 4448 | 57% |
   | c. By order of Commissioner | 165 | 2% |

2. Number of filings by discipline

   | | | |
   |---|---|---|
   | a. Chemical Operation | 2450 | 31% |
   | b. Electrical Operation | 2510 | 32% |
   | c. Mechanical Operation | 2904 | 37% |

3. Annual Ex Parte Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
   | 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 121 |
   | 1983 | 186 | 1991 | 307 | 1999 | 385 | | |
   | 1984 | 189 | 1992 | 392 | 2000 | 318 | | |
   | 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
   | 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
   | 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
   | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation ............... 1800   23%

5. Determinations on requests ............... 7647

   a. No. granted ............... 6968 ............... 91%

   | | |
   |---|---|
   | (1) By examiner | 6862 |
   | (2) By Director (on petition) | 106 |

   b. No. denied ............... 679 ............... 9%

   | | |
   |---|---|
   | (1) By examiner | 644 |
   | (2) Order vacated | 35 |

6. Total examiner denials (includes denials reversed by Director) .................... 750

   a. Patent owner requester           425      57%
   b. Third party requester            325      43%

7. Overall reexamination pendency (Filing date to certificate issue date)

   a. Average pendency                 22.1 (mos.)
   b. Median pendency                  17.3 (mos.)

8. Reexam certificate claim analysis:

   |  | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
   |---|---|---|---|---|
   | a. All claims confirmed | 23% | 29% | 13% | 26% |
   | b. All claims cancelled | 7% | 12% | 19% | 10% |
   | c. Claims changes | 70% | 59% | 68% | 64% |

9. Total ex parte reexamination certificates issued (1981 - present) .................... 5248

   a. Certificates with all claims confirmed       1371    26%
   b. Certificates with all claims canceled         533    10%
   c. Certificates with claims changes             3344    64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates _ PATENT OWNER REQUESTER .................... 2287

       (1) All claims confirmed        530    23%
       (2) All claims canceled         165     7%
       (3) Claim changes              1592    70%

    b. Certificates _ 3rd PARTY REQUESTER .................... 2826

       (1) All claims confirmed        824    29%
       (2) All claims canceled         338    12%
       (3) Claim changes              1664    59%

    c. Certificates _ COMM'R INITIATED REEXAM .................... 135

       (1) All claims confirmed         17    13%
       (2) All claims canceled          26    19%
       (3) Claim changes                92    68%