CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 13, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Frederick L. Cottrell, III
>Anne Shea Gaza
>**Richards Layton & Finger**
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19899

*Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com

368479