IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>MEDTRONIC VASCULAR, INC., and MEDTRONIC USA, INC.,<br><br>        Defendants. | Civil Action No. 98-80-SLR<br>(Consolidated with No. 98-314-SLR and No. 98-316-SLR) |

**STIPULATION AMENDING PROTECTIVE ORDER**

IT IS HEREBY STIPULATED by the parties hereto, subject to Court approval, that the Protective Order filed July 31, 2000 (D.I. 189), signed by the Court on August 2, 2000, amended on February 5, 2002 (D.I. 251), and amended again on December 19, 2005 (D.I. 694), be further amended to replace paragraph 4(a) with the following new paragraph 4(a):

"4(a). Pillsbury Winthrop Shaw Pittman LLP; McDermott, Will & Emery LLP; Foley and Lardner LLP, and Morris, Nichols, Arsht & Tunnell LLP, attorneys of record for Medtronic Vascular, Inc., and Medtronic USA, Inc., and their stenographic, clerical and paralegal employees whose duties and responsibilities require access to such materials;"

AGREED:

OF COUNSEL:

George M. Sirilla
William P. Atkins
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102
(703) 770-7900

Raphael V. Lupo
James G. Rizzo
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005
(202) 756-8000

Fay M. Morisseau
Matthew F. Weil
Michael R. O'Neill
David M. Stein
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 400
Irvine, California 92612-7107
(949) 851-0633

June 5, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
klouden@mnat.com

*Attorneys for Medtronic Vascular, Inc. and Medtronic USA, Inc.*

|  |  |
|---|---|
| OF COUNSEL: | RICHARDS, LAYTON & FINGER |
|  | */s/ Anne S. Gaza* |
| J. Michael Jakes | _____ |
| Michael A. Morin | Frederick L. Cottrell, III (#2555) |
| Andrew J. Vance | Anne S. Gaza (#4093) |
| FINNEGAN, HENDERSON, | One Rodney Square |
| FARABOW, GARRETT & | P.O. Box 551 |
| DUNNER, L.L.P. | Wilmington, DE  199899 |
| 1300 I Street, N.W., Suite 700 | (302) 658-6541 |
| Washington, D.C. 20005-3315 | gaza@rlf.com |
| (202) 408-4000 |  |
|  | *Attorneys for Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation* |
| June 5, 2006 |  |

IT IS SO ORDERED this _____ day of _____, 2006.

                                              _____
                                              United States District Judge

522485