# United States Court of Appeals for the Federal Circuit

05-1280, -1281, -1282

ADVANCED CARDIOVASCULAR SYSTEMS, INC.
and GUIDANT SALES CORPORATION,

        Plaintiffs-Appellees,

v.

MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC.,

        Defendants-Appellants.

---

MEDTRONIC VASCULAR, INC.,

        Plaintiff-Appellant,

v.

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC. (formerly known as Scimed Life Systems, Inc.),

        Defendants-Appellees,

and

MEDINOL LTD.,

        Defendant-Appellee.

---

MEDTRONIC VASCULAR, INC.,

        Plaintiff-Appellant,

v.

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC. (formerly known as Scimed Life Systems, Inc.),

        Defendants-Appellees.

# United States Court of Appeals for the Federal Circuit

# Judgment

ON APPEAL from the     UNITED STATES DISTRICT COURT
                             DISTRICT OF DELAWARE

In CASE NO(S).         98-CV-80 SLR

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED

ENTERED BY ORDER OF THE COURT

DATED  MAY 2 6 2006

Jan Horbaly, Clerk

*CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
Date: Jun 16, 2006
By: [signature]*

ISSUED AS A MANDATE: JUN 1 6 2006