IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC., and GUIDANT SALES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC VASCULAR, INC., and MEDTRONIC USA, INC.,<br><br>Defendants. | C.A. No. 98-80-SLR<br><br>(Consolidated with<br>C.A. No. 98-314-SLR and<br>C.A. No. 98-316-SLR) |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between Advanced Cardiovascular Systems, Inc., and Guidant Sales Corporation (collectively "ACS"), and Medtronic Vascular, Inc., and Medtronic USA, Inc. (collectively "Medtronic"), that any bill of costs and any motion for attorneys fees submitted by ACS in connection with Medtronic's infringement claims related to U.S. Patent Nos. 5,292,331, 5,674,278, 5,879,382, and 6,344,053, and/or Medtronic's state-law claims, will be timely submitted if filed by the later of fourteen days after: (1) entry of final judgment on ACS's infringement claims related to U.S. Patent Nos. 5,515,154, 6,066,167, 6,066,168, and 6,432,133; and (2) issuance of the mandate of the United States Court of Appeals for the Federal Circuit in any appeal therefrom. And it is further stipulated that any such bill or motion will be filed by the respective prevailing party only after the issuance of such a mandate, unless no appeal is taken, in which case any such bill or motion will be deemed timely if filed within fourteen days after the deadline for filing a notice of appeal.

SO ORDERED this _____ day of June, 2006.

_____
Chief Judge

## JOINTLY SUBMITTED

| RICHARDS LAYTON & FINGER | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/ Anne Shea Gaza | /s/ Karen Jacobs Louden |
| Frederick L. Cottrell, III (#2555) | Karen Jacobs Louden (#2881) |
| Anne Shea Gaza (#4093) | Leslie A. Polizoti (#4299) |
| cottrell@rlf.com | klouden@mnat.com |
| gaza@rlf.com | lpolizoti@mnat.com |
| One Rodney Square | 1201 North Market Street |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |
| (302) 651-7700 | (302) 658-9200 |
| Attorneys for Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation | Attorneys for Medtronic Vascular, Inc. and Medtronic USA, Inc. |

June 22, 2006