EXHIBIT A



UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,878 | 01/17/2006 | 5515154 | 067448-0000004 | 1031 |

24201     7590     12/21/2006

FULWIDER PATTON
6060 CENTER DRIVE
10TH FLOOR
LOS ANGELES, CA  90045

| EXAMINER |
|---|

| ART UNIT | PAPER NUMBER |
|---|---|

DATE MAILED: 12/21/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

PILLSBURY WINTHROP SHAW PITTMAN, LLP
P.O. BOX 10500
MCLEAN, VA  22102

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/007,878*.

PATENT NO. *5515154*.

ART UNIT *3993*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

| *Office Action in Ex Parte Reexamination* | Control No.<br>90/007,878 | Patent Under Reexamination<br>5515154 | |
|---|---|---|---|
| | Examiner<br>Sara S. Clarke | Art Unit<br>3993 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a☐ Responsive to the communication(s) filed on _____ .    b☐ This action is made FINAL.
c☒ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire <u>2</u> month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☐ Notice of References Cited by Examiner, PTO-892.    3. ☐ Interview Summary, PTO-474.

2. ☒ Information Disclosure Statement, PTO/SB/08.    4. ☐ _____ .

Part II    SUMMARY OF ACTION

1a. ☒ Claims <u>1-23</u> are subject to reexamination.

1b. ☐ Claims _____ are not subject to reexamination.

2. ☐ Claims _____ have been canceled in the present reexamination proceeding.

3. ☒ Claims <u>6,7 and 16</u> are patentable and/or confirmed.

4. ☒ Claims <u>1-5,8-15 and 17-23</u> are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ The drawings, filed on _____ are acceptable.

7. ☐ The proposed drawing correction, filed on _____ has been  (7a)☐ approved  (7b)☐ disapproved.

8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).

   a)☐ All  b)☐ Some*  c)☐ None    of the certified copies have

   1☐ been received.

   2☐ not been received.

   3☐ been filed in Application No. _____ .

   4☐ been filed in reexamination Control No. _____.

   5☐ been received by the International Bureau in PCT application No. _____.

   * See the attached detailed Office action for a list of the certified copies not received.

9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10. ☐ Other: _____

cc: Requester (if third party requester)

## DETAILED ACTION

### *Statutory Bases for Claim Rejections*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.
>
> (e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

1.    **Claims 1-3, 8-11, and 23** are rejected under 35 U.S.C. 103(a) as being

unpatentable over US Patent No. 4,922,905 to Strecker ("Strecker") in view of EP Patent

App. 540,290 A2 to Advanced Cardiovascular Systems ("ACS").

2.    The subject matter of claims 1 and 23 of the subject patent is not fully supported by

the parent applications.  More specifically, the parent applications do not provide support

for the following recitation in claims 1 and 23 of the subject patent: "a plurality of outwardly

projecting edges which form as said stent is expanded radially outwardly from a first

diameter to a second, enlarged diameter."  Thus, claim 1, the claims that depend thereon,

Control Number: 90/007,878                                              Page 2
Art Unit 3993

and claim 23 are not entitled to the benefit of the filing date of the parent applications.

ACS was published (May 5, 1993) more than one year prior to the filing date of application,

which matured into the subject patent. Since claims 1-11 and 23 are not entitled to the

effective filing date of the parent applications, ACS is applicable against these claims

under 35 U.S.C. 102(b). See MPEP 201.11(I)(B).

3.      Regarding claim 1, Strecker discloses the invention substantially as claimed

including an outer wall surface at 30' on a cylindrical element 20', said outer wall surface

being smooth prior to expansion of said stent (Fig. 8) and forming a plurality of outwardly

projecting edges 34 (Fig. 9) which form as said stent is expanded radially outwardly from a

first diameter to a second, enlarged diameter. See col. 9, ll. 17-21.

4.      Regarding claims 2 and 3, see col. 9, ll. 14-21, and Figs. 8 and 9.

5.      Regarding claim 8, see col. 8, ll. 33-38, which discloses that the configuration of

Figs. 8 and 9 is fixable at a predetermined expansion site.

6.      Regarding claim 11, see col. 3, l. 60.

7.      Regarding claim 23, Strecker discloses an outer wall surface having a plurality of

outwardly projecting edges 34 (Fig. 9) which form as said stent is expanded radially

outwardly from a first diameter to a second, enlarged diameter. See col. 9, ll. 17-21.

8.      Strecker does not disclose a plurality of cylindrical elements which are

independently expandable in the radial direction and which are interconnected so as to be

generally aligned on a common longitudinal axis; and a plurality of connecting elements for

interconnecting said cylindrical elements, said connecting elements configured to

interconnect only said cylindrical elements that are adjacent to each other, as is required in

claims 1 and 23. Strecker further does not disclose said stent being formed of a

biocompatible material selected from the group of materials consisting of stainless steel,

tantalum, NiTi alloys, and thermoplastic polymers (claim 9); and said stent being formed

from a single piece of tubing (claim 10).

9.      ACS discloses a plurality of cylindrical elements 12 which are independently

expandable in the radial direction.  See col. 5, ll. 7 and 8.  As disclosed in the abstract, ll.

5-8, elements 12 are interconnected so as to be generally aligned on a common

longitudinal axis.  ACS further discloses a plurality of connecting elements 13 for

interconnecting said cylindrical elements 12, said connecting elements 13 configured to

interconnect only said cylindrical elements 12 that are adjacent to each other.  See col. 4,

ll. 36 and 37.  As discussed at col. 1, l. 51- col. 2, l. 14, the configuration of ACS, including

independently expandable cylindrical elements 12 and connecting elements 13, results in

a structure, which is both flexible along its length and stiff in the radial direction such that it

is able to resist collapse.

10.     ACS also teaches making its tubing of stainless steel, tantalum, NiTi alloys, and

thermoplastic polymers because these materials are biocompatible.  See col. 7, ll. 23-26.

11.     Thus, it would have been obvious to one of ordinary skill in the art at the time of

invention to modify the stent of Strecker, including its outwardly projecting edges, such that

it has a plurality of independently expandable cylindrical elements, each interconnected

only to adjacent cylindrical elements by connecting elements, as taught by ACS for the

purpose of providing a structure, which is both flexible along its length and stiff in the radial

direction such that it is able to resist collapse; and such that it has is made of stainless

steel, tantalum, NiTi alloys, or thermoplastic polymers because these materials are

biocompatible.

Control Number: 90/007,878                                                    Page 4
Art Unit 3993

12.    **Claims 1, 4, 5, 8-10, and 23** are rejected under 35 U.S.C. 103(a) as being

unpatentable over ACS in view of Strecker.

13.    Regarding claim 1, ACS discloses the invention substantially as claimed including a

plurality of cylindrical elements 12 which are independently expandable in the radial

direction (col. 5, II. 7 and 8) and which are interconnected so as to be generally aligned on

a common longitudinal axis (see Fig. 4); a plurality of connecting elements 13 for

interconnecting said cylindrical elements, said connecting elements configured to

interconnect only said cylindrical elements that are adjacent to each other (see Fig. 4); and

an outer wall surface on said cylindrical elements. As discussed at col. 2, I. 12, the

configuration of ACS is flexible along its length.

14.    Regarding claims 4 and 5, see Fig. 5.

15.    Regarding claim 8, see col. 2, II. 47-52.

16.    Regarding claim 9, see col. 7, II. 24-26.

17.    Regarding claim 10, see the abstract, I. 4 and col. 3, II. 3-6.

18.    Regarding claim 23, ACS discloses a plurality of cylindrical elements 12 which are

independently expandable in the radial direction (col. 5, II. 7 and 8) and which are

interconnected so as to be generally aligned on a common longitudinal axis (see Fig. 4); a

plurality of connecting elements 13 for interconnecting said cylindrical elements, said

connecting elements configured to interconnect only said cylindrical elements that are

adjacent to each other (Fig. 4); an outer wall surface on said cylindrical elements, said

outer wall surface having a plurality of outwardly projecting edges which form as said stent

is expanded radially outwardly from a first diameter to a second, enlarged diameter,

whereby said stent does not substantially shorten upon expansion from said first diameter

Control Number: 90/007,878                                           Page 5
Art Unit 3993

to said second, larger diameter (col. 3, ll. 10-15).

19.    ACS does not disclose said outer wall surface being smooth prior to expansion of

said stent and forming a plurality of outwardly projecting edges which form as said stent is

expanded radially outwardly from a first diameter to a second, enlarged diameter (claim 1)

and said outer wall surface having a plurality of outwardly projecting edges which form as

said stent is expanded radially outwardly from a first diameter to a second, enlarged

diameter (claim 23).

20.    Strecker discloses an outer wall surface at 30' on a cylindrical element 20', said

outer wall surface being smooth prior to expansion of said stent (Fig. 8) and forming a

plurality of outwardly projecting edges 34 (Fig. 9) which form as said stent is expanded

radially outwardly from a first diameter to a second, enlarged diameter.  See col. 9, ll. 17-

21.  The formation of outwardly projecting edges 34 assures a form-fit fixation of the

endoprosthesis in the vessel wall.  See col. 9, ll. 19-21.

21.    Thus, it would have been obvious to one of ordinary skill in the art at the time of

invention to modify the stent of ACS, such that it has outwardly projecting edges, which

form as the stent is radially expanded, as taught by Strecker for the purpose of 34 assuring

a form-fit fixation of the endoprosthesis in the vessel wall.

22.    **Claim 11** is rejected under 35 U.S.C. 103(a) as being unpatentable over ACS as

modified by Strecker, as applied to claim 1 above, and further in view of US Patent No.

AC    3,426,005 to Bokros et al. ("Bokros").

23.    As discussed at paragraphs 12-21 above, ACS and Strecker disclose the invention

of claim 1 substantially as claimed.  However, ACS does not disclose said stent being

coated with a biocompatible coating and Strecker does not provide a motivation for

Control Number: 90/007,878                                                    Page 6
Art Unit 3993

providing the stent of ACS with a biocompatible coating.

24.     Bokros discloses an intravascular prosthesis having an impervious isotropic

pyrolytic carbon coating.  As described at col. 4, ll. 47-49, the coating is biocompatible.  As

described at the Abstract, the coating contributes substantial strength to the composite

prosthetic device.

25.     Thus, it would have been obvious to one of ordinary skill in the art at the time of

invention to modify the device of ACS, as modified by Strecker, to include a coating as

taught by Bokros for the purpose of strengthening the device.

26.     **Claims 1, 3, 4, and 9** are rejected under 35 U.S.C. 103(a) as being unpatentable

over the Mirich journal article "Percutaneously Placed Endovascular Grafts for Aortic

Aneurysms: Feasibility Study" ("Mirich") in view of the Rösch journal article "Experimental

Intrahepatic Portacaval Anastomosis: use of Expandable Gianturco Stents" ("Rösch").

27.     Regarding claim 1, Mirich discloses the invention substantially as claimed including

a plurality of cylindrical elements (see Fig. 1) which are

independently expandable in the radial direction (see Fig.

1b) and which are interconnected so as to be generally

aligned on a common longitudinal axis (see Fig. 1); a

plurality of connecting elements for inter-connecting said

cylindrical elements (see Fig. 1b, annotated), and said



Fig. 1b
(annotated)

connecting elements configured to interconnect only said cylindrical elements that are

adjacent to each other; and an outer wall surface on said cylindrical elements.

28.     Regarding claim 4, see Figs. 1a-c.

29.     Regarding claim 9, see pg. 485, col. 1, l. 36.

30.    Mirich does not disclose said outer wall surface being smooth prior to expansion of
said stent and forming a plurality of outwardly projecting edges which form as said stent is
expanded radially outwardly from a first diameter to a second, enlarged diameter.  Nor
does Mirich show the outwardly projecting edges extending radially outwardly from the
outer wall.

31.    Rösch discloses said outer wall surface being smooth prior to expansion of said
stent and forming a plurality of outwardly projecting edges which form as said stent is
expanded radially outwardly from a first diameter to a second, enlarged diameter.  As
noted at pg. 482, first column, the stent shown in Rösch is introduced within a sheath.  The
sheath is removed and the stent expands.  In the sheath, the stent is unexpanded and is
"smooth" since the skirt and the remainder of the stent are restrained to the same diameter
by the sheath.  Upon removal of the sheath, as per the description at pg. 482, the stent
expands.  Figs. 2c and d show the stent without the sheath.  The skirt has flared radially
outwards such that the stent is no longer "smooth."  That is, the skirt and the remainder of
the stent no longer have the same diameter.  As discussed at pg. 483, the use of a skirt
helps to achieve proper positioning.

32.    Thus, it would have been obvious to one of ordinary skill in the art at the time of
invention to modify the stent of Mirich to include the skirts taught by Rösch such that the
stent is smooth prior to expansion of said stent and forms a plurality of outwardly projecting
edges which form as said stent is expanded radially outwardly from a first diameter to a
second, enlarged diameter for the purpose of achieving proper positioning.

33.    **Claims 1, 3, 4, and 9** are rejected under 35 U.S.C. 103(a) as being unpatentable
over Mirich in view of the Lawrence journal article "Percutaneous Endovascular Graft:

Experimental Evaluation" ("Lawrence").

34.    As noted at paragraphs 27-29 above, Mirich discloses the inventions of claims 1, 4,

and 9 substantially as claimed.  However, Mirich does not disclose said outer wall surface

being smooth prior to expansion of said stent and forming a plurality of outwardly

projecting edges which form as said stent is expanded radially outwardly from a first

diameter to a second, enlarged diameter.  Nor does Mirich show the outwardly projecting

edges extending radially outwardly from the outer wall.

35.    Lawrence discloses an expandable stent having an outer wall surface, which is

smooth prior to expansion of said stent and which forms a plurality of outwardly projecting

edges, which edges form as said stent is expanded radially outwardly from a first diameter

to a second, enlarged diameter.  As noted at pg. 357, third column, ll. 24-49, the grafts

were introduced with the technique previously described for placement of a Gianturco stent

(3)," making reference at footnote (3) to the Wright article "Percutaneous endovascular

stents: an experimental evaluation."  This article discloses the stent being compressed

before introduction, and expanding after removal of said sheath.  As noted at pg. 357 of

Lawrence, second column, ll. 9-14 from the bottom, the stent shown in Lawrence is

introduced within a sheath.  The sheath is removed and the stent expands.  See Fig. 1c.

In the sheath, the stent is unexpanded and is "smooth" since the skirt and the remainder of

the stent are restrained to the same diameter by the sheath.  Upon removal of the sheath,

as per the description at pg. 482, the stent expands.  See pg. 357, second column, ll. 9-14

from the bottom, which disclose that after the device is released from the catheter, the

internal stents open the Dacron tubing.  Figs. 1b shows the stent without the sheath.  The

skirt has flared radially outwards such that the stent is no longer "smooth."  That is, the

skirt and the remainder of the stent no longer have the same diameter. As discussed at

pg. 357, the use of a skirt helps to anchor the graft.

36.    Thus, it would have been obvious to one of ordinary skill in the art at the time of

invention to modify the stent of Mirich to include the skirts taught by Lawrence such that

the stent is smooth prior to expansion of said stent and forms a plurality of outwardly

projecting edges which form as said stent is expanded radially outwardly from a first

diameter to a second, enlarged diameter for the purpose of achieving anchoring.

37.    **Claims 12, 13, 17, 19, and 21** are rejected under 35 U.S.C. 102(e) as being

anticipated by US Patent No. 5,104,404 to Wolff ("Wolff").

38.    Wolff discloses the invention as claimed including a longitudinally flexible stent. Fig.

2 shows the stent flexed longitudinally. The articulated stent of Wolff comprises a plurality

of cylindrical elements 12. Fig. 6 shows that the stent segments are capable of expanding

independently to fit in a vessel having a change in diameter. Said elements 12 are

interconnected (via hinges 14) so as to be concentrically aligned on a common longitudinal

axis as shown in Fig. 1. A plurality of generally parallel connecting elements 14

interconnect said cylindrical elements. Fig. 1 of Wolff shows that the connecting elements

14 are configured to interconnect only said cylindrical elements that are adjacent to each

other.

39.    Claim 12 further requires that the connecting elements are configured to

interconnect only said cylindrical elements that are adjacent to each other, so that said

stent, when expanded radially outwardly, retains its overall length without appreciable

shortening. The specification of the subject patent provides the following guidance

regarding the configuration of connecting elements that causes the stent to retain its

overall length without appreciable shortening when the stent is expanded radially

outwardly. At the very bottom of col. and the top of col. 3, the subject patent discloses,

"Preferably, all of the interconnecting elements of a stent are joined at either the peaks or

the valleys of the undulating structure of the cylindrical elements which for[m] the stent. In

this manner there is no shortening of the stent upon expansion." At col. 5, ll. 48-51,

subject patent discloses, "all of the interconnecting elements of an individual stent should

be secured to either the peaks or valleys of the undulating structural elements in order to

prevent shortening of the stent during expansion thereof." The subject patent makes no

reference to any of the drawings to illustrate which particular configuration shows all of the

interconnecting elements of an individual stent should be secured to either the peaks or

valleys of the undulating structural elements. Since Wolff discloses its connecting

elements 14 connected at only peaks and valleys, it appears that Wolff discloses identical

structure to that disclosed in the subject patent for performing the claimed function. Thus,

it appears that Wolff meets the limitation of having a configuration of connecting elements

that causes the stent to retain its overall length without appreciable shortening when the

stent is expanded radially outwardly.

40.     Regarding claim 13, at per col. 1, ll. 54 and 55, Wolff discloses the use of the stent

segments disclosed in US Patent No. 4,830,003 to Wolff et al. (" '003 patent"). When the

stent elements in the '003 patent are released in position, they spring back to their normal,

uncompressed position. See col. 3, ll. 1-18. Since the normal, uncompressed position is

also the expanded position, the stent elements of Wolff are capable of retaining their

expanded condition upon the expansion thereof.

41.     Regarding claim 17, Fig. 1 shows the connecting elements are circumferentially

Control Number: 90/007,878                                    Page 11
Art Unit 3993

displaced with respect to the longitudinal axis.

42.    Regarding claim 19, Wolff discloses the use of a single hinge between adjacent

cylindrical elements.  This single hinge falls in the claimed range of up to four.

43.    Regarding claim 21, since the product in this product-by-process claim is

anticipated by the product of Wolff, the claim is unpatentable even though the prior product

was made by a different process.  See MPEP 2113 regarding product-by-process claims.

44.    **Claims 14 and 15** are rejected under 35 U.S.C. 103(a) as being unpatentable over

US Patent No. 6,344,053 to Boneau ("Boneau") in view of Wolff.

45.    Boneau discloses the invention substantially as claimed including a plurality of

cylindrical elements (see col. 6, ll. 6-19) each having a diameter and a length.  Claim 14

further requires that the radially expandable cylindrical elements in an expanded condition

have a length less than the diameter thereof.  At col. 5, ll. 4-22, Boneau discloses that the

typical vessel, into which the stent of Boneau might be implanted ranges from 1.5 mm to 5

mm in diameter.  Thus, since the cylindrical element of Boneau is expanded to the vessel

diameter (see Fig. 4), the diameter of the cylindrical element of Boneau, upon inflation of

the expandable member, ranges from 1.5 mm to 5 mm.  Boneau also discloses that

corresponding stents may range from 1 mm to 2 cm in length.  Since Boneau discloses a

range of diameters, which is greater than the disclosed range of lengths, it would have

been obvious to one of ordinary skill in the art at the time of invention to make the stent of

Boneau with the radially expandable cylindrical elements in an expanded condition have a

length less than the diameter thereof.  See MPEP 2144.05.

46.    Regarding claim 15, Boneau discloses the use of stainless steel at col. 4, l. 48.

47.    Boneau does not disclose a longitudinally flexible stent, comprising a plurality of

Control Number: 90/007,878                                               Page 12
Art Unit 3993

interconnected cylindrical elements aligned along a common longitudinal axis, and upon

radial expansion the stent retains its overall length without appreciable shortening, as

required in claim 12.

48.    Wolff discloses a longitudinally flexible stent arrangement having interconnected

cylindrical elements aligned along a stent longitudinal axis as shown in Fig. 1.  Based upon

the structure disclosed in the subject patent for performing the function of not appreciably

shortening upon radial expansion of the stent (see col. 3, ll. 9-13, and col. 5, ll. 53-56),

which discloses connecting to either peaks or valleys, since the cylindrical elements of

Wolff are connected by connectors at only peaks or valleys, it appears that the

configuration of Wolff meets this functional limitation.  As shown in Fig. 2, the arrangement

of Wolff is longitudinally flexible.  This arrangement, as described at col. 1, ll. 47-52,

permits articulation and maintains the spacing between adjacent segments.

49.    Thus, it would have been obvious to one of ordinary skill in the art at the time of

invention to provide the stent arrangement of Boneau with interconnections as taught by

Wolff for the purpose of permitting articulation, maintaining the spacing between adjacent

segments, and placing the tandem stents in vessels that curve in different directions.

50.    **Claim 21** is rejected under 35 U.S.C. 103(a) as being unpatentable over Wolff.

51.    Wolff discloses the invention substantially as claimed with the exception of the stent

being formed from a single piece of tubing.  Instead, Wolff discloses a plurality of welded

together wires.  However, as disclosed at col. 1, l. 55-58, the stent segments from '003 are

merely illustrative.  The subject patent does not attribute any new or unexpected results to

forming the stent of a single piece of tubing.  Thus, it would have been a matter of obvious

design choice to one of ordinary skill in the art at the time of invention to make the device

of Wolff of a single, integral piece since the subject patent does not attribute any new or

unexpected results to forming the stent of a single piece of tubing.  See MPEP

2144.04(V)(B).

52.    **Claim 22** is rejected under 35 U.S.C. 103(a) as being unpatentable over Wolff in

view of Bokros.

53.    As discussed at item 38 and 39 above, Wolff discloses the invention of claim 12

substantially as claimed.  However, Wolff does not disclose said stent being coated with a

biocompatible coating.

