IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED CARDIOVASCULAR<br>SYSTEMS, INC., and GUIDANT<br>SALES CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>MEDTRONIC VASCULAR, INC., and<br>MEDTRONIC USA, INC.,,<br><br>        Defendants. | C.A. No. 98-80-SLR<br>(consolidated with<br>C.A. No. 98-314-SLR and<br>C.A. No. 98-316-SLR) |

## SUPPLEMENTAL DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Advanced Cardiovascular Systems, Inc. ("ACS") and Guidant Sales Corporation ("GSC") file this supplemental disclosure statement to identify any parent corporation or publicly held corporation that holds a ten percent (10%) or more ownership interest in ACS or Guidant Sales Corporation.

Effective April 21, 2006, Guidant Corporation ("Guidant") and its subsidiaries sold all right, title and interest in its vascular intervention and endovascular solutions businesses to Abbott Laboratories ("Abbott"). Thereafter, the remaining businesses of Guidant Corporation (such as the Cardiac Rhythm Management business, which sells ICDs and pacemakers), were sold to Boston Scientific Corporation ("BSC").

As a result of these agreements, Plaintiff ACS is now a wholly-owned subsidiary of Abbott Vascular Inc., which is in turn a wholly-owned subsidiary of Abbott. While plaintiff GSC is technically a wholly-owned subsidiary of Boston Scientific Corporation ("BSC"), BSC is not an interested party in this litigation, since Abbott now owns all right, title, and interest in Guidant's former vascular intervention business, and Abbott Labs. Inc. (an Abbott subsidiary)

specifically acquired all of GSC's causes of action and rights of recovery relating to the vascular intervention business from Guidant as part of the Guidant/Abbott Purchase Agreement.

|  |  |
|---|---|
| OF COUNSEL:<br>J. Michael Jakes<br>Michael A. Morin<br>Finnegan Henderson Farabow<br>  Garrett & Dunner L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001 | /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br><br>Attorneys for Plaintiffs<br>Advanced Cardiovascular Systems,<br>Inc. and Guidant Sales Corporation |
| Dated: January 4, 2007 |  |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

I hereby certify that on January 4, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

Raphael V. Lupo, Esquire
Donna M. Tanguay, Esquire
Mark G. Davis, Esquire
McDermott, Will & Emery
600 13th Street, N.W.
Washington, DC 20005

Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
GAZA@rlf.com

RLF1-2877733-1