IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORP., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | Civ. No. 98-80-SLR <br> (consolidated with Civ. No. 98-314-SLR and Civ. No. 98-316-SLR) |

# ORDER

At Wilmington this 29th day of March, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion for judgment as a matter of law (D.I. 651) is denied.

2. Defendants' motion for a new trial (D.I. 650) is denied.

3. The court reserves final judgment pending its disposition of Medtronic's charges of inequitable conduct.

_____
United States District Judge