IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORP., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 98-80-SLR (consolidated with Civ. No. 98-314-SLR and Civ. No. 98-316-SLR) |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) | |
| Defendants. | ) | |

### ORDER

At Wilmington this 23rd day of April 2007, consistent with the opinion issued this same date;

IT IS ORDERED that the Clerk of Court is directed to enter judgment in favor of plaintiffs and against defendants.

_____
United States District Judge