IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORP.,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>MEDTRONIC VASCULAR, INC. and  )<br>MEDTRONIC USA, INC.,  )<br>)<br>Defendants.  ) | Civ. No. 98-80-SLR<br>(consolidated with Civ. No. 98-314-SLR and Civ. No. 98-316-SLR) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of April 23, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation and against defendants Medtronic Vascular, Inc. and Medtronic USA, INC.

_____
United States District Judge

Dated: May 2, 2007

_____
(By) Deputy Clerk