# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NOTICE OF DOCKETING

2007-1365 - ADVANCED CARDIOVASCULAR V MEDTRONIC

**Date of docketing:** 05/30/2007

**Appeal from:** United States District Court / District of Delaware
case no. 98-CV-80

**Appellant(s):** Medtronic USA, Inc. and Medtronic Vascular, Inc.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Delaware
George M. Sirilla
J. Michael Jakes



# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-1365

ADVANCED CARDIOVASCULAR SYSTEMS, INC.
and GUIDANT SALES CORPORATION,

            Plaintiffs-Appellees,

v.

MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC.,

            Defendants-Appellants.

Appeal from the United States District Court for the District of Delaware in case no. 98-CV-80 (consolidated with 98-CV-314 and 98-CV-316), Chief Judge Sue L. Robinson.

Authorized Abbreviated Caption[2]

ADVANCED CARDIOVASCULAR v MEDTRONIC, 2007-1365

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet
United States District Court for the District of Delaware

Type of Case: PATENT INFRINGEMENT

**2007-1365**

Caption: Advances Cardio Sys, et al v. Medtronic Vascular, et al

Plaintiff(s): *Arterial Vascular Engineering, Inc., Advanced Cardiovascular Systems, Inc., Guidant Sales Corporation

Defendant(s): Medtronic Ave Inc., Medtrtonic USA, Inc.

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. 98cv80
Date of Judgment/Order: 1/5/05, 2/4/05, 2/14/05, 2/16/05, 2/18/05, 3/30/07, 4/24/07, 5/3/07

Cross/Related Appeal: NO
Date of Notice of Appeal:     5/9/07
Date of Notice of Appeal Docketed: 5/9/07
Appellant is:   Medtronic Ave Inc., Medtronic USA, Inc.

Fees:   Court of Appeals Docket Fee Paid? PAID

U.S. Appeal? Yes

COUNSEL
(List name, firm, address and telephone number of lead counsel for each party. Indicate party represented.)

| Frederick L. Cottrell, III | Karen Jacobs Louden |
|---|---|
| Richards, Layton & Finger | Morris, Nichols, Arsht & Tunnell |
| One Rodney Square | 1201 Nother Market Street |
| P.O. Box 551 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |

Attorney for Plaintiffs               Attorney for Defendants

COURT REPORTER(S)
(Name and Telephone Number)

| Leonard Dibbs | Phone: 302-573-6195 |
| Kevin Maurer | Phone: 302-573-6196 |
| Valerie Gunning | Phone: 302-573-6194 |
| Brian Gaffigan | Phone: 302-573-6360 |

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MAY 3 0 2007

JAN HORBALY
CLERK

IMPORTANT: Attach copy of opinion and/or order appealed from. Forward together with a certified copy of notice of appeal and certified copy docket entries.

By: _E. Strickler_
Deputy Clerk

Date:   May 11, 2007