IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. and GUIDANT SALES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC.,<br><br>Defendants. | C. A. No. 98-80 (SLR)<br>(Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that the caption in the above-referenced case is hereby modified, such that the plaintiffs shall hereinafter be Abbott Cardiovascular Systems Inc. and Abbott Laboratories, Inc.

SO ORDERED this _____ day of _____ 2007.

_____
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT COURT JUDGE

RLF1-3171064-1