IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC, <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | Civil Action No. 98-80 (SLR) <br> (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |

## ACS'S MOTION FOR PERMANENT INJUNCTION

In view of the Court's judgment that Medtronic Vascular, Inc. and Medtronic USA, Inc. (collectively "Medtronic") have infringed U.S. Patents Nos. 5,514,154, 6,066,167, 6,066,168, and 6,432,133 (collectively "the Lau patents"), that Medtronic has failed to prove that the Lau patents are invalid, and that Medtronic has failed to prove that the Lau patents are unenforceable, Abbott Cardiovascular System, Inc. and Abbott Laboratories, Inc. (collectively "ACS") respectfully request that the Court permanently enjoin Medtronic from making, using, selling, offering to sell, or importing devices that have been found to infringe the patents-in-suit, including the Microstent II, GFX, GFX 2, GFX 2.5, S540, S660, S670, S7, BeStent 2, Driver, MicroDriver, Racer, any devices no more than colorably different from these infringing devices, and any products containing or using any of these infringing stents. For the reasons explained in ACS's Opening Brief in Support of Its Motion for Permanent Injunction, filed contemporaneously herewith, the Court should grant ACS's motion.

1

A proposed order is attached herewith.

Of Counsel:

J. Michael Jakes
Gerald F. Ivey
Michael A. Morin
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Dated: June 29, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
RICHARDs, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

*Attorneys for Abbott Cardiovascular Systems, Inc. and Abbott Laboratories, Inc*

2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

I hereby certify that on June 29, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

Raphael V. Lupo, Esquire
Donna M. Tanguay, Esquire
Mark G. Davis, Esquire
McDermott, Will & Emery
600 13th Street, N.W.
Washington, DC 20005

George M. Sirilla, Esquire
William P. Atkins, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
14th Floor
McLean, VA 22102-4859

Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
gaza@rlf.com

RLF1-3173024-1