IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC, <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 98-80 (SLR) <br> ) (Consolidated with C.A. No. 98-314 <br> ) (SLR) and C.A. No. 98-316 (SLR)) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

The undersigned hereby certifies that counsel for plaintiffs, Abbott Cardiovascular Systems, Inc. and Abbott Laboratories, Inc. (collectively "ACS"), have advised counsel for Medtronic Vascular, Inc. and Medtronic USA, Inc. ("Medtronic") about the request sought in the Motion for Permanent Injunction (the "Motion") and it is ACS's understanding that Medtronic opposes the foregoing Motion.

OF COUNSEL:

J. Michael Jakes
Gerald F. Ivey
Michael A. Morin
FINNEGAN, HENDERSON, FARABOW
 GARRETT & DUNNER, L.L.P.
1300 I Street, N.W., Suite 700
Washington, D.C. 20005
(202) 408-4000

Dated: June 29, 2007

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Abbott Cardiovascular Systems,
Inc. and Abbott Laboratories, Inc.