# HIGHLY CONFIDENTIAL-- FILED UNDER SEAL