Exhibit 1

Case 1:98-cv-00080-SLR    Document 730-2    Filed 06/29/2007    Page 1 of 11

# JOEL K. KAHN, M.D., F.A.C.C., F.A.C.P., F.S.C.A.I.

***Practice:***
Address:

    Michigan Heart Group
    4600 Investment Drive, Suite 200
    Troy, MI  48098
    (248) 267-5050

***Education:***

| | |
|---|---|
| 1977-1980 | University of Michigan, College of Literature, Science and Arts, Ann Arbor, Michigan<br>Bachelor of Science, Highest Distinction |
| 1979-1983 | University of Michigan Medical School, Ann Arbor, Michigan<br>Doctor of Medicine, <u>Summa Cum Laude</u> |

**Professional Training:**

| | |
|---|---|
| 1983-1986 | Resident, Department of Internal Medicine, University Hospital, Ann Arbor, Michigan. |
| 1986-1989 | Fellow, Division of Cardiology, University of Texas Southwestern Medical Center |
| 1989-1990 | Advanced Angioplasty Fellow, Mid-America Heart Institute of St. Luke's Hospital, Kansas City, MO |

**Certification:**

Diplomate, American Board of Internal Medicine, 1987; Subspecialty Boards, Cardiovascular Medicine, 1990; Subspecialty Boards, Interventional Cardiology, 2001; Nuclear Regulatory Commission, Nuclear Cardiology License, 1992. Diplomate, Certification Board of Nuclear Cardiology, 2003

*Academic Appointments:*   Clinical Assistant Professor of Medicine (Cardiology), Wayne State University School of Medicine, Detroit

*Administrative Appointments:*   Medical Director, Cardiac Rehabilitation, William Beaumont Hospital, Royal Oak, Michigan
Medical Director, Carnegie Medical Institute, Troy, Michigan

*Hospital Affiliations:*   William Beaumont Hospital, Royal Oak and Troy, Michigan

| | |
|---|---|
| *Professional Societies:* | American Medical Association, American College of Cardiology, American Heart Association, Society for Cardiac Angiography and Intervention, Michigan Medical Society, Oakland County Medical Society<br>Fellow: American College of Cardiology, American College of Physicians, Society for Cardiac Angiography and Intervention |
| *Recent Awards:* | Top Docs, Cardiology, Hour Magazine, 2005 |
| *Editorial Boards:* | Catheterization and Cardiovascular Intervention 1993-2001<br>Journal of Interventional Cardiology, 2000-present. |

## PUBLICATIONS:

1. **Kahn JK**, Menon KMJ. Evidence that arginine vasotocin inhibits human chorionic godanotropin and cyclic 3'5' adenosine monophosphate stimulated ovarian steroidogenesis. Biochem Biophys Res Commun; 100:100-104, 1981.
2. **Kahn JK**, Kirsh MM. Infusion delivery time of the flow directed pulmonary artery catheter: clinical implications. Heart and Lung; 12:630-632, 1983.
3. **Kahn JK**, Zola B, Juni JE, Vinik AI. Radionuclide assessment of left ventricular diastolic filling in diabetes mellitus with and without cardiac autonomic neuropathy. J Am Coll Cardiol 7:1303-1309, 1986.
4. Zola B, **Kahn JK**, Juni JE, Vinik AI. Abnormal cardiac function in diabetic patients with autonomic neuropathy in the absence of ischemic heart disease. J Clin Endocrinol Metab 63:208-214, 1986.
5. **Kahn JK**, Zola B, Juni JE, Vinik AI. Decreased exercise heart rate and blood pressure response to exercise in patients with diabetes mellitus with autonomic neuropathy. Diabetes Care 9:389-394, 1986.
6. **Kahn JK**, Shenker Y, Grekin RG, Vinik AI. Plasma levels of immunoreactive atrial natriuretic hormone in patients with diabetes mellitus. Regulatory Peptides 15:323-332, 1986.
7. **Kahn JK**, Nifedipine associated acute psychosis. Am J of Medicine 81:705-706, 1986.
8. **Kahn JK**, Buda AJ. Long-term follow-up of coronary artery occlusion following blunt chest trauma. Am Heart J 113:207-210, 1987.
9. **Kahn JK**, Sisson JC, Vinik AI. QT interval prolongation and sudden death in diabetic autonomic neuropathy. J Clin Endocrinol Metab 64:751-754, 1987.
10. **Kahn JK**, Howell, JD. Profiles in Cardiology: Frank Norman Wilson, M.D. Clin Cardiol 10:616-618, 1987.
11. **Kahn JK**, Vinik AI. Exercise training in diabetes mellitus. IM: Internal Medicine for the Specialist. 9:117-125, 1988.
12. **Kahn JK**, Clinical correlates of supranormal left ventricular performance. Am J Cardiol 61:1145-1146, 1988.
13. **Kahn JK**, Sisson JC, Vinik, AI. Sudden cardiac death in diabetic autonomic neuropathy. J Nuc Med 29:1605-1606, 1988.

