# EXHIBIT 1

**THE WALL STREET JOURNAL.**

**Missing a Beat: How a Breakthrough Quickly Broke Down For Johnson & Johnson —
Its Stent Device Transformed Cardiac Care, Then Left A Big Opening for Rivals —
`Getting Kicked in the Shins'**

*Wall Street Journal*; New York; Sep 18, 1998; By Ron Winslow;

| | |
|---|---|
| **Edition:** | Eastern edition |
| **Start Page:** | A1 |
| **ISSN:** | 00999660 |
| **Subject Terms:** | Medical equipment |
| | Market shares |
| | Product development |
| | Strategic planning |
| | Sales |
| | Financial performance |
| | Cardiovascular disease |
| **Companies:** | **Johnson & Johnson** |

**Abstract:**
*Then last fall, Guidant Corp. launched a competing stent in the U.S. "Within 45 days, we had
gained a 70% market position," says Ronald W. Dollens, Guidant's president and chief executive
officer. J.P. Morgan analyst Michael Weinstein characterizes the shift as "the most dramatic
transfer of wealth between two companies in medical-device history."*

*Now, as the annual U.S. market for stents surges past $1 billion, Guidant shares more than 80%
of it with yet another competitor, Arterial Vascular Engineering Inc. A fourth maker, Boston
Scientific Corp., just won regulatory approval to enter the market. J&J's stent sales, meanwhile,
are in free fall. Glenn Reicin, a Morgan Stanley analyst who pegged J&J's market share at 91% at
the end of 1996, expects it to plummet to 8% by the end of this year.*

*"Their stent changed cardiology and the treatment of coronary-artery disease forever," says Eric
Topol, chairman of cardiology at the Cleveland Clinic, one of the world's leading heart centers. But
"they didn't sustain the technology. They left the door open for the other manufacturers to come
on the market with better designs."*

**Full Text:**
*Copyright Dow Jones & Company Inc Sep 18, 1998*

Four years ago, Johnson & Johnson sparked a revolution in the treatment of coronary-artery disease
with a new medical device called a stent.

Few devices have yielded such an immediate eye-popping bonanza for their manufacturer. Doctors
rushed to use the tiny metal scaffold to prop open obstructed heart vessels. In just 37 months, the New
Brunswick, N.J., health-care giant tallied more than $1 billion of stent sales and garnered more than
90% of a remarkably profitable U.S. market.

Then last fall, Guidant Corp. launched a competing stent in the U.S. "Within 45 days, we had gained a
70% market position," says Ronald W. Dollens, Guidant's president and chief executive officer. J.P.
Morgan analyst Michael Weinstein characterizes the shift as "the most dramatic transfer of wealth
between two companies in medical-device history."

Now, as the annual U.S. market for stents surges past $1 billion, Guidant shares more than 80% of it
with yet another competitor, Arterial Vascular Engineering Inc. A fourth maker, Boston Scientific

DTX 0430

Corp., just won regulatory approval to enter the market. J&J's stent sales, meanwhile, are in free fall. Glenn Reicin, a Morgan Stanley analyst who pegged J&J's market share at 91% at the end of 1996, expects it to plummet to 8% by the end of this year.

"They were acknowledged to be the technology leader and to have an almost insurmountable lead," says David Fish, director of interventional cardiology research and education at the renowned Texas Heart Institute in Houston. "Somewhere along the line, they didn't anticipate the temperament of the marketplace."

How J&J, the revered marketer of baby powder, Band-Aids and Tylenol, won and lost the hottest medical-device market of the 1990s points up both the rewards of innovation and the perils of monopoly. Interviews with dozens of cardiologists and other industry insiders suggest that after doing almost everything right to get a breakthrough product approved by regulators, J&J did almost everything wrong to protect its franchise.

"Their stent changed cardiology and the treatment of coronary-artery disease forever," says Eric Topol, chairman of cardiology at the Cleveland Clinic, one of the world's leading heart centers. But "they didn't sustain the technology. They left the door open for the other manufacturers to come on the market with better designs."

Indeed, J&J was slow to develop next-generation versions of its technology, and left the impression among top doctors that it was banking on a strong patent to protect its product from competition. What appeared to be a master stroke to broaden its cardiology line -- its $1.8 billion acquisition of angioplasty-balloon maker Cordis Corp. -- also devolved into a culture clash that stalled product development and led to an exodus of Cordis talent.

Compounding these missteps, J&J angered many key customers with rigid pricing for its $1,595 device, balking at discounts even for accounts that purchased more than $1 million of stents a year. For hospitals' catheterization labs, where stent procedures are done, this exacerbated a budget-busting investment at a time when managed care and the national debate on health costs were putting enormous pressure on hospitals.

With no comparable stent options, many doctors felt gouged. The result was an astonishing pool of resentment among cardiology's highest-profile practices, which came back to haunt J&J as soon as new stents arrived in the U.S. last fall.

"Everybody was at our throats" over costs, says Louis McKeever, director of the catheterization lab at Loyola University Hospital in Chicago. "We were trying to do the best we could for our patients. I expected J&J should have participated in the effort."

J&J acknowledges that it didn't move fast enough to advance its device and that it misread a clientele with whom it hadn't previously done business. It says its ◇Cordis acquisition was troubled by factors typical of the initial stages of mergers. But it staunchly defends its pricing strategy. The main problem, J&J maintains, was that insurers initially refused to reimburse hospitals for any costs beyond the standard angioplasty rate. The company mounted an aggressive and ultimately successful campaign to win higher insurance coverage.

In any event, J&J says it now has a full pipeline of new products that will be competitive in what has become a crowded market. "We know we're getting kicked in the shins right now," says Robert W. Croce, a J&J group chairman in charge of the Cordis business line. "But we're doing a lot to get back in



the race."

This is in a market that revolves around a tiny metal-mesh tube no thicker than a pencil lead, crimped on a tiny balloon that is threaded into the heart's arteries. At a blockage site, the balloon is inflated to deploy the stent, creating a scaffold resembling a ballpoint-pen spring that remains to keep the vessel open after the balloon is withdrawn.

When J&J introduced its device, known as the Palmaz-Schatz stent, in August 1994, cardiologists had long been frustrated by a major drawback in balloon angioplasty, their flagship procedure: the tendency of arteries to reclose or reclog after being opened with a balloon. In up to 5% of balloon-only cases, the vessel snaps shut abruptly within minutes or a few days -- a life-threatening event that often requires a risky emergency coronary-artery bypass operation. In addition, about 30% of the 400,000 angioplasties done annually in the U.S. fail within six months -- due to a renarrowing known as restenosis -- leading to further treatment.

J&J's stent all but eliminated the abrupt-closure problem, and cut the longer-term failure rate in half. As doctors leapt to embrace it, they tipped their hats to the company for its seven-year effort to get the device to market: It had persevered in the face of regulatory skepticism about safety and the failure of a competing stent that caused deaths. "The original J&J design had a very good track record that was honorably and painstakingly acquired," says the Texas Heart Institute's Dr. Fish. "J&J absolutely developed this market," adds Mr. Dollens of Guidant. "They took the early risks of whether this therapy would work at all."

And they reaped the rewards. In the first year after the U.S. launch, an estimated 100,000 patients received stents amid a frenzy of enthusiasm that promised soaring future sales. With gross profit margins estimated at more than 80%, analysts figured that a product that, at its peak, provided about 4% of J&J's annual revenue, accounted for about 8% of its bottom line. Moreover, competitors had to mount trials to show their products were as good as the Palmaz-Schatz standard before they could win regulatory approval.

But like most first-generation medical devices, the Palmaz-Schatz has limitations. Its width and rigidity make it difficult to use in narrow or sometimes gnarled coronary arteries of heart patients. It isn't easily visible in the X-ray pictures doctors use to guide them to the site of a blockage. And it comes in just one length -- about five-eighths of an inch -- requiring the use of two more stents to treat longer obstructions.

At first, these shortcomings were small annoyances. But the nation's 6,000 interventional cardiologists soon became impatient. This small cadre of physicians are medical-technology junkies who thrive on the latest and best products, who often work closely with manufacturers to improve existing devices and test new ones.

Since J&J was a newcomer to the catheterization lab, some doctors suspected the stent was a one-hit wonder. Others sensed that J&J was behaving more like a drug company, for which rapid product cycles are less important. "As a physician, I expect products to change every year," says Martin B. Leon, chief executive of the Cardiology Research Foundation at Washington Hospital Center, Washington, D.C., and a consultant to J&J on the device. "As a corporation, they couldn't understand that."

