IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 98-80 (SLR) (Consolidated with C.A. No. 98-314 (SLR) and |
| v. | ) ) | C.A. No. 98-316 (SLR)) |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendants to respond to plaintiffs' Motion For Permanent Injunction (D.I. 725) shall be extended to the date to be set by the Court in a briefing and discovery schedule. The parties' proposals for that schedule will be set forth in a joint motion to be filed by the parties.

| | |
|---|---|
| RICHARDS LAYTON & FINGER | MORRIS, NICHOLS, ARSHT  & TUNNELL LLP |
| */s/ Frederick L. Cottrell, III* | */s/ Karen Jacobs Louden* |
| Frederick L. Cottrell, III (#2555) | Karen Jacobs Louden (#2881) |
| Anne Shea Gaza (#4093) | klouden@mnat.com |
| fcottrell@rlf.com | Leslie A. Polizoti (#4299) |
| One Rodney Square | 1201 N. Market Street |
| P.O. Box 551 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 651-7700 | (302) 658-3989 |
| Attorneys for Abbott Cardiovascular Systems, Inc. and Abbott Laboratories | Attorneys for defendants Medtronic Vascular, Inc. and Medtronic USA, Inc. |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

969107