IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 98-80 (SLR) (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |
| v. | ) ) ) | **REDACTED PUBLIC VERSION** |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC. | ) ) ) | |
| Defendants. | ) ) | |

### MEDTRONIC VASCULAR, INC. AND MEDTRONIC USA, INC.'S MOTION TO STAY ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Medtronic Vascular, Inc. and Medtronic USA, Inc. (collectively, "Medtronic") hereby move to stay ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The grounds for this motion are set forth in the opening brief filed herewith.

Pursuant to D. Del. LR 7.1.1, counsel for Medtronic certifies that the subject of this motion has been raised with counsel for plaintiffs, and that the parties have been unable to reach an agreement.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
Attorneys for Defendants Medtronic Vascular, Inc. and Medtronic USA, Inc.

OF COUNSEL:

| | |
|---|---|
| Kevin S. Rosen | George M. Sirilla |
| Matthew A. Hoffman | William P. Atkins |
| Anthony S. Newman | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| GIBSON, DUNN & CRUTCHER LLP | |
| 333 South Grand Avenue | 1650 Tysons Boulevard |
| Los Angeles, CA  90071-3197 | McLean, Virginia  22102 |
| (213) 229-7000 | (703) 770-7900 |

Original Filing Date: July 6, 2007
Redacted Filing Date: July 23, 2007

971309.1

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 6, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Frederick L. Cottrell, III.

I further certify that on July 6, 2007 I served copies of the foregoing to the following counsel in the manner indicated:

**BY HAND & EMAIL**

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY EMAIL**

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 23, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Frederick L. Cottrell, III.

I further certify that on July 23, 2007 I served copies of the foregoing to the following counsel in the manner indicated:

### BY EMAIL

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

### BY EMAIL

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

/s/ *Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
lpolizoti@mnat.com