IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 98-80 (SLR)<br>)  (Consolidated with C.A. No. 98-314 (SLR) and<br>)  C.A. No. 98-316 (SLR))<br>)<br>)  **REDACTED**<br>)<br>)  **PUBLIC VERSION**<br>)<br>)<br>) |

**MEDTRONIC VASCULAR, INC. AND MEDTRONIC USA, INC.'S OPENING BRIEF IN SUPPORT OF THEIR MOTION TO STAY** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

                                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                                            Karen Jacobs Louden (#2881)
                                                            Leslie A. Polizoti (#4299)
                                                            1201 N. Market Street
                                                           P.O. Box 1347
                                                           Wilmington, DE  19899-1347
                                                           (302) 658-9200
                                                           Attorneys for Defendants Medtronic Vascular, Inc.
                                                           and Medtronic USA, Inc.

OF COUNSEL:

| | |
|---|---|
| Kevin S. Rosen | George M. Sirilla |
| Matthew A. Hoffman | William P. Atkins |
| Anthony S. Newman | PILLSBURY WINTHROP SHAW PITTMAN |
| GIBSON, DUNN & CRUTCHER LLP | LLP |
| 333 South Grand Avenue | 1650 Tysons Boulevard |
| Los Angeles, CA  90071-3197 | McLean, Virginia  22102 |
| (213) 229-7000 | (703) 770-7900 |

Original Filing Date: July 6, 2007
Redacted Filing Date: July 23, 2007

# FILED UNDER SEAL

# NOTHING IN D.I. 733 CAN BE MADE PUBLIC

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 23, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Frederick L. Cottrell, III.

I further certify that on July 23, 2007 I served copies of the foregoing to the following counsel in the manner indicated:

### BY EMAIL

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

### BY EMAIL

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413


　　　　　　　　　　　　　　　　　　　*/s/ Leslie A. Polizoti*
　　　　　　　　　　　　　　　　　　　Leslie A. Polizoti (#4299)
　　　　　　　　　　　　　　　　　　　lpolizoti@mnat.com