# EXHIBIT A

## Louden, Karen Jacobs

| | |
|---|---|
| **From:** | kjlefiling |
| **Sent:** | Friday, June 29, 2007 7:19 PM |
| **To:** | Louden, Karen Jacobs; Harrison, Catherine |
| **Subject:** | FW: Activity in Case 1:98-cv-00080-SLR Abbott Cardio Sys, et al v. Medtronic Vascular, et al Motion for Permanent Injunction |

---

**From:** ded_nefreply@ded.uscourts.gov[SMTP:DED_NEFREPLY@DED.USCOURTS.GOV]
**Sent:** Friday, June 29, 2007 7:18:11 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:98-cv-00080-SLR Abbott Cardio Sys, et al v. Medtronic Vascular, et al Motion for Permanent Injunction
**Auto forwarded by a Rule**


This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered by Gaza, Anne on 6/29/2007 at 7:18 PM EDT and filed on 6/29/2007

| | |
|---|---|
| **Case Name:** | Abbott Cardio Sys, et al v. Medtronic Vascular, et al |
| **Case Number:** | 1:98-cv-80 |
| **Filer:** | Abbott Cardiovascular Systems Inc. |
| | Abbott Laboratories Inc. |

**Document Number:** 725

**Docket Text:**
MOTION for Permanent Injunction – filed by Abbott Cardiovascular Systems Inc., Abbott Laboratories Inc.. (Attachments: # (1) 7.1.1 Certification# (2) Text of Proposed Order)(Gaza, Anne)


**1:98-cv-80 Notice has been electronically mailed to:**

William P. Atkins     William.Atkins@pillsburylaw.com, Martha.Gregory@pillsburylaw.com

Frederick L. Cottrell , III     cottrell@rlf.com, garvey@rlf.com

Anne Shea Gaza     gaza@rlf.com, garvey@rlf.com

Stuart M. Grant     sgrant@gelaw.com

Karen Jacobs Louden     kjlefiling@mnat.com

Leslie A. Polizoti     lpolizoti@mnat.com

George M. Sirilla     george.sirilla@pillsburylaw.com, martha.gregory@pillsburylaw.com

**1:98-cv-80 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:Main Document**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/29/2007] [FileNumber=409287-0]
[78cd82be73582556b31bd7ea9a93c0c594e262475428d7ba26eec116a0b983f683b6
141ecb9d31605f72ace3b3351f5fd8c1c1669e4d76183b1ccd3f07c3573a]]
**Document description: 7.1.1 Certification**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/29/2007] [FileNumber=409287-1]
[703866401724762b888b21f99cdb887341dd683ac9d50cad2d86243ff657a4632919
67fc00cf3357e796c0af201379410bd17ecee9ffd2f90a9f0a58c4ab82d8]]
**Document description:Text of Proposed Order**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/29/2007] [FileNumber=409287-2]
[dec2eafb7b0a41dbb986d1fbb4f85542885a603c254f3e50b8712c4c30e1f2e12077
f8d0bd6fd0295bde246cc27cc3f8c71a637e55103b72c8e7dddac080eb98]]

## Louden, Karen Jacobs

| | |
|---|---|
| **From:** | kjlefiling |
| **Sent:** | Friday, June 29, 2007 7:22 PM |
| **To:** | Louden, Karen Jacobs; Harrison, Catherine |
| **Subject:** | FW: Activity in Case 1:98-cv-00080-SLR Abbott Cardio Sys, et al v. Medtronic Vascular, et al Affidavit |

---

**From:** ded_nefreply@ded.uscourts.gov[SMTP:DED_NEFREPLY@DED.USCOURTS.GOV]
**Sent:** Friday, June 29, 2007 7:20:27 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:98-cv-00080-SLR Abbott Cardio Sys, et al v. Medtronic Vascular, et al Affidavit
**Auto forwarded by a Rule**

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Gaza, Anne on 6/29/2007 at 7:20 PM EDT and filed on 6/29/2007

| | |
|---|---|
| **Case Name:** | Abbott Cardio Sys, et al v. Medtronic Vascular, et al |
| **Case Number:** | 1:98-cv-80 |
| **Filer:** | Abbott Cardiovascular Systems Inc. |
| | Abbott Laboratories Inc. |

**Document Number:** 726

**Docket Text:**
SEALED AFFIDAVIT of Anne Shea Gaza re [725] MOTION for Permanent Injunction *(AFFIDAVIT OF ANNE SHEA GAZA IN SUPPORT OF ACS'S MOTION FOR A PERMANENT INJUNCTION -- HIGHLY CONFIDETIAL--FILED UNDER SEAL)* filed by Abbott Cardiovascular Systems Inc., Abbott Laboratories Inc.. (Gaza, Anne)

