IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 98-80 (SLR) (Consolidated with |
| v. | ) ) | C.A. No. 98-314 (SLR) and C.A. No. 98-316(SLR)) |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) | **REDACTED** |
| Defendants. | ) ) | **PUBLIC VERSION** |

## DECLARATION OF JEFF ALLEN

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
lpolizoti@mnat.com
  *Attorneys for Medtronic Vascular, Inc.*
  *and Medtronic USA, Inc.*

OF COUNSEL:

Kevin S. Rosen
Matthew A. Hoffman
Anthony S. Newman
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000

George M. Sirilla
William P. Atkins
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102
(703) 770-7900

Original Filing Date: July 6, 2007
Redacted Filing Date: July 23, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC.,<br>　　　　Plaintiffs,<br><br>v.<br><br>MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC.<br>　　　　Defendants. | Civil Action No. 98-80 (SLR)<br>(Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |

### DECLARATION OF JEFF ALLEN

I, Jeff Allen, declare as follows:

1.　　I am a Senior Product Development Manager at Medtronic Vascular Inc. ("Medtronic"). I have personal knowledge of the matters stated herein and, if called upon, I could and would testify competently thereto.



4.　　Medtronic develops, manufactures and markets a full line of products for use in the diagnosis and treatment of coronary artery disease ("CAD"). Some of the Medtronic devices

used in the treatment of coronary artery disease include coronary stents, guide catheters, balloon catheters, diagnostic catheters and guidewires.

5. CAD is a buildup of plaque of fatty deposits, such as cholesterol, that thickens the blood vessel wall lining. This thickening makes it difficult for blood to flow properly through the vessel to the heart, and can lead to a variety of problems, the most common of which is heart attack. CAD is the world's leading cause of death.

6. A bare metal stent is a small device that is placed into a collapsed or blocked structure inside the body, such as a blood vessel, to provide support and keep the structure open. Stents are generally used in combination with or following an angioplasty, a procedure that inflates a tiny balloon inside a blocked artery to push the excess plaque or fatty deposits against the vessel wall to unclog the blockage and facilitate normal blood flow. After an angioplasty is performed, a stent is usually placed in the vessel to ensure that is does not re-close.

7. Although bare metal stents are an important treatment tool for CAD, one of the problems associated with bare metal stents has been re-closure of the artery following implantation. In recent years, a handful of medical device companies, including Medtronic, Boston Scientific, and Johnson & Johnson, have developed new types of stents called drug-eluting stents. A drug-eluting stent is designed to allow the release of a drug into the coronary artery to slow the growth of excessive cells (restenosis) and ensure the vessel heals normally and does not re-close.

[redacted]

2



13.     Currently, only two brands of drug-eluting stents are available in the United States: Boston Scientific Corporation's Taxus and Johnson & Johnson, Inc.'s Cypher, which is

Case 1:98-cv-00080-SLR    Document 748    Filed 07/23/2007    Page 4 of 6

3

marketed by Cordis Corporation.



15. In June 2007, Abbott submitted an application to the FDA to seek United States Market Approval for its XIENCE V Everolimus Eluting Coronary Stent System with the goal of launching XIENCE V in the United States in the first quarter of 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 5, 2007, at Santa Rosa, California.

_____
Jeff Allen

July 5, 2007

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 23, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Frederick L. Cottrell, III.

I further certify that on July 23, 2007 I served copies of the foregoing to the following counsel in the manner indicated:

**BY EMAIL**

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY EMAIL**

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

  */s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
lpolizoti@mnat.com