IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 98-80 (SLR) (Consolidated with |
| v. | ) ) | C.A. No. 98-314 (SLR) and C.A. No. 98-316(SLR)) |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) | **REDACTED** |
| Defendants. | ) ) | **PUBLIC VERSION** |

### DECLARATION OF SCOTT RAYMOND WARD

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    Karen Jacobs Louden (#2881)
    Leslie A. Polizoti (#4299)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE  19899-1347
    (302) 658-9200
    lpolizoti@mnat.com
      *Attorneys for Medtronic Vascular, Inc.*
      *and Medtronic USA, Inc.*

OF COUNSEL:

| | |
|---|---|
| Kevin S. Rosen | George M. Sirilla |
| Matthew A. Hoffman | William P. Atkins |
| Anthony S. Newman | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| GIBSON, DUNN & CRUTCHER LLP | 1650 Tysons Boulevard |
| | McLean, Virginia  22102 |
| 333 South Grand Avenue | (703) 770-7900 |
| Los Angeles, CA  90071-3197 | |
| (213) 229-7000 | |

Original Filing Date: July 6, 2007
Redacted Filing Date: July 23, 2007

# FILED UNDER SEAL

## NOTHING IN D.I. 736 CAN BE MADE PUBLIC

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 23, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Frederick L. Cottrell, III.

I further certify that on July 23, 2007 I served copies of the foregoing to the following counsel in the manner indicated:

### **BY EMAIL**

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

### **BY EMAIL**

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

  */s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
lpolizoti@mnat.com