54.    Bokros discloses an intravascular prosthesis having an impervious isotropic

pyrolytic carbon coating.  As described at col. 4, ll. 47-49, the coating is biocompatible.  As

described at the Abstract, the coating contributes substantial strength to the composite

prosthetic device.

55.    Thus, it would have been obvious to one of ordinary skill in the art at the time of

invention to modify the device of Wolff to include a coating as taught by Bokros for the

purpose of strengthening the device.

56.    **Claims 12 and 17-20** are rejected under 35 U.S.C. 102(b) as being anticipated by

the Furui journal article "Hepatic Inferior Vena Cava Obstruction: Treatment of Two Types

with Gianturco Expandable Metallic Stents" ("Furui").

57.    Regarding claim 12, Furui discloses the invention as claimed including a

longitudinally flexible stent as shown in Fig. 2c.  Fig. 2c shows multiple stents in tandem

conforming to the curve of a curved vessel.  Furui further shows a plurality of cylindrical

elements, which are independently expandable in the radial direction.  Furui discloses that

the individual cylindrical elements are Gianturco stents.  As disclosed in U.S. Patent No.

5,305,706 to Gianturco et al. (cited in the IDS submitted May 30, 2006), a Gianturco stent

is formed of a stainless steel wire arranged in a closed, zig-zag pattern, and is more fully

described in US Pat. No. 4,580,568 to Gianturco (cited in the same IDS).  Since the

individual cylindrical elements are Gianturco stents, which expand upon removal of the

sheath, and they are connected at only two opposite circumferential locations, the

individual cylindrical elements of Furui appear to expand independently at least to some

degree.  As shown in Fig. 1, the cylindrical elements of Furui are interconnected so as to

be concentrically aligned on a common longitudinal axis.  Since the cylindrical elements of

Furui are connected by struts at only peaks or valleys, based upon the structure disclosed

in the subject patent for performing the function of not appreciably shortening upon radial

expansion of the stent (see item 39 above), it appears that the configuration of Furui meets

this functional limitation.

58.    Regarding claims 17-19, see Fig. 1 of Furui.

59.    Regarding claim 20, see pg. 665, col. 2, last line and col. 3, ll. 4 and 5.

60.    **Claims 14 and 15** are rejected under 35 U.S.C. 103(a) as being unpatentable over

Furui.

61.    Claim 14 requires that the length of the radially expandable cylindrical elements in

an expanded condition have a length less than the diameter thereof.  Furui does not

explicitly disclose a stent meeting this limitation.  However, it does disclose stent segments

having a length of 25 mm and a diameter range of 20-28 mm.  See pg. 665, col. 2, last line

and col. 3, first line.  Since the claimed range of the diameter lies within the range

disclosed by Furui, it would have been obvious to one of ordinary skill in the art at the time

of invention to make the stent of Furui with the length of the radially expandable cylindrical

Control Number: 90/007,878                                          Page 15
Art Unit 3993

elements in an expanded condition less than the diameter thereof.  See MPEP 2144.05.

62.    Regarding claim 15, see pg. 665, col. 2, last line.

### Double Patenting

The nonstatutory double patenting rejection is based on a judicially created doctrine

grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified

or improper timewise extension of the "right to exclude" granted by a patent and to prevent

possible harassment by multiple assignees.  A nonstatutory obviousness-type double

patenting rejection is appropriate where the conflicting claims are not identical, but at least

one examined application claim is not patentably distinct from the reference claim(s)

because the examined application claim is either anticipated by, or would have been

obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d

1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993);

*In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d

937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA

1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)

may be used to overcome an actual or provisional rejection based on a nonstatutory

double patenting ground provided the conflicting application or patent either is shown to be

commonly owned with this application, or claims an invention made as a result of activities

undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a

terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37

CFR 3.73(b).

Control Number: 90/007,878                                    Page 16
Art Unit 3993

63.    **Claims 1, 2, and 4** are rejected on the ground of nonstatutory obviousness-type

double patenting as being unpatentable over claims 6 and 7 of **US Patent No. 6,056,776**.

Although the conflicting claims are not identical, they are not patentably distinct from each

other because even though claims 6 and 7 of US Patent No. 6,506,776 do not recite an

outer wall, the cylindrical rings of these claims inherently have outer wall surfaces.

Moreover, since the projecting edges form upon expansion, by implication, prior to

expansion, the outer wall surfaces are smooth since the projecting edges have not been

formed.  With respect to claim 4 of the subject patent, claims 6 and 7 of US Patent No.

6,506,776 recite an undulating pattern in the form of peaks and valleys, which is the same

if not narrower than the claimed "serpentine pattern."  Claims 6 and 7 of US Patent No.

6,056,776 do not recite the plurality of cylindrical elements being independently

expandable, as recited in claim 1 of the subject patent.  However, ACS teaches providing

independently expandable cylindrical elements 12 to facilitate implantation of the stent in a

variety of body lumen shapes.  See col. 5, ll. 7-12.  Thus, it would have been obvious to

one of ordinary skill in the art at the time of invention to modify the stent of claims 6 and 7

of US Patent No. 6,506,776 to have independently expandable elements as taught by ACS

for the purpose of facilitating implantation of the stent in a variety of body lumen shapes.

64.    **Claims 1 and 2** are rejected on the ground of nonstatutory obviousness-type

double patenting as being unpatentable over claims 1, 14, and 21 of **US Patent No.**

**5,728,158**.  Although the conflicting claims are not identical, they are not patentably distinct

from each other because every element recited in claims 1 and 2 of the subject patent is

also recited in claims 1, 14, and 21 of US Patent No. 5,728,158 with the exception of the

plurality of cylindrical elements being independently expandable, as recited in claim 1 of

the subject patent. However, ACS teaches providing independently expandable cylindrical

elements 12 to facilitate implantation of the stent in a variety of body lumen shapes. See

col. 5, ll. 7-12. Thus, it would have been obvious to one of ordinary skill in the art at the

time of invention to modify the stent of 1, 14, and 21 of US Patent No. 5,728,158 to have

independently expandable elements as taught by ACS for the purpose of facilitating

implantation of the stent in a variety of body lumen shapes.

65.    One-way obviousness analysis was applied above because it appears that the

conflicting claims could have been filed in a single (*i.e.,* the earlier filed) application and it

does not appear that there was an administrative delay. See MPEP 804(II)(B)(1)(a,b).

However, in the event that the claims could not have been filed in a single application and

there was administrative delay, the following rejection shows that claims 6 and 7 of US

Patent No. 6,056,776 are obvious variations of the claims of the subject patent (two-way

obviousness analysis).

66.    Claims 6 and 7 of US Patent No. 6,056,776 are not patentably distinct from claim 4

of the subject patent because every element recited in claims 6 and 7 of US Patent No.

6,056,776 is also recited in claim 4 of the subject patent.

67.    Claims 6 and 7 of US Patent No. 6,056,776 are not patentably distinct from claims 1

and 2 of the subject patent. Claims 1 and 2 of the subject patent do not recite an

undulating pattern in the form of peaks and valleys. ACS discloses an undulating pattern

in the form of peaks and valleys to provide for radial expansion by decreasing the wave's

amplitude. See col. 2, ll. 28-43. Thus, it would have been obvious to one of ordinary skill

in the art at the time of invention to modify the cylindrical elements of claims 1 and 2 of the

subject patent such that the elements have an undulating pattern in the form of peaks and

Control Number: 90/007,878                                      Page 18
Art Unit 3993

valleys as taught by ACS for the purpose of allowing radial expansion.

### *Response to Requester's Proposed Rejections*

68.     At pages 18-22 of the request, the requester suggests that the Mirich journal article

"Percutaneously Placed Endovascular Grafts for Aortic Aneurysms: Feasibility Study"

("Mirich") anticipates claims 1 and 4.  The examiner disagrees.  The claim includes a

comparison of the smoothness of the outer wall surface of the cylindrical elements in both

expanded and non-expanded configurations.  It appears from Figs. 1a-c that the stents of

Mirich are "smooth" prior to expansion only by way of the nylon covering.  The actual outer

surface of the stents themselves, *i.e.,* not including the nylon covering, appears to be

equally as "smooth" in both the expanded and non-expanded configurations.  The so-

called "projecting edges" the requester refers to at page 21 of the request appear, to the

examiner, to exist equally in both the expanded and non-expanded configurations.

Moreover, the "projecting edges" referred to by the requester are not outwardly projecting

as required by claim 1.  The requester also refers to the barbs of Fig. 1c.  The examiner

notes that in the embodiment of Fig. 1c, because of the barbs, the stents appear to be

equally as smooth in both the expanded and non-expanded configurations.

69.     At pages 30-32 of the request, the requester suggests that US Patent No.

5,133,732 to Wiktor ("Wiktor") anticipates claim 12.  The examiner disagrees because

Wiktor does not disclose a plurality of cylindrical elements and a plurality of generally

parallel connecting elements.  With respect to the requirement for a plurality of cylin-drical

elements, the requester relies on Fig. 12 (see page 30 of the request).  However, this

figure shows one continuous spiral and not a plurality of elements.  At page 10 of the

decision ordering reexamination, the examiner stated that Fig. 8 shows a plurality of

sections. However, upon reconsideration, the examiner now concedes that construing

randomly chosen sections of a coil as a plurality of cylindrical sections, as shown in the

figure at page 10 of the decision, is not a reasonable position to take. With respect to the

requirement for a plurality of generally parallel connecting elements, the first embodiment

of Wiktor (Fig. 7) discussed by the requester at page 31, only shows one interconnected

element. The second embodiment of Wiktor (Fig. 8), discussed by the requester at page

31, does not appear to show generally parallel connecting elements.

### Statement of Reasons for Patentability and/or Confirmation

The following is an examiner's statement of reasons for patentability and/or

confirmation of the claims found patentable in this reexamination proceeding:

70.     Regarding **claims 6 and 7**, the prior art does not show, singly or in combination, the

combination of elements recited in this claim including members tipping radially outwardly

to form said outwardly projecting edges upon radial expansion of the stent.

71.     Regarding **claim 16**, the prior art does not show, singly or in combination, the

combination of elements recited in this claim including the connecting elements between

adjacent elements being in axial alignment.

Any comments considered necessary by PATENT OWNER regarding the above

statement must be submitted promptly to avoid processing delays. Such submission by

the patent owner should be labeled: "Comments on Statement of Reasons for Patentability

and/or Confirmation" and will be placed in the reexamination file.

### Conclusion

Extensions of time under 37 CFR 1.136(a) will **not** be permitted in these

proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not

Control Number: 90/007,878                                           Page 20
Art Unit 3993

to parties in a reexamination proceeding.  Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)).  Extensions of time in *ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving Patent No. 5,514,154 throughout the course of this reexamination proceeding.  The third party requester is also reminded of the ability to similarly apprise the Office of any such activity or proceeding throughout the course of this reexamination proceeding.  See MPEP §§ 2207, 2282 and 2286.

Any paper filed with the Office, *i.e.,* any submission made, by either the patent owner or the third party requester **must** be served on every other party in the reexamination proceeding in the manner provided by § **1.248**.  The document must reflect service or the document may be refused consideration by the Office.  See 37 CFR 1.550(f).

The patent owner is notified that any proposed amendments to the specification and/or claims in this reexamination proceeding **MUST** comply with 37 CFR 1.530(d)-(j), 37 CFR 1.52(a) and (b), and 37 CFR 1.20(c).

### Contact Information

**All** correspondence relating to this *ex parte* reexamination proceeding should be directed as follows:

> By **U.S. Postal Service Mail**:  Mail Stop *Ex Parte* Reexam
> Attn: Central Reexamination Unit
> Commissioner for Patents

Control Number: 90/007,878                                          Page 21
Art Unit 3993

P. O. Box 1450
Alexandria, VA   22313-1450

By FAX:  (571) 273-9900
Central Reexamination Unit

By hand:  Customer Service Window
Attn: Central Reexamination Unit
Randolph Building, Lobby Level
401 Dulany Street
Alexandria, VA  22314

Any inquiry concerning this communication or earlier communications from the

Reexamination Legal Advisor or Examiner, or as to the status of this proceeding, should

be directed to the Central Reexamination Unit at telephone number (571) 272-7705.

Signed:

Sara Clarke
Primary Examiner
Central Reexamination Unit
(571) 272-4873

# Index of Claims

| Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|
| 90/007,878 | 5515154 |
| **Examiner** | **Art Unit** |
| Sara S. Clarke | 3993 |

| √ | Rejected | − | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| Claim Final | Original | Date 12/13/06 | | | | | | | | | Claim Final | Original | Date | | | | | | | | | Claim Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | √ | | | | | | | | | | 51 | | | | | | | | | | | 101 | | | | | | | | |
| | 2 | √ | | | | | | | | | | 52 | | | | | | | | | | | 102 | | | | | | | | |
| | 3 | √ | | | | | | | | | | 53 | | | | | | | | | | | 103 | | | | | | | | |
| | 4 | √ | | | | | | | | | | 54 | | | | | | | | | | | 104 | | | | | | | | |
| | 5 | √ | | | | | | | | | | 55 | | | | | | | | | | | 105 | | | | | | | | |
| | 6 | = | | | | | | | | | | 56 | | | | | | | | | | | 106 | | | | | | | | |
| | 7 | = | | | | | | | | | | 57 | | | | | | | | | | | 107 | | | | | | | | |
| | 8 | √ | | | | | | | | | | 58 | | | | | | | | | | | 108 | | | | | | | | |
| | 9 | √ | | | | | | | | | | 59 | | | | | | | | | | | 109 | | | | | | | | |
| | 10 | √ | | | | | | | | | | 60 | | | | | | | | | | | 110 | | | | | | | | |
| | 11 | √ | | | | | | | | | | 61 | | | | | | | | | | | 111 | | | | | | | | |
| | 12 | √ | | | | | | | | | | 62 | | | | | | | | | | | 112 | | | | | | | | |
| | 13 | √ | | | | | | | | | | 63 | | | | | | | | | | | 113 | | | | | | | | |
| | 14 | √ | | | | | | | | | | 64 | | | | | | | | | | | 114 | | | | | | | | |
| | 15 | √ | | | | | | | | | | 65 | | | | | | | | | | | 115 | | | | | | | | |
| | 16 | = | | | | | | | | | | 66 | | | | | | | | | | | 116 | | | | | | | | |
| | 17 | √ | | | | | | | | | | 67 | | | | | | | | | | | 117 | | | | | | | | |
| | 18 | √ | | | | | | | | | | 68 | | | | | | | | | | | 118 | | | | | | | | |
| | 19 | √ | | | | | | | | | | 69 | | | | | | | | | | | 119 | | | | | | | | |
| | 20 | √ | | | | | | | | | | 70 | | | | | | | | | | | 120 | | | | | | | | |
| | 21 | √ | | | | | | | | | | 71 | | | | | | | | | | | 121 | | | | | | | | |
| | 22 | √ | | | | | | | | | | 72 | | | | | | | | | | | 122 | | | | | | | | |
| | 23 | √ | | | | | | | | | | 73 | | | | | | | | | | | 123 | | | | | | | | |
| | 24 | | | | | | | | | | | | 74 | | | | | | | | | | | 124 | | | | | | | | |
| | 25 | | | | | | | | | | | | 75 | | | | | | | | | | | 125 | | | | | | | | |
| | 26 | | | | | | | | | | | | 76 | | | | | | | | | | | 126 | | | | | | | | |
| | 27 | | | | | | | | | | | | 77 | | | | | | | | | | | 127 | | | | | | | | |
| | 28 | | | | | | | | | | | | 78 | | | | | | | | | | | 128 | | | | | | | | |
| | 29 | | | | | | | | | | | | 79 | | | | | | | | | | | 129 | | | | | | | | |
| | 30 | | | | | | | | | | | | 80 | | | | | | | | | | | 130 | | | | | | | | |
| | 31 | | | | | | | | | | | | 81 | | | | | | | | | | | 131 | | | | | | | | |
| | 32 | | | | | | | | | | | | 82 | | | | | | | | | | | 132 | | | | | | | | |
| | 33 | | | | | | | | | | | | 83 | | | | | | | | | | | 133 | | | | | | | | |
| | 34 | | | | | | | | | | | | 84 | | | | | | | | | | | 134 | | | | | | | | |
| | 35 | | | | | | | | | | | | 85 | | | | | | | | | | | 135 | | | | | | | | |
| | 36 | | | | | | | | | | | | 86 | | | | | | | | | | | 136 | | | | | | | | |
| | 37 | | | | | | | | | | | | 87 | | | | | | | | | | | 137 | | | | | | | | |
| | 38 | | | | | | | | | | | | 88 | | | | | | | | | | | 138 | | | | | | | | |
| | 39 | | | | | | | | | | | | 89 | | | | | | | | | | | 139 | | | | | | | | |
| | 40 | | | | | | | | | | | | 90 | | | | | | | | | | | 140 | | | | | | | | |
| | 41 | | | | | | | | | | | | 91 | | | | | | | | | | | 141 | | | | | | | | |
| | 42 | | | | | | | | | | | | 92 | | | | | | | | | | | 142 | | | | | | | | |
| | 43 | | | | | | | | | | | | 93 | | | | | | | | | | | 143 | | | | | | | | |
| | 44 | | | | | | | | | | | | 94 | | | | | | | | | | | 144 | | | | | | | | |
| | 45 | | | | | | | | | | | | 95 | | | | | | | | | | | 145 | | | | | | | | |
| | 46 | | | | | | | | | | | | 96 | | | | | | | | | | | 146 | | | | | | | | |
| | 47 | | | | | | | | | | | | 97 | | | | | | | | | | | 147 | | | | | | | | |
| | 48 | | | | | | | | | | | | 98 | | | | | | | | | | | 148 | | | | | | | | |
| | 49 | | | | | | | | | | | | 99 | | | | | | | | | | | 149 | | | | | | | | |
| | 50 | | | | | | | | | | | | 100 | | | | | | | | | | | 150 | | | | | | | | |



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov



Bib Data Sheet

CONFIRMATION NO. 1031

| SERIAL NUMBER 90/007,878 | FILING OR 371(c) DATE 01/17/2006 RULE | CLASS 623 | GROUP ART UNIT 3993 | ATTORNEY DOCKET NO. 067448-0000004 |
|---|---|---|---|---|

**APPLICANTS**

5515154, Residence Not Provided;
ADVANCED CARDIOVASCULAR SYSTEMS INC.(OWNER), SANTA CLARA, CA;
Jack S. Barufka(3rd. Pty. Req.), Mclean, VA;
Jack S. Barufka, Mclean, VA

** CONTINUING DATA ·························· *verified* 𝓔𝓷

This application is a REX of 08/281,790 07/28/1994 PAT 5,514,154
which is a CIP of 08/164,986 12/09/1993 ABN
which is a CON of 07/783,558 10/28/1991 ABN

** FOREIGN APPLICATIONS ···················· *now* 𝓔𝓷

| Foreign Priority claimed ☐ yes ☒ no 35 USC 119 (a-d) conditions met ☐ yes ☒ no ☐ Met after Allowance Verified and Acknowledged _____ Examiner's Signature _____ Initials | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS 23 | INDEPENDENT CLAIMS 3 |
|---|---|---|---|---|

**ADDRESS**
24201

**TITLE**
EXPANDABLE STENTS

| FILING FEE RECEIVED 2520 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |



| Application/Control No. | Applicant(s)/Patent under Reexamination |  |
|---|---|---|
| 90/007,878 | 5515154 |  |
| **Examiner** | **Art Unit** |  |
| Sara S. Clarke | 3993 |  |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 623 | 1.15 | 12/06 | _(signature)_ |
| 606 | 108 |  |  |
| 606 | 194 |  |  |

## SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

|  | DATE | EXMR |
|---|---|---|
| NONE | 12/06 | _(signature)_ |

## INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

U.S. Patent and Trademark Office

Part of Paper No. 20060919

# EXHIBIT B



UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,889 | 01/23/2006 | 6066167 | 067448-0000004 | 5305 |

24201      7590      12/21/2006

FULWIDER PATTON
6060 CENTER DRIVE
10TH FLOOR
LOS ANGELES, CA  90045

| EXAMINER |
|---|
|  |

| ART UNIT | PAPER NUMBER |
|---|---|
|  |  |

DATE MAILED: 12/21/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

PILLSBURY WINTHROP SHAW PITTMAN, LLP
P.O. BOX 10500
MCLEAN, VA  22102

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/007,889*.

PATENT NO. *6066167*.

ART UNIT *3993*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

| *Office Action in Ex Parte Reexamination* | Control No.<br>90/007,889 | Patent Under Reexamination<br>6066167 |
| | Examiner<br>Sara S. Clarke | Art Unit<br>3993 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a☐ Responsive to the communication(s) filed on _____ .   b☐ This action is made FINAL.
c☒ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire *TWO* month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination
certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days
will be considered timely.

Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☐ Notice of References Cited by Examiner, PTO-892.    3. ☐ Interview Summary, PTO-474.

2. ☒ Information Disclosure Statement, PTO/SB/08.    4. ☐ _____ .

Part II    SUMMARY OF ACTION

1a. ☒ Claims *1-8* are subject to reexamination.

1b. ☐ Claims _____ are not subject to reexamination.

2. ☐ Claims _____ have been canceled in the present reexamination proceeding.

3. ☐ Claims _____ are patentable and/or confirmed.

4. ☒ Claims *1-8* are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ The drawings, filed on _____ are acceptable.

7. ☐ The proposed drawing correction, filed on _____ has been (7a)☐ approved (7b)☐ disapproved.

8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).

   a)☐ All  b)☐ Some*  c)☐ None    of the certified copies have

   1☐ been received.

   2☐ not been received.

   3☐ been filed in Application No. _____ .

   4☐ been filed in reexamination Control No. _____ .

   5☐ been received by the International Bureau in PCT application No. _____ .

   * See the attached detailed Office action for a list of the certified copies not received.