14. Henderson EB, **Kahn JK**, Corbett JR, Jansen DE, Pippin JJ, Kulkarni P, Ugolini V, Akers MS, Hansen C, Buja LM, Parkey RW, Willerson JT. Abnormal 1-123 metaiodobenzylguanidine myocardial washout and distribution may reflect myocardial adrenergic derangement in patients with congestive cardiomyopathy. Circulation 78:1192-1199, 1988.

15. **Kahn JK**, Carry MM, McGhie IM, Akers MS, Corbett JR. Quantitative lung thallium uptake during single photon computed emission tomography. J Nucl Med 30:288-294, 1989.

16. **Kahn JK**, Pippin JJ, Akers MS, Corbett JR. Estimation of jeopardized left ventricular myocardium in patients with silent and symptomatic ischemia as determined by 1-123 phenylpentadecanoic acid rotational tomography. Am J Cardiol 63:540-544, 1989.

17. **Kahn JK**, McGhie I, Akers MS, Sills MN, Pippin JJ, Faber TL, Kulkarni PV, Willerson JT, Corbett JR. Quantitative rotational tomography with thallium-201 and technetium-99m 2-methoxy-isobutyl isonitrile: A direct comparison in normals and patients with coronary artery disease. Circulation 79:1282-1293, 1989.

18. **Kahn JK**, Hartzler GO. Saphenous vein graft angioplasty in a teenager. Am J Cardiol 65:259-260, 1990.

19. **Kahn JK**, Rutherford BD. Direct infarct angioplasty: Therapy for the 1990's. J Invas Cardiol 2:1-5, 1990.

20. **Kahn JK**, Hartzler GO. Retrieval of right heart fragments from implanted venous access catheters in patients with malignancy. J Intervent Cardiol 1989;2:199-202.

21. **Kahn JK**, Sills MN, Corbett JR, Willerson JT. The current role of nuclear cardiology in clinical medicine. Chest 1990;97:442-446.

22. **Kahn JK**, Rutherford BD, McConahay DR, Johnson WL, Giorgi LV, Hartzler GO. Short and long-term results of percutaneous transluminal coronary angioplasty in chronic dialysis patients. Am Heart J 1990;119:484-489.

23. **Kahn JK**, Rutherford BD, McConahay DR, Johnson WL, Giorgi LV, Hartzler GO. Supported "high-risk" coronary angioplasty using intra-aortic balloon pump counterpulsation. J Am Coll Cardiol 1990;15:1151-1155.

24. **Kahn JK**, Rutherford BD, McConahay DR, Johnson WL, Giorgi LV, Ligon R, Hartzler GO. Usefulness of angioplasty for acute myocardial infarction in patients with prior bypass grafting. Am J Cardiol 1990;65:698-702.

25. **Kahn JK**, Rutherford BD, Hartzler GO. Direct infarct angioplasty: Rationale and results. CARDIO 1990; March:102-106.

26. **Kahn JK**, Hartzler GO. Percutaneous thrombus aspiration in acute myocardial infarction. Cath Cardiovasc Diagnosis 1990;20:54-57.

27. **Kahn JK**, Hartzler GO. Retrograde coronary angioplasty of isolated arterial segments through saphenous vein grafts. Cath Cardiovasc Diagnosis 1990;20:88-93.