Moreover, by early 1996, more-advanced stents from Guidant, AVE and other companies were available in Europe, where regulatory hurdles are lower than in the U.S. This led to an epidemic of stent envy among U.S. cardiologists.

J&J's Mr. Croce says the small unit that developed the stent was so focused on getting it to market, and meeting enormous demand, that it devoted little time or resources to the next generation. Once that effort began, he says, developers spent too much time modifying the original and didn't pay enough attention to ease-of-use features that cardiologists wanted.

The other big flaw in J&J's stent, according to cardiologists and hospital administrators, was its price. The stent's popularity provoked an explosion in unexpected costs in catheterization labs, typically crucial hospital profit centers. St. Joseph's Hospital in Atlanta, for instance, spent $2 million for stents in 1995 after buying hardly any the year before, one doctor says. Stent-related technology added sharply to the cost of a routine angioplasty procedure. But insurers generally continued to reimburse hospitals at regular angioplasty rates.

Administrators and cardiologists at high-volume hospitals asked J&J for a break. At Our Lady of Lourdes Hospital in Lafayette, La., Stephanie Mayeaux, director of cardiovascular procedures, first sought a discount based on the number of stents her hospital used. Rebuffed, she pooled the purchases of a three-hospital system. Still no deal. Finally, she tried to leverage the buying power of a 300-hospital purchasing group. "J&J did not bend," she says. Major programs in Washington, D.C., Minneapolis, Chicago, New York and elsewhere were similarly frustrated.

J&J also alienated the prestigious Cleveland Clinic. "In their dealings with catheterization labs, there was a very strong sense of arrogance," the clinic's Dr. Topol says. When he and his associates sought better rates, they say, J&J officials suggested they could help doctors design "care tracks" to make the procedure more efficient. "They were implying that we didn't know how to manage our patient population," recalls Mary Heisler, manager of the catheterization lab.

J&J says the stent was a bargain in the U.S. compared to the $2,400 initially charged in Europe, and the $3,500 sticker price in Japan. And it was only $200 more than another stent on the U.S. market for a very narrow application. "We were never price-gouging," says Marvin Woodall, who headed the unit that brought the stent to the market and is now an international vice president for J&J. Today, the stent sells for about $1,000 in Europe, where competition has driven prices down, and about $3,000 in Japan.

The company says it has been vindicated by its competitors. Comparable stents from Guidant, AVE and Boston Scientific are similarly priced. And Mr. Croce says J&J eventually gave discounts to a dozen high-volume centers, including the Cleveland Clinic. "Doctors have short memories," he says.

When J&J launched its hostile bid to acquire Cordis late in 1995, many heart doctors believed both their technology and economic concerns would be addressed. Cordis had built a $500 million-a-year business in equipment used in angioplasty, including a high-pressure balloon favored by many cardiologists using the stent. Combining the companies, doctors felt, would yield new products and increase prospects for package pricing.

But the anticipated synergy didn't develop. Former Cordis insiders say that J&J's top-down culture clashed with a more entrepreneurial approach that characterized Cordis under Robert C. Strauss, its chief executive officer. And though Cordis was much more experienced with catheterization-lab technology and in dealing with cardiologists, its managers felt that J&J's views prevailed on essentially all early decisions.

A stent that Cordis was about to launch in Europe was shelved. Efforts to combine J&J's stent with the high-pressure balloon foundered. Cordis's "core teams," adept at rapid product development by integrating marketing, R&D and manufacturing operations around specific business lines, were replaced

by a more traditional structure that had such functions reporting to separate managers.

● The new Cordis didn't come to market with a significant new product until last January-nearly two years after the acquisition. Called the Crown stent, it was significantly outmatched by Guidant and AVE products when it was launched.

"People always underestimate what it takes to put two companies together," says J&J's Mr. Croce, but he defends the acquisition. "We're past a lot of the troubles," he says. But he readily concedes that the combination of J&J's inexperience with the cardiology industry and struggles with the Cordis integration were big factors in a "lag time" in product development.

By early 1997, the patience of many doctors with the Palmaz-Schatz stent was wearing thin. At the Cleveland Clinic, for instance, Dr. Topol became particularly frustrated after complications during an angioplasty procedure forced one of his patients to undergo an emergency bypass. "Had we had access to new stent designs, that would have turned things around" for her, he says. (The patient recovered.)

Top cardiologists, including Dr. Topol, urged the FDA to expedite approval of competing stents. Last October, the FDA cleared Guidant's Multi-link stent just 112 days after the company filed its application; by the end of December, it accepted AVE's stent. "These new stents are so much hands-down better," Dr. Topol says. "We needed them."

J&J was powerless to prevent the resulting rout. Discounts for what was perceived as inferior technology wouldn't work, and doctors weren't interested in J&J's argument that the Palmaz-Schatz stent had a proven track record.

● Meantime, J&J's efforts on reimbursement began to bear fruit. Mr. Woodall headed an intense project to persuade insurers that they were underpaying for stent procedures. "They were benefiting because their patients weren't coming back for second and third angioplasties," Mr. Woodall says. The company's analysis of public data on 200,000 Medicare patients convinced Medicare officials to increase stent reimbursement by $2,300, or 26%.

The new rate became effective last Oct. 1 -- just in time to benefit J&J's competitors. The next day, Guidant's stent hit the market at a list price no cheaper than J&J's device.

Now J&J has several new products in clinical trials, including the "miniCrown," for smaller arteries and a product intended to improve on the stent's track record in preventing restenosis. By the middle of next year, it expects to launch the Cross Flex LC, a "slick" stent, say doctors who have used it in clinical trials. That endorsement comes with irony for J&J -- the device is patterned after the old Cordis design the company rejected.

Mr. Croce says these products should convince skeptics the company is committed to the cardiology market. He says the only way the company can put to rest the resentment among key customers is with better products. "You can't sell everybody," he says. "But I think we have a decent following. When our technology matches up, they'll come back."

● But Guidant, AVE and Boston Scientific are advancing their already-preferred devices as well. James J. Ferguson III, associate director of cardiology research at Texas Heart Institute, says J&J's road back to prominence in the market it created won't be easy. "J&J went out and poisoned the well," he says. "They have a couple of nice products in the pipeline, but they also have a huge backlog of ill will that is going to take a while to dissipate."

˙Document

Credit: Staff Reporter of The Wall Street Journal

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

# JOURNAL.

INTERNET ADDRESS: http://wsj.com      • • • •      75 CENTS

## JOURNAL.

he Fly —
ts know the best
najor airport in the
r the rest of us.

tball. Really. —
chline, teams get
still an oxymoron?

or Sosa? —
run slugger will end
hat the tally will be.

*National,*
*Bill Gates*
*urtain)*

r Would Love
o Storied Club,
ks an Invitation

---

R. WILKE
WALL STREET JOURNAL

st anybody into Au-
lub. Ask Bill Gates.
nd played cards
rosoft Corp.'s chair-
lthiest duffer, would
clusive club, home to
lf tournament. Its 300
's who of corporate
ohn Reed of Citicorp,
al Electric Co., Hugh
nk and the current or
ves of AT&T Corp.,
ess Machines Corp.

gusta's elite member-
Mr. Gates. He hasn't
admitted. That would
rship at Augusta is be.

t two years, he has
e discreet way people
t he'd love to be a
ast year, the soft-
nd played cards
and enlisted the
fellow golfer. Investor
o has long been on
nip roster. He has also
orpille in the golfing
endorsement of Big
a TV ad campaign.
second spot for Cal-

---

## Washington Wire

### A Special Weekly Report From The Wall Street Journal's Capital Bureau

**DEMOCRATS SCRAMBLE** for ways to ride out the Clinton sex-scandal storm.

Senate Democrats mull pushing for a quick censure vote, even if it doesn't end impeachment debate. The goal: to help senators up for re-election distance themselves from Clinton's troubles. In a Wall Street/ Journal/NBC News poll, for the first time in Clinton's presidency as many Americans (43%) have negative feelings about him as have positive ones (40%).

In the House, Democratic strategists gripe that Clinton's new damage-control team is heavy with former Senate hands. White House aides and Clinton lawyers fight over the role of lawyer David Kendall in handling Clinton's defense to the looming House inquiry. Some aides blame Kendall's aggressive lawyering for political setbacks.