**1:98-cv-80 Notice has been electronically mailed to:**

William P. Atkins    William.Atkins@pillsburylaw.com, Martha.Gregory@pillsburylaw.com

Frederick L. Cottrell , III    cottrell@rlf.com, garvey@rlf.com

Anne Shea Gaza    gaza@rlf.com, garvey@rlf.com

Stuart M. Grant    sgrant@gelaw.com

Karen Jacobs Louden    kjlefiling@mnat.com

Leslie A. Polizoti    lpolizoti@mnat.com

George M. Sirilla    george.sirilla@pillsburylaw.com, martha.gregory@pillsburylaw.com

**1:98-cv-80 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/29/2007] [FileNumber=409290-0]
[8df28fe7f998f02d06e21263d49684236e6783e4f78452eb1ea8ca89439bf4fbc887
3c1a9f9a2c7b27f944034566e4ec27020db9700cd6e7e9db81036b6ae61d]]

## Louden, Karen Jacobs

**From:**    kjlefiling

**Sent:**    Friday, June 29, 2007 7:24 PM

**To:**    Louden, Karen Jacobs; Harrison, Catherine

**Subject:** FW: Activity in Case 1:98-cv-00080-SLR Abbott Cardio Sys, et al v. Medtronic Vascular, et al Opening Brief in Support

---

**From:** ded_nefreply@ded.uscourts.gov[SMTP:DED_NEFREPLY@DED.USCOURTS.GOV]
**Sent:** Friday, June 29, 2007 7:23:24 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:98-cv-00080-SLR Abbott Cardio Sys, et al v. Medtronic Vascular, et al Opening Brief in Support
**Auto forwarded by a Rule**

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered by Gaza, Anne on 6/29/2007 at 7:23 PM EDT and filed on 6/29/2007

**Case Name:**    Abbott Cardio Sys, et al v. Medtronic Vascular, et al
**Case Number:**    1:98-cv-80
**Filer:**    Abbott Cardiovascular Systems Inc.
    Abbott Laboratories Inc.
**Document Number:** 727

**Docket Text:**
SEALED OPENING BRIEF in Support re [725] MOTION for Permanent Injunction *(ACS'S BRIEF IN SUPPORT OF ITS MOTION FOR PERMANENT INJUNCTION -- HIGHLY CONFIDENTIAL -- FILED UNDER SEAL)* filed by Abbott Cardiovascular Systems Inc., Abbott Laboratories Inc..Answering Brief/Response due date per Local Rules is 7/19/2007. (Gaza, Anne)

**1:98-cv-80 Notice has been electronically mailed to:**

William P. Atkins    William.Atkins@pillsburylaw.com, Martha.Gregory@pillsburylaw.com

Frederick L. Cottrell , III    cottrell@rlf.com, garvey@rlf.com

Anne Shea Gaza    gaza@rlf.com, garvey@rlf.com

Stuart M. Grant    sgrant@gelaw.com

Karen Jacobs Louden    kjlefiling@mnat.com

Leslie A. Polizoti    lpolizoti@mnat.com

George M. Sirilla    george.sirilla@pillsburylaw.com, martha.gregory@pillsburylaw.com

**1:98-cv-80 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/29/2007] [FileNumber=409293-0]
[7c3a7b905315b7e9e16cfcda0757ba7db1f7b8c9b2677af713a3bf678cdf2930bb48
1c7b0163dadf52931aded8bb25f73c494d6ca3e4fbfa97a7aa25f9c708d0]]

## Louden, Karen Jacobs

**From:** kjlefiling
**Sent:** Friday, June 29, 2007 7:27 PM
**To:** Louden, Karen Jacobs; Harrison, Catherine
**Subject:** FW: Activity in Case 1:98-cv-00080-SLR Abbott Cardio Sys, et al v. Medtronic Vascular, et al Declaration

---

**From:** ded_nefreply@ded.uscourts.gov[SMTP:DED_NEFREPLY@DED.USCOURTS.GOV]
**Sent:** Friday, June 29, 2007 7:26:08 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:98-cv-00080-SLR Abbott Cardio Sys, et al v. Medtronic Vascular, et al Declaration
**Auto forwarded by a Rule**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered by Gaza, Anne on 6/29/2007 at 7:26 PM EDT and filed on 6/29/2007

| | |
|---|---|
| **Case Name:** | Abbott Cardio Sys, et al v. Medtronic Vascular, et al |
| **Case Number:** | 1:98-cv-80 |
| **Filer:** | Abbott Cardiovascular Systems Inc. |
| | Abbott Laboratories Inc. |