9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal
   matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D.
   11, 453 O.G. 213.

10. ☐ Other: _____

cc: Requester (if third party requester)
U.S. Patent and Trademark Office
PTOL-466 (Rev. 08-06)                Office Action in Ex Parte Reexamination                Part of Paper No. 20061117

Control Number: 90/007,889                                                    Page 1
Art Unit 3993

# DETAILED ACTION

## *Statutory Bases for Claim Rejections*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

(e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

1.    **Claims 1-8** are rejected under 35 U.S.C. 102(b) as being anticipated by the

Mirich journal article "Percutaneously Placed Endovascular Grafts for Aortic Aneurysms:

Feasibility Study" ("Mirich").

2.    Regarding claims 1 and 5, Mirich discloses the invention as claimed including a

longitudinally flexible stent.  As discussed at pg. 1033, col. 2, bottom paragraph, of

Mirich, self-expanding Gianturco stents are used in tandem.  Since the Gianturco stents

are self-expanding, it follows that the individual stents, used in tandem, are flexible such

that the six-tip zig-zag pattern of the Gianturco stents flattens out upon expansion.  Due

to this flexibility within the individual Gianturco stents, the overall device comprising

tandem Gianturco stents is necessarily longitudinally flexible, at least to some degree.

At pg. 1033, col. 2, bottom paragraph, Mirich further discloses the use of four

Gianturco stents in tandem thus meeting the requirement for a first cylindrically shaped

Control Number: 90/007,889                                                Page 2
Art Unit 3993

element, a second cylindrically shaped element, a third cylindrically shaped element, up

to an Nth cylindrically shaped element, and other than the first and the Nth cylindrically

shaped elements, each of the cylindrically shaped elements has two adjacent

cylindrically shaped elements spaced in opposite axial directions.   As shown in Fig. 1b,

the cylindrically shaped elements are generally independently expandable in the radial

direction.  As shown in Figs. 1a-c, the cylindrically shaped elements are generally

aligned on a common longitudinal axis.  As shown in Fig. 1a, each of the cylindrically

shaped elements has an undulating pattern of peaks and valleys, the undulating pattern

of each of the cylindrically shape elements being out of phase with the undulating

pattern of each of the adjacent cylindrically shaped elements.  Finally, Fig. 1a shows

each of the cylindrically shaped elements being interconnected (via struts) to one of the

adjacent cylindrically shaped elements so that the cylindrically shaped elements form a

longitudinally flexible stent.

3.      Regarding claims 2 and 6, see Fig. 1a, especially the

bottom two stents.

4.      Regarding claims 3 and 7, see Fig. 1a.

5.      Regarding claims 4 and 8, Fig. 1a, as annotated by the

examiner, includes circles around an exemplary peak and

valley.  As shown in the figure, the peaks and valleys of the

stents are substantially U-shaped.

6.      **Claims 1-8** are rejected under 35 U.S.C. 102(b) as

being anticipated by the Furui article "Hepatic Inferior Vena

Cava Obstruction: Treatment of Two Types with Gianturco Expandable Metallic Stents"



Fig. 1a
from
Mirich

("Furui").

7.       Regarding claims 1 and 5, Furui discloses a longitudinally flexible stent as shown

in Fig. 2c. Fig. 2c shows multiple stents in tandem conforming to the curve of a curved

vessel. As shown in Fig. 1, Furui discloses a first cylindrically shaped element, a

second cylindrically shaped element, a third cylindrically shaped element, up to an Nth

cylindrically shaped element, the cylindrically shaped elements being generally aligned

on a common longitudinal axis; other than the first and the Nth cylindrically shaped

elements, each of the cylindrically shaped elements has two adjacent cylindrically

shaped elements spaced in opposite axial directions; each of the cylindrically shaped

elements having an undulating pattern of peaks and valleys, the undulating pattern of

each of the cylindrically shape elements being out of phase with the undulating pattern

of each of the adjacent cylindrically shaped elements; and each of the cylindrically

shaped elements being interconnected (via struts) to one of the adjacent cylindrically

shaped elements so that the cylindrically shaped elements form a longitudinally flexible

stent. Finally, Furui discloses the cylindrically shaped elements being generally

independently expandable in the radial direction. Furui discloses that the individual

cylindrical elements are Gianturco stents. As disclosed in U.S. Patent No. 5,305,706 to

Gianturco et al. (cited in the IDS submitted May 30, 2006), a Gianturco stent is formed

of a stainless steel wire arranged in a closed, zig-zag pattern, and is more fully

described in US Pat. No. 4,580,568 to Gianturco (cited in the same IDS). Since the

individual cylindrical elements are Gianturco stents, which expand upon removal of the

sheath, and they are connected at only two opposite circumferential locations, the

individual cylindrical elements of Furui appear to expand independently at least to some

Control Number: 90/007,889                                                                   Page 4
Art Unit 3993

degree.

8.      Regarding claims 2, 3, 6, and 7, see Fig. 1 of Furui.

9.      Regarding claims 4 and 8, see Fig. 1. In the same manner as Mirich above (see

item 5 above), the peaks and valleys shown in this figure are U-shaped.

10.     **Claims 1, 3, 5, and 7** are rejected under 35 U.S.C. 102(e) as being anticipated

by US Patent No. 5,104,404 to Wolff ("Wolff").

11.     Regarding claims 1 and 5, Wolff discloses the invention as claimed including a

longitudinally flexible stent. Fig. 2 of Wolff shows the stent in a longitudinally flexed

position. Wolff also discloses a first cylindrically shaped element, a second cylindrically

shaped element, a third cylindrically shaped element, up to an Nth cylindrically shaped

element and other than the first and the Nth cylindrically shaped elements, each of the

cylindrically shaped elements has two adjacent cylindrically shaped elements spaced in

opposite axial directions. Figs. 1-5 of Wolff show three stent segments 12. Moreover,

at col. 1, ll. 59-61, Wolff discloses, "A relatively small number of stent segments are

shown in the example but as many segments as may be required can be attached

together using this approach." Thus, Wolff shows 1, 2, 3, ... N cylindrical elements and

other than the first and the Nth cylindrically shaped elements, each of the cylindrically

shaped elements has two adjacent cylindrically shaped elements spaced in opposite

axial directions. Wolff further discloses the cylindrically shaped elements being

generally independently expandable in the radial direction. Fig. 6 shows that the stent

segments are capable of expanding independently to fit in a vessel having a change in

diameter. Fig. 1 shows that the cylindrical elements are generally aligned on a common

longitudinal axis. Fig. 1 shows each of the cylindrically shaped elements having an

Control Number: 90/007,889                                                    Page 5
Art Unit 3993

undulating pattern of peaks and valleys, the undulating pattern of each of the

cylindrically shape elements being out of phase with the undulating pattern of each of

the adjacent cylindrically shaped elements.  Finally, Fig. 1 shows each of the

cylindrically shaped elements 12 being interconnected (via hinges 14) to one of the

adjacent cylindrically shaped elements so that the cylindrically shaped elements form a

longitudinally flexible stent.

12.    Regarding claims 3 and 7, see Fig. 1.

### Response to Requester's Proposed Rejections

13.    At pgs. 18-22 of the request, the requester suggests that the Wallace article

"Tracheobronchial Tree: Expandable Metallic Stents Used in Experimental and Clinical

Applications" ("Wallace"), anticipates claims 5 and 8.  In making this suggesting, the

requester refers to pg. 312 (third column) of Wallace, which states, "The stainless steel

stent can be fashioned as to expansile properties, length, and diameter to suit the

specific requirements."  The requester then states, "Wallace implicitly recognizes that up

to an Nth cylindrical element could be used."  The examiner disagrees.  By stating that

the stent can be fashioned as to length to suit specific requirements, Wallace implies

only that longer or shorter stents can be used.  Without more, one skilled in the art

cannot reasonably be expected to draw from Wallace any sort of inference as to how

longer stents is achieved.

14.    At pgs. 22-25 of the request, the requester suggests that Wolff anticipates

claim 8.  The examiner disagrees.  Claim 8 requires that the peaks and valleys are U-

shaped.  The peaks and valleys of the stent segments disclosed by Wolff come to

points and are thus V-shaped and not U-shaped.

Control Number: 90/007,889                                           Page 6
Art Unit 3993

15.    At pgs. 25-31 of the request, the requester suggests that EP Patent App.

357,003 A2 to Corvita Corporation ("Corvita") and the Trent journal article "A Balloon-

Expandable Intravascular Stent for Obliterating Experimental Aortic Dissection" ("Trent")

anticipate claims 5 and 8.  The examiner disagrees because both of these reference fail

to disclose even two cylindrical shaped elements, let alone more than three (*i.e.,* first,

second, third, up to an Nth).  The requester relies on Fig. 3 of Corvita (see page 25 of

the request) and the disclosure of Trent at pg. 707 of a "continuous, complex coil cut to

the length needed at the time of insertion" (see pg. 29 of the request).  However, Fig. 3

of Corvita shows one continuous spiral and not a plurality of elements.  Likewise, as

noted by the requester, Trent also discloses a continuous spiral.  At pgs. 6 and 7 of the

decision ordering reexamination, the examiner stated that Fig. 3 of Corvita shows a

plurality of sections and that Trent shows sections in the same manner as Corvita.

However, upon reconsideration, the examiner now concedes that construing randomly

chosen sections of a coil as a plurality of cylindrical shaped elements, as suggested by

the requester, is not a reasonable position to take.

### *Conclusion*

Extensions of time under 37 CFR 1.136(a) will **not** be permitted in these

proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and

not to parties in a reexamination proceeding.  Additionally, 35 U.S.C. 305 requires that

*ex parte* reexamination proceedings "will be conducted with special dispatch" (37

CFR 1.550(a)).  Extensions of time in *ex parte* reexamination proceedings are provided

for in 37 CFR 1.550(c).

The patent owner is reminded of the continuing responsibility under 37 CFR

Control Number: 90/007,889                                              Page 7
Art Unit 3993

1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent

proceeding, involving Patent No. 6,066,167 throughout the course of this reexamination

proceeding. The third party requester is also reminded of the ability to similarly apprise

the Office of any such activity or proceeding throughout the course of this reexamination

proceeding. See MPEP §§ 2207, 2282 and 2286.

Any paper filed with the Office, *i.e.,* any submission made, by either the patent

owner or the third party requester **must** be served on every other party in the

reexamination proceeding in the manner provided by § **1.248**. The document must

reflect service or the document may be refused consideration by the Office. See 37

CFR 1.550(f).

The patent owner is notified that any proposed amendments to the specification

and/or claims in this reexamination proceeding **MUST** comply with 37 CFR 1.530(d)-(j),

37 CFR 1.52(a) and (b), and 37 CFR 1.20(c).

### *Contact Information*

**All** correspondence relating to this *ex parte* reexamination proceeding should be

directed as follows:

By **U.S. Postal Service Mail**: Mail Stop *Ex Parte* Reexam
Attn: Central Reexamination Unit
Commissioner for Patents
P. O. Box 1450
Alexandria, VA  22313-1450

By FAX: (571) 273-9900
Central Reexamination Unit

By hand: Customer Service Window
Attn: Central Reexamination Unit
Randolph Building, Lobby Level
401 Dulany Street
Alexandria, VA  22314

Control Number: 90/007,889
Art Unit 3993

Page 8

Any inquiry concerning this communication or earlier communications from the

Reexamination Legal Advisor or Examiner, or as to the status of this proceeding, should

be directed to the Central Reexamination Unit at telephone number (571) 272-7705.

Signed:

Sara Clarke
Primary Examiner
Central Reexamination Unit
(571) 272-4873



| *Reexamination* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90/007,889 | 6066167 |
| | Certificate Date | Certificate Number |

**Requester**   **Correspondence Address:**   ☐ Patent Owner   ☒ Third Party

Pillsbury Winthrop Shaw Pittman, LLP
P.O. Box 10500
McLean, Va 22102

| LITIGATION REVIEW ☒ | SC | 12/7/06 |
|---|---|---|
| | (examiner initials) | (date) |
| | Case Name | Director Initials |
| Advanced Cardio Sys, et al v. Medtronic Vascular, et al; 1:98cv80; US Dist Ct of Delaware; open | | *K for LM* |
| | | |
| | | |
| | | |
| | | |

| COPENDING OFFICE PROCEEDINGS | |
|---|---|
| TYPE OF PROCEEDING | NUMBER |
| 1.   None | |
| 2. | |
| 3. | |
| 4. | |

U.S. Patent and Trademark Office

DOC. CODE **RXFILJKT**



| | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| **Index of Claims** | 90/007,889 | 6066167 |
| | **Examiner** | **Art Unit** |
| | Sara S. Clarke | 3993 |

| √ | Rejected | − | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| Claim (Final) | Claim (Original) | Date 12/6/06 | | | | | | | | Claim (Final) | Claim (Original) | Date | | | | | | | | Claim (Final) | Claim (Original) | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | √ | | | | | | | | | 51 | | | | | | | | | | 101 | | | | | | | |
| | 2 | √ | | | | | | | | | 52 | | | | | | | | | | 102 | | | | | | | |
| | 3 | √ | | | | | | | | | 53 | | | | | | | | | | 103 | | | | | | | |
| | 4 | √ | | | | | | | | | 54 | | | | | | | | | | 104 | | | | | | | |
| | 5 | √ | | | | | | | | | 55 | | | | | | | | | | 105 | | | | | | | |
| | 6 | √ | | | | | | | | | 56 | | | | | | | | | | 106 | | | | | | | |
| | 7 | √ | | | | | | | | | 57 | | | | | | | | | | 107 | | | | | | | |
| | 8 | √ | | | | | | | | | 58 | | | | | | | | | | 108 | | | | | | | |
| | 9 | | | | | | | | | | 59 | | | | | | | | | | 109 | | | | | | | |
| | 10 | | | | | | | | | | 60 | | | | | | | | | | 110 | | | | | | | |
| | 11 | | | | | | | | | | 61 | | | | | | | | | | 111 | | | | | | | |
| | 12 | | | | | | | | | | 62 | | | | | | | | | | 112 | | | | | | | |
| | 13 | | | | | | | | | | 63 | | | | | | | | | | 113 | | | | | | | |
| | 14 | | | | | | | | | | 64 | | | | | | | | | | 114 | | | | | | | |
| | 15 | | | | | | | | | | 65 | | | | | | | | | | 115 | | | | | | | |
| | 16 | | | | | | | | | | 66 | | | | | | | | | | 116 | | | | | | | |
| | 17 | | | | | | | | | | 67 | | | | | | | | | | 117 | | | | | | | |
| | 18 | | | | | | | | | | 68 | | | | | | | | | | 118 | | | | | | | |
| | 19 | | | | | | | | | | 69 | | | | | | | | | | 119 | | | | | | | |
| | 20 | | | | | | | | | | 70 | | | | | | | | | | 120 | | | | | | | |
| | 21 | | | | | | | | | | 71 | | | | | | | | | | 121 | | | | | | | |
| | 22 | | | | | | | | | | 72 | | | | | | | | | | 122 | | | | | | | |
| | 23 | | | | | | | | | | 73 | | | | | | | | | | 123 | | | | | | | |
| | 24 | | | | | | | | | | 74 | | | | | | | | | | 124 | | | | | | | |
| | 25 | | | | | | | | | | 75 | | | | | | | | | | 125 | | | | | | | |
| | 26 | | | | | | | | | | 76 | | | | | | | | | | 126 | | | | | | | |
| | 27 | | | | | | | | | | 77 | | | | | | | | | | 127 | | | | | | | |
| | 28 | | | | | | | | | | 78 | | | | | | | | | | 128 | | | | | | | |
| | 29 | | | | | | | | | | 79 | | | | | | | | | | 129 | | | | | | | |
| | 30 | | | | | | | | | | 80 | | | | | | | | | | 130 | | | | | | | |
| | 31 | | | | | | | | | | 81 | | | | | | | | | | 131 | | | | | | | |
| | 32 | | | | | | | | | | 82 | | | | | | | | | | 132 | | | | | | | |
| | 33 | | | | | | | | | | 83 | | | | | | | | | | 133 | | | | | | | |
| | 34 | | | | | | | | | | 84 | | | | | | | | | | 134 | | | | | | | |
| | 35 | | | | | | | | | | 85 | | | | | | | | | | 135 | | | | | | | |
| | 36 | | | | | | | | | | 86 | | | | | | | | | | 136 | | | | | | | |
| | 37 | | | | | | | | | | 87 | | | | | | | | | | 137 | | | | | | | |
| | 38 | | | | | | | | | | 88 | | | | | | | | | | 138 | | | | | | | |
| | 39 | | | | | | | | | | 89 | | | | | | | | | | 139 | | | | | | | |
| | 40 | | | | | | | | | | 90 | | | | | | | | | | 140 | | | | | | | |
| | 41 | | | | | | | | | | 91 | | | | | | | | | | 141 | | | | | | | |
| | 42 | | | | | | | | | | 92 | | | | | | | | | | 142 | | | | | | | |
| | 43 | | | | | | | | | | 93 | | | | | | | | | | 143 | | | | | | | |
| | 44 | | | | | | | | | | 94 | | | | | | | | | | 144 | | | | | | | |
| | 45 | | | | | | | | | | 95 | | | | | | | | | | 145 | | | | | | | |
| | 46 | | | | | | | | | | 96 | | | | | | | | | | 146 | | | | | | | |
| | 47 | | | | | | | | | | 97 | | | | | | | | | | 147 | | | | | | | |
| | 48 | | | | | | | | | | 98 | | | | | | | | | | 148 | | | | | | | |
| | 49 | | | | | | | | | | 99 | | | | | | | | | | 149 | | | | | | | |
| | 50 | | | | | | | | | | 100 | | | | | | | | | | 150 | | | | | | | |

U.S. Patent and Trademark Office

Part of Paper No. 20061117



**Search Notes**

| Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|
| 90/007,889 | 6066167 |
| Examiner | Art Unit |
| Sara S. Clarke | 3993 |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 623 | 1.15, 1.16 search updated | 12/2006 | *(signature)* |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | DATE | EXMR |
|---|---|---|
| NONE | 12/2006 | *(signature)* |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |

U.S. Patent and Trademark Office

Part of Paper No. 20061117



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia  22313-1450
www.uspto.gov



Bib Data Sheet

**CONFIRMATION NO. 5305**

| SERIAL NUMBER 90/007,889 | FILING OR 371(c) DATE 01/23/2006 RULE | CLASS 623 | GROUP ART UNIT 3993 | ATTORNEY DOCKET NO. 067448-0000004 |
|---|---|---|---|---|

**APPLICANTS**

    6066167, Residence Not Provided;
    ADVANCED CARDIOVASCULAR SYSTEMS, INC (OWNER), SANTA CLARA, CA;
    Jack S. Barufka, PILLSBURY WINTHROP SHAW PITTMAN LLP (3RD PTY), MCLEAN, VA;
    Jack S. Burufka, PILLSBURY WINTHROP SHAW PITTMAN LLP (3RD PTY), McLEAN, VA

** CONTINUING DATA ************************ *OK AK fa SC*

    This application is a REX of 09/084,797 05/26/1998 PAT 6,066,167
    which is a DIV of 08/823,434 03/24/1997 PAT 5,766,238
    which is a DIV of 08/783,097 01/14/1997 PAT 5,735,893
    which is a DIV of 08/556,516 11/13/1995 PAT 5,603,721
    which is a DIV of 08/281,790 07/28/1994 PAT 5,514,154
    which is a CIP of 08/164,986 12/09/1993 ABN
    which is a CON of 07/783,558 10/28/1991 ABN

** FOREIGN APPLICATIONS ********************

| Foreign Priority claimed ☐ yes ☒ no 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance Verified and Acknowledged *AK m SC* Examiner's Signature    Initials | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS 8 | INDEPENDENT CLAIMS 2 |
|---|---|---|---|---|

**ADDRESS**

24201

**TITLE**

EXPANDABLE STENTS

| FILING FEE RECEIVED 2520 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees ☐ 1.16 Fees ( Filing ) ☐ 1.17 Fees ( Processing Ext. of time ) ☐ 1.18 Fees ( Issue ) ☐ Other _____ ☐ Credit |
|---|---|---|

# EXHIBIT C


UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,890 | 01/23/2006 | 6066168 | 067448-0000004 | 5461 |

24201        7590        12/21/2006

FULWIDER PATTON
6060 CENTER DRIVE
10TH FLOOR
LOS ANGELES, CA  90045

| EXAMINER |
|---|
|  |

| ART UNIT | PAPER NUMBER |
|---|---|
|  |  |

DATE MAILED: 12/21/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

PILLSBURY WINTHROP SHAW PITTMAN, LLP
P.O. BOX 10500
MCLEAN, VA 22102

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/007,890*.

PATENT NO. *6066168*.

ART UNIT *3993*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| *Office Action in Ex Parte Reexamination* | Control No.<br>90/007,890 | Patent Under Reexamination<br>6066168 |
| | Examiner<br>Sara S. Clarke | Art Unit<br>3993 | . |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a ☐ Responsive to the communication(s) filed on _____ .        b ☐ This action is made FINAL.
c ☒ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire <u>2</u> month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☒ Notice of References Cited by Examiner, PTO-892.        3. ☐ Interview Summary, PTO-474.

2. ☒ Information Disclosure Statement, PTO/SB/08.            4. ☐ _____.

Part II    SUMMARY OF ACTION

1a. ☒ Claims <u>1-18</u> are subject to reexamination.

1b. ☐ Claims _____ are not subject to reexamination.

2. ☐ Claims _____ have been canceled in the present reexamination proceeding.

3. ☒ Claims <u>8-10 and 17</u> are patentable and/or confirmed.

4. ☒ Claims <u>1-7,11-16 and 18</u> are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ The drawings, filed on _____ are acceptable.

7. ☐ The proposed drawing correction, filed on _____ has been  (7a)☐ approved  (7b)☐ disapproved.