28. **Kahn JK**, Hartzler GO. The spectrum of coronary air embolism during coronary angioplasty: causes, consequences, and management. Am Heart J 1990;119:1374-1377.

29. **Kahn JK**, Rutherford BD, McConahay DR, Johnson WL, Giorgi LV, Hartzler GO. High dose contrast media administration during complex coronary angioplasty. Am Heart J 1990;120:533-536.

30. **Kahn JK**, and Hartzler GO. Retrieval of vein graft suture fragments with directional coronary atherectomy: a note of caution. Am Heart J 1990;120:692-696.

31. **Kahn JK,** Rutherford BD, Hartzler GO. Outcome following emergency surgery for failed elective balloon angioplasty in patients with prior coronary artery bypass surgery. Am J Cardiol 1990;66:285-288.

32. **Kahn JK,** Rutherford BD, McConahay DR, Johnson WL, Giorgi LV, Ligon R, Hartzler GO. Results of primary angioplasty for acute myocardial infarction in patients with multivessel coronary artery disease. J Am Coll Cardiol 1990;16:1089-1096.

33. **Kahn JK,** and Hartzler GO. Balloon rupture due to complex lesion morphology during coronary angioplasty. Cath Cardiovasc Diagn 1990;21:89-91.

34. **Kahn JK,** Rutherford BD, McConahay DR, Johnson WL, Giorgi LV, Shimshak TS, Hartzler GO. Early postoperative balloon coronary angioplasty for failed coronary artery bypass grafting. Am J Cardiol 1990;66:943-946.

35. **Kahn JK,** Rutherford BD, McConahay DR, Johnson WL, Giorgi LV, Hartzler GO. Catheterization lab events during direct infarct angioplasty: a contemporary analysis. Circulation 1990;82:1910-1915.

36. **Kahn JK,** Rutherford BD, McConahay DR, Johnson WL, Giorgi LV, Hartzler GO. Timing and mechanism of in-hospital and late death following primary coronary angioplasty during acute myocardial infarction. Am J Cardiol 1990;66:1045-1048.

37. **Kahn JK,** Hartzler GO. Frequency and causes of failure with contemporary balloon coronary angioplasty and implications for new technologies. Am J Cardiol 1990;66:858-860.

38. **Kahn JK,** Rutherford, McConahay, Hartzler GO. Inflation pressure requirements for coronary angioplasty. Cath Cardiovasc Diagn 1990;24:144-147.

39. **Kahn JK,** Hartzler GO. Evidence for dynamic coronary vasoconstriction in the early minutes of acute myocardial infarction. Am Heart J 1991;121:188-190.

40. Eichorn EJ, Grayburn PA, Willard JE, Anderson HV, Bedotto JB, Carry M., **Kahn JK,** Willerson JT. Cyclic coronary artery flow variations before and after percutaneous transluminal coronary angioplasty in man. J Am Coll Cardiol;17:43-52.

41. Stevens T, **Kahn JK,** Ligon RW, Spaude S, Rutherford BD, McConahay DR, Johnson WL, Giorgi LV, Shimshak TM, Hartzler GO, McCallister BD. Safety and efficacy of PTCA in patients with left ventricular dysfunction. Am J Cardiol 1991;68:313-319.

42. **Kahn JK,** Current advances in the noninvasive detection of coronary artery disease. Postgraduate medicine 1991;89:149-158.

43. **Kahn JK,** Outpatient management of progressive congestive heart failure. Postgraduate Medicine 1991;89:102-107.

44. **Kahn JK,** High risk coronary angioplasty. CARDIO 1991;April:46-56.

45. **Kahn JK,** Intraaortic balloon pumping in percutaneous transluminal coronary angioplasty. Cardiac Assists 1991;6:1-4.

46. **Kahn JK,** Caring for patients after coronary intervention. Postgraduate Medicine 1992;91:415-427.

47. **Kahn JK,** Coronary angioplasty for acute myocardial infarction. Primary Cardiology 1992;18:22-28.