*The videotape of Clinton's grand jury testimony opens with prosecutors asking the president his understanding of the meaning of the oath to tell "the whole truth."*

**THE WALL STREET JOURNAL/ NBC NEWS POLL**

**CLINTON CLINGS** to the economy as an anchor, but some worries rise.

A sky-high 86% of Americans are satisfied with the U.S. economy. "It is the economy and little else on which the Clinton presidency hinges," say Democrat Peter Hart and Republican Robert Teeter, who ran the poll. Stock turmoil has little impact, though 45% expect the Dow Jones Industrial Average to drop to 7,000 by year end, while 35% see a rise to 9,000.

But a growing minority — 31% — sees a recession in the next 12 months; only 25% had a similar view as the economy slid into recession in 1990. The Asian financial crisis is cited as the biggest threat, much more so than in July's poll. Fed officials say the current quarter, ending Sept. 30, looks good, but they are less confident about next year.

**GORE STRUGGLES** to stave off political erosion amid Clinton's scandal woes.

The crisis and continued probes of Gore's 1996 fund-raising "appear to be taking their toll on his standing," say pollsters Hart and Teeter. Two-thirds of Americans are only somewhat or not at all confident in Gore's ability to lead the country, but Americans by 61% to 27% say he is ready to assume duties as president if necessary.

Texas Gov. Bush's lead over Gore in a

---

## Missing a Beat

# How a Breakthrough Quickly Broke Down For Johnson & Johnson

## Its Stent Device Transformed Cardiac Care, Then Left A Big Opening for Rivals

### 'Getting Kicked in the Shins'

**By Ron Winslow**
*Staff Reporter of THE WALL STREET JOURNAL*

Four years ago, Johnson & Johnson sparked a revolution in the treatment of coronary-artery disease with a new medical device called a stent.

Few devices have yielded such an immediate eye-popping bonanza for their manufacturer. Doctors rushed to use the tiny metal scaffold to prop open obstructed heart vessels. In just 37 months, the New Brunswick, N.J., health-care giant tallied more than $1 billion of stent sales and garnered more than 90% of a remarkably profitable U.S. market.

Then last fall, Guidant Corp. launched a competing stent in the U.S. "Within 45 days, we had gained a 70% market position," says Ronald W. Dollens, Guidant's president and chief executive officer. J.P. Morgan analyst Michael Weinstein characterizes the shift as "the most dramatic transfer of wealth between two companies in medical-device history."

**Sharing the Market**

Now, as the annual U.S. market for stents surges past $1 billion, Guidant shares more than 80% of it with yet another competitor, Arterial Vascular Engineering Inc. A fourth maker, Boston Scientific Corp., just won regulatory approval to enter the market. J&J's stent sales, meanwhile, are in free fall. Glenn Reicin, a Morgan Stanley analyst who pegged J&J's market share at 91% at the end of 1996, expects it to plummet to 8% by the end of this year.

"They were acknowledged to be the technology leader and to have an almost insurmountable lead," says David Fish, director of interventional cardiology research and education at the renowned Texas Heart Institute in Houston. "Somewhere along the line, they didn't anticipate the temperament of the marketplace."

How J&J, the revered marketer of baby powder, Band-Aids and Tylenol, won and lost the hottest medical-device market of the 1990s points up both the rewards of innovation and the perils of monopoly. Interviews with dozens of cardiologists and

...has long been on
up mailer. He has also
collect on the golfing
endorsement of 'Big
TV ad campaign.
—second spot for Cal-
:arlsbad, Calif.', Mr.
i love of the game, "I'
about five years ago,"
umbling. I really like
ng. I think I'm getting

ated cash and stock
ion started by golfing



**Bill Gates**

this putt. The club's
are shrouded in se-
man refused to discuss
People close to the club
r. Gates, who is 42
oo young — or his golf
easure up to Augusta's
> prefers members who
onably well and have a
if his nuance and lore.
. are the barriers, Mr.
ith a few more years
entrance; he has a
cap at the Broadmoor
Seattle, where he some-
e is competitive on the
diligently at improving

son close to 'Augusta
f Mr. Gates's interests
is side. "I'll bet my last
entually get in."

hat Mr. Gates is guilty
that is known to often
aspirants: He wants it
t saying goes that if you
lub, don't ask the mem-
Sampson, author of the
*Page A6, Column 2*

ES: Exploding the
ig time, B1.

L: Japanese firms
outheast Asia, A8.

OOK: The actor in
e, A10.

impeachment polls
. A10.

nine months after
. A11.

38517>

3140 4

pollsters Hart and Teeter. Two-thirds of
Americans are only somewhat or not at all
confident in Gore's ability to lead the coun-
try. But Americans by 61% to 33% say he
is ready to assume duties as president if
necessary.

Texas Gov. Bush's lead over Gore in a
potential 2000 matchup rises to 10 percent-
age points from three in April. But Gore is
dominant among Democrats polled in the
race for his party's nomination. The "best
way for him to define himself" is to
win primaries, not to have replaced Clinton
early, says Simon Rosenberg of the New
Democrat Network.

*Americans by 57% to 27% still would
prefer Clinton over Gore as president.*

CLINTON'S CLOUT will be tested in a
Senate vote today to ban partial-birth abor-
tion; the GOP needs only a few more
Democrats to get enough votes to override a
certain Clinton veto. Americans by 42% to
30% say they would be more likely to support
a candidate who favors banning such abor-
tions.

NYET! Russian hopes for more aid from
the U.S. Congress are undermined by Yelt-
sin's choice of new Prime Minister Yevgeny
Primakov, who is seen as a defender of
Saddam Hussein. In the poll, Americans by
52% to 35% don't think the U.S. should
provide financial aid to Russia.

HIGH-TECH HELP: Clinton adviser
Gene Sperling meets with GOP Sen. Abra-
ham to indicate a willingness to compromise
on a bill pushed by Silicon Valley to allow
more work visas for skilled foreigners. Clin-
ton is slated for a fund-raiser this month at
the home of Silicon Valley venture-capitalist
John Doerr.

SCANDAL DIVERSIONS disrupt legisla-
tion. A White House plan to boost security at
U.S. embassies may be a budget-fight
casualty. Senate political jousting muddles
bankruptcy overhaul, a GOP priority. In the
poll, Americans by 61% to 28% approve
of the job Congress is doing.

HOPES RISE that Pakistan will sign the
nuclear-test-ban treaty.

Clinton will press the issue when he
meets with Pakistan Prime Minister Sharif
at the U.N.'s annual meeting next week.
An agreement would be the first big break-
through since Pakistan and India set off
nuclear-weapons tests last May. U.S. offi-
cials say Pakistan wants IMF aid and assur-
ances that economic sanctions imposed after
the blasts will be lifted.

On other issues, Clinton in his speech
Monday to the General Assembly will focus
on terrorism. He will argue that combating
terrorism is every nation's problem, not just
a face-off between the U.S. and Islam.
Clinton will also press economic reform on
Japan's Prime Minister Obuchi.

*The president will argue for more
forceful action in Kosovo in a meeting
with Italy's Prodi.*

MINOR MEMOS: Among the "Starr"
reports listed for those seeking the Starr
Report on Clinton at the Internet's Ama-
zon.com is, "The Starr-Weiner Report on
Sex and Sexuality in the Mature Years."...
Gore, responding in Seattle to GOP Sen.
Gorton's attacks on the Endangered Species
Act, says, "He must have been bitten by a
squirrel as a child."

—RONALD G. SHAFER

the temperament of the marketplace."

How J&J, the revered marketer of baby
powder, Band-Aids and Tylenol, won and
lost the hottest medical-device market of
the 1990s points up both the rewards of
innovation and the perils of monopoly.
Interviews with dozens of cardiologists and
other industry insiders suggest that after
doing almost everything right to get a
breakthrough product approved by regula-
tors, J&J did almost everything wrong to
protect its franchise.

"Their stent changed cardiology and
the treatment of coronary-artery disease
forever," says Eric Topol, chairman of
cardiology at the Cleveland Clinic, one of
the world's leading heart centers. But
"they didn't sustain the technology. They
left the door open for the other manufac-
turers to come on the market with better
designs."

Indeed, J&J was slow to develop next-
generation versions of its technology, and
left the impression among top doctors that
it was banking on a strong patent to protect
its product from competition. What ap-
peared to be a master stroke to broaden its
cardiology line—its $1.8 billion acquisition
of angioplasty-balloon maker Cordis
Corp. — also devolved into a culture clash
that stalled product development and led to
an exodus of Cordis talent.