**Document Number:** 728

**Docket Text:**
SEALED DECLARATION re [725] MOTION for Permanent Injunction *(DECLARATION OF GARY SCHNEIDERMAN, PhD. -- HIGHLY CONFIDENTIAL -- FILED UNDER SEAL)* by Abbott Cardiovascular Systems Inc., Abbott Laboratories Inc.. (Gaza, Anne)

**1:98-cv-80 Notice has been electronically mailed to:**

William P. Atkins    William.Atkins@pillsburylaw.com, Martha.Gregory@pillsburylaw.com

Frederick L. Cottrell , III    cottrell@rlf.com, garvey@rlf.com

Anne Shea Gaza    gaza@rlf.com, garvey@rlf.com

Stuart M. Grant    sgrant@gelaw.com

Karen Jacobs Louden    kjlefiling@mnat.com

Leslie A. Polizoti    lpolizoti@mnat.com

George M. Sirilla    george.sirilla@pillsburylaw.com, martha.gregory@pillsburylaw.com

**1:98-cv-80 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:Main Document**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/29/2007] [FileNumber=409296-0]
[5e56993562a65d4674c1ee1c0889ad83f4841577ebd0f8c913f5acb9256cbd4d5d94
65ac8e105aa4fada224020154d44aa9d9d5a131cdd4e90e170cf0343e78d]]

Page 1 of 2

## Louden, Karen Jacobs

**From:** kjlefiling
**Sent:** Friday, June 29, 2007 7:29 PM
**To:** Louden, Karen Jacobs; Harrison, Catherine
**Subject:** FW: Activity in Case 1:98-cv-00080-SLR Abbott Cardio Sys, et al v. Medtronic Vascular, et al Declaration

---

From: ded_nefreply@ded.uscourts.gov[SMTP:DED_NEFREPLY@DED.USCOURTS.GOV]
Sent: Friday, June 29, 2007 7:28:49 PM
To: ded_ecf@ded.uscourts.gov
Subject: Activity in Case 1:98-cv-00080-SLR Abbott Cardio Sys, et al v. Medtronic Vascular, et al Declaration
Auto forwarded by a Rule

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered by Gaza, Anne on 6/29/2007 at 7:28 PM EDT and filed on 6/29/2007

**Case Name:**     Abbott Cardio Sys, et al v. Medtronic Vascular, et al
**Case Number:**   1:98-cv-80
**Filer:**         Abbott Cardiovascular Systems Inc.
                   Abbott Laboratories Inc.
**Document Number:** 729

**Docket Text:**
SEALED DECLARATION re [725] MOTION for Permanent Injunction *(DECLARATION OF DAVID C. PACITTI -- HIGHLY CONFIDENTIAL -- FILED UNDER SEAL)* by Abbott Cardiovascular Systems Inc., Abbott Laboratories Inc.. (Gaza, Anne)

**1:98-cv-80 Notice has been electronically mailed to:**

William P. Atkins    William.Atkins@pillsburylaw.com, Martha.Gregory@pillsburylaw.com

Frederick L. Cottrell , III    cottrell@rlf.com, garvey@rlf.com

Anne Shea Gaza    gaza@rlf.com, garvey@rlf.com

Stuart M. Grant    sgrant@gelaw.com

Karen Jacobs Louden    kjlefiling@mnat.com

Leslie A. Polizoti    lpolizoti@mnat.com

George M. Sirilla    george.sirilla@pillsburylaw.com, martha.gregory@pillsburylaw.com

**1:98-cv-80 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:Main Document**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/29/2007] [FileNumber=409299-0]
[3516632d39b3dd98c89472f015cf1e25a29a03842033e101ea08d19878e8274d1010
81b111ae505beeee5f72e863be4f78605efe5c3f2b3990d232a07a716822]]

## Louden, Karen Jacobs

**From:** kjlefiling
**Sent:** Friday, June 29, 2007 7:49 PM
**To:** Louden, Karen Jacobs; Harrison, Catherine
**Subject:** FW: Activity in Case 1:98-cv-00080-SLR Abbott Cardio Sys, et al v. Medtronic Vascular, et al Declaration

---

**From:** ded_nefreply@ded.uscourts.gov[SMTP:DED_NEFREPLY@DED.USCOURTS.GOV]
**Sent:** Friday, June 29, 2007 7:48:08 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:98-cv-00080-SLR Abbott Cardio Sys, et al v. Medtronic Vascular, et al Declaration
**Auto forwarded by a Rule**