8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All  b)☐ Some*  c)☐ None    of the certified copies have

    1☐ been received.

    2☐ not been received.

    3☐ been filed in Application No. _____ .

    4☐ been filed in reexamination Control No. _____.

    5☐ been received by the International Bureau in PCT application No. _____.

    * See the attached detailed Office action for a list of the certified copies not received.

9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10. ☐ Other: _____

U.S. Patent and Trademark Office
PTOL-466 (Rev. 08-06)                    Office Action in Ex Parte Reexamination                    Part of Paper No. 20061127

Control Number: 90/007,890                                                Page 1
Art Unit 3993

## DETAILED ACTION

### *Statutory Bases for Claim Rejections*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

(e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

(a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

1.    **Claims 1-7 and 12-16** are rejected under 35 U.S.C. 102(e) as being anticipated

by US Patent No. 5,104,404 to Wolff ("Wolff").

2.    Regarding claim 1, Wolff discloses the invention as claimed including a

longitudinally flexible stent.  Fig. 2 of Wolff shows the stent in a longitudinally flexed

position.  As shown in Fig. 1, Wolff further discloses a plurality of cylindrical rings 12,

which are connected so as to be generally aligned on a common longitudinal axis.  As

disclosed at col. 1, l. 55, the segments used in Wolff can be those disclosed in US

Patent No. 4,830,003 (also to Wolff). As disclosed in Wolff '003, at col. 3, ll. 12-14, the stent segments disclosed in Wolff '003 are expandable in the radial direction. As disclosed at the abstract, l. 2, Wolff discloses at least one weld connection between each cylindrical ring to attach the plurality of cylindrical rings along the common longitudinal axis thereby forming the longitudinally flexible stent.

3.    Regarding claims 2-5, see Fig. 1.

4.    Regarding claim 7, see Figs. 1-5.

5.    Regarding claim 12, the rings 12 shown in Fig. 1 have an undulating pattern of peaks and valleys. Moreover, adjacent rings are out of phase with one another. As disclosed at the abstract, l. 2, Wolff discloses at least one weld connection between each cylindrical ring to attach the plurality of cylindrical rings along the common longitudinal axis thereby forming the longitudinally flexible stent.

Regarding claim 6 and 12, Fig. 11 of the subject patent is the only figure for which the rings/elements are described as and appear to be out of phase. Since the peaks of every ring are also the valleys, depending upon perspective, the pairs of portions of adjacent rings, which are connected by interconnecting elements 13, can be called "peaks." In this same manner, the peaks of one cylindrical ring of Wolff point towards the peaks of an adjacent ring.

6.    Regarding claim 13, see Fig. 8.

7.    Regarding claims 14 and 15, see Fig. 1.

8.    Regarding claim 16, the language "one of N-1 adjacent weld connections" is not exclusive. Since Wolff discloses two weld connections between adjacent rings, Wolff necessarily discloses one weld connection between adjacent rings.

Control Number: 90/007,890                                                        Page 3
Art Unit 3993

9.      **Claims 11 and 18** are rejected under 35 U.S.C. 103(a) as being unpatentable

over US Patent No. 6,344,053 to Boneau ("Boneau") in view of Wolff.

10.     Boneau discloses the invention substantially as claimed including a plurality of

cylindrical rings (see col. 6, ll. 6-19) each having a diameter and a length.  Claims 11

and 18 further require that each of the cylindrical rings in an unexpanded and

uncrimped condition has a length less than the diameter thereof.  At col. 5, ll. 4-22,

Boneau discloses that the typical vessel, into which the stent of Boneau might be

implanted ranges from 1.5 mm to 5 mm in diameter.  Thus, since the cylindrical ring of

Boneau is expanded to the vessel diameter (see Fig. 4), the diameter of the cylindrical

ring of Boneau, in the expanded position, ranges from 1.5 mm to 5 mm.  Boneau further

discloses that the stent may have between two and ten turns.  See col. 6, line 19.  At

col. 4, lines 58-60, Boneau discloses a wire diameter in the range of 0.002 to 0.025

inches.  Based upon the ranges of the turns and the wire diameter, the diameter of the

ring in a crimped position can range from 0.064 to 4.044 millimeters.  Boneau also

discloses that corresponding stents may range from 1 mm to 2 cm in length.  The range

of lengths taught by Boneau overlaps a range of lengths less than both the largest

crimped diameter of 4.044 mm and the largest expanded diameter of 5 mm.  Thus, it

would have been obvious to one of ordinary skill in the art at the time of invention to

make the stent of Boneau with the radially expandable cylindrical rings in an

unexpanded and uncrimped condition with a length less than the diameter thereof.  See

MPEP 2144.05.

11.     Boneau does not disclose that the plurality of cylindrical rings are connected so

as to be generally aligned on a common longitudinal axis and at least one weld

Control Number: 90/007,890                                              Page 4
Art Unit 3993

connection between each cylindrical ring to attach the plurality of rings along the

common longitudinal axis thereby forming the longitudinally flexible stent.

12.      As discussed at items 2 and 5 above, Wolff discloses a plurality of cylindrical

rings 12, which are connected so as to be generally aligned on a common longitudinal

axis and at least one weld connection between each cylindrical ring to attach the

plurality of rings along the common longitudinal axis thereby forming the longitudinally

flexible stent.  As discussed in the abstract, l. 14-18, the welded connections (hinges

14) provide articulation and spacing between the stent segments.

13.      Thus, it would have been obvious to one of ordinary skill in the art at the time of

invention to provide the device of Boneau with the welded hinges taught by Wolff for the

purpose of providing articulation and spacing between cylindrical rings.

14.      **Claim 1-7 and 12-16** are rejected under 35 U.S.C. 102(b) as being anticipated

by the Furui article "Hepatic Inferior Vena Cava Obstruction: Treatment of Two Types

with Gianturco Expandable Metallic Stents" ("Furui").

15.      Regarding claims 1 and 12, Furui discloses a longitudinally flexible stent as

shown in Fig. 2c.  Fig. 2c shows multiple stents in tandem conforming to the curve of a

curved vessel.  As shown in Fig. 1, Furui discloses a plurality of cylindrical rings, which

are connected by struts so as to be generally aligned on a common longitudinal axis.

Finally, Furui discloses the cylindrically shaped elements being expandable in the radial

direction.  See p. 1, col. 2, l. 28, which discloses the use of *expandable* Gianturco

stents.

      Claim 1 further requires that there is, "at least one weld connection between each

cylindrical ring to attach the plurality of cylindrical rings along the common longitudinal

axis thereby forming the longitudinally flexible stent." Claim 12 also requires a weld

connection. The requester suggests that Fig. 1 of Furui clearly shows at least one weld

connection. The examiner agrees with the declarant Jeffery Allen (see the declaration

provided with the request) that Fig. 1 of Furui shows a globular mass connecting struts

between adjacent rings and that this globular mass indicates the use of a filler material.

See items 6 and 10 in the declaration. The examiner further agrees that the presence

of the filler material excludes all of the types of joining mentioned in items 8 and 9,

leaving only welding, brazing, or soldering. Finally, the examiner agrees that the joint

shown is "welded." However, the examiner does not agree with Mr. Allen's explanation.

It is important to point out that the specification of the subject patent provides no

guidance as to what is meant by "welding." See col. 3, l. 3, and the claims. Thus,

"welding" must be given its plain meaning. See MPEP 2111.01.

The declarant, Mr. Allen, appears to be an ordinary skilled artisan due to his

education and professional experience. See items 3 and 4 in the declaration. Thus, his

opinion carries some weight as to the plain meaning of the term "welding" and what it

encompasses.

In the declaration, at item 10, Mr. Allen averred that the joint could have been

made by brazing or soldering, both of which are types of non-fusion welds, or any fusion

weld utilizing the addition of a filler material. Here the examiner disagrees. According

to the book Joining of Material and Structures, From Pragmatic Process to Enabling

Technology[1], non-fusion welds are made without the use of a filler material that melts.

---

[1] Since the stents of the subject patent are metallic, it is appropriate to refer to general manuals or
reference books on metals, such as this book, to determine the ordinary and customary meaning as
understood by a person of ordinary skill in the art in question at the time of the invention, barring evidence
in the record that the stent art uses other language for standard metal joining.

See p. 332.  Brazing and soldering are not types of non-fusion welds.  See pp. 349,

392, and 393.

However, according to the same book, "In its broadest sense, welding includes

any process that causes materials to join through the attractive action of interatomic or

intermolecular forces, as opposed to purely macroscopic or even microscopic

mechanical interlocking forces.  Thus, welding ..., brazing ..., soldering ..., and even

adhesive bonding ... can all be considered 'welding' processes by the preceding

definition."  See p. 285.  This same book refers to brazing and soldering as

subclassifications of welding.  See pp. 351 and 391.  Thus, since the joint shown in

Furui is made by brazing, soldering, or a fusion weld utilizing a filler material, and

brazing and soldering are subclassifications of welding, the joint is necessarily a welded

joint.

16.    Regarding claims 2-5, see Fig. 1.

17.    Regarding claim 6, in the same manner as item 5 above, the connected portions

of Fig. 1 of Furui are both "peaks."

18.    Regarding claim 7, see Fig. 1.

19.    Regarding claim 12, Fig. 1 shows out of phase rings.  In the same manner as

item 5 above, the connected portions of Fig. 1 of Furui are both "peaks," and the peaks

of one ring point toward the peaks of the adjacent ring.

20.    Regarding claims 13-15, see pg. 665, col. 3, l. 3.

21.    Regarding claim 16, the language "one of N-1 adjacent weld connections" is not

exclusive.  Since Wolff discloses two weld connections between adjacent rings, Furui

necessarily discloses one weld connection between adjacent rings.

Control Number: 90/007,890                                          Page 7
Art Unit 3993

### Response to Requester's Proposed Rejections

22.     At pages 20-26 of the request, the requester suggests that both US Patent No.

5,133,732 to Wiktor ("Wiktor") and US Patent No. 4,733,665 to Palmaz ("Palmaz")

anticipate claims 1-3.  The examiner disagrees because both Wiktor and Palmaz do not

disclose a plurality of cylindrical rings.  With respect to this claim requirement, the

requester relies on Fig. 7 of Wiktor (see p. 20 of the request) and Fig. 2B of Palmaz

(see p. 24 of the request).  However, Fig. 7 of Wiktor shows one continuous spiral and

not a plurality of rings.  Elongate members 78 and 79 in Fig. 2B of Palmaz do not

amount to a plurality of rings.  At page 4 of the decision ordering reexamination, the

examiner stated Wiktor discloses a plurality of rings.  However, upon reconsideration,

the examiner now concedes that construing randomly chosen sections of a coil as a

plurality of cylindrical rings, as shown in the figure at page 20 of the request, is not a

reasonable position to take.

### Statement of Reasons for Patentability and/or Confirmation

23.     The following is an examiner's statement of reasons for patentability and/or

confirmation of the claims found patentable in this reexamination proceeding:

24.     Regarding **claim 8**, the prior art of record does not disclose, singly or in

combination, the combination of elements recited in claim 8 including the weld

connections attaching adjacent cylindrical rings being circumferentially aligned along the

longitudinal axis.

25.     Regarding **claims 9 and 10**, the prior art of record does not disclose, singly or in

combination, the combination of elements recited in claim 9 including only one weld

connection attaching adjacent cylindrical elements to each other.

Control Number: 90/007,890                                                           Page 8
Art Unit 3993

26.    Regarding **claim 17**, the prior art of record does not disclose, singly or in

combination, the combination of elements recited in claim 17 including each weld

connection being circumferentially offset from the adjacent weld connections.

27.    Any comments considered necessary by PATENT OWNER regarding the above

statement must be submitted promptly to avoid processing delays.  Such submission by

the patent owner should be labeled: "Comments on Statement of Reasons for

Patentability and/or Confirmation" and will be placed in the reexamination file.

### *Conclusion*

Extensions of time under 37 CFR 1.136(a) will **not** be permitted in these

proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and

not to parties in a reexamination proceeding.  Additionally, 35 U.S.C. 305 requires that

*ex parte* reexamination proceedings "will be conducted with special dispatch" (37

CFR 1.550(a)).  Extensions of time in *ex parte* reexamination proceedings are provided

for in 37 CFR 1.550(c).

The patent owner is reminded of the continuing responsibility under 37 CFR

1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent

proceeding, involving Patent No. 6,066,168 throughout the course of this reexamination

proceeding.  The third party requester is also reminded of the ability to similarly apprise

the Office of any such activity or proceeding throughout the course of this reexamination

proceeding.  See MPEP §§ 2207, 2282 and 2286.

Any paper filed with the Office, *i.e.,* any submission made, by either the patent

owner or the third party requester **must** be served on every other party in the

reexamination proceeding in the manner provided by § **1.248**.  The document must

Control Number: 90/007,890                                          Page 9
Art Unit 3993

reflect service or the document may be refused consideration by the Office. See 37

CFR 1.550(f).

The patent owner is notified that any proposed amendments to the specification

and/or claims in this reexamination proceeding **MUST** comply with 37 CFR 1.530(d)-(j),

37 CFR 1.52(a) and (b), and 37 CFR 1.20(c).

### *Contact Information*

**All** correspondence relating to this *ex parte* reexamination proceeding should be

directed as follows:

By **U.S. Postal Service Mail**:  Mail Stop *Ex Parte* Reexam
                                  Attn: Central Reexamination Unit
                                  Commissioner for Patents
                                  P. O. Box 1450
                                  Alexandria, VA   22313-1450

By FAX:  (571) 273-9900
         Central Reexamination Unit

By hand:  Customer Service Window
          Attn: Central Reexamination Unit
          Randolph Building, Lobby Level
          401 Dulany Street
          Alexandria, VA  22314

Any inquiry concerning this communication or earlier communications from the

Reexamination Legal Advisor or Examiner, or as to the status of this proceeding, should

be directed to the Central Reexamination Unit at telephone number (571) 272-7705.

Signed:

Sara Clarke
Primary Examiner
Central Reexamination Unit
(571) 272-4873



| | | |
|---|---|---|
| **Notice of References Cited** | Application/Control No. 90/007,890 | Applicant(s)/Patent Under Reexamination 6066168 |
| | Examiner Sara S. Clarke | Art Unit 3993 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US- | | | |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Messler, Jr., R. J., Joining of Materials and Structures, From Pragmatic Process to Enabling Technology, Elsevier, Inc., Burlington, MA, 2004, pp. 285, 305, 332, 333, 349-353, 389-393, 447. |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                          Notice of References Cited                          Part of Paper No. 20061127

PTO/SB/08a (06-03)
Approved for use through 07/31/2003 OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| Substitute for form 1449A/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | Application Number | 90/007,890 |
| | Filing Date | January 23, 2006 |
| | First Named Inventor | Lilip Lau |
| | Art Unit | 3993 |
| | Examiner Name | Sara Clarke |
| Sheet | 1 | of | 1 | | Attorney Docket Number | ACS 74381 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No¹ | Document Number | | Issue/Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code² (if known) | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No¹ | Foreign Patent Document | | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|---|---|
| | | Office³ | Number⁴ | Kind⁵ (if known) | | | | |
| SC | | AU | B-53198/94 | | 03/17/1994 | Arterial Vascular Engineering, Inc. | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Examiner Signature | /Sara Clarke/ | Date Considered | 12/06/2006 |
|---|---|---|---|

44776.1

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEPP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO, Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS, SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

| Examiner Initials | Cite No. | Document Number / Number-Kind Code (if known) | Issue or Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | U.S. PATENTS AND PUBLISHED U.S. PATENT APPLICATIONS | | |
| | | | Reexam Control No. 90/007,890 | | |
| | | | Filed: January 23, 2006 | | |
| SC | | US-2,070,073 | 02-09-1937 | Walton | |
| | | US-2,701,559 | 02-08-1955 | Cooper | |
| | | US-2,854,982 | 10-07-1958 | Pagano | |
| | | US-2,854,983 | 10-07-1958 | Baskin | |
| | * | US-3,105,492 | 10-01-1963 | Jeckel | |
| | | US-3,155,095 | 11-03-1964 | Brown | |
| | | US-3,420,142 | 09-15-1966 | Gale et al. | |
| | | US-3,284,762 | 11-08-1966 | Kompanek | |
| | | US-3,334,629 | 08-08-1967 | Cohn | |
| | | US-3,526,005 | 09-01-1970 | Boskros et al. | |
| | | US-3,540,431 | 11-17-1970 | Mobin-Uddin | |
| | | US-3,562,820 | 02-16-1971 | Braun | |
| | | US-3,599,641 | 08-17-1971 | Sheridan | |
| | * | US-3,657,744 | 04-25-1972 | Ersek | |
| | | US-3,713,175 | 01-30-1973 | Weisman | |
| | | US-3,714,671 | 02-06-1973 | Edwards et al. | |
| | | US-3,774,596 | 11-27-1973 | Cook | |
| | | US-3,834,394 | 09-10-1974 | Hunter et al. | |
| | | US-3,858,441 | 01-07-1975 | Comeau | |
| | | US-3,868,956 | 03-04-1975 | Alfidi et al. | |
| | | US-3,874,388 | 04-01-1975 | King et al. | |
| | | US-3,882,845 | 05-13-1975 | Bucalo | |
| | | US-3,889,685 | 06-17-1975 | Miller, Jr. et al. | |
| | | US-3,893,344 | 07-08-1975 | Dantlgraber et al. | |
| | | US-3,894,974 | 07-15-1975 | Hunter et al. | |
| | | US-3,952,747 | 04-27-1976 | Kimmell, Jr. | |
| | | US-3,968,800 | 07-13-1976 | Vilasi | |
| | * | US-3,993,078 | 11-23-1976 | Bergentz et al. | |
| | | US-4,038,702 | 08-02-1977 | Sawyer | |
| | | US-4,047,252 | 09-13-1977 | Liebig et al. | |
| | | US-4,056,854 | 11-08-1977 | Boretos et al. | |
| | | US-4,061,134 | 12-06-1977 | Samuels et al. | |
| | | US-4,065,816 | 01-03-1978 | Sawyer | |
| | | US-4,076,285 | 02-28-1978 | Martinez | |
| SC | | US-4,080,706 | 03-28-1978 | Heilman et al. | |

| | | U.S. PATENTS AND PUBLISHED U.S. PATENT APPLICATIONS<br>Reexam Control No. 90/007,890<br>Filed: January 23, 2006 | | | |
|---|---|---|---|---|---|
| Examiner Initials | Cite No. | Document Number<br><br>Number-Kind Code *(if known)* | Issue or Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| SC | | US-4,105,022 | 08-08-1978 | Antoshkiw et al. | |
| | | US-4,106,129 | 08-15-1978 | Carpentier et al. | |
| | * | US-4,130,904 | 12-26-1978 | Whalen | |
| | * | US-4,140,126 | 02-20-1979 | Choudhury | |
| | * | US-4,159,719 | 07-03-1979 | Haerr | |
| | | US-4,183,102 | 01-15-1980 | Guiset | |
| | | US-4,190,909 | 03-04-1980 | Ablaza | |
| | | US-4,195,637 | 04-01-1980 | Grüntzig et al. | |
| | | US-4,198,982 | 04-22-1980 | Fortner et al. | |
| | | US-4,214,587 | 07-29-1980 | Sakura, Jr. | |
| | | US-Re. 30,434 | 11-11-1980 | Davis | |
| | | US-4,264,419 | 04-28-1981 | Pryor | |
| | | US-4,276,132 | 06-30-1981 | Fettel et al. | |
| | | US-4,295,464 | 10-20-1981 | Shihata | |
| | | US-4,299,226 | 11-10-1981 | Banka | |
| | | US-4,300,244 | 11-17-1981 | Bokros | |
| | | US-4,313,231 | 02-02-1982 | Koyamada | |
| | | US-4,319,363 | 03-16-1982 | Ketharanathan | |
| | | US-4,323,071 | 04-06-1982 | Simpson et al. | |
| | | US-4,323,994 | 04-06-1982 | Coogler | |
| | | US-4,328,811 | 05-11-1982 | Fogarty | |
| | | US-4,338,942 | 07-13-1982 | Fogarty | |
| | | US-4,340,046 | 07-20-1982 | Cox | |
| | | US-4,343,048 | 08-10-1982 | Ross et al. | |
| | | US-4,343,049 | 08-10-1982 | Fettel et al. | |
| | * | US-4,387,952 | 06-14-1983 | Slusher | |
| | | US-4,390,599 | 06-28-1983 | Broyles | |
| | | US-4,402,307 | 09-06-1983 | Hanson et al. | |
| | | US-4,403,612 | 09-13-1983 | Fogarty | |
| | | US-4,448,195 | 05-15-1984 | LeVeen et al. | |
| | | US-4,479,497 | 10-30-1984 | Fogarty et al. | |
| | | US-4,483,340 | 11-20-1984 | Fogarty et al. | |
| | | US-4,493,711 | 01-15-1985 | Chin et al. | |
| | | US-4,494,531 | 01-22-1985 | Gianturco | |
| SC | * | US-4,503,569 | 03-12-1985 | Dotter | |