48. **Kahn JK,** Rutherford BD, McConahay DR, Johnson WL, Giorgi LV, Shimshak TS, Ligon R, Hartzler GO. Comparison of the procedural results and risks of coronary angioplasty in men and women for conditions other than acute myocardial infarction. Am J Cardiol 1992;69:1241-2.

49. Pippin JJ, Jansen DE, Henderson EB, Hansen CL, Ugolini V, **Kahn JK,** Kulkarni PV, Corbett JR. Myocardial fatty acid utilization at various workloads in normal volunteers: Iodine-123 phenylpentadecanoic acid and single photon emission computed tomography to investigate myocardial metabolism. Am J Card Imaging 1992;6:99-108.
50. **Kahn JK,** Percutaneous transluminal coronary angioplasty through an anomalous left main coronary artery. Am Heart J 1992;124:1372-1374.
51. **Kahn JK,** Inadvertent thrombolytic therapy for cardiovascular conditions masquerading as acute myocardial infarction. Clin Cardiol 1993:16:67-71.
52. **Kahn JK,** Balloon catheter requirements during contemporary percutaneous transluminal coronary angioplasty. Cathet Cardiovasc Diagn 1992;27:179-82.
53. **Kahn JK,** Slow coronary flow complicating coronary angioplasty in post-thrombolytic patients. Cor Artery Dis 1993;4:61-65.
54. **Kahn JK,** Angioplasty after CABG surgery, CARDIO Interventions 1992;2:25-31.
55. **Kahn JK,** Anticoagulant therapy for atrial fibrillation. Recommendations from major studies. Postgraduate Medicine 1992;92:119-130.
56. **Kahn JK,** Care of the patient after coronary bypass surgery. Postgraduate Medicine 1993;93:249-262.
57. **Kahn JK,** Hartzler GO. Management of refractory hypotension during coronary angioplasty with intracoronary epinephrine. Am Heart J 1993;126:463-6.
58. Bedetto JB, **Kahn JK,** Rutherford BD, McConahay DR, Ligon RW, Hartzler GO. Failed direct coronary angioplasty for acute myocardial infarction: In-hospital outcome and predictors of death. J Am Coll Cardiol 1993;22:690-4.
59. **Kahn JK,** Rutherford BD, McConahay DR, Ligon RW, Hartzler GO. Acute and long-term outcome of 83 patients after balloon angioplasty of totally occluded bypass grafts. J Am Coll Cardiol 1994;23:1038-42.
60. **Kahn JK,** In praise of balloon coronary angioplasty (Editorial). Newsletter, Michigan Chapter of the American College of Cardiology. 1992;3:7-9.
61. **Kahn JK,** Bernstein M., Bengtson JR. Isolated Right Ventricular Myocardial Infarction.
Ann Intern Med   1993;118;708-11.
62. **Kahn JK,** Fischer JC. Rapid Development of Left Main Disease After Coronary Artery Bypass Grafting for Failed Angioplasty: A Rare Cause of Postoperative Angina. Cathet Cardiovasc Diagn 1993;29:221-3.
63. **Kahn JK,** Angiographic suitability for catheter revascularization of total coronary occlusions in patients from a community hospital setting. Am Heart J 1993;126:561-4.
64. **Kahn JK,** Rutherford BD, McConahay DR, Johnson WL, Giorgi LV, Ligon RW, Hartzler GO. Clinical and angiographic correlates of in-hospital death following coronary angioplasty for conditions other than acute myocardial infarction. Am J Cardiol 1993;72:826-7.
65. **Kahn JK,** Cragg DR, Almany SL, Ajluni S. Aggressive therapy of acute myocardial infarction. Postgraduate Medicine 1993;94:51-67.
66. **Kahn JK,** Angiographic eligibility of community hospital patients with multivessel coronary artery disease for PTCA or coronary artery bypass grafting. Am J Cardiol 1993;72:460-463.
67. **Kahn JK,** Kodali U, Savas V, Gordon R. Effects of chronic warfarin therapy on complications of coronary angioplasty during acute myocardial infarction with coronary