Compounding these missteps, J&J an-
gered many key customers with rigid
pricing for its $1,595 device, balking at
discounts even for accounts that purchased
more than $1 million of stents a year. For
hospitals' catheterization labs, where
stent procedures are done, this exacer-
bated a budget-busting investment at a
time when managed care and the national
debate on health costs were putting enor-
mous pressure on hospitals.

### A Pool of Resentment

With no comparable stent options,
many doctors felt gouged. The result was
an astonishing pool of resentment among
cardiology's highest-profile practices,
which came back to haunt J&J as soon as
new stents arrived in the U.S. last fall.

"Everybody was at our throats" over
costs, says Louis McKeever, director of the
catheterization lab at Loyola University
Hospital in Chicago. "We were trying to do
the best we could for our patients. I
expected J&J should have participated in
the effort."

J&J acknowledges that it didn't move
fast enough to advance its device and
that it misread a clientele with whom it
hadn't previously done business. It says its
Cordis acquisition was troubled by factors
typical of the initial stages of mergers. But
it staunchly defends its pricing strategy.
The main problem, J&J maintains, was
that insurers initially refused to reimburse
hospitals for any costs beyond the stan-
dard angioplasty. The company
mounted an aggressive and ultimately
successful campaign to win higher insur-
ance coverage.

In any event, J&J says it now has a full
pipeline of new products that will be com-
petitive in what has become a crowded
market. "We know we're getting kicked in
the shins right now," says Robert W.
Croce, a J&J group chairman in charge of
the Cordis business line. "But we're doing
a lot to get back in the race."

This is in a market that revolves around
a tiny metal-mesh tube no thicker than a
*Please Turn to Page A5, Column 1*



# Missing a Beat: How a Breakthrough Brok

*Continued From First Page*

pencil lead, crimped on a tiny balloon that is threaded into the heart's arteries. At a blockage site, the balloon is inflated to deploy the stent, creating a scaffold resembling a ballpoint-pen spring that remains to keep the vessel open after the balloon is withdrawn.

When J&J introduced its device, known as the Palmaz-Schatz stent, in August 1994, cardiologists had long been frustrated by a major drawback in balloon angioplasty, their flagship procedure: the tendency of arteries to reclose or reclog after being opened with a balloon. In up to 5% of balloon-only cases, the vessel snaps shut abruptly within minutes or a few days—a life-threatening event that often requires a risky emergency coronary-artery bypass operation. In addition, about 30% of the 400,000 angioplasties done annually in the U.S. fail within six months—due to a renarrowing known as restenosis—leading to further treatment.

J&J's stent all but eliminated the abrupt-closure problem, and cut the longer-term failure rate in half. As doctors leapt to embrace it, they tipped their hats to the company for its seven-year effort to get the device to market: It had persevered in the face of regulatory skepticism about safety and the failure of a competing stent that caused deaths. "The original J&J design had a very good track record that was honorably and painstakingly acquired," says the Texas Heart Institute's Dr. Fish. "J&J absolutely developed this market," adds Mr. Dollens of Guidant. "They took the early risks of whether this therapy would work at all."

And they reaped the rewards. In the first year after the U.S. launch, an estimated 100,000 patients received stents amid a frenzy of enthusiasm that promised soaring future sales. With gross profit margins estimated at more than 80%, analysts figured that a product that, at its peak, provided about 4% of J&J's annual revenue, accounted for about 8% of its bottom line. Moreover, competitors had to mount trials to show their products were as good as the Palmaz-Schatz standard before they could win regulatory approval.

But like most first-generation medical devices, the Palmaz-Schatz has limitations. Its width and rigidity make it difficult to use in narrow or sometimes gnarled coronary arteries of heart patients. It isn't easily visible in the X-ray pictures doctors use to guide them to the site of a blockage. And it comes in just one length—about five

catheterization labs, there was a very strong sense of arrogance," the clinic's Dr. Topol says. When he and his associates sought better rates, they say, J&J officials suggested they could help doctors design "care tracks" to make the procedure more efficient. "They were implying that we didn't know how to manage our patient population," recalls Mary Heisler, manager of the catheterization lab.

J&J says the stent was a bargain in the U.S., compared to the $2,400 initially charged in Europe, and the $3,500 sticker price in Japan. And it was only $200 more than another stent on the U.S. market for a very narrow application. "We were never price-gouging," says Marvin Woodall, who headed the unit that brought the stent to the market and is now an international vice president for J&J. Today, the stent sells for about $1,000 in Europe, where competition has driven prices down, and about $3,000 in Japan.

The company says it has been vindicated by its competitors. Comparable stents from Guidant, AVE and Boston Scientific are similarly priced. And Mr. Croce says J&J eventually gave discounts to a dozen high-volume centers, including the Cleveland Clinic. "Doctors have short memories," he says.

When J&J launched its hostile bid to acquire Cordis late in 1995, many heart doctors believed both their technology and economic concerns would be addressed. Cordis had built a $500 million-a-year business in equipment used in angioplasty, including a high-pressure balloon favored by many cardiologists using the stent. Combining the companies, doctors felt, would yield new products and increase prospects for package pricing.

## Culture Clash

But the anticipated synergy didn't develop. Former Cordis insiders say that J&J's top-down culture clashed with a more entrepreneurial approach that characterized Cordis under Robert C. Strauss, its chief executive officer. And though Cordis was much more experienced with catheterization-lab technology and in dealing with cardiologists, its managers felt that J&J's views prevailed on essentially all early decisions.

A stent that Cordis was about to launch in Europe was shelved. Efforts to combine J&J's stent with the high-pressure balloon foundered. Cordis's "core teams," adept at rapid product development by integrating marketing, R&D and manufacturing operations around specific business lines, were

"People always underestimate what takes to put two companies together," say J&J's Mr. Croce, but he defends the acquisition. "We're past a lot of the troubles, he says. But he readily concedes that the combination of J&J's inexperience with the cardiology industry and struggles with the Cordis integration were big factors in "lag time" in product development.

By early 1997, the patience of many doctors with the Palmaz-Schatz stent was wearing thin. At the Cleveland Clinic, for instance, Dr. Topol became particularly frustrated after complications during an angioplasty procedure forced one of his patients to undergo an emergency bypass. "Had we had access to new stent designs that would have turned things around" for her, he says. (The patient recovered.)

---

## ThinkPad 380XD

- Intel® Pentium® II processor
- 32MB EDO RAM (expand
- 4GB S.M.A.R.T. hard drive
- 512KB pipeline burst L2 ca
- 2MB video RAM
- 12.1" HPA display
- 800 x 600 resolution
- 24x max CD-ROM drive
- DMI compliant
- Infrared port
- Lithium-Ion battery
- 7.2 pounds, 2.4" thin
- Windows® 95 installed
- One-year warranty

# $2149

says the Texas Heart Institute's Dr. Fish. "J&J absolutely developed this market," adds Mr. Dollens of Guidant. "They took the early risks of whether this therapy would work at all."

And they reaped the rewards. In the first year after the U.S. launch, an estimated 100,000 patients received stents amid a frenzy of enthusiasm that promised soaring future sales. With gross profit margins estimated at more than 80%, analysts figured that a product that, at its peak, provided about 4% of J&J's annual revenue, accounted for about 8% of its bottom line. Moreover, competitors had to mount trials to show their products were as good as the Palmaz-Schatz standard before they could win regulatory approval.

But like most first-generation medical devices, the Palmaz-Schatz has limitations. Its width and rigidity make it difficult to use in narrow or sometimes gnarled coronary arteries of heart patients. It isn't easily visible in the X-ray pictures doctors use to guide them to the site of a blockage. And it comes in just one length—about five-eighths of an inch—requiring the use of two more stents to treat longer obstructions.

At first, these shortcomings were small annoyances. But the nation's 6,000 interventional cardiologists soon became impatient. This small cadre of physicians are medical-technology junkies who thrive on the latest and best products, who often work closely with manufacturers to improve existing devices and test new ones.

Since J&J was a newcomer to the catheterization lab, some doctors suspected the stent was a one-hit wonder. Others sensed that J&J was behaving more like a drug company, for which rapid product cycles are less important. "As a physician, I expect products to change every year," says Martin B. Leon, chief executive of the Cardiology Research Foundation at Washington Hospital Center, Washington, D.C., and a consultant to J&J on the device. "As a corporation, they couldn't understand that."