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered by Gaza, Anne on 6/29/2007 at 7:47 PM EDT and filed on 6/29/2007

**Case Name:** Abbott Cardio Sys, et al v. Medtronic Vascular, et al
**Case Number:** 1:98-cv-80
**Filer:** Abbott Cardiovascular Systems Inc.
Abbott Laboratories Inc.
**Document Number:** 730

**Docket Text:**
DECLARATION re [725] MOTION for Permanent Injunction *(DECLARATION OF JOEL K. KAHN, M.D.)* by Abbott Cardiovascular Systems Inc., Abbott Laboratories Inc.. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3)(Gaza, Anne)

**1:98-cv-80 Notice has been electronically mailed to:**

William P. Atkins    William.Atkins@pillsburylaw.com, Martha.Gregory@pillsburylaw.com

Frederick L. Cottrell , III    cottrell@rlf.com, garvey@rlf.com

Anne Shea Gaza    gaza@rlf.com, garvey@rlf.com

Stuart M. Grant    sgrant@gelaw.com

Karen Jacobs Louden    kjlefiling@mnat.com

Leslie A. Polizoti    lpolizoti@mnat.com

George M. Sirilla    george.sirilla@pillsburylaw.com, martha.gregory@pillsburylaw.com

**1:98-cv-80 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:Main Document**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/29/2007] [FileNumber=409302-0]
[cf44cbb048da55ccc701506a0d6b995292f0b6f5defb7db84f991b6198aa3c5297c7
d5587332738417519767e8252a367c6aa93bc641ae8a6a827505f04d8ee5]]
**Document description:Exhibit 1**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/29/2007] [FileNumber=409302-1]
[36a52706311c3cad652180dbcb62334800d5f3504c31be2876fd23c4de0aa40e68a1
67f0312591bf6d0719905606f3263921d0a50dec61d2a913ee10fc25da27]]
**Document description:Exhibit 2**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/29/2007] [FileNumber=409302-2]
[2a4c7b564586f4aff9069c80ceebe784b28d7dbf1fb22b1632695ee658749cbb21d9
8c0c987931c87b513ab4db120d6c3065e8c6de94f0a243a587a44156615b]]
**Document description:Exhibit 3**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/29/2007] [FileNumber=409302-3]
[64b8af1567c288d015d66a30c3a67159595353550ae27c879bf60a306331b399467f
6c1d1da4d813a04e158544bd92663e026f7464aa2cce12113404664780c0]]

# EXHIBIT B

## Louden, Karen Jacobs

| | |
|---|---|
| **From:** | Gaza, Anne [gaza@RLF.com] |
| **Sent:** | Friday, June 29, 2007 8:47 PM |
| **To:** | george.sirilla@pillsburylaw.com; Louden, Karen Jacobs |
| **Cc:** | Morin, Michael; andrew.vance@finnegan.com; Cottrell, Frederick |
| **Subject:** | RE: ACS v. MDT |
| **Attachments:** | Abbott Motion.pdf; Abbott Brief.pdf |

George and Karen,

Attached please find copies of the Motion for Permanent Injunction and Opening Brief in Support Thereof. Please note that the Opening Brief is marked Highly Confidential Pursuant to the Protective Order. Hard copies will also be hand delivered on Karen this evening and sent via Federal Express tomorrow morning for delivery Monday morning to George.

Best regards,
Anne


Anne Shea Gaza, Esquire
RICHARDS, LAYTON & FINGER
Phone: (302) 651-7539
gaza@rlf.com

---

Richards, Layton and Finger, P.A. is not providing any advice with respect to any federal tax issue in connection with this matter.

The information contained in this e-mail message is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

---

**From:** Morin, Michael [mailto:michael.morin@finnegan.com]
**Sent:** Friday, June 29, 2007 7:57 PM
**To:** george.sirilla@pillsburylaw.com
**Subject:** ACS v. MDT

George, it's my understanding that the motion has been filed, although not all of the accompanying papers may have been filed quite yet. I just wanted to give you a heads-up, per your request. Anne Gaza (local counsel) will let you know when everything's been filed, and I've asked her to email you a copy of the brief as well. .

Have a nice weekend.

-Mike

Michael A. Morin
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave, NW
Washington DC 20001-4413
(202) 408-4146 (tel)
(202) 408-4400 (fax)
michael.morin@finnegan.com


This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

# EXHIBIT C

# CONFIDENTIAL EXHIBIT