| | | U.S. PATENTS AND PUBLISHED U.S. PATENT APPLICATIONS<br>Reexam Control No. 90/007,890<br>Filed: January 23, 2006 | | | |
|---|---|---|---|---|---|
| Examiner<br>Initials | Cite<br>No. | Document Number<br><br>Number–Kind Code (if known) | Issue or<br>Publication Date<br>MM-DD-YYYY | Name of Patentee or<br>Applicant of Cited Document | Pages, Columns, Lines, Where<br>Relevant Passages or Relevant<br>Figures Appear |
| SC | * | US-4,504,354 | 03-12-1985 | George et al. | |
| | * | US-4,512,338 | 04-23-1985 | Balko et al. | |
| | | US-4,516,972 | 05-14-1985 | Samson | |
| | * | US-4,531,933 | 07-30-1985 | Norton et al. | |
| | | US-4,550,447 | 11-05-1985 | Seiler, Jr. et al. | |
| | * | US-4,553,545 | 11-19-1985 | Maass et al. | |
| | | US-4,560,374 | 12-24-1985 | Hammerslag | |
| | | US-4,562,596 | 01-07-1986 | Kornberg | |
| | | US-4,572,186 | 02-25-1986 | Gould et al. | |
| | | US-4,577,631 | 03-25-1986 | Kreamer | |
| | * | US-4,580,568 | 04-08-1986 | Gianturco | |
| | | US-4,586,505 | 05-06-1986 | Sisson et al. | |
| | | US-4,604,762 | 08-12-1986 | Robinson | |
| | | US-4,616,652 | 10-14-1986 | Simpson | |
| | | US-4,617,932 | 10-21-1986 | Kornberg | |
| | * | US-4,619,246 | 10-28-1986 | Molgaard-Nielson et al. | |
| | | US-4,619,261 | 10-28-1986 | Guerriero | |
| | | US-4,641,653 | 02-10-1987 | Rockey | |
| | | US-4,643,184 | 02-17-1987 | Mobin-Uddin | |
| | | US-4,647,416 | 03-03-1987 | Seiler, Jr. et al. | |
| | * | US-4,649,922 | 03-17-1987 | Wiktor | |
| | * | US-4,650,466 | 03-17-1987 | Luther | |
| | * | US-4,655,771 | 04-07-1987 | Wallsten | |
| | | US-4,660,559 | 04-28-1987 | McGregor et al. | |
| | | US-4,660,560 | 04-28-1987 | Klein | |
| | | US-4,665,918 | 05-19-1987 | Garza et al. | |
| | | US-4,670,734 | 06-02-1987 | Caddock | |
| | | US-4,673,409 | 06-16-1987 | Van Kampen | |
| | | US-4,676,241 | 06-30-1987 | Webb et al. | |
| | | US-4,680,031 | 07-14-1987 | Alonso | |
| | * | US-4,681,110 | 07-21-1987 | Wiktor | |
| | | US-4,699,611 | 10-13-1987 | Bowden | |
| | | US-4,704,126 | 11-03-1987 | Baswell et al. | |
| ▽ | | US-4,705,517 | 11-10-1987 | DiPisa, Jr. | |
| SC | * | US-4,706,671 | 11-17-1987 | Weinrib | |

| | | U.S. PATENTS AND PUBLISHED U.S. PATENT APPLICATIONS<br>Reexam Control No. 90/007,890<br>Filed: January 23, 2006 | | | |
|---|---|---|---|---|---|
| Examiner<br>Initials | Cite<br>No. | Document Number<br>Number–Kind Code (if known) | Issue or<br>Publication Date<br>MM-DD-YYYY | Name of Patentee or<br>Applicant of Cited Document | Pages, Columns, Lines, Where<br>Relevant Passages or Relevant<br>Figures Appear |
| SC | | US-4,710,181 | 12-01-1987 | Fuqua | |
| SC | | US-4,723,549 | 02-09-1988 | Wholey et al. | |
| SC | | US-4,731,054 | 03-15-1988 | Billeter et al. | |
| | * | US-4,733,665 | 03-29-1988 | Palmaz | |
| SC | * | US-4,739,762 | 04-26-1988 | Palmaz | |
| | * | US-4,740,207 | 04-26-1988 | Kreamer | |
| | | US-4,748,982 | 06-07-1988 | Horzewski et al. | |
| | | US-4,760,849 | 08-02-1988 | Kropf | |
| | * | US-4,762,128 | 08-09-1988 | Rosenbluth | |
| | * | US-4,767,418 | 08-30-1988 | Deininger et al. | |
| | | US-4,768,507 | 09-06-1988 | Fischell et al. | |
| | | US-4,771,773 | 09-20-1988 | Kropf | |
| | | US-4,771,777 | 09-20-1988 | Horzewski et al. | |
| | | US-4,775,426 | 10-04-1988 | Murley et al. | |
| | * | US-4,776,337 | 10-11-1988 | Palmaz | |
| | | US-4,787,899 | 11-29-1988 | Lazarus | |
| | | US-4,793,348 | 12-27-1988 | Palmaz | |
| | | US-4,794,928 | 01-03-1989 | Kletschka | |
| | * | US-4,795,458 | 01-03-1989 | Regan | |
| | * | US-4,800,882 | 01-31-1989 | Gianturco | |
| | | US-4,813,925 | 03-21-1989 | Anderson, Jr. et al. | |
| | | US-4,823,814 | 04-25-1989 | Drogendijk et al. | |
| | * | US-4,830,003 | 05-16-1989 | Wolff et al. | |
| | | US-4,842,575 | 06-27-1989 | Hoffman, Jr. et al. | |
| | * | US-4,848,343 | 07-18-1989 | Wallsten et al. | |
| | * | US-4,856,516 | 08-15-1989 | Hillstead | |
| | | US-4,869,714 | 09-26-1989 | Deininger et al. | |
| | * | US-4,870,966 | 10-03-1989 | Dellon et al. | |
| | | US-4,875,480 | 10-24-1989 | Imbert | |
| | * | US-4,877,030 | 10-31-1989 | Beck et al. | |
| | * | US-4,878,906 | 11-07-1989 | Lindemann et al. | |
| | * | US-4,886,062 | 12-12-1989 | Wiktor | |
| | | US-4,887,997 | 12-19-1989 | Okada | |
| ▽ | * | US-4,892,539 | 01-09-1990 | Koch | |
| SC | * | US-4,893,623 | 01-16-1990 | Rosenbluth | |

| | | U.S. PATENTS AND PUBLISHED U.S. PATENT APPLICATIONS<br>Reexam Control No. 90/007,890<br>Filed: January 23, 2006 | | | |
|---|---|---|---|---|---|
| Examiner<br>Initials | Cite<br>No. | Document Number<br>Number-Kind Code (if known) | Issue or<br>Publication Date<br>MM-DD-YYYY | Name of Patentee or<br>Applicant of Cited Document | Pages, Columns, Lines, Where<br>Relevant Passages or Relevant<br>Figures Appear |
| SC | | US-4,892,541 | 01-09-1990 | Alonso | |
| | | US-4,902,289 | 02-20-1990 | Yannas | |
| | * | US-4,907,336 | 03-13-1990 | Gianturco | |
| | * | US-4,913,141 | 04-03-1990 | Hillstead | |
| | | US-4,921,479 | 05-01-1990 | Grayzel | |
| | * | US-4,922,905 | 05-08-1990 | Strecker | |
| | | US-4,923,464 | 05-08-1990 | DiPisa, Jr. | |
| | * | US-4,943,346 | 07-24-1990 | Mattelin | |
| | * | US-4,950,227 | 08-21-1990 | Savin et al. | |
| | | US-4,954,126 | 09-04-1990 | Wallstén | |
| | * | US-4,963,022 | 10-12-1990 | Sommargren | |
| | * | US-4,969,458 | 11-13-1990 | Wiktor | |
| | * | US-4,969,890 | 11-13-1990 | Sugita et al. | |
| | * | US-4,986,831 | 01-22-1991 | King et al. | |
| | | US-4,988,356 | 01-29-1991 | Crittenden et al. | |
| | * | US-4,990,155 | 02-05-1991 | Wilkoff | |
| | | US-4,994,032 | 02-19-1991 | Sugiyama et al. | |
| | * | US-4,994,071 | 02-19-1991 | MacGregor | |
| | | US-4,994,077 | 02-19-1991 | Dobben | |
| | * | US-4,998,539 | 03-12-1991 | Delsanti | |
| | | US-4,998,923 | 03-12-1991 | Samson et al. | |
| | * | US-5,002,560 | 03-26-1991 | Machold et al. | |
| | * | US-5,007,926 | 04-16-1991 | Derbyshire | |
| | * | US-5,015,253 | 05-14-1991 | MacGregor | |
| | * | US-5,019,085 | 05-28-1991 | Hillstead | |
| | * | US-5,019,090 | 05-28-1991 | Pinchuk | |
| | * | US-5,026,377 | 06-25-1991 | Burton et al. | |
| | * | US-5,034,001 | 07-23-1991 | Garrison et al. | |
| | * | US-5,035,706 | 07-30-1991 | Gianturco et al. | |
| | * | US-5,037,377 | 08-06-1991 | Alonso | |
| | * | US-5,037,392 | 08-06-1991 | Hillstead | |
| | * | US-5,037,427 | 08-06-1991 | Harada et al. | |
| | * | US-5,041,126 | 08-20-1991 | Gianturco | |
| ▽ | * | US-5,059,211 | 10-22-1991 | Stack et al. | |
| SC | * | US-5,061,273 | 10-29-1991 | Yock | |

| | | U.S. PATENTS AND PUBLISHED U.S. PATENT APPLICATIONS Reexam Control No. 90/007,890 Filed: January 23, 2006 | | | |
|---|---|---|---|---|---|
| Examiner Initials | Cite No. | Document Number<br><br>Number-Kind Code *(if known)* | Issue or Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| SC | * | US-5,061,275 | 10-29-1991 | Wallsten et al. | |
| | * | US-5,062,829 | 11-05-1991 | Pryor et al. | |
| | * | US-5,064,435 | 11-12-1991 | Porter | |
| | * | US-5,071,407 | 12-10-1991 | Termin et al. | |
| | * | US-5,073,694 | 12-17-1991 | Tessier et al. | |
| | * | US-5,078,720 | 01-07-1992 | Burton et al. | |
| | * | US-5,078,726 | 01-07-1992 | Kreamer | |
| | * | US-5,078,736 | 01-07-1992 | Behl | |
| | * | US-5,084,065 | 01-28-1992 | Weldon et al. | |
| | * | US-5,089,005 | 02-18-1992 | Harada | |
| | * | US-5,089,006 | 02-18-1992 | Stiles | |
| | * | US-5,092,877 | 03-03-1992 | Pinchuk | |
| | * | US-5,100,429 | 03-31-1992 | Sinofsky et al. | |
| ▽ | * | US-5,102,417 | 04-07-1992 | Palmaz | |
| SC | | US-5,104,399 | 04-14-1992 | Lazarus | |
| | * | US-5,104,404 | 04-14-1992 | Wolff | |
| SC | * | US-5,108,416 | 04-28-1992 | Ryan et al. | |
| | * | US-5,108,417 | 04-28-1992 | Sawyer | |
| | * | US-5,116,318 | 05-26-1992 | Hillstead | |
| | * | US-5,116,360 | 05-26-1992 | Pinchuk et al. | |
| | * | US-5,116,365 | 05-26-1992 | Hillstead | |
| ▽ | * | US-5,122,154 | 06-16-1992 | Rhodes | |
| SC | * | US-5,123,917 | 06-23-1992 | Lee | |
| | * | US-5,133,732 | 07-28-1992 | Wiktor | |
| SC | * | US-5,135,536 | 08-04-1992 | Hillstead | |
| | * | US-5,158,548 | 10-27-1992 | Lau et al. | |
| | * | US-5,161,547 | 11-10-1992 | Tower | |
| | | US-5,163,951 | 11-17-1992 | Pinchuk et al. | |
| | | US-5,163,952 | 11-17-1992 | Froix | |
| | * | US-5,163,958 | 11-17-1992 | Pinchuk | |
| | * | US-5,171,262 | 12-15-1992 | MacGregor | |
| | * | US-5,180,368 | 01-19-1993 | Garrison | |
| | * | US-5,183,085 | 02-02-1993 | Timmermans | |
| ▽ | * | US-5,192,297 | 03-09-1993 | Hull | |
| SC | * | US-5,192,307 | 03-09-1993 | Wall | |

## U.S. PATENTS AND PUBLISHED U.S. PATENT APPLICATIONS
### Reexam Control No. 90/007,890
### Filed: January 23, 2006

| Examiner Initials | Cite No. | Document Number — Number-Kind Code (if known) | Issue or Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| SC | | US-5,192,311 | 03-09-1993 | King et al. | |
| | * | US-5,195,984 | 03-23-1993 | Schatz | |
| | * | US-5,197,978 | 03-30-1993 | Hess | |
| | | US-5,201,901 | 04-13-1993 | Harada et al. | |
| | | US-5,217,482 | 06-08-1993 | Keith | |
| | * | US-5,222,971 | 06-29-1993 | Willard et al. | |
| | * | US-5,226,913 | 07-13-1993 | Pinchuk | |
| | | US-Re. 34,327 | 07-27-1993 | Kreamer | |
| | * | US-5,234,456 | 08-10-1993 | Silvestrini | |
| | | US-5,236,447 | 08-17-1993 | Kubo et al. | |
| | | US-5,242,394 | 09-07-1993 | Tremulis | |
| | | US-5,242,399 | 09-07-1993 | Lau et al. | |
| | * | US-5,242,452 | 09-07-1993 | Inoue | |
| | | US-5,266,073 | 11-30-1993 | Wall | |
| | | US-5,275,622 | 01-04-1994 | Lazarus et al. | |
| | * | US-5,282,823 | 02-01-1994 | Schwartz et al. | |
| | * | US-5,282,824 | 02-01-1994 | Gianturco | |
| | | US-5,282,848 | 02-01-1994 | Schmitt | |
| | | US-5,290,295 | 03-01-1994 | Querals et al. | |
| | * | US-5,290,305 | 03-01-1994 | Inoue | |
| | * | US-5,292,331 | 03-08-1994 | Boneau | |
| | * | US-5,304,200 | 04-19-1994 | Spaulding | |
| | | US-5,306,286 | 04-26-1994 | Stack et al. | |
| | * | US-5,314,444 | 05-24-1994 | Gianturco | |
| | * | US-5,314,472 | 05-24-1994 | Fontaine | |
| | * | US-5,330,500 | 07-19-1994 | Song | |
| | | US-5,342,348 | 08-30-1994 | Kaplan | |
| | | US-5,344,426 | 09-06-1994 | Lau et al. | |
| | | US-5,354,308 | 10-11-1994 | Simon et al. | |
| | | US-5,354,309 | 10-11-1994 | Schnepp-Pesch et al. | |
| | * | US-5,356,433 | 10-18-1994 | Rowland et al. | |
| | | US-5,360,401 | 11-01-1994 | Turnland | |
| | | US-5,368,566 | 11-29-1994 | Crocker | |
| ▽ | | US-5,372,600 | 12-13-1994 | Beyar et al. | |
| SC | | US-5,378,239 | 01-03-1995 | Termin et al. | |

## U.S. PATENTS AND PUBLISHED U.S. PATENT APPLICATIONS
### Reexam Control No. 90/007,890
### Filed: January 23, 2006

| Examiner Initials | Cite No. | Document Number<br>Number-Kind Code (if known) | Issue or Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| SC | | US-5,382,261 | 01-17-1995 | Palmaz | |
| | | US-5,383,892 | 01-24-1995 | Cardon et al. | |
| | | US-5,397,345 | 03-14-1995 | Lazarus | |
| | | US-5,405,378 | 04-11-1995 | Strecker | |
| | | US-5,411,552 | 05-02-1995 | Anderson et al. | |
| | | US-5,421,955 | 06-06-1995 | Lau et al. | |
| | | US-5,423,745 | 06-13-1995 | Todd et al. | |
| | * | US-5,423,885 | 06-13-1995 | Williams | |
| | | US-5,443,496 | 08-22-1995 | Schwartz et al. | |
| | | US-5,445,646 | 08-25-1995 | Euteneuer et al. | |
| | | US-5,449,373 | 09-12-1995 | Pinchasik et al. | |
| | | US-5,456,694 | 10-10-1995 | Marin et al. | |
| | | US-5,458,615 | 10-17-1995 | Klemm et al. | |
| | | US-5,476,476 | 12-19-1995 | Hillstead | |
| | | US-5,484,449 | 01-16-1996 | Amundson et al. | |
| | | US-5,507,767 | 04-16-1996 | Maeda et al. | |
| | | US-5,507,768 | 04-16-1996 | Lau et al. | |
| | | US-5,507,771 | 04-16-1996 | Gianturco | |
| | | US-5,514,154 | 05-07-1996 | Lau et al. | |
| | | US-5,527,336 | 06-18-1996 | Rosenbluth et al. | |
| | | US-5,545,132 | 08-13-1996 | Fagan et al. | |
| | | US-5,549,635 | 08-27-1996 | Solar | |
| | | US-5,549,663 | 08-27-1996 | Cottone, Jr. | |
| | | US-5,554,181 | 09-10-1996 | Das | |
| | | US-5,556,413 | 09-17-1996 | Lam | |
| | | US-5,562,728 | 10-08-1996 | Lazarus et al. | |
| | | US-5,569,295 | 10-29-1996 | Lam | |
| | | US-5,571,135 | 11-05-1996 | Fraser et al. | |
| | | US-5,591,197 | 01-07-1997 | Orth et al. | |
| | | US-5,591,198 | 01-07-1997 | Boyle et al. | |
| | | US-5,603,721 | 02-18-1997 | Lau et al. | |
| | | US-5,618,299 | 04-08-1997 | Khosravi et al. | |
| | | US-5,618,301 | 04-08-1997 | Hauenstein et al. | |
| ▽ | | US-5,626,604 | 05-06-1997 | Cottone, Jr. | |
| SC | | US-5,653,690 | 08-05-1997 | Booth et al. | |

/Sara Clarke/

12/06/2006

| Examiner Initials | Cite No. | Document Number — Number-Kind Code (if known) | Issue or Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| SC | | US-5,653,691 | 08-05-1997 | Rupp et al. | |
| | | US-5,653,727 | 08-05-1997 | Wiktor | |
| | | US-5,669,936 | 09-23-1997 | Lazarus | |
| | | US-5,674,278 | 10-07-1997 | Boneau | |
| | | US-5,707,386 | 01-13-1998 | Schnepp-Pesch et al. | |
| | | US-5,716,396 | 02-10-1998 | Williams, Jr. | |
| | | US-5,718,713 | 02-17-1998 | Frantzen | |
| | | US-5,720,726 | 02-24-1998 | Marcadis et al. | |
| | | US-5,725,570 | 03-10-1998 | Heath | |
| | | US-5,728,158 | 03-17-1998 | Lau et al. | |
| | | US-5,733,303 | 03-31-1998 | Israel et al. | |
| | | US-5,733,325 | 03-31-1998 | Robinson et al. | |
| | | US-5,735,893 | 04-07-1998 | Lau et al. | |
| | | US-5,755,771 | 05-26-1998 | Penn et al. | |
| | | US-5,755,776 | 05-26-1998 | Al-Saadon | |
| | | US-5,759,192 | 06-02-1998 | Saunders | |
| | | US-5,766,238 | 06-16-1998 | Lau et al. | |
| | | US-5,776,161 | 07-07-1998 | Globerman | |
| | | US-5,780,807 | 07-14-1998 | Saunders | |
| | | US-5,782,855 | 07-21-1998 | Lau et al. | |
| | | US-5,800,509 | 09-01-1998 | Boneau | |
| | | US-5,800,521 | 09-01-1998 | Orth | |
| | | US-5,800,526 | 09-01-1998 | Anderson et al. | |
| | | US-5,810,871 | 09-22-1998 | Tuckey et al. | |
| | | US-5,817,152 | 10-06-1998 | Birdsall et al. | |
| | | US-5,830,217 | 11-03-1998 | Ryan | |
| | | US-5,833,699 | 11-10-1998 | Chuter | |
| | | US-5,836,964 | 11-17-1998 | Richter et al. | |
| | | US-5,836,965 | 11-17-1998 | Jendersee et al. | |
| | | US-5,843,120 | 12-01-1998 | Israel et al. | |
| | | US-5,843,164 | 12-01-1998 | Frantzen et al. | |
| | | US-5,843,175 | 12-01-1998 | Frantzen | |
| | | US-5,868,782 | 02-09-1999 | Frantzen | |
| ▽ | | US-5,879,381 | 03-09-1999 | Moriuchi et al. | |
| SC | | US-5,879,382 | 03-09-1999 | Boneau | |

/Sara Clarke/        12/06/2006

| | | U.S. PATENTS AND PUBLISHED U.S. PATENT APPLICATIONS<br>Reexam Control No. 90/007,890<br>Filed: January 23, 2006 | | | |
|---|---|---|---|---|---|
| Examiner<br>Initials | Cite<br>No. | Document Number<br><br>Number-Kind Code (if known) | Issue or<br>Publication Date<br>MM-DD-YYYY | Name of Patentee or<br>Applicant of Cited Document | Pages, Columns, Lines, Where<br>Relevant Passages or Relevant<br>Figures Appear |
| SC | | US-5,891,190 | 04-06-1999 | Boneau | |
| | | US-5,893,852 | 04-13-1999 | Morales | |
| | * | US-5,902,332 | 05-11-1999 | Schatz | |
| | | US-5,911,732 | 06-15-1999 | Hojeibane | |
| | | US-5,913,897 | 06-22-1999 | Corso, Jr. et al. | |
| | | US-5,925,061 | 07-20-1999 | Ogi et al. | |
| | | US-5,935,162 | 08-10-1999 | Dang | |
| | | US-5,972,018 | 10-26-1999 | Israel et al. | |
| | | US-5,980,553 | 11-09-1999 | Gray et al. | |
| | | US-5,984,964 | 11-16-1999 | Roberts et al. | |
| | | US-5,997,468 | 12-07-1999 | Wolff et al. | |
| | | US-6,030,413 | 02-29-2000 | Lazarus | |
| | | US-6,056,776 | 05-02-2000 | Lau et al. | |
| | | US-6,066,167 | 05-23-2000 | Lau et al. | |
| | | US-6,066,168 | 05-23-2000 | Lau et al. | |
| ▽ | | US-6,146,358 | 11-14-2000 | Rowe | |
| SC | | US-6,309,412 | 10-30-2001 | Lau et al. | |
| | | US-6,344,053 | 02-05-2002 | Boneau | |
| SC | | US-6,432,133 | 08-13-2002 | Lau et al. | |
| SC | | US-6,468,511 6,485,511 | 11-26-2002 | Lau et al. | |
| SC | | US-6,511,504 | 01-28-2003 | Lau et al. | |