angioplasty. Am J Cardiol 1995;75:724.
68. **Kahn JK,** PTCA of the left main coronary artery: Opening pandora's box? Cathet Cardiovasc Diagn 1994;33:108-9.
69. **Kahn JK,** Collateral injury by total occlusion angioplasty: biting the hand that feeds us: Cathet Cardiovasc Diagn 1995;34:65-6.
70. **Kahn JK,** Stenting for acute myocardial infarction: opening the open artery hypothesis wider. Cathet Cardiovasc Diagn 1995;34:147-8.
71. **Kahn JK,** Guide catheter exchange device: one small step for man. Cathet Cardiovasc Diagn 1994;33:288.
72. **Kahn JK,** Glazier S., Swor R, Savas V, O'Neill WW. Primary coronary angioplasty for acute myocardial infarction complicated by out of hospital cardiac arrest. Am J Cardiol 1995;75:1069-70.
73. **Kahn JK,** Reversing coronary atherosclerosis. Postgraduate Medicine. 1993;94:50-65.
74. **Kahn JK,** Central venous catheters: Placement and monitoring tips. Postgraduate Medicine 1995;97:65-68.
75. Franklin B, **Kahn JK,** Detecting the individual prone to exercise related sudden cardiac death. Sports Science Rev 1995;4:85-105.
76. **Kahn JK.** Why we get out of bed to infarct PTCA. Cathet Cardiovasc Diagn 1996;39:340.
77. **Kahn JK,** Is PTCA of saphenous vein bypass grafts still OK? Cathet Cardiovasc Diagn 1995;34:300.
78. **Kahn JK,** Dynamic coronary vasoconstriction in arteries not involved with acute myocardial infarction. Cathet Cardiovasc Diagn 1995;36:371-3.
79. Safian RD, Hoffman MA, Almany SA, **Kahn JK,** Reddy V, Marselese D, Gangadharan V, Ajluni S, Friedman HZ, Schrieber TL. Comparison of coronary angioplasty with compliant and noncompliant balloons (The Angioplasty Compliance Trial). Am J Cardiol 1995;76:518-20.
80. O'Keefe JH, Stone GW, McAllister BD, McCallister BD, Maddex C, Ligon R, Kacich RL, **Kahn JK,** Cavero P, Hartzler GO, McCallister BD. Combination Lovastatin and probucol for the prevention of restenosis after coronary angioplasty. Am J Cardiol 1996;77:649-52
81. **Kahn JK,** Can we defend the Bill of Rights? Cathet Cardiovasc Diagn 1996;37:131.
82. **Kahn JK,** To air is human, to prevent is divine. Cathet Cardiovasvc Diagn 1995;36:319
83. **Kahn JK,** Are percutaneous coronary interventions sterile or sterile-lies? Cathet Cardiovasc Diagn 1995;36:10.
84. **Kahn JK,** Death following direct infarct angioplasty: Lessons that we've learned. Cathet Cardiovasc Diagn 1995;35:197.
85. **Kahn JK.** Maximizing your guide-given talents. Cathet Cardiovasc Diagn 1996;37:434.
86. Almany SL, Mileto L, **Kahn JK.** Preoperative cardiac evaluation. Assessing risk before noncardiac surgery. Postgraduate Med 1995;98:171-182.
87. **Kahn JK.** Friction free stenting. Cathet Cardiovasc Diagn 1997;41:20.
88. **Kahn JK.** Infarct artery stents: the first year. Cathet Cardiovasc Diagn 1997;40:342.