## Stent Envy

Moreover, by early 1996, more-advanced stents from Guidant, AVE and other companies were available in Europe, where regulatory hurdles are lower than in the U.S. This led to an epidemic of stent envy among U.S. cardiologists.

J&J's Mr. Croce says the small unit that developed the stent was so focused on getting it to market, and meeting enormous demand, that it devoted little time or resources to the next generation. Once that effort began, he says, developers spent too much time modifying the original and didn't pay enough attention to ease-of-use features that cardiologists wanted.

The other big flaw in J&J's stent, according to cardiologists and hospital administrators, was its price. The stent's popularity provoked an explosion in unexpected costs in catheterization labs, typically crucial hospital profit centers. St. Joseph's Hospital in Atlanta, for instance, spent $2 million for stents in 1995 after buy-

Cordis had built a $500 million-a-year business in equipment used in angioplasty, including a high-pressure balloon favored by many cardiologists using the stent. Combining the companies, doctors felt, would yield new products and increase prospects for package pricing.

## Culture Clash

But the anticipated synergy didn't develop. Former Cordis insiders say that J&J's top-down culture clashed with a more entrepreneurial approach that characterized Cordis under Robert C. Strauss, its chief executive officer. And though Cordis was much more experienced with catheterization-lab technology and in dealing with cardiologists, its managers felt that J&J's views prevailed on essentially all early decisions.

A stent that Cordis was about to launch in Europe was shelved. Efforts to combine J&J's stent with the high-pressure balloon foundered. Cordis's "core teams," adept at rapid product development by integrating marketing, R&D and manufacturing operations around specific business lines, were replaced by a more traditional structure that had such functions reporting to separate managers.

The new Cordis didn't come to market with a significant new product until last January—nearly two years after the acquisition. Called the Crown stent, it was significantly outmatched by Guidant and AVE products when it was launched.

## The Book For The Person Who Has *Everything!*

### HOW TO OWN YOUR OWN PRIVATE International Bank

For Profit Privacy and Tax Protection

JEROME SCHNEIDER

Now available in bookstores.
ISBN #0-7615-1271-3
Phone: 800-877-3777

ThinkPad 380D

- Intel® Pentium® II process
- 32MB EDO RAM (expand
- 4GB S.M.A.R.T. hard driv
- 512KB pipeline burst L2 c
- 2MB video RAM
- 12.1" HPA display
- 800 x 600 resolution
- 24x max CD-ROM drive
- DMI compliant
- Infrared port
- Lithium-ion battery
- 7.2 pounds, 2.4" thin
- Windows® 95 installed
- One-year warranty

# $2149

Being mobile
you're out there
pr

**Serious—Not E**
The IBM ThinkPad 38
mobile computing ma
fast Intel® Pentium® II
CD-ROM, lots of RAM
drive, it's just what
nose-to-the-grindston
like you needs to do
global scale. But here
machine that effortles
will also let you f
Alienoids while you'r
lot of nerve sitting in

**Pentium® II Pe**

eighths of an inch—requiring the use of two more stents to treat longer obstructions.

At first, these shortcomings were small annoyances. But the nation's 6,000 interventional cardiologists soon became impatient. This small cadre of physicians are medical-technology junkies who thrive on the latest and best products, who often work closely with manufacturers to improve existing devices and test new ones.

Since J&J was a newcomer to the catheterization lab, some doctors suspected the stent was a one-hit wonder. Others sensed that J&J was behaving more like a drug company, for which rapid product cycles are less important. "As a physician, I expect products to change every year," says Martin B. Leon, chief executive of the Cardiology Research Foundation at Washington Hospital Center, Washington, D.C., and a consultant to J&J on the device. "As a corporation, they couldn't understand that."

**Stent Envy**

Moreover, by early 1996, more-advanced stents from Guidant, AVE and other companies were available in Europe, where regulatory hurdles are lower than in the U.S. This led to an epidemic of stent envy among U.S. cardiologists.

J&J's Mr. Croce says the small unit that developed the stent was so focused on getting it to market, and meeting enormous demand, that it devoted little time or resources to the next generation. Once that effort began, he says, developers spent too much time modifying the original and didn't pay enough attention to ease-of-use features that cardiologists wanted.

The other big flaw in J&J's stent, according to cardiologists and hospital administrators, was its price. The stent's popularity provoked an explosion in unexpected costs in catheterization labs, typically crucial hospital profit centers. St. Joseph's Hospital in Atlanta, for instance, spent $2 million for stents in 1995 after buying hardly any the year before, one doctor says. Stent-related technology added sharply to the cost of a routine angioplasty procedure. But insurers generally continued to reimburse hospitals at regular angioplasty rates.

Administrators and cardiologists at high-volume hospitals asked J&J for a break. At Our Lady of Lourdes Hospital in Lafayette, La., Stephanie Mayeaux, director of cardiovascular procedures, first sought a discount based on the number of stents her hospital used. Rebuffed, she pooled the purchases of a three-hospital system. Still no deal. Finally, she tried to leverage the buying power of a 300-hospital purchasing group. "J&J did not bend," she says. Major programs in Washington, D.C., Minneapolis, Chicago, New York and elsewhere were similarly frustrated.

J&J also alienated the prestigious Cleveland Clinic. "In their dealings with

*IMF Committee Taps*

replaced by a more traditional structure that had such functions reporting to separate managers.

The new Cordis didn't come to market with a significant new product until last January—nearly two years after the acquisition. Called the Crown stent, it was significantly outmatched by Guidant and AVE products when it was launched.



### The Book For The Person Who Has Everything!

**HOW TO OWN YOUR OWN PRIVATE International Bank**

*For Profit Privacy and Tax Protection*

**JEROME SCHNEIDER**

Now available in bookstores.
ISBN #0-7615-1271-3
Phone: 800-877-3777
On The Web:
www.offshorewealth.com



## Our name's on everyone's lips.

**Vee-STICK** LIP BALM

The lip balm with all-natural herbal moisturizers.

**Visconti Cosmetics**
1.800.891.0003

A

Being mobile
you're out there
pro

### Serious—Not Bo

The IBM ThinkPad 380
mobile computing mach
fast Intel® Pentium® II p
CD-ROM, lots of RAM,
drive, it's just what a
nose-to-the-grindstone
like you needs to do
global scale. But here'
machine that effortless
will also let you defe
Alienoids while you're
lot of nerve sitting in b

### Pentium® II Per

The ThinkPad 380XD i
processor, the Pentium
th
Dy
tra
me
tiu
for
W





**pentium®II**

M

MMX™ technology is
processor such a hot
and decompressio
encryption and mor
in a variety of today
business

THE WALL STREET JOURNAL FR

# kthrough Broke Down

"People always underestimate what it takes to put two companies together," says J&J's Mr. Croce, but he defends the acquisition. "We're past a lot of the troubles," he says. But he readily concedes that the combination of J&J's inexperience with the cardiology industry and struggles with the Cordis integration were big factors in a "lag time" in product development.

By early 1997, the patience of many doctors with the Palmaz-Schatz stent was wearing thin. At the Cleveland Clinic, for instance, Dr. Topol became particularly frustrated after complications during an angioplasty procedure forced one of his patients to undergo an emergency bypass. "Had we had access to new stent designs, that would have turned things around" for her, he says. (The patient recovered.)

Top cardiologists, including Dr. Topol, urged the FDA to expedite approval of competing stents. Last October, the FDA cleared Guidant's Multi-link stent just 112 days after the company filed its application; by the end of December, it accepted AVE's stent. "These new stents are so much hands-down better," Dr. Topol says. "We needed them."

J&J was powerless to prevent the resulting rout. Discounts for what was perceived as inferior technology wouldn't work, and doctors weren't interested in J&J's argument that the Palmaz-Schatz stent had a proven track record.

Meanwhile, J&J's efforts on reimbursement began to bear fruit. Mr. Woodall headed an intense project to persuade insurers that they were underpaying for

stent procedures. "They were benefiting because their patients weren't coming back for second and third angioplasties," Mr. Woodall says. The company's analysis of public data on 200,000 Medicare patients convinced Medicare officials to increase stent reimbursement by $2,300, or 26%.

## The Next Wave

The new rate became effective last Oct. 1—just in time to benefit J&J's competitors. The next day, Guidant's stent hit the market at a list price no cheaper than J&J's device.