/Sara Clarke/

12/06/2006

## FOREIGN PATENT DOCUMENTS
### Reexam Control No. 90/007,890
### Filed: January 23, 2006

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code Number Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | Translation |
|---|---|---|---|---|---|---|
|  |  | FR 1,531,340 | 05-13-1960 | Jaquet |  |  |
|  |  | DE 2,301,696 | 07-08-1970 | Moreau et al. |  |  |
| SC |  | GB 1,205,743 | 09-16-1970 | Didcott |  |  |
|  |  | DE 1,665,771 | 01-21-1971 | Hadersbeck et al. |  |  |
|  |  | CH 510,697 | 11-13-1971 | Krause |  |  |
|  |  | DE 2,301,875 | 07-19-1973 | Gisbert et al. |  |  |
|  |  | DE 2,410,888 | 09-12-1974 | Vossius |  |  |
|  |  | GB 110,073 | 03-12-1975 | Grünwald |  |  |
|  |  | DE 2,703,815 | 08-07-1978 | Rapport et al. |  |  |
| SC |  | SU 660689 | 05-08-1979 | Kononov |  |  |
|  |  | LU 79268 | 10-29-1979 | Meyers |  |  |
|  |  | SU 764684 | 09-25-1980 | Rabkin et al. |  |  |
|  |  | DE 2,920,223 | 11-27-1980 | Hoogeveen et al. |  |  |
| SC |  | GB 1,583,192 | 01-21-1981 | Terry et al. |  |  |
|  |  | FR 2,476,534 | 08-28-1981 | Yamasaki et al. |  |  |
| SC | ☆ | GB 2,070,490 | 09-09-1981 | Dyson |  |  |
| SC |  | GB 2,092,894 | 08-25-1982 | Robinson |  |  |
|  |  | EP 0,062,300 | 10-13-1982 | Baumann |  |  |
|  |  | JP 58-501458 | 09-01-1983 |  |  |  |
|  |  | DE 3,205,942 | 09-08-1983 | Seibel |  |  |
|  |  | GB 2,135,585 | 11-10-1983 | Wallstén |  |  |
| SC |  | WO 83/03752 | 11-10-1983 | Wallstén |  |  |
| SC |  | WO 84/00121 | 01-19-1984 | George et al. |  |  |
| SC |  | SU 1,084,091 | 04-17-1984 |  |  |  |
|  |  | JP 60-500689 | 04-18-1985 |  |  |  |
|  |  | JP 61-41444 | 02-27-1986 |  |  |  |
|  |  | SU 1217402 | 03-15-1986 |  |  |  |
| SC |  | EP 0,177,330 | 04-09-1986 | Gianturco |  |  |
|  |  | EP 0,177,150 | 04-09-1986 | Banks et al. |  |  |
| SC |  | EP 0,183,372 | 06-04-1986 | Caponigro |  |  |
| SC |  | EP 0,190,543 | 08-13-1986 | Hansson |  |  |
|  |  | DE 3,516,862 | 11-13-1986 | Rammler |  |  |
| SC | ☆ | EP 0,221,570 | 05-13-1987 | Palmaz |  |  |
|  |  | DE 3540745 | 06-04-1987 | Getz |  |  |

/Sara Clarke/

12/06/2006

98(a)(3)(i)

.98(a)(2)
ot legible

ssing pages

**FOREIGN PATENT DOCUMENTS**
**Reexam Control No. 90/007,890**
**Filed: January 23, 2006**

| Examiner Initials | Cite No. | Foreign Patent Document<br><br>Country Code Number Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | Translation |
|---|---|---|---|---|---|---|
| | | JP 62-213762 | 09-18-1987 | | | |
| | | JP 62-231057 | 10-12-1987 | | | |
| | | JP 62-235490 | 10-15-1987 | Makoto et al. | | |
| | | DE 3,702,740 | 01-21-1988 | Kraus et al. | | |
| | | EP 0,256,906 | 02-24-1988 | Irving et al. | | |
| SC | | EP 0,274,846 | 07-20-1988 | Rosenbluth | | |
| | | JP 63-214261 | 09-06-1988 | | | |
| SC | | EP 0,282,175 | 09-14-1988 | Gianturco | | |
| | | JP 63-240170 | 10-13-1988 | | | |
| SC | | EP 0,290,138 | 11-09-1988 | Pollock | | |
| | | JP 63-289990 | 11-26-1988 | | | |
| | | DE 3833069 | 01-19-1989 | ter Meer et al. | | |
| | | DE 0,724,479 | 02-02-1989 | Jansson | | |
| | | SU 1467021 | 02-15-1989 | | | |
| SC | | WO 89/01798 | 03-09-1989 | Jacobsen et al. | | |
| | | JP 64-63605 | 03-29-1989 | | | |
| SC | | EP 0,308,512 | 03-29-1989 | Minamida et al. | | |
| | | AU A-23784/88 | 04-20-1989 | Wiktor | | |
| | | EP 0,312,852 | 04-26-1989 | Wiktor | | |
| | | JP 1-145076 | 06-07-1989 | Wiktor | | |
| | | WO 89/08433 | 09-21-1989 | Lazarus | | |
| | * | EP 0,335,341 | 10-04-1989 | Palmaz | | |
| SC | * | EP 0,338,816 | 10-25-1989 | Iguchi et al. | | |
| | | JP 1-299660 | 12-04-1989 | | | |
| SC | * | EP 0,357,003 | 03-07-1990 | Pinchuk | | |
| | * | EP 0,361,192 | 04-04-1990 | Mattelin | | |
| SC | | EP 0,364,787 | 04-25-1990 | Schatz | | |
| | * | EP 0,372,789 | 06-13-1990 | Muncy et al. | | |
| | * | JP 2-174859 | 07-06-1990 | | | |
| | | EP 0,380,668 | 08-08-1990 | Harada et al. | | |
| | * | JP 2-255157 | 10-15-1990 | | | |
| | * | EP 0,407,951 | 01-16-1991 | D'Ottavio et al. | | |
| | | EP 0,408,245 | 01-16-1991 | Burton et al. | | |
| SC | * | JP 3-9745 | 01-17-1991 | Nobuko et al. | | |

pg. 1 missing

pg. 1 missing

**FOREIGN PATENT DOCUMENTS**
**Reexam Control No. 90/007,890**
**Filed: January 23, 2006**

| Examiner Initials | Cite No. | Foreign Patent Document<br><br>Country Code Number Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | Translation |
|---|---|---|---|---|---|---|
| SC | * | JP 3-9746 | 01-17-1991 | Ryuta | | |
| SC | | AU B-61333/90 | 02-28-1991 | Boneau | | |
| SC | | JP 3-57465 | 03-12-1991 | | | |
| * | | EP 0,417,928 | 03-30-1991 | Boneau | | |
| SC | * | EP 0,421,729 | 04-10-1991 | Wolff | | |
| SC | * | EP 0,423,916 | 04-24-1991 | Gianturco | | |
| SC | | EP 0,428,471 | 05-22-1991 | Wedel et al. | | |
| | | EP 0,428,479 | 05-22-1991 | Beck et al. | | |
| SC | * | WO 91/07139 | 05-30-1991 | Leonard | | |
| | * | JP 3-151983 | 06-28-1991 | | | |
| SC | | WO 91/17720 | 11-28-1991 | Andersen et al. | | |
| SC | * | JP 4-25755 | 02-28-1992 | | | |
| SC | * | WO 92/06734 | 04-30-1992 | Song | | |
| SC | | EP 0,483,372 | 05-06-1992 | Uchida et al. | | |
| SC | * | WO 92/09246 | 06-11-1992 | Tower | | |
| SC | * | EP 0,517,075 | 12-09-1992 | Macaulay et al. | | |
| | * | FR 2,677,872 | 12-24-1992 | Cottenceau | | |
| SC | * | EP 0,540,290 A2 | 05-05-1993 | Lau et al. | | |
| SC | * | EP 0 540 290 B1 | 05-05-1993 | Lau et al. | | |
| | * | EP 0,541,443 | 05-12-1993 | Ansel et al. | | |
| | | JP 5-267008 | 10-15-1993 | | | |
| | ** | AU B 53108/94 | 03-17-1994 | Boneau | | |
| SC | | WO 94/17754 | 08-18-1994 | Schnepp-Pesch et al. | | |
| SC | | EP 0,729,767 | 09-04-1996 | Boneau | | |
| | | DE 69920114 | 11-18-1998 | Boneau | | |
| | | DK/EP 0417928 | 12-02-1996 | Boneau | | |

* missing part of last page

/Sara Clarke/

12/06/2006

**NON PATENT LITERATURE DOCUMENTS**
**Reexam Control No. 90/007,890**
**Filed: January 23, 2006**

| Examiner Initials | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | Translation[6] |
|---|---|---|---|
| SC | * | "70th Scientific Assembly and Annual Meeting: Scientific Program," *Radiology*, Washington, D.C.: November 25-30, 1984, Special Edition, Volume 153(P). | |
| SC | * | "72nd Scientific Assembly and Annual Meeting: RSNA Scientific Program," *Radiology*, Chicago: November 30 – December 5, 1986, Special Edition, Volume 161(P). | |
| SC | * | "Program: Day 2 (November 18) The Radiological Society of North America," *Radiology*, Chicago: November 30 – December 5, 1986, Special Edition, Volume 161(P). | |
| SC | | ALVARADO, R., et al., "Evaluation of Polymer-Coated Balloon-Expandable Stents in Bile Ducts," *Radiology*, 170, 3: 975-978, March 1989. | |
| SC | | American Heart Association 61st Scientific Sessions.  Abstract Form.  "A New Percutaneous Expandable Stent." 1988 | |
| SC | | BAIER, R., et al., "Initial Events in Interaction of Blood with a Foreign Surface," *Journal of Biomedical Material Research*, 3: 191-206, 1969. | |
| SC | | BALKO, A., et al., "Transfemoral Placement of Intraluminal Polyurethane Prosthesis for Abdominal Aortic Aneurysm," *Journal of Surgical Research*, 40: 305-309, 1986. | |
| * | | ~~BARD, C.R., "PE Plus Peripheral Balloon Dilatation Catheter," C.R. Bard, Inc., 1985.~~ | |
| SC | | BECKER, G., et al., "Early Experience with the Palmaz Stent in Human Iliac Angioplasty," *Indiana Medicine*, 286-292, April 1989. | |
| SC | ** | BECKER, G., et al., "Simultaneous Angioplasty and Intraluminal Grafting with the Palmaz Expandable Intraluminal Graft," *72nd Scientific Assembly and Annual Meeting of the Radiological Society of North America*, Chicago, November/December 1986. | |
| SC | | BONZEL, T., et al., "The Sliding Rail System (Monorail): Description of a New Technique for Intravascular Instrumentation and its Application to Coronary Angioplasty," *Kardiologie*, Supplement 6: 119-122, 1987. | |
| ** | | ~~Brochure. "Anomatic II Positioning Controller," printed by Anorad Corporation~~ | |
| SC | | CAMPBELL, C., et al., "Expanded Microporous Polytetrafluoroethylene as a Vascular Substitute: A Two Year Follow-up," *Surgery*, 85, no.2: 177-183, February 1979. | |
| | | CARRASCO, C., et al., "Expandable Biliary Endoprosthesis: An Experimental Study," *American Journal of Roentgenology*, 145: 1279-1281, December 1985. | |
| | | CASTANEDA-ZUNIGA, W., ed., Tranluminal Angioplasty, 1983. | |
| | | CHARNSANGAVEJ, C., et al., "A New Expandable Metallic Stent for Dilation of Stenotic Tubular Structures: Experimental and Clinical Evaluation," *Houston Medical Journal*, 3, no.2: 41-51, 1987. | |
| | * | CHARNSANGAVEJ, C., et al., "Endovascular Stent for Use in Aortic Dissection: An in Vitro Experiment," *Radiology*, 157: 323-324, 1985. | |
| | * | CHARNSANGAVEJ, C., et al., "Stenosis of the Vena Cava: Preliminary Assessment of Treatment with Expandable Metallic Stents," *Radiology*, 161: 295-298, 1986. | |
| | | CIMOCHOWSKI, G., et al., "Greenfield Filter Versus Mobin-Uddin Umbrella," *Journal of Thoracic and Cardiovascular Surgery*, 79, no.3: 358-365, March 1980. | |
| | | COONS, H., et al, "Large-Bore, Long Biliary Endoprostheses (Biliary Stents) for Improved Drainage," *Radiology*, 148, no.1: 89-94, July 1983. | |
| | | COPE, C., "Balloon Dilatation of Closed Mesocaval Shunts," *American Journal of Roentgenology*, 135: 989-993, November 1980. | |
| | * | CRAGG, A., et al., "A New Percutaneous Vena Cava Filter," *American Journal of Roentgenology*, 141: 601-604, September 1983. | |
| | | CRAGG, A., et al., "Non-Surgical Placement of Arterial Endoprostheses: A New Technique Using Nitinol Wire," *Radiology*, 147: 261-263, 1983. | |
| | | CRAGG, A., et al., "Percutaneous Arterial Grafting," *Radiology*, 150, no.1: 45-49, January 1984. | |
| | | CULVERWELL, M., "Angioplasty Stents May Prevent Restenosis," *Carcio*, 11-13, January 1987. | |
| | | DALESSANDRI, K., et al., "The Effect of Lumbar Sympathectomy on Postsynaptic Vascular Smooth Muscle Response in the Lower Limb in Dogs," *Cardiovascular and Interventional Radiology*, 11: 82-85, 1988. | |
| | | DE PALMA, V., et al., "Investigation of Three Surface Properties of Several Metals and their relation to Blood Compatibility," *Journal of Biomedical Materials Research Symposium*, 3: 37-75, 1972. | |
| SC | | DENNY, D., et al., "Percutaneous Kimray-Greenfield Filter Placement by Femoral Vein Puncture," *American Journal of Roentgenology*, 145: 827-829, October 1985. | |

* illegible.
** Does not comply with 37 CFR 1.98(b)(5).                    /Sara Clarke/

                                                           12/06/2006

## NON PATENT LITERATURE DOCUMENTS
### Reexam Control No. 90/007,890
### Filed: January 23, 2006

| Examiner Initials | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | Translation[6] |
|---|---|---|---|
| SC | | DERIU, G., et al., "The Rationale for Patch-Graft Angioplasty After Carotid Endarterectomy: Early and Long-Term Follow-Up," *Stroke*, 15: no.6: 972-979, November 1984. | |
| SC | | DICHEK, D.A., et al., "Seeding of Intravascular Stents with Genetically Engineered Endothelial Cells," *Circulation*, 80: 1237-1353, 1989. | |
| | * * | ~~DORROS, G., et al., "Clinical Research: Angioplasty," Circulation (Supplement), 74, no.4448: II-363, 1986.~~ | |
| SC | | DOTTER, C., "Interventional Radiology - Review of an Emerging Field," *Seminars in Roentgenology*, 16, no.1, January 1981. | |
| | * | DOTTER, C., "Transluminally-placed Coilspring Endarterial Tube Grafts: Long-term Patency in Canine Popliteal Artery," *Investigative Radiology*, 4: 329-332, 1969. | |
| | * | DOTTER, C., et al., "Transluminal Expandable Nitinol Coil Stent Grafting: Preliminary Report," *Radiology*, 147: 259-260, 1983. | |
| | | DOTTER, C., et al., "Transluminal Treatment of Arteriosclerotic Obstruction," *Circulation*, 30: 654-670, November 1964. | |
| | * | DUPRAT, G., et al, "Self-expanding Metallic Stents for Small Vessels: An Experimental Evaluation," *Radiology*, 192: 469-472, 1987. | |
| | | DUPRAT, G., et al., "Flexible Balloon-expanded Stent for Small Vessels, Work in Progress," *Radiology*, 162: 276-278, 1987. | |
| | | EDWARDS, W., "Arterial Grafts," *Archives of Surgery*, 113, no.9: 1225-1233, November 1978. | |
| | | EICHELTER, P., et al., "Prophylaxis of Pulmonary Embolism, *Archives of Surgery*, 97: 348-356, August 1968. | |
| | | FALLONE, B., "Elastic Characteristics of the Self-Expanding Metallic Stents," *Investigative Radiology*, 23: 370-376, 1988. | |
| | | FINCI, L., et al., "Percutaneous Transluminal Coronary Angioplasty of Bifurcation Narrowing Using the Kissing Wire Monorail Balloon Technique," *The American Journal of Cardiology*, April 1987. | |
| | | FOGARTY, T., et al., "Adjunctive Intraoperative Arterial Dilation: Simplified Instrumentation Technique," *Archives of Surgery*, 116: 1391-1398, 1981. | |
| | | FOGARTY, T., et al., "Current Status of Dilatation Catheters and Guiding Systems," *American Journal of Cardiology*, 53, no.12: 97C-100C, June 1984. | |
| ▽ | | FOGARTY, T., et al., "Intraoperative Coronary Artery Balloon-Catheter Dilation," *American Heart Journal*, 107, no.4: 845-851, 1984. | |
| SC | | FRIMBERGER, E., "Expanding Spiral - A New Type of Prosthesis for the Palliative Treatment of Malignant Esophageal Stenoses," *Endoscopy*, 15: 213-214, 1983. | |
| * | | ~~FURUI, S., et al., "Hepatic Inferior Vena Cava Obstruction: Treatment of Two Types with Gianturco Expandable Metallic Stents," Radiology, 176: 665-670, 1990.~~ | |
| SC | | GARDNER, R., et al., "The Surgical Experience and a One to Sixteen Year Follow-Up of 277 Abdominal Aortic Aneurysms," *American Journal of Surgery*, 135, no.1: 226-230, January 1978. | |
| | | GOLDSTEIN, H., et al, "Transcatheter Occlusion of Abdominal Tumors," *Radiology*, 120, no.3: 539-545, September 1976. | |
| | | GREENFIELD, L., et al, "A New Intracaval Filter Permitting Continued Flow and Resolution of Emboli," *Surgery*, 73, no.4: 599-606, April 1973. | |
| | | GUNTHER, R., et al, "Percutaneous Nephropyelsotomy Using a Fine-Needle Puncture Set," *Radiology*, 132, no.1: 228-230, July 1979. | |
| | | GUNTHER, R., et al., "Vena Caval Filter to Prevent Pulmonary Embolism: Experimental Study," *Radiology*, 156, no.2: 315-320, August 1985. | |
| | | HARRIES-JONES, E., et al., "Repositioning of Biliary Endoprosthesis with Gruntzig Balloon Catheters," *American Journal of Roentgenology*, 138: 771-772, April 1982. | |
| | | HARRINGTON, J., et al., "The Palmaz-Schatz Stent," *Handbook of Cardiovascular Interventions/Vascular Interventions*, 536-572. | |
| | | HOEVELS, J., et al., " Percutaneous Transhepatic Insertion of a Permanent Endoprosthesis on Obstructive Lesions of the Extrahepatic Bile Ducts," *Gastrointestinal Radiology*, 4: 367-377, 1979. | |
| ▽ | | HONICKMAN, S., et al., "Malpositioned Biliary Endoprosthesis," *Radiology*, 144: 423-425, July 1982. | |
| SC | | HUNTER, J., et al., "Experimental Balloon Obstruction of the Inferior Vena Cava," *Annals of Surgery*, 171, no.2: 315-320, February 1970. | |