89. **Kahn JK**. Confusion about perfusion. Cathet Cardiovasc Diagn 1997;40:186.
90. **Kahn JK**. Infarct angioplasty: the hole story. Cathet Cardiovasc Diagn 1997;42:157.
91. **Kahn JK**, Almany SL. No-reflow no more? Cathet Cardiovasc Diagn 1996;39:119.
92. Rabah MM, **Kahn JK**. How does the fairer sex fare after PTCA. Cathet Cardiovasc Diagn 1996;39:16.
93. **Kahn JK**. Culprit vessel angioplasty: it's a small world after all. Cathet Cardiovasc Diagn 1996;37:262.
94. Bowers TR, **Kahn JK**. There's no business like flow business. Cathet Cardiovasc Diagn 1996;38:255.
95. Thompson RJ, McCullough PA, **Kahn JK**, O'Neill WW. Prediction of death and neurologic outcome in the emergency department in out-of-hospital cardiac arrest survivors. Am J Cardiol 1998;81:17-21.
96. Thompson RJ, McCullough PA, **Kahn JK**, O'Neill WW. A simple scoring system to predict clinical outcome after resuscitation from cardiac arrest. J Critical Illness 1998;13:298-300.
97. McCullough PA, Thompson RJ, Tobin KJ, **Kahn JK**, O'Neill WW. Validation of a decision support tool for the evaluation of cardiac arrest victims. Clin Cardiol 1998;21:195-200.
98. **Kahn JK**. Two stents are better than one? Cathet Cardiovasc Diagn 1998;44:441.
99. **Kahn JK**. Stents in smaller arteries: a big deal. Cathet Cardiovasc Diagn 1998;45:239.
100. **Kahn JK**. Coronary stents: Increasing options and indications. Cathet Cardiovasc Diagn 1998;45:375.
101. **Kahn, JK**. Options to heparin anticoagulation in interventional cardiology. Cathet Cardiovasc Intervent. 1999 ;46:356.
102. den Heijer P, Vermeer, F, Ambrosioni E, Sadowski Z et al. (Participating Clinical Investigator). Evaluation of a weight-adjusted single-bolus plasminogen activator in patients with myocardial infarction. A double-blinded, randomized angiographic trial of lanoteplase versus alteplase. Circulation 1998;98:2117-2125.
103. **Kahn JK**. Reperfusion therapy for every infarction with ST segment elevation. Cathet Cardiovasc Intervent 1999;46:134.
104. **Kahn JK**. How to repair an aortic tear. Cathet Cardiovasc Intervent 2000;49:90.
105. **Kahn JK**. Catheter debris: It's a jungle in there. Cathet Cardiovasc Intervent 2000;49:395.
106. **Kahn JK**. No reflow? No way! Cathet Cardiovasc Intervent 2000;51:32.
107. Valez CA, **Kahn JK**. Compartment syndrome from balloon pump. Cathet Cardiovasc Intervent 2000;51:217-219.
108. **Kahn, JK**. Stents for infarcts: the missing link? Cathet Cardiovas Intervent 2000;51:280.
109. Dunning DW, **Kahn JK**, Hawkins ET, O'Neill WW. Iatrogenic coronary artery dissections extending into and involving the aortic root. Cathet Cardiovasc Intervent 2000:51:387-393.
110. **Kahn JK**. Femoral closure devices: seal of approval. Cathet Cardiovasc Intervent 2001;52:8.
111. **Kahn JK**, O'Neill WW. Two vessels or not two vessels. That is the question. Am Heart J 2002;143:948-9.

112. Skelding KA, Mehta LS, Pica MC, Fointa B, Shoukfeh M, Grines C, O'Neill WW, **Kahn JK**. Primary percutaneous interventions for acute myocardial infarction in octagenarians: A single-center experience. Clin Cardiol 2002 25:363-6.

113. Dunning DS, **Kahn JK,** O'Neill WW. The Long-term Consequences of Lost Intracoronary Stents. J Intervent Cardiol 2002;15:345-8.

114. Fejka M, Dixon SR, Safian RD, O'Neill WW, Grines CL, Finta B, Marcovitz PA, **Kahn JK**. Cardiac tamponade complicating percutaneous coronary intervention: diagnosis, management and clinical outcome. Am J Cardiol 2002;90:1183-6.

115. Stone GW, Grines CL, Cox DA, Garcia E, Tcheng JE, Griffin JJ, Guagliumi G, Stuckey T, Turco M, Carroll JD, Rutherford BD, Lansky AJ and **CADILLAC Investigators**. Comparison of angioplasty with stenting with or without abciximab in acute myocardial infarction. N Engl J Med 2002 346:957-66.

116. **Kahn, JK**. Geoffrey O. Hartzler, MD. Clinical Cardiology 2004;27:58-9.