Now J&J has several new products in clinical trials, including the "mini-Crown," for smaller arteries and a product intended to improve on the stent's track record in preventing restenosis. By the middle of next year, it expects to launch the Cross Flex LC, a "slick" stent, say doctors who have used it in clinical trials. That endorsement comes with irony for J&J—



# Get Mobile

**ThinkPad 380XD**

- Intel® Pentium® II processor - 233MHz
- 32MB EDO RAM (expandable to 96MB)
- 4.0GB AT hard drive
- 512KB pipeline burst L2 cache
- 2MB video RAM
- 12.1" TFT display
- 20X CD-ROM drive
- 56K modem (V.90 56 RAM drive)
- 1.44MB diskette drive
- Infrared port
- Lithium-ion battery
- 7.7 pounds 2.1" thin
- Windows® 98 installed
- 1 year parts warranty

## $2149



THE WALL STREET JOURNAL FRIDAY, SEPTEMBER 18, 1998  **A5**

own

rdiologists, including Dr. Topol, FDA to expedite approval of contents. Last October, the FDA Guidant's Multi-link stent just 11½ r the company filed its application the end of December, it accepted ent. "These new stents are so ods-down better," Dr. Topol says, ded them."

as powerless to prevent the resulting Discounts for what was perceived r technology wouldn't work, and weren't interested in J&J's argu it the Palmaz-Schatz stent had a ick record.

J&J's efforts on reimburse bear fruit. Mr. Woodall in intense project to persuade In hat they were underpaying for

stent procedures. "They were benefiting because their patients weren't coming back for second and third angioplasties," Mr. Woodall says. The company's analysis of public data on 200,000 Medicare patients convinced Medicare officials to increase stent reimbursement by $2,300, or 26%.

**The Next Wave**

The new rate became effective last Oct. 1—just in time to benefit J&J's competitors. The next day, Guidant's stent hit the market at a list price no cheaper than J&J's device.

Now J&J has several new products in clinical trials, including the "mini-Crown," for smaller arteries and a product intended to improve on the stent's track record in preventing restenosis. By the middle of next year, it expects to launch the Cross Flex LC, a "slick" stent, say doctors who have used it in clinical trials. That endorsement comes with irony for J&J—

the device is patterned after the old Cordis design the company rejected.

Mr. Croce says these products should convince skeptics the company is committed to the cardiology market. He says the only way the company can put to rest the resentment among key customers is with better products. "You can't sell everybody," he says. "But I think we have a decent following. When our technology matches up, they'll come back."

But Guidant, AVE and Boston Scientific are advancing their already-preferred devices as well. James J. Ferguson III, associate director of cardiology research at Texas Heart Institute, says J&J's road back to prominence in the market it created won't be easy. "J&J went out and poisoned the well," he says. "They have a couple of nice products in the pipeline, but they also have a huge backlog of ill will that is going to take a while to dissipate."



Get Mobile

IBM.
ThinkPad

S
E
P

# EXHIBIT 2

IN THE DISTRICT COURT OF

DALLAS COUNTY, TEXAS

298TH JUDICIAL DISTRICT

**CERTIFIED**

**COPY**

| | |
|---|---|
| AZAM ANWAR, M.D., Individually<br>and on behalf of ENDOVASCULAR<br>SUPPORT SYSTEMS, INC., and<br>BENITO HIDALGO, Individually<br>and on behalf of ENDOVASCULAR<br>SUPPORT SYSTEMS, INC., a<br>California Corporation,<br><br>          Plaintiffs,<br><br>vs.<br><br>ARTERIAL VASCULAR ENGINEERING,<br>INC., a Delaware Corporation,<br>SIMON H. STERTZER, M.D., GERALD<br>DORROS, M.D., JOHN MILLER and<br>BRADLY JENDERSEE,<br><br>          Defendants. | NO. 96-05323-M<br><br>C O N F I D E N T I A L |

DEPOSITION OF

BRADLY A. JENDERSEE

Monday, July 7, 1997

VOLUME I
Pages 1-231

Attorneys' Eyes Only
Pages 153-158,175-176
Under Separate Cover

Reported by:
Joyce D. Long, CSR
Certification No. 8620

**HARRY A. CANNON, INC**

*Certified Reporters and Notaries*

SACRAMENTO STREET TOWER
550 CALIFORNIA STREET, SUITE ᴹᴺ
SAN FRANCISCO, CALIFORNIA ᴶ⁴¹∙¹⁴
TELEPHONE (415) 391-7421
FAX (415) 391-4978

CONFIDENTIAL
AVEA 441290

1    commercializing the stent on the market.  So that

2    may have been a factor.  I don't recall

3    specifically.

4        Q.    And the deal with the Japanese

5    distributor that you just mentioned, that was the

6    deal that was entered into in December of 1993; is

7    that correct?

8        A.    That's correct.

9        Q.    And you're saying that the deal with the

10   Japanese distributor on balloon catheters that was

11   entered in December of 1993 may have come into play

12   in selecting the number of 3,600 shares to

13   Dr. Dorros, as opposed to some other number that

14   was less than 20,000?

15       A.    It's possible that at that time, based

16   on -- I believe we had shipped over five million

17   dollars of balloon product to our Japanese

18   distributor sometime in mid to late 1994, and based

19   on the fact that the MicroStent PL was not a viable

20   product and was not a product that we could

21   commercialize and we essentially had to go back to

22   the drawing board with respect to any future

23   designs to effectively create any opportunity in

24   the coronary stent market, that it's possible that

25   that would have been a consideration for the

HARRY A. CANNON, CSR, INC.
(415) 391-7421  FAX (415) 391-4978

CONFIDENTIAL
AVEA 441481

# EXHIBIT 3

**AVE: Arterial Vascular Engineering, Inc.**
Chapter One

## GENERAL ORIENTATION AND INTRODUCTION TO ARTERIAL VASCULAR ENGINEERING AND PRODUCTS

### OBJECTIVES

At the end of this training module the participant will be expected to:

1. Briefly summarize the history of Arterial Vascular Engineering (aka. AVE ).

2. Understand the developmental history of AVE PTCA Balloon Catheters, the Coronary Micro Stent™ and GFX™ stent Systems and the peripheral vascular Bridge™ Stent Systems.

3. Briefly describe the PTCA balloon and MicroStent manufacturing process.

This will be accomplished within the following sections:

| | |
|---|---|
| Section I: | Company History |
| Section II: | History of the PTCA Balloon and Stent Delivery System(s) Development |
| Section III: | Manufacturing Overview |



**AX-61**
98-80-SLR

**HIGHLY CONFIDENTIAL**

**AVEC 025231**

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL
AVEA019801

AVE: Arterial Vascular Engineering, Inc.
Chapter One

reach nominal diameter at 6 atms and because of the semi-compliant nature of the balloon material, the balloon will over-expand slightly at higher pressures. (See **Figure XXX**, Balloon Compliance Chart ).

The balloons are available in a variety of diameters and lengths ranging from 1.5- 4.0 mm diameters and 20- 40mm lengths. Catheter length is 135 cms with a usable catheter length of

A modified version of the AVE PTCA balloons is used as the coronary stent delivery system for the MicroStent II and the GFX.

## B.    Early Stent Design and Changes: MicroStent PL and MicroStent I

At the time of the original stent design, it was not known how the human body would react to placement of a metallic device into an artery (biocompatability) and how long the stent would be viable. Early researchers had many questions as to metal corrosion due
to the blood-metal interaction as well as how the artery would stand-up to the metal prosthesis rubbing against it. Some researchers felt that the stent would wear a hole through the wall of the artery. The engineering idea behind the design of the original MicroStent was to attempt to design a stent that was flexible, visible and low in metal content (metal to artery wall coverage). With these ideas in mind, development of the MicroStent PL began.

The original stent design was developed by an engineer by the name of Michael Bonneau
and is still occassionally referred to as the Bonneau stent. However, the stent is the sole property of AVE.

The MicroStent coronary stent system begins with a solid, continuous 7mm diameter ring
of high-quality, medical grade 316L stainless steel. This ring, with a wire thickness of 0.008" and is sinusoidal in design, is then shaped into individual elements or segments to
a zig-zag like configuration, known as crowns. The original stent design also consisted of
4-crown elements.