\* previously cited

## NON PATENT LITERATURE DOCUMENTS
### Reexam Control No. 90/007,890
### Filed: January 23, 2006

| Examiner Initials | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | Translation[6] |
|---|---|---|---|
| | ** | IBM Technical Disclosure Bulletin, Band 11, Nr. 9, February 1969, Seite 1151, New York, US J.P. Smith u.a.: "Selectivly removing dielectric materials". | |
| SC | | INOUE, K., et al., "Clinical Application of Transvenous Mitral Commissurotomy by a New Balloon Catheter," *Thoracic Cardiovascular Surgery*, 87, no.3: 394-402, March 1984. | |
| | ** | Journal of the American College of Cardiology (Supplement A), 1991, (from Abstracts of the 66th Annual Scientific Session, American College of Cardiology, New Orleans, Louisiana, March 6-12, 1991), Elsevier (February 1991). | |
| | | KALTENBACH, M., Abstracts, Zeitschrift für Kardiologie, April 8, 1991 (German only). | |
| SC | | KAN, J., et al., "Percutaneous Balloon Valvuloplasty: A New Method for Treating Congenital Pulmonary-Valve Stenosis," *New England Journal of Medicine*, 307, no.9, 540-542, 1982. | |
| | | KERLAN, R., et al., "A Simple Method for Insertion of Large Untapered Catheters," *American Journal of Roentgenology*, 141: 792, 1983. | |
| | | KERLAN, R., et al., "Biliary Endoprostheses: Insertion Using a Combined Peroral-Transhepatic Method," *Radiology*, 150, no.3: 828-830, 1984. | |
| | | LABABIDI, Z., et al., "Percutaneous Balloon Aortic Valvuloplasty: Results in 23 Patients," *American Journal of Cardiology*, 53: 194-197, January 1984. | |
| | | LARY, B., et al., "The Experimental Use of Steel Mesh Tubes for Replacement Arterial Segments," *AMA Archives of Surgery*, 72: 69-75, January 1956. | |
| | * | LAWRENCE, D., et al., "Percanteous Endovascular Graft: Experimental Evaluation," *Radiology*, 163: 357-360, 1987. | |
| | | LEWANDOWSKI, B., et al., "The Air-Filled Hepatic Duct: The Saber Sign as an Aid to the Radiographic Diagnosis Pneumobilia," *Radiology*, 153, no.2: 329-332, November 1984. | |
| | | LUND, G., et al., "A New Vena Caval Filter for Percutaneous Placement and Retrieval: Experimental Study," *Radiology*, 152, no.2: 369-372, August 1984. | |
| | | LUNDERQUITST, A., et al., "Guidewire for Percutaneous Transhepatic Cholangiography," *Radiology*, 132, no.1: 228, July 1979. | |
| | * | MAASS, D., et al., "Radiological Follow-up of Transluminally Inserted Vascular Endoprostheses: An Experimental Study Using Expanding Spirals," *Radiology*, 152: 659-663, 1984. | |
| | | MEENAGHAN, M., et al., "Tissue Response to Surface-Treated Tantalum Implants: Preliminary Observations in Primates," *Biomedical Materials Research*, 13, no.4: 631-643, July 1979. | |
| | * | MIRICH, D., et al., "Percantaneously Placed Endovascular Grafts for Aortic Aneurysms: Feasibility Study," *Radiology*, 170: 1033-1037, 1989. | |
| | | MOBIN_UDDIN, K., et al., "The Inferior vena Cava Umbrella Filter," *Progress in Cardiovascular Diseases*, 17, no.5: 391-399, March/April 1975. | |
| | | MOBIN-UDDIN, K., et al., "Caval Interruption for Prevention of Pulmonary Embolism," *Archives of Surgery*, 99: 711-715, December 1969. | |
| | | MULLER, D., et al., "Advances in Coronary Angioplasty: Endovascular Stents," *Coronary Artery Disease*, 1: 438, July/August 1990. | |
| | | MULLINS, C., et al., "Implantation of Balloon-Expandable Intravascular Grafts by Cathertization in Pulmonary Arteries and Systemic Veins," *Circulation*, 77: 188-189, 1988. | |
| | | NANDA, R., et al., "Effect of Maxillary Osteotomy on Subsequent Craniofacial Growth in Adolescent Monkeys," *American Journal of Orthod.*, 83: 391-407, May 1983. | |
| | | PALESTRANT, Al., et al., " Comparative In Vitro Evaluation of the Nitinol Inferior Vena Cava Filter," *Radiology*, 145: 351-355, November 1982. | |
| | | PALMAZ, J., "Balloon Expandable Intra-Arterial Stents: Effect of Anticoagulation on Thrombus Formation," *Circulation* (Supplement Part II), 76, no.4: 180, October 1987. | |
| | | PALMAZ, J., "Balloon-Expandable Intravascular Stent," *American Journal of Roentgenology*, 150: 1263-1269, June 1988. | |
| | | PALMAZ, J., "Chapter 30: Overview of Intravascular Stents," in Kim, D., et al., *Peripheral Vascular Imaging and Intervention*, 507-508, 1992. | |
| | | PALMAZ, J., "Die intraluminale Stent-Implantation nach Palmaz," *Radiologe*, 11: 560-563, 1987. | |
| | | PALMAZ, J., "Expandable Intraluminal Vascular Graft: A Feasibility Study," *Surgery*, 2: 199-205, 1986. | |
| SC | | PALMAZ, J., et al., "Atherosclerotic Rabbit Aortas: Expandable Intraluminal Grafting," *Radiology*, 3: 723-726, 1986. | |

not in English

/Sara Clarke/    12/06/2006

| NON PATENT LITERATURE DOCUMENTS Reexam Control No. 90/007,890 Filed: January 23, 2006 |

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | Translation[6] |
|---|---|---|---|
| SC | | PALMAZ, J., et al., "Balloon Expandable Intraluminal Grafting of Normal and Abnormal Renal Arteries: Experimental Study," 72nd Scientific Assembly and Annual Meeting, Radiology Society of North America, Chicago, 1-23 [plus figures], November 1986. | |
| | | PALMAZ, J., et al., "Balloon-Expandable Intraarterial Stents: Effect of Antithrombotic Medication on Thrombus Foramtion," Pros and CONs in PTA and Auxiliary Methods, 170-178, 1989. | |
| | | PALMAZ, J., et al., "Early Endothelisation of Balloon-expandable Stents: Experimental Observations, Journal of Interventional Radiology, 3: 119-124, 1988. | |
| | | PALMAZ, J., et al., "Expandable Intrahepatic Portacaval Shunt Stents: Early Experience in the Dog," American Journal of Roentgenology, 145: 821-825, 1985. | |
| | | PALMAZ, J., et al., "Expandable Intrahepatic Portacaval Shunt Stents in Dogs with Chronic Portal Hypertension," American Journal of Roentgenology, 147: 1251-1254, 1986. | |
| | ✩ | PALMAZ, J., et al., "Expandable Intraluminal Graft: A Preliminary Study," Radiology, 156: 73-77, 1985. | |
| | | PALMAZ, J., et al., "Intraluminal Stents in Arterosclerotic Iliac Artery Stenosis: Preliminary Report of Multicenter Study, " Radiology, 168, no.3: 727-731, September 1988. | |
| | | PALMAZ, J., et al., "Normal Stenotic Renal Arteries: Experimental Balloon-Expandable Intraluminal Stenting," Radiology, 164: 705-708, September 1987. | |
| | | PALMAZ, J., et al., "Removable Biliary Endoprosthesis," American Journal of Roentgenology, 140: 812-814, April 1983. | |
| | | PALMAZ, J., Monograph (1980). | |
| | | PALMAZ, J., Monograph (May 18, 1983). | |
| | | PALMAZ, J., The Current Status of Vascular Prosthesis," Presentation of The Society of CV & Interventional Radiology' Twelfth Annual Course on Diagnostic Angiography and Interventional Radiology, 118-120, March 23-26, 1987. | |
| | | PAPANICOLAOU, N., et al., "Insertion of a Biliary Endoprosthesis Using a Balloon Dilation Catheter," Gastrointestinal Radiology, 10: 394-396, 1985. | |
| | | PATE, J. et al., "A New Form of Vena Caval Interruption," Annals of Surgery, 169, no.6, 873-880, June 1969. | |
| | | PUEL, J., et al., "Intravascular Stents to Prevent Restenosis After Transluminal Coronary Angioplasty," Circulation (Supplement Part II), 76, no.4: 0105, October 1987. | |
| | | RASHKIND, W., et al., "Creation of an Atrial Septal Defect Without Thoracotomy: A Palliative Approach to Complete Transposition of the Great Arteries," Journal of the American Medical Association, 196: 173-174, June 1966. | |
| | | REES, C., et al., "Angioplasty and Stenting of Completely Occuluded Iliac Arteries," Radiology (Part 2), 172, no.3, 953-959, Sept 1989. | |
| | | REES, C., et al., "DSA in Acute Gastrointestinal Hemorrhage: Clinical and in Vitro Studies," Radiology, 169, no.2: 499-503, November 1988. | |
| | | REES, C., et al., "The Hemodynamic Effects of the Administration of Ionic and Nonionic Contrast Materials into the Pulmonary Arteries of a Canine Model of Acute Pulmonary Hypertension," Investigative Radiology, 23, no.3: 184-189, March 1988. | |
| | | RICHTER, G., et al., "Der Transjugulaere Intrahepatische Portosystemische Stent-Shunt (TIPSS); Eine Neue Nichtoperative, Perkutane Methode," Radiologe, 29: 406-411, 1989. | |
| | | RICHTER, G., et al., "Die Behandlung eines akuten Beckenarterienverschlusses durch Katheterlyse, Katheterdilatation und Implantation einer neuartigen metallischen Gefa.beta.endoprothese," Der chirurg, 60, no.5: 346-351, May 1989. | |
| | | RING, E., et al., "A Simple, Indwelling Biliary Endoprosthesis Made From Common Available Catheter Material," American Journal of Roentgenology, 139: 615-617, September 1982. | |
| | | ROEHM, J., et al., "Percutaneous Transcatheter Filter for the Interior Vena Cava," Radiology, 150, no.1: 255-257, January 1984. | |
| | | ROLAND, M., "Spiral Teflon Stent for Tuboplasty Involving Fimbria, Obstetrics Gynecology, 36: 359-362. 1970. | |
| ▽ | | ROLLINS, N., et al., "Self-expanding Metallic Stents: Preliminary Evaluation in an Atheroschlerotic Model," Radiology, 163, no.3: 739-742, June 1987. | |
| SC | ✩ | ROSCH, J., et al., "Experimental Intrahepatic Portacaval Anastomosis: Use of Expandable Gianturco Stents," Radiology, 162: 481-485, 1987. | |

| | | NON-PATENT LITERATURE DOCUMENTS<br>Reexam Control No. 90/007,890<br>Filed: January 23, 2006 | |
|---|---|---|---|
| Examiner Initials | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | Translation[6] |
| SC | ☆ | ROSCH, J., et al., "Gianturco Expandable Stents in Experimental and Clinical Use," *Diagnostic Angiography and Interventional Radiology*, 12th Annual Course, March 23-26, 1987. | |
| | ☆ | ROSCH, J., et al., "Gianturco Expandable Wire Stents in the Treatment of Superior Vena Cava Syndrome Recurring After Maximum-Tolerance Radiation," *Cancer*, 60: 1243-1246, 1987. | |
| | ☆ | ROSCH, J., et al., "Modified Gianturco Expandable Wire Stents in Experimental and Clinical Use," *Annales de Radiologie*, 31, no. 2: 100-103, 1987. | |
| | ☆ | ROSCH, J., et al., "Transjugular Intrahepatic Portacaval Shunt: An Experimental Work," *American Journal of Surgery*, 121: 588-592, May 1971. | |
| | | ROUBIN, G., et al., "Early and Late Results of Intracoronary Arterial Stenting After Coronary Angioplasty in Dogs," *Circulation*, 4: 891-897, 1987. | |
| ▽ | | ROUSSEAU, H., et al., "Percutaneous Vascular Stent: Experimental Studies and Preliminary Clinical Results in peripheral Arterial Diseases," *Inter. Angio.*, 6: 153-161, 1987. | |
| SC | | ROUSSEAU, H., et al., "Self-Expanding Endovascular Prosthesis: An Experimental Study," *Radiology*, 164: 709-714, September 1987. | |
| SC | | ~~SAUNDERS, W., "Dorland's Illustrated Medical Dictionary," 679 & 759, 26th Edition, 1981.~~ | |
| SC | | SCHATZ, R., "Introduction to Intravascular Stents," *Cardiology Clinics*, 6, no.3: 357-372, 1988. | |
| SC | | SCHATZ, R., et al., "A View of Vascular Stents," *Circulation*, 79: 445-457, 1989. | |
| SC | | SCHATZ, R., et al., "Balloon Expandable Intracoronary Stents in Dogs," *Circulation* (Supplement Part II), 74: II-458, 1824, 1986, 1986. | |
| | | ~~SCHATZ, R., et al., "Balloon Expandable Intravascular Grafts, 16th Annual Symposium of the Texas Health Institute - International Symposium on Interventional Cardiology, Houston, September 1989.~~ | |
| SC | | SCHATZ, R., et al., "Balloon-Expandable Intracoronary Stents in the Adult Dog," *Circulation*, 76, no.2 450-457, 1987. | |
| SC | | SCHATZ, R., et al., "Intravascular Stents for Angioplasty," *Cardio*, 27-31, December 1987. | |
| SC | | SCHATZ, R., et al., "New Technology in Angioplasty: Balloon-Expandable Intravascular Stents," *New Developments in Medicine*, 2, no.2: 59-75, Sept 1987. | |
| | ** | ~~SECHLER, C.S., Elasticity in Engineering, 1968.~~ | |
| SC | | SEMB, B., et al., "Balloon Valvulotomy of Congenital Pulmonary Valve Stenosis with Tricuspid Valve Insufficiency," *Cardiovascular Radiology*, 2: 239-241, 1979. | |
| | | ~~SIGWART, U., et al., Initial Experience With A New Approach to Stenting of Peripheral and Coronary Arteries.~~ | |
| SC | | SIGWART, U., et al., "Intravascular Stents to Prevent Occlusion and Restenosis After Transluminal Angioplasty," *New England Journal of Medicine*, 316: 701-706, 1987. | |
| | ** | ~~SIGWART, U., et al., "One Year of Percutaneous Coronary Stenting," Circulation (Supplement Part II), 76, no.4: 0134, October 1987.~~ | |
| SC | | SIMON, M., et al., " A Vena Cava Filter Using Thermal Shape Memory Alloy," *Radiology*, 125: 89-94, October 1977. | |
| SC | | SIMONDS, A.K., et al., "Use of Expandable Metal Stents in the Treatment of Bronchial Obstruction," *Thorax*, 44: 680, May 1989. | |
| SC | | SMITH, D., et al., "Safe and Effective Catheter Angiography Through Prosthetic Vascular Grafts," *Radiology*, 138, no.2: 487-488, February 1981. | |
| SC | | SOLBERG, S., et al., "Cold Induced Endothelial Cell Detachment in Human Sephenous Vein Grafts," *Journal of Cardiovascular*, 28, no.5: 571-575, September-October 1987. | |
| | ** | ~~Soviet Inventions Illustrated, week 84, 16th January 1985, no. 18, M24 P61, Derwent Publications Ltd., London, GB.~~ | |
| SC | | STACK, R., et al., "A New Highly Flexible Balloon-Expandable Endovascular Stent: Initial Experimental Results and Up To Six Months Follow-up," *Laser One Meeting*, Newport Beach, California, May 11-13, 1989. | |
| SC | | STRECKER, E., et al., "A New Vascular Balloon-expandable Prosthesis - Experimental Studies and First Clinical Results," *Journal of Interventional Radiology*, 3: 59-62, 1988. | |
| SC | | STRECKER, E., et al., "Perkutan Implantierbare, Durth Balloon Aufdehnbare Gefa.beta.prothese," *Dtsch Med Wschr*, 113, no.4, 538-542, 1988. | |

illegible

not provided

no date

**NON PATENT LITERATURE DOCUMENTS**
**Reexam Control No. 90/007,890**
**Filed: January 23, 2006**

| Examiner Initials | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | Translation[6] |
|---|---|---|---|
| SC | | STRUPP, G., et al., "Clinical and Angiographic Short and Medium Term Results After Coronary Stenting," Z kardiol, 81: 500, 1992 (German with English language summary). | |
| SC | | TEPLICK, S., et al., "A New Biliary Endoprosthesis," American Journal of Roentgenology, 141: 799-801, October 1983. | |
| | ** | TIMOSHENKO, S.P., Strength of Materials, Part I, Elementary Theory and Problems, 1930. | |
| | ** | TIMOSHENKO, S.P., et al., Theory of Elastic Stability, 1961. | |
| SC | | TOPOL, E., Textbook of Interventional Cardiology, Chapter 30, by S. Ellis, 623-632, 1990. | |
| | | TOSHIYUKI, I., et al., "Relocatable Gianturco Expandable Metallic Stents," Radiology, 178: 575, February 1991. | |
| | | TRENT, M., et al., "A Balloon-Expandable Intravascular Stent for Obliterating Experimental Aortic Dissection," Journal of Vascular Surgery, 11: 707-717, May 1990. | |
| | | UCHIDA, B., et al., "Modifications of Gianturco Expandable Wire Stents," American Journal of Roentgenology, 150: 1185-1187, 1988. | |
| | | VAN DER GIESSEN, W., et al., "Coronary Stenting With a New, Radiopaque, Ballon-Expandable Endoprosthesis in Pigs," Circulation, 83: 1788-1798, 1991. | |
| | * | WALLACE, M., et al., "Tracheobronchial Tree: Expandable Metallic Stents Used in Experimental and Clinical Applications, Work in Progress," Radiology, 158: 309-312, 1986. | |
| | * | WRIGHT, K., et al., "Percantaneous Endovascular Stents: An Experimental Evaluation," Radiology, 156: 69-72, 1985. | |
| | | YOSHIMURA, H., et al., "Afterloading Intracavitary Irradiation and Expanding stent for Malignant Biliary Obstruction," Radiation Medicine, 7: 36-41, 1989. | |
| | * | YOSHIOKA, T., et al., "Development and Clinical Application of Biliary Endoprosthesis Using Expandable Metallic Stents," Japan Radiological Society, 48: 1183-1185, 1988. | |
| | | YOSHIOKA, T., et al., "Expandable Metallic Biliary Endoprostheses: Preliminary Clinical Evaluation," Radiology, 117: 253-257, 1990 | |
| SC | * | YOSHIOKA, T., et al., "Self-Expanding Endovascular Graft: An Experimental Study in Dogs," AJR, 151: 673-676, 1988. | |

/Sara Clarke/

12/06/2006

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Approved for use through 06/30/2003 OMB 0651-0031

Filed 12/21/2006    Page 79 of 89

| Substitute for form 1449B/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | Application Number | 90/007,890 |
| | Filing Date | January 23, 2006 |
| | First Named Inventor | Lilip Lau |
| | Group Art Unit | 3993 |
| | Examiner Name | Sara Clarke |
| Sheet | 1 | of 7 | Attorney Docket Number | ACS 74381 (0380CXDDD2-RX) |

| OTHER PRIOR ART – NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No¹. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
| SC | | Vascular's Opening Claim Construction Brief for the Lau Patents, ACS v. AVE, 98-80-SLR (D. Del.) (08/13/2004) | |
| | | Plaintiff's Answering Claim Construction Brief Regarding Lau Patent Terms, ACS v. AVE, 98-80-SLR (D. Del.) (09/24/2004) | |
| | | Memorandum Opinion Granting ACS's Motion for Summary Judgment That Michael D. Boneau is Not an Inventor of the Lau Patents and That the Lau Patents are Not Invalid Under 35 U.S.C. § 102(f), ACS v. AVE, 98-80-SLR (D. Del.) (01/05/2005) | |
| | | Memorandum Order Defining Lau Patent Terms, ACS v. AVE, 98-80-SLR (D. Del.) (01/05/2005) | |
| | | Notice of Medtronic Vascular, Inc. to Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation Pursuant to 35 U.S.C. § 282, ACS v. AVE, 98-80-SLR (D. Del.) (01/10/2005) | |
| | | Trial Transcript (Liability), Volume A, ACS v. AVE, 98-80-SLR (D. Del.) (02/07/2005) | |
| | | Trial Transcript (Liability), Volume B, ACS v. AVE, 98-80-SLR (D. Del.) (02/08/2005) | |
| | | Trial Transcript (Liability), Volume C, ACS v. AVE, 98-80-SLR (D. Del.) (02/09/2005) | |
| | | Trial Transcript (Liability), Volume D, ACS v. AVE, 98-80-SLR (D. Del.) (02/10/2005) | |
| | | Trial Transcript (Liability), Volume E, ACS v. AVE, 98-80-SLR (D. Del.) (02/11/2005) | |
| | | Medtronic's Corrected Motion for Judgment as a Matter of Law, ACS v. AVE, 98-80-SLR (D. Del.) (02/11/2005) | |
| | | ACS's Opposition to Medtronic's Motion for Judgment as a Matter of Law on Infringement, ACS v. AVE, 98-80-SLR (D. Del.) (02/14/2005) | |
| | | Trial Transcript (Liability), Volume F, ACS v. AVE, 98-80-SLR (D. Del.) (02/15/2005) | |
| SC | | Trial Transcript (Liability), Volume G, ACS v. AVE, 98-80-SLR (D. Del.) (02/16/2005) | |

127768.1     /Sara Clarke/     12/06/2006

Approved for use through 06/30/2003 OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449B/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | Application Number | 90/007,890 |
| | | Filing Date | January 23, 2006 |
| | | First Named Inventor | Lilip Lau |
| | | Group Art Unit | 3993 |
| (use as many sheets as necessary) | | Examiner Name | Sara Clarke |
| Sheet | 2 | of | 7 | Attorney Docket Number | ACS 74381 (0380CXDDD2-RX) |

| OTHER PRIOR ART -- NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No¹. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
| SC | | ACS's Motion for Judgment as a Matter of Law That The '154, '167, '168 and '133 Patents are (1) Not Invalid as Anticipated, (2) Not Invalid Under 35 U.S.C. § 112, and (3) Not Invalid as Obvious, ACS v. AVE, 98-80-SLR (D. Del.) (02/16/2005) | |
| | | ACS's Motion for Judgment as a Matter of Law That the Accused Medtronic Products Infringe the Asserted Claims of the Lau Patents-in-Suit, ACS v. AVE, 98-80-SLR (D. Del.) (02/16/2005) | |
| | | Trial Transcript (Liability), Volume H, ACS v. AVE, 98-80-SLR (D. Del.) (02/17/2005) | |
| | | Trial Transcript (Liability), Volume I, ACS v. AVE, 98-80-SLR (D. Del.) (02/18/2005) | |
| | | Jury Verdict, ACS v. AVE, 98-80-SLR (D. Del.) (02/18/2005) | |
| | | Medtronic's Renewed Motion for Judgment as a Matter of Law, ACS v. AVE, 98-80-SLR (D. Del.) (04/18/2005) | |
| | | Trial Transcript (Inequitable Conduct), ACS v. AVE, 98-80-SLR (D. Del.) (06/07/2005) | |
| | | Trial Transcript (Inequitable Conduct), ACS v. AVE, 98-80-SLR (D. Del.) (06/08/2005) | |
| | | ACS's Response to Medtronic's Renewed Motion for Judgment as a Matter of Law, ACS v. AVE, 98-80-SLR (D. Del.) (06/17/2005) | |
| | | Medtronic's Reply Brief in Support of Its Motion for Judgment as a Matter of Law, ACS v. AVE, 98-80-SLR (D. Del.) (07/18/2005) | |
| | | Medtronic's Opening Post-Trial Brief on ACS's Inequitable Conduct Before the U.S. Patent and Trademark Office, ACS v. AVE, 98-80-SLR (D. Del.) (07/28/2005) | |
| | | ACS's Post Trial Brief in Response to Medtronic's Allegations of Inequitable Conduct, ACS v. AVE, 98-80-SLR (D. Del.) (09/19/2005) | |
| | | Medtronic's Reply Post-Trial Brief on ACS's Inequitable Conduct Before the U.S. Patent and Trademark Office, ACS v. AVE, 98-80-SLR (D. Del.) (10/07/2005) | |
| SC | | Docket, ACS v. SciMed, 98-1108 (S.D. Indiana) (Undated) | |