117. **Kahn JK**. Statin therapy of dyslipidemias: A viewpoint on safety and efficacy. Am J Med and Sports 2004;6:37-8.

118. Ochoa A, Pellizon G, Addala S, Boura J, Grines C, Isayenko Y, Boura J, Rempisnki D, O'Neill W, **Kahn J**. Abbreviated dosing of n-acetylcysteine prevents contrast induced nephropathy after elective and urgent coronary angiography and intervention. J Intervent Cardiol 2004;17;1-7.

119. West AJ, Dixon SR, **Kahn JK**, Levin RN, O'Neill WW, Grines CL, Berman AD. Effectiveness of Primary Angioplasty for Acute Myocardial Infarction in Patients on dialysis. Am J Cardiol 2004;93:468-470.

120. Dukkipati S, O'Neill WW, Harjai KJ, Sanders W, Boura JA, Bartholomew BA, Yerkey MW, Chanamolu S, Sadeghi HM, **Kahn JK**. Characteristics of cerebrovascular accidents after percutaneous coronary interventions. J Am Coll Cardiol 2004;43:1161-7.

121. Fejka M, **Kahn JK**. Diagnosis, management, and clinical outcome of cardiac tamponade complicating percutaneous coronary interventions. Cardiovascular Reviews and Reports 2003;24:416-20.

122. Ballantyne CM, Blazing MA, Hunninghake DB, Davidson MH, Yuan Z, DeLucca P, Ramsey KE, Hustad CM, Palmisano J, CHESS study Group (**Kahn JK**). Effect on high density lipoprotein cholesterol of maximum dose simvastatin and atorvastatin in patiens with hypercholesterolemia: Results of the Comparative HDL Efficacy and Safety Study (CHESS). Am Heart J 2003;146:862-9.

123. Franklin BA, de Jong A, **Kahn JK**, McCullough PA. Fitness and mortality in the primary and secondary prevention of coronary artery disease: Does the effort justify the outcome? Am J Med Sports 2004;6:23-27.

124. Franklin BA, **Kahn JK**, Gordon NF, Bonow RO. Comprehensive lifestyle modification: The proven Polypill. Am J Cardiol 2004;94:162-166.

125. Addala S, Grines CL, Dixon SR, Stone GW, Boura JA, Ochoa AB, Pellizzon G, O'Neill WW, **Kahn JK**. Predicting mortality in patients with ST-elevation myocardial infarction treated with primary percutaneous coronary intervention (PAMI risk score). Am J Cardiol 2004;93:629-32.

126. Gallagher MJ, Dixon SR, Madala M, Rimar SD, O'Neill WW, Kahn JK. Percutaneous transfemoral coronary and peripheral procedures via aortofemoral synthetic vascular grafts: a review of 123 diagnostic and interventional cases. Am J Cardiol 2005;96:382-5.

127. Vijayaraghavan K, Santora L, **Kahn JK**, Abbott N, Torelli J, Vardi G. New graduated pressure regimen for external counterpulsation reduces mortality and improves outcomes in congestive heart failure. A report from the Cardiomedics External Counterpulsation Patient Registry. Congestive Heart Failure 2005;11:147-152.
128. Mattichak SJ, Reed PS, Gallagher MJ, Boura JA, O'Neill WW, **Kahn JK**. Evaluation of the safety of warfarin, in combination with antiplatelet therapy, for patients treated with coronary stents for acute myocardial infarction. J Intervent Cardiol 2005;18:163-6.
129. Gallagher MJ, Franklin B, Ehrman JE, Keteyan SJ, Brawner C, **Kahn JK**, Sandberg KR, DeJong A, Mattichak SJ, McCullough PA. Comparitive impact of obesity and heart failure on measures of cardiorespiratory fitness. Chest 2005 (in press).
130. Harjai KJ, Berman AD, Grines CL, **Kahn J**, Marsalese D, Mehta RH, Schreiber T, Boura JA, O'Neill WW. Impact of interventionalist volume, experience, and board certification on coronary angioplasty outcomes in the era of stenting. Am J Cardiol 2004;94:421-6.
131. Addala S, **Kahn JK**, Moccia TF, Harjai K, Pellizon G, Ochoa A, O'Neill WW. Outcome of ventricular fibrillation developing during percutaneous coronary interventions in 19,497 patients without cardiogenic shock. Am J Cardiol 2005;96:764-5.
132. Dutcher JR, **Kahn JK**, Grines CL, Franklin B. Comparison of left ventricular ejection fraction and exercise capacity as predictors of two- and five- year mortality following acute myocardial infarction. Am J Cardiol. 2007;99:436-41.
133. Reed PS, **Kahn JK**, Dixon SR, Boura JA, O'Neill WW. Gadodiamide versus iodinated contrast in the prevention of contrast-induced nephropathy in patients with chronic kidney disease undergoing coronary angiography or intervention. Am J Cardiol (in press).
134. Chinnaiyan KM, Trivax J, Franklin BA, Williamson B, **Kahn JK**. Stress testing in patients with implantable cardioverter-defibrillators: a preliminary report. Preventive Cardiol 2007;10:92-95.

**BOOK CHAPTERS:**
1. Corbett JR, **Kahn JK**, Parkey RW. Cardiac SPECT: Assessment of myocardial perfusion and function. in PET/SPECT: Instrumentation, radiopharmaceuticals, and physiologic measurement. American College of Nuclear Physicians, 1988. pp153-173.
2. Faber TL, Stokely EM, **Kahn JK**, Corbett JR. Automatic determination of 3-dimensional left ventricular endo- and epicardial surfaces in gated perfusion tomograms. Proceedings of the 9th Conference on Computer Applications in Radiology. May, 1988. pp 120-126.
3. **Kahn JK**, Pippin JJ, Corbett JR. New myocardial imaging agents: Description and applications in: Wolfe C. (Editor). Cardiac Imaging. Saunders, 1989, 589-605.
4. Corbett JR, **Kahn JK**, Parkey R, Buja LM, Willerson JT. Single photon emission computed tomography for the detection and sizing acute myocardial infarcts with technetium stannous pyrophosphate and the detection of altered myocardial metabolism with iodine-123 phenylpentadecanoic acid. In: Pohost GM and O'Rourke RA. Cardiovascular Imaging. Little Brown. 1991. 261-274.
5. **Kahn JK**, Hartzler GO. Coronary angioplasty for acute and evolving myocardial infarction. In: Clark D. (Editor). Coronary Angioplasty. AR Liss, 1991:pgs. 73-81.

6. **Kahn JK,** Hartzler GO. PTCA in patients with poor left ventricular function. in Ellis SG, Editor. Williams and Wilkins. 1996.469-474.
7. **Kahn JK,** O'Neill WO. PTCA in acute myocardial infarction. In Ellis SG, Editor. Williams and Wilkins. 1996. 558-564.
8. **Kahn JK,** O'Neill WO. Direct Angioplasty for acute myocardial infarction. In Serruys P, Editor. Textbook of Cardiovascular Interventions. (in press 1994).
9. **Kahn JK** and Almany SL, Supported angioplasty. In Grech ED, Editor. Practical Interventional Cardiology. Dunitz. 1997. 233-248.
10. **Kahn JK,** PTCA in special patient subsets. In Freed M. Grines C, Editors. Manual of Interventional Cardiology, Physicians Press, 1996 pgs. 175-182.
11. **Kahn JK,** Howell JD. Frank Norman Wilson. In Hurst JW, Conti CR, Fye B, Editors. Profiles in Cardiology. Foundation for Advances in Medicine and Science. 2003. pgs 246-7.

## MONOGRAPHS:
1. **Kahn JK,** Intra-aortic balloon pumping: theory and applications. A monograph for the clinician. Communications Media for Education, Inc. 1991:1-20.
2. **Kahn JK.** Intra-aortic balloon pumping: Theory and clinical applications in the 21st Century. 2004:1-20.

## Video National Course Presentation

1. **Kahn JK.** Elective and Emergency Cardiac Interventions. 2004-2005 Medical-Dental-Legal Update, American Education Institute, Inc, Birmingham, MI.