The MicroStent PL was designed as individual 4mm sinusoidal segments mounted onto a balloon delivery system.The stents were available in 4mm segments as either 4mm, 8mm or 12mm. Keeping flexibility in mind, the individual 4mm segments were not connected and were mounted onto a balloon for delivery. In difficult lesion subsets, such

### AVE: Arterial Vascular Engineering, Inc.
Chapter One

as calcified lesions or severe vessel tortuosity, it was reported that the indivdual stent segments had migrated slightly from the deployment site. This was due largely to the short, 4mm segments as well as due to the fact that the segments were not connected together and placed in situations that allowed for slippage at high pressures. The MicroStent PL was used solely as an investgational device and led the way for further changes and enhancements.

The second stage of stent development, the MicroStent I, consisted of two 4mm segments laser fused together, at the four crowns, to form one 8mm segment. Two 8mm segments could be mounted onto a balloon to form a 16mm length stent. However, once again, the two 8mm segments of the 16mm stent were not fused together giving the angiographic appearance that the stent had broken or separated in the center. The stent was also designed to be compatible with a guiding catheter that had a 0.076" minimum internal diameter.

The AVE MicroStent stent system is a non-sheathed, pre-mounted design. The method of adhering the stent to the PTCA balloon is a proprietary process and very unique. XXXX

The early stents had a number of disadvantages or not optimal design features:

1. MicroStent PL
   4mm segments:

   a. Does this large area between the metal struts allow plaque material to prolapse through the struts?
   b. Do the unattached 4mm segments move or migrate within the artery/lesion with balloon inflation?

2. MicroStent I
   4mm segments joined to form 8mm segments:

   In addition to the issues above with the MicroStent PL, there were also additional concerns expressed. Those were:

   a. Angiographic appearance not smooth.
   b. Does the laser fusion weld break?
   c. Is the 8mm segment flexible enough?
   d. Is the wire thickness of .008" too thick if stents have to be overlapped?

**AVEC 025237**
HIGHLY CONFIDENTIAL
AVEA019807

HIGHLY CONFIDENTIAL

# EXHIBIT 4

# GUIDANT
## Vascular Intervention



# December 1997
# U.S. Market Overview

## C O N F I D E N T I A L

| Senior Staff | | Directors | | Finance | |
|---|---|---|---|---|---|
| Barclay, B. | S214 | Amoss, S. | S112 | Bartels, S. | S216 |
| Calfee, Richard | Houston | Castro, T. | S214 | Mariani, P. | S216 |
| Howard, G. | S212 | Chludzinski, M. | S238 | | |
| Huss, B. | S232 | Crall, C. | T540 | **Business Development** | |
| Johnson, G. | S121 | Crapenhoft, M. | S214 | Bertonis, J. | S214 |
| Larson, B. | T500 | Davis, B. | S001 | Gasson, J. | S214 |
| Martlage, D. | S211 | Degois-Sainz, M. | S311 | | |
| McInnes, P. | T520 | Douthitt, T. | S112 | Nemeth, J. | S214 |
| Murray, M. | S220 | Esselstein, B. | T120 | Zavelson, L. | S214 |
| Neels, G. | S112 | Ethridge, J. | S001 | | |
| Norton, S. | T200 | Garfield, G. | S214 | **GSC** | |
| Pandolfino, E. | S112 | Hirsch, E. | S214 | Antinori, D. - GDT - SE Ofc. | |
| Simpson, C. | S116 | King, G. | GDT-Jpn | Baumgardt, J. - GDT HQ, Indy | |
| | | Lyss, S. | S112 | Blanchard, T. - GDT HQ, Indy | |
| | | Malito, O. | S116 | Harrold, M. - GDT - NE Ofc. | |
| | | Mondry, M. | S214 | Hopper, P. - GDT - West | |
| **Global Marketing** | | Muller, P. | S116 | Neupert, J. - GDT HQ, Indy | |
| (54 copies) | S112 | Nayak, V. | S120 | Rieth, B. - GDT HQ, Indy | |
| | | Nishimura, M. | S112 | Sherman, M. - GDT HQ, Indy | |
| **Temecula** | | Ortigas-Wedekind, M. | S112 | | |
| Fairchild, J. | T120 | Rhatigan, K. | S001 | | |
| Winton, B. | T400 | Saltman, B. | S135 | | |
| | | Schneiderman, G. | S214 | | |
| | | Sirhan, M. | S238 | | |
| | | Spaulding, R. | S232 | | |

Please forward questions regarding this distribution list to Linh Ho, ext. 53585



Prepared by the
Market Research Group
*First With Heart*



AX-980
98-80-SLR

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          ACS00686995

## 2ND GENERATION INTERVENTIONAL DEVICES

**ACTUAL NUMBERS**

| | | Dec 1996 | Jan 1997 | Feb 1997 | Mar 1997 | Apr 1997 | May 1997 | Jun 1997 | Jul 1997 | Aug 1997 | Sep 1997 | Oct 1997 | Nov 1997 | Dec 1997 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All | All Stents | 85% | 86% | 87% | 87% | 87% | 87% | 88% | 89% | 88% | 89% | 89% | 87% | 89% |
| SciMed/Mansfield | ROTABLATOR | 11% | 12% | 11% | 11% | 11% | 11% | 11% | 9% | 10% | 12% | 9% | 11% | 10% |
| IVT | IVT TEC | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 0% | 0% |
| DVI | DVIATH | 2% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 0% |

### CORONARY STENT SHARE

**ACTUAL NUMBERS**

| | | Dec 1996 | Jan 1997 | Feb 1997 | Mar 1997 | Apr 1997 | May 1997 | Jun 1997 | Jul 1997 | Aug 1997 | Sep 1997 | Oct 1997 | Nov 1997 | Dec 1997 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACS | ACS MULTILINK | 88% | 94% | 92% | 92% | 94% | 90% | 80% | 68% | 65% | 67% | 31% | 61% | 64% |
| JJIS/Cordis | JJ PALMAZ-SCHATZ | | | | | | | | | 34% | 32% | 47% | 25% | 23% |
| Cook | COOKGR2 | | | | | | | | | | 0% | | | 8% |
| Medtronic | Wiktor | | | | | | | | | | | | | 3% |
| AVE | MICRO STENT II | | | | | | | | | | | | | 1% |
| Schneider/Shiley | WALLSTENT GR1&2 | 12% | 6% | 8% | 8% | 6% | 10% | 20% | 31% | | | | | |
| Cook | GR1 | | | | | | | | | 1% | 1% | | 1% | |

*\* As of Aug 1997, the GR1 and GR2 were split.*

### DIAGNOSTIC CATHETERS

**ACTUAL NUMBERS**

| | | Dec 1996 | Jan 1997 | Feb 1997 | Mar 1997 | Apr 1997 | May 1997 | Jun 1997 | Jul 1997 | Aug 1997 | Sep 1997 | Oct 1997 | Nov 1997 | Dec 1997 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cordis/J&J | Cordis Diagnostics | 42% | 42% | 40% | 31% | 46% | 48% | 47% | 48% | 43% | 42% | 43% | 41% | 44% |
| SciMed/Mansfield | SciMed Diagnostics | 27% | 27% | 24% | 48% | 29% | 26% | 26% | 30% | 35% | 32% | 32% | 35% | 31% |
| USCI | USCI Diagnostics | 25% | 25% | 22% | 16% | 19% | 19% | 18% | 13% | 11% | 14% | 12% | 11% | 12% |
| Medtronic | Medtronic Diagnostics | 2% | 2% | 2% | 1% | 2% | 1% | 4% | 2% | 4% | 5% | 5% | 6% | 6% |
| Mallinckrodt | Mallinckrodt Diagnostics | 3% | 3% | 2% | 2% | 3% | 3% | 3% | 2% | 3% | 3% | 3% | 3% | 3% |
| Namic | Namic Diagnostics | 1% | 1% | 0% | 0% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% |
| MediDyne | MediDyne Diagnostics | 1% | 1% | 1% | 1% | 1% | 0% | 1% | 1% | 1% | 1% | 1% | 0% | 1% |
| Cook | Cook Diagnostics | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 0% | 1% | 1% | 1% | 1% | 1% |
| DAIG | Daig Diagnostics | | | | | | | | | | | 1% | 1% | 0% |
| ACS | ACS Diagnostics | | | | | | | | | 0% | | | | 0% |

29

# EXHIBIT 5

# GUIDANT

# December 1998

JAN 25 1999

# U.S. Market Overview

## VASCULAR INTERVENTION

## C O N F I D E N T I A L

**Distribution**

**Senior Staff**

| | |
|---|---|
| Calfee, Richard | Houston |
| Graham, G. | S212 |
| Johnson, G. | S121 |
| Larson, B. | T500 |
| Martlage, D. | S211 |
| McInnes, P. | T520 |
| Mead, D. | S232 |
| Murray, M. | S220 |
| Neels, G. | S112 |
| Norton, S. | T200 |
| Pandolfino, E. | S112 |
| Peterson, T. | S214 |
| Simpson, C. | S116 |

**Finance**

| | |
|---|---|
| Bartels, S. | S216 |
| Koford, D. | T120 |

**Business Development**

| | |
|---|---|
| Cummings, C. | S214 |
| ~~────────────~~ | |
| Nemeth, J. | S214 |
| Wallen, R. | S214 |
| Zavelson, L. | S214 |

**Global Marketing**

| | |
|---|---|
| (80 copies) | S112 |

**Directors**

| | |
|---|---|
| Baer, P. | Houston |
| Bradshaw, T. | Houston |
| Chludzinski, M. | S238 |
| Crall, C. | T540 |
| Crapenhoft, M. | S214 |
| Degois-Sainz, M. | S311 |
| Edison, J. | Houston |
| Esselstein, B. | T120 |
| Garfield, G. | S214 |
| Hirsch, E. | S214 |
| King, G. | GDT-Jpn |
| Kitchen, T. | S214 |
| Lott, S. | Houston |
| Malito, O. | S116 |
| Mondry, M. | S242 |
| Muller, P. | S116 |
| Nayak, V. | S120 |
| Raggi, L. | S216 |
| Saltman, B. | S135 |
| Schneiderman, G. | S214 |
| Sirhan, M. | S238 |
| Spaulding, R. | S232 |
| Thornton, R. | Houston |

**Temecula**

| | |
|---|---|
| Winton, B. | T400 |
| Kimes, R. | T520 |

**GSC**

| | |
|---|---|
| Antinori, D. - GDT - SE Ofc. | |
| Baumgardt, J. - GDT HQ, Indy | |
| Blanchard, T. - GDT HQ, Indy | |
| Davis, B. - S001 | |
| Ethridge, J. - S001 | |
| Harrold, M. - GDT - NE Ofc. | |
| Hopper, P. - S112 | |
| Neupert, J. - GDT HQ, Indy | |
| Rhatigan, K. - S001 | |
| Rieth, A. - GDT HQ, Indy | |
| Sherman, M. - GDT HQ, Indy | |

**GDT HQ**

| | |
|---|---|
| Garrett, M. - GDT HQ, Indy | |
| Harris, J. - GDT HQ, Indy | |
| Sherman, K. - GDT HQ, Indy | |

**GDT JPN**

| | |
|---|---|
| Asano, K. - GDT JPN | |
| Heilbrunn, D. - GDT JPN | |
| Ito, K. - GDT JPN | |
| Miyashita, A. - GDT JPN | |
| Ohnishi, S. - GDT JPN | |
| Suzuki, K. - GDT JPN | |



SUCCESS TODAY
VI Market Research
SUCCESS TOMORROW

Please forward questions regarding this distribution list to Linh Ho, ext. 53585



AX-981

98-80-SLR

h:\group\vmktgrsch\dmsr\dmoconf.ppt

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          ACS00687352

## 2ND GENERATION INTERVENTIONAL DEVICES

| ACTUAL NUMBERS | | Dec 1997 | Jan 1998 | Feb 1998 | Mar 1998 | Apr 1998 | May 1998 | Jun 1998 | Jul 1998 | Aug 1998 | Sep 1998 | Oct 1998 | Nov 1998 | Dec 1998 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All | All Stents | 89% | 87% | 89% | 91% | 91% | 92% | 92% | 91% | 92% | 92% | 92% | 92% | 92% |
| BSX/SciMed/Schneider | ROTABLATOR | 10% | 12% | 10% | 8% | 9% | 7% | 7% | 8% | 8% | 7% | 8% | 7% | 7% |
| % of all devices (BDC + Alt. Tech.) | | 38% | 38% | 40% | 40% | 41% | 42% | 43% | 43% | 45% | 46% | 44% | 45% | 46% |

## CORONARY STENT SHARE BY MANUFACTURER

| ACTUAL NUMBERS | Dec 1997 | Jan 1998 | Feb 1998 | Mar 1998 | Apr 1998 | May 1998 | Jun 1998 | Jul 1998 | Aug 1998 | Sep 1998 | Oct 1998 | Nov 1998 | Dec 1998 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACS | 64% | 59% | 54% | 48% | 47% | 47% | 44% | 39% | 35% | 29% | 30% | 39% | 49% |
| Boston Scientific | 1% | 18% | 27% | 34% | 36% | 39% | 44% | 45% | 39% | 34% | 32% | 33% | 31% |
| AVE | 23% | 16% | 14% | 15% | 15% | 12% | 10% | 9% | 19% | 31% | 32% | 24% | 16% |
| JJIS/Cordis | 8% | 5% | 4% | 3% | 2% | 2% | 1% | 1% | 6% | 5% | 5% | 4% | 4% |
| Cook | 3% | 2% | | 1% | 1% | | 1% | 1% | 1% | | 1% | | 0% |
| Medtronic | 2% | | | 1% | 1% | | 1% | 1% | 1% | | | | 0% |

## CORONARY STENT SHARE

| ACTUAL NUMBERS | | Dec 1997 | Jan 1998 | Feb 1998 | Mar 1998 | Apr 1998 | May 1998 | Jun 1998 | Jul 1998 | Aug 1998 | Sep 1998 | Oct 1998 | Nov 1998 | Dec 1998 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACS | ACS MULTI-LINK DUET | | | | | 3% | 16% | 32% | 38% | 14% | 15% | 23% | 23% | 43% |
| BSX/SciMed/Schneider | BSX NIR | | | | 41% | 36% | 34% | 31% | 27% | 35% | 29% | 30% | 30% | 28% |
| | GFX | | | | 10% | 10% | 10% | 9% | 8% | 22% | 17% | 17% | 22% | 14% |
| AVE | | | | | | | | | | | | | | |
| ACS | ACS MULTILINK | 64% | 58% | 53% | 34% | 33% | 23% | 14% | 12% | 12% | 12% | 13% | 6% | 4% |
| JJIS/Cordis | J&J CROWN | 1% | 3% | 7% | 10% | 11% | 13% | 14% | 7% | 6% | 12% | 13% | 6% | 3% |
| ACS | Multi-Link HP | | 0% | 1% | | | | | 5% | 5% | 2% | 2% | 1% | 3% |
| AVE | AVE MICRO STENT II | 23% | 18% | 14% | | | | | 1% | | 3% | 4% | 3% | 2% |
| | BSX RADIUS | | | | | | | | | | | | | 2% |
| BSX/SciMed/Schneider | NIR w/SOX | | | | | | | | | | 16% | 5% | | 2% |
| BSX/SciMed/Schneider | | | | | | | | | | | | | | |
| JJIS/Cordis | Palmaz Shatz | 8% | 13% | 7% | 5% | 5% | 2% | 1% | 1% | 1% | | 5% | 1% | 1% |
| Medtronic | Wiktor/Wiktor Rival | 3% | 2% | | 1% | 1% | 2% | 1% | 1% | 1% | | | | 0% |
| Cook | GR2 | 2% | 5% | 4% | 3% | 2% | | | | | | | | 0% |

As of Sept 98, the NIR Share was split to NIR and NIR w/SOX

## ACS CORONARY STENT AVERAGE DAILY SALES (DOMESTIC)

| | Dec-97 | Jan-98 | Feb-98 | Mar-98 | Apr-98 | May-98 | Jun-98 | Jul-98 | Aug-98 | Sep-98 | Oct-98 | Nov-98 | Dec-98 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACS Multi-Link Duet | | 51.333 | 258 | 361 | 447 | 480 | 442 | 420 | 423 | 435 | 434 | 938 | 1690 |
| ACS Multi-Link | 1,864 | 1,484 | 1,210 | 1,071 | 980 | 982 | 825 | 716 | 566 | 447 | 371 | 239 | 40 |
| ACS Multi-Link HP | | | | | | | | | | | | 239 | 30 |
| Total ACS Coronary Stents | 1,864 | 1,535 | 1,469 | 1,432 | 1,428 | 1,462 | 1,268 | 1,136 | 988 | 882 | 805 | 1,417 | 1,760 |

3

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER     ACS00687356