/Sara Clarke/          12/06/2006

127768.1

Approved for use through 06/30/2003 OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

| Substitute for form 1449B/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | | Application Number | 90/007,890 |
| | | Filing Date | January 23, 2006 |
| | | First Named Inventor | Lilip Lau |
| | | Group Art Unit | 3993 |
| | | Examiner Name | Sara Clarke |
| Sheet | 3 | of | 7 | Attorney Docket Number | ACS 74381 (0380CXDDD2-RX) |

| OTHER PRIOR ART – NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No[1]. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| SC | | Memorandum of Law In Support of Plaintiff's Proposed Construction of Patent Claims, ACS v. SciMed, 98-1108 (S.D. Indiana) (07/29/1999) | |
| | | Defendant's Pre-Markman Hearing Memorandum on Claim Construction, ACS v. SciMed, 98-1108 (S.D. Indiana) (07/29/1999) | |
| | | Defendant's Memorandum in Opposition to Plaintiffs' Proposed Construction of Patent Claims, ACS v. SciMed, 98-1108 (S.D. Indiana) (08/12/1999) | |
| | | Memorandum of Law in Reply to Defendants' Pre-Markman Hearing Memorandum on Claim Construction, ACS v. SciMed, 98-1108 (S.D. Indiana) (08/12/1999) | |
| | | Expert Witness Report of John F. Witherspoon, ACS v. SciMed, 98-1108 (S.D. Indiana) (09/27/1999) | |
| | | Expert Report of Dr. David Cumberland, ACS v. SciMed, 98-1108 (S.D. Indiana) (09/27/1999) | |
| | | Entry on Claim Construction Issues, ACS v. SciMed, 98-1108 (S.D. Indiana) (10/15/1999) | |
| | | Supplemental Expert Report of Dr. C. Forbes Dewey, Jr.,ACS v. SciMed, 98-1108 (S.D. Indiana) (11/12/1999) | |
| | | Memorandum in Support of Defendants' Motion for Additional Findings on Certain Claim Construction Issues and Reconsideration of One Issue, ACS v. SciMed, 98-1108 (S.D. Indiana) (11/19/1999) | |
| | | Supplement to Defendants' Memorandum in Support of Their Motion for Additional Findings on Claim Construction Issues and Reconsideration of One Issue, ACS v. SciMed, 98-1108 (S.D. Indiana) (12/01/1999) | |
| | | Memorandum of Law in Opposition to Defendants' Motion for Additional Findings on Claim Construction Issues and Reconsideration of One Issue, ACS v. SciMed, 98-1108 (S.D. Indiana) (12/06/1999) | |
| | | Reply Memorandum in Support of Defendants' Motion for Additional Findings on Claim Construction Issues and Reconsideration of One Issue, ACS v. SciMed, 98-1108 (S.D. Indiana) (12/15/1999) | |
| | | Memorandum of Law in Support of Guidant/ACS's Motion for Partial Summary Judgment Against Defendants' Affirmative Defense of Inequitable Conduct in Obtaining the Patents in Suit, ACS v. SciMed, 98-1108 (S.D. Indiana) (12/15/1999) | |
| SC | | Defendants Notice to the Court that the Issue Raised by Plaintiffs' Motion for Partial Summary Judgment Regarding Inventorship by Michael Boneau is Moot, ACS v. SciMed, 98-1108 (S.D. Indiana) (12/22/1999) | |

127768.1        /Sara Clarke/        12/06/2006

Approved for use through 06/30/2003 OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.
82 of 89

| Substitute for form 1449B/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | | Application Number | 90/007,890 |
| | | Filing Date | January 23, 2006 |
| | | First Named Inventor | Lilip Lau |
| | | Group Art Unit | 3993 |
| | | Examiner Name | Sara Clarke |
| Sheet | 4 | of | 7 | Attorney Docket Number | ACS 74381 (0380CXDDD2-RX) |

| OTHER PRIOR ART -- NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No†. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
| SC | | Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Partial Summary Judgment Against Defendants' Affirmative Defense of Inequitable Conduct Concerning Michael Boneau, ACS v. SciMed, 98-1108 (S.D. Indiana) (12/29/1999) | |
| | | Defendants SciMed Life Systems, Inc. and Boston Scientific Corporation's Notice Pursuant to 35 U.S.C. § 282, ACS v. SciMed, 98-1108 (S.D. Indiana) (01/21/2000) | |
| | | Order, ACS v. SciMed, 98-1108 (S.D. Indiana) (02/09/2000) | |
| | | Entry on Plaintiff's Motion for Partial Summary Judgment on Defendants' Affirmative Defense of Inequitable Conduct in Obtaining the Patents in Suit, ACS v. SciMed, 98-1108 (S.D. Indiana) (02/09/2000) | |
| | | Entry on Defendants' Motion for Supplemental Claim Construction, ACS v. SciMed, 98-1108 (S.D. Indiana) (02/09/2000) | |
| | | Motion to Withdraw Defendants' Motion for Summary Judgment of Invalidity, ACS v. SciMed, 98-1108 (S.D. Indiana) (05/18/2000) | |
| | | Order Granting Motion to Withdraw Defendants' Motion for Summary Judgment of Invalidity, ACS v. SciMed, 98-1108 (S.D. Indiana) (05/19/2000) | |
| | | Brief for Plaintiffs-Appellants Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation, ACS v. SciMed, Appeal No. 00-1454 (Fed. Cir.) (09/01/2000) | |
| | | Brief for Defendants-Appellees SciMed Life Systems, Inc. and Boston Scientific Corporation, ACS v. SciMed, Appeal No. 00-1454 (Fed. Cir.) (10/30/2000) | |
| | | Reply Brief for Plaintiffs-Appellants Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation, ACS v. SciMed, Appeal No. 00-1454 (Fed. Cir.) (11/29/2000) | |
| | | Decision, ACS v. SciMed, Appeal No. 00-1454 (Fed. Cir.) (08/06/2001) | |
| | | Notice of Opposition, EP 0 807 424 Opposition Proceedings (04/21/2000) | |
| | | Notice of Opposition, EP 0 807 424 Opposition Proceedings (05/03/2000) | |
| SC | | Response to Notices of Opposition, EP 0 807 424 Opposition Proceedings 02/07/2001) | |

/Sara Clarke/    12/06/2006

127768.1

Approved for use through 06/30/2003 OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.
Page 83 of 89

| Substitute for form 1449B/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>(use as many sheets as necessary) | | Application Number | 90/007,890 |
| | | Filing Date | January 23, 2006 |
| | | First Named Inventor | Lilip Lau |
| | | Group Art Unit | 3993 |
| | | Examiner Name | Sara Clarke |
| Sheet | 5 of 7 | Attorney Docket Number | ACS 74381 (0380CXDDD2-RX) |

**OTHER PRIOR ART -- NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No¹. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
|---|---|---|---|
| SC | | Reply to Response to Notices of Oppositions, EP 0 807 424 Opposition Proceedings (06/18/2001) | |
| | | Remarks Regarding Response to Opposition, EP 0 807 424 Opposition Proceedings 05/16/2002 | |
| | | Response to Remarks Regarding Response to Opposition, EP 0 807 424 Opposition Proceedings (05/17/2002) | |
| | | Facts and Submissions (Grounds for Decision), EP 0 807 424 Opposition Proceedings (07/04/2002) | |
| | | Minutes of oral proceedings and decision with corresponding documents, EP 0 807 424 Opposition Proceedings (07/18/2002) | |
| | | Notice of Opposition, EP 0 807 424 Opposition Proceedings (08/19/2002) | |
| | | Notice of Appeal, EP 0 807 424 Opposition Proceedings (09/17/2002) | |
| | | Submission regarding Grounds of Appeal, EP 0 807 424 Opposition Proceedings (11/28/2002) | |
| | | Claims, EP 0 807 424 Opposition Proceedings (11/29/2002) | |
| | | Response to Submission Requesting Appeal, EP 0 807 424 Opposition Proceedings (06/16/2003) | |
| | | Preliminary Assessment of Appeal by Technical Board of Appeal, EP 0 807 424 Opposition Proceedings (01/30/2004) | |
| | | Response to Preliminary Assessment of Appeal by Technical Board of Appeal by Opponent, EP 0 807 424 Opposition Proceedings (06/01/2004) | |
| | | Response to Preliminary Assessment of Appeal by Technical Board of Appeal by Patentee, EP 0 807 424 Opposition Proceedings (06/07/2004) | |
| SC | | Minutes of oral proceedings and decision of Technical Board of Appeal, EP 0 807 424 Opposition Proceedings (07/08/2004) | |

127768.1 /Sara Clarke/ 12/06/2006

Approved for use through 06/30/2003 OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449B/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 90/007,890 |
| | Filing Date | January 23, 2006 |
| | First Named Inventor | Lilip Lau |
| | Group Art Unit | 3993 |
| (use as many sheets as necessary) | Examiner Name | Sara Clarke |
| Sheet   6   of   7 | Attorney Docket Number | ACS 74381 (0380CXDDD2-RX) |

| OTHER PRIOR ART – NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No¹. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
| SC | | Notification of decision, EP 0 807 424 Opposition Proceedings (08/12/2004) | |
| | | Maintenance of the Patent with the Documents Specified in the Final Decision, EP 0 807 424 Opposition Proceedings (08/20/2004) | |
| | | Decision to Maintain the European Patent in Amended Form, EP 0 807 424 Opposition Proceedings (12/15/2004) | |
| | | Termination of the opposition proceedings with maintenance of patent (01/28/2005) | |
| | | Notice of Opposition, EP 0 504 290 Opposition Proceedings (10/22/1998) | |
| | | Notice of Opposition, EP 0 504 290 Opposition Proceedings (10/23/1998) | |
| | | Letter enclosing new citation to 10-23-1998 Opposition by Terumo, EP 0 504 290 Opposition Proceedings (12/21/1998) | |
| | | Reply of Patent Proprietor to Notices of Opposition, EP 0 504 290 Opposition Proceedings (06/14/1999) | |
| | | Letter Responding to Patentee's 06-14-1999 Letter by Opponent Dr. Schmiedl with Attachments, EP 0 504 290 Opposition Proceedings (10/18/1999) | |
| | | Reply to DOBS by Novis Srl, EP 0 504 290 Opposition Proceedings (01/05/2000) | |
| | | Letter from Proprietor enclosing Declaration of Gary Schniederman and First Auxiliary Request, EP 0 504 290 Opposition Proceedings (08/17/2000) | |
| | | Minutes of Oral Proceedings and Decision, EP 0 504 290 Opposition Proceedings (10/24/2000) | |
| | | Claims, EP 0 504 290 Opposition Proceedings (10/24/2000) | |
| SC | | Opposition Divisions' Decision revoking EP '290, EP 0 504 290 Opposition Proceedings (10/24/2000) | |

127768.1     /Sara Clarke/     12/06/2006

Approved for use through 06/30/2003 OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449B/PTO | Complete if Known | |
|---|---|---|
| | Application Number | 90/007,890 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Filing Date | January 23, 2006 |
| | First Named Inventor | Lilip Lau |
| | Group Art Unit | 3993 |
| (use as many sheets as necessary) | Examiner Name | Sara Clarke |
| Sheet | 7 | of | 7 | Attorney Docket Number | ACS 74381 (0380CXDDD2-RX) |

| OTHER PRIOR ART -- NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No[1]. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| SC | | Statements of Grounds of Appeal, EP 0 504 290 Opposition Proceedings (03/02/2001) | |
| | | Schmiedl's Submission in Answer to Appeal, EP 0 504 290 Opposition Proceedings (06/27/2001) | |
| | | Novis Srl's Request that Appeal be Rejected, EP 0 504 290 Opposition Proceedings (08/17/2001) | |
| | | Terumo's Response to Patentee's Appeal, EP 0 504 290 Opposition Proceedings (09/12/2001) | |
| | | Withdrawal of Opposition by Dr. Schmiedl, EP 0 504 290 Opposition Proceedings (10/15/2001) | |
| | | Letter from Patentee Amending Main Request, EP 0 504 290 Opposition Proceedings (05/30/2003) | |
| | | Minutes of Oral Proceedings and Decision, EP 0 504 290 Opposition Proceedings (07/10/2003) | |
| | | Notification of Decision and Appeal Board Decision, 05-30-2003 (09/18/2003) | |
| | | Termination of the Opposition Proceedings with the Revocation of Patent, 05-30-2003 (09/23/2003) | |
| | | Medtronic's Motion for New Trial Pursuant to Fed.R.Civ.59(a), ACS v. Medtronic Vascular, Inc., 98-80-SLR (D. Del.) (04/18/2005) | |
| | | ACS's Response to Medtronic's Motion for New Trial Pursuant to Fed. R. Civ. P. 59(a), ACS v. Medtronic Vascular, Inc., 98-80-SLR (D. Del.) (06/17/2005) | |
| SC | | Medtronic's Reply Brief in support of its Motion for New Trial Pursuant to Fed.R.Civ.P.59(a), 98-80-SLR (D. Del.) (07/18/2005) | |
| | | | |
| | | | |

127768.1        /Sara Clarke/            /Sara Clarke/

Index of Claims

| | | |
|---|---|---|
| **Application/Control No.** 90/007,890 | **Applicant(s)/Patent under Reexamination** 6066168 | |
| **Examiner** Sara S. Clarke | **Art Unit** 3993 | |

| | | | | |
|---|---|---|---|---|
| √ | Rejected | − | (Through numeral) Cancelled | |
| = | Allowed | ÷ | Restricted | |
| N | Non-Elected | | | |
| I | Interference | | | |
| A | Appeal | | | |
| O | Objected | | | |

| Final | Original | 12/5/06 | Date | | | | | | | Final | Original | Date | | | | | | | | | Final | Original | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | √ | | | | | | | | | 51 | | | | | | | | | | | 101 | | | | | | | | |
| | 2 | √ | | | | | | | | | 52 | | | | | | | | | | | 102 | | | | | | | | |
| | 3 | √ | | | | | | | | | 53 | | | | | | | | | | | 103 | | | | | | | | |
| | 4 | √ | | | | | | | | | 54 | | | | | | | | | | | 104 | | | | | | | | |
| | 5 | √ | | | | | | | | | 55 | | | | | | | | | | | 105 | | | | | | | | |
| | 6 | √ | | | | | | | | | 56 | | | | | | | | | | | 106 | | | | | | | | |
| | 7 | √ | | | | | | | | | 57 | | | | | | | | | | | 107 | | | | | | | | |
| | 8 | = | | | | | | | | | 58 | | | | | | | | | | | 108 | | | | | | | | |
| | 9 | = | | | | | | | | | 59 | | | | | | | | | | | 109 | | | | | | | | |
| | 10 | = | | | | | | | | | 60 | | | | | | | | | | | 110 | | | | | | | | |
| | 11 | √ | | | | | | | | | 61 | | | | | | | | | | | 111 | | | | | | | | |
| | 12 | √ | | | | | | | | | 62 | | | | | | | | | | | 112 | | | | | | | | |
| | 13 | √ | | | | | | | | | 63 | | | | | | | | | | | 113 | | | | | | | | |
| | 14 | √ | | | | | | | | | 64 | | | | | | | | | | | 114 | | | | | | | | |
| | 15 | √ | | | | | | | | | 65 | | | | | | | | | | | 115 | | | | | | | | |
| | 16 | √ | | | | | | | | | 66 | | | | | | | | | | | 116 | | | | | | | | |
| | 17 | = | | | | | | | | | 67 | | | | | | | | | | | 117 | | | | | | | | |
| | 18 | √ | | | | | | | | | 68 | | | | | | | | | | | 118 | | | | | | | | |
| | 19 | | | | | | | | | | | 69 | | | | | | | | | | | 119 | | | | | | | | |
| | 20 | | | | | | | | | | | 70 | | | | | | | | | | | 120 | | | | | | | | |
| | 21 | | | | | | | | | | | 71 | | | | | | | | | | | 121 | | | | | | | | |
| | 22 | | | | | | | | | | | 72 | | | | | | | | | | | 122 | | | | | | | | |
| | 23 | | | | | | | | | | | 73 | | | | | | | | | | | 123 | | | | | | | | |
| | 24 | | | | | | | | | | | 74 | | | | | | | | | | | 124 | | | | | | | | |
| | 25 | | | | | | | | | | | 75 | | | | | | | | | | | 125 | | | | | | | | |
| | 26 | | | | | | | | | | | 76 | | | | | | | | | | | 126 | | | | | | | | |
| | 27 | | | | | | | | | | | 77 | | | | | | | | | | | 127 | | | | | | | | |
| | 28 | | | | | | | | | | | 78 | | | | | | | | | | | 128 | | | | | | | | |
| | 29 | | | | | | | | | | | 79 | | | | | | | | | | | 129 | | | | | | | | |
| | 30 | | | | | | | | | | | 80 | | | | | | | | | | | 130 | | | | | | | | |
| | 31 | | | | | | | | | | | 81 | | | | | | | | | | | 131 | | | | | | | | |
| | 32 | | | | | | | | | | | 82 | | | | | | | | | | | 132 | | | | | | | | |
| | 33 | | | | | | | | | | | 83 | | | | | | | | | | | 133 | | | | | | | | |
| | 34 | | | | | | | | | | | 84 | | | | | | | | | | | 134 | | | | | | | | |
| | 35 | | | | | | | | | | | 85 | | | | | | | | | | | 135 | | | | | | | | |
| | 36 | | | | | | | | | | | 86 | | | | | | | | | | | 136 | | | | | | | | |
| | 37 | | | | | | | | | | | 87 | | | | | | | | | | | 137 | | | | | | | | |
| | 38 | | | | | | | | | | | 88 | | | | | | | | | | | 138 | | | | | | | | |
| | 39 | | | | | | | | | | | 89 | | | | | | | | | | | 139 | | | | | | | | |
| | 40 | | | | | | | | | | | 90 | | | | | | | | | | | 140 | | | | | | | | |
| | 41 | | | | | | | | | | | 91 | | | | | | | | | | | 141 | | | | | | | | |
| | 42 | | | | | | | | | | | 92 | | | | | | | | | | | 142 | | | | | | | | |
| | 43 | | | | | | | | | | | 93 | | | | | | | | | | | 143 | | | | | | | | |
| | 44 | | | | | | | | | | | 94 | | | | | | | | | | | 144 | | | | | | | | |
| | 45 | | | | | | | | | | | 95 | | | | | | | | | | | 145 | | | | | | | | |
| | 46 | | | | | | | | | | | 96 | | | | | | | | | | | 146 | | | | | | | | |
| | 47 | | | | | | | | | | | 97 | | | | | | | | | | | 147 | | | | | | | | |
| | 48 | | | | | | | | | | | 98 | | | | | | | | | | | 148 | | | | | | | | |
| | 49 | | | | | | | | | | | 99 | | | | | | | | | | | 149 | | | | | | | | |
| | 50 | | | | | | | | | | | 100 | | | | | | | | | | | 150 | | | | | | | | |



**Search Notes**

| Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|
| 90/007,890 | 6066168 |
| **Examiner** | **Art Unit** |
| Sara S. Clarke | 3993 |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 623 | 1.15,1.16 search updated | 12/06 | *(signature)* |
| | | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | DATE | EXMR |
| NONE | 12/06 | *(signature)* |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |
| | | | |

U.S. Patent and Trademark Office

Part of Paper No. 20061127

| *Reexamination* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90/007,890 | 6066168 |
| | Certificate Date | Certificate Number |

| Requester | Correspondence Address: | ☐ Patent Owner | ☒ Third Party |
|---|---|---|---|

Pillsbury Winthrop Shaw Pittman, LLP
P.O. Box 10500
McLean, Va 22102

| LITIGATION REVIEW ☒ | SC | 12/7/06 |
|---|---|---|
| | (examiner initials) | (date) |
| **Case Name** | | **Director Initials** |
| Advanced Cardio Sys, et al v. Medtronic Vascular, et al; 1:98cv80; US Dist Ct of Delaware; open | | AK for LM |
| | | |
| | | |
| | | |
| | | |

| COPENDING OFFICE PROCEEDINGS | |
|---|---|
| **TYPE OF PROCEEDING** | **NUMBER** |
| 1.   NONE | |
| 2. | |
| 3. | |
| 4. | |

U.S. Patent and Trademark Office

DOC. CODE **RXFILJKT**



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov



Bib Data Sheet

CONFIRMATION NO. 5461

| SERIAL NUMBER 90/007,890 | FILING OR 371(c) DATE 01/23/2006 RULE | CLASS 623 | GROUP ART UNIT 3993 | ATTORNEY DOCKET NO. 067448-0000004 |
|---|---|---|---|---|

**APPLICANTS**
  6066168, Residence Not Provided;
  ADVANCED CARDIOVASCULAR SYSTEMS INC.(OWNER), Santa Clara, CA;
  Jack S Barufka(3RD PTY REQ.), McLean, VA;
  Jack S Barufka, McLean, VA

\*\* CONTINUING DATA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  OK  AK M SC
  This application is a REX of 09/055,582 04/06/1998 PAT 6,066,168
  which is a DIV of 08/783,097 01/14/1997 PAT 5,735,893
  which is a DIV of 08/556,516 11/13/1995 PAT 5,603,721
  which is a DIV of 08/281,790 07/28/1994 PAT 5,514,154
  which is a CIP of 08/164,986 12/09/1993 ABN
  which is a CON of 07/783,558 10/28/1991 ABN

\*\* FOREIGN APPLICATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Foreign Priority claimed ☐ yes ☒ no | | | | |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance | | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS 18 | INDEPENDENT CLAIMS 2 |
| Verified and Acknowledged    Examiner's Signature    Initials   AK M SC | | | | | |

**ADDRESS**
24201

**TITLE**
EXPANDABLE STENTS AND METHOD FOR MAKING SAME

| FILING FEE RECEIVED 2520 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |