IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC. <br><br> Defendants. | Civil Action No. 98-80 (SLR) <br> (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |

## MEDTRONIC'S REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, defendants Medtronic Vascular, Inc. and Medtronic USA, Inc. hereby request oral argument on their Motion to Stay (D.I. 732). The motion is fully briefed and ready for the Court's consideration.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

Karen Jacobs Louden (# 2881)
Leslie A. Polizoti (# 4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
lpolizoti@mnat.com
Attorneys for Defendants

OF COUNSEL:

| | |
|---|---|
| Kevin S. Rosen | George M. Sirilla |
| Matthew A. Hoffman | William P. Atkins |
| Anthony S. Newman | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| GIBSON, DUNN & CRUTCHER LLP | 1650 Tysons Boulevard |
| 333 South Grand Avenue | McLean, Virginia  22102 |
| Los Angeles, CA  90071-3197 | (703) 770-7900 |
| (213) 229-7000 | |

August 2, 2007

1093853

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 2, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Frederick L. Cottrell, III.

I further certify that on August 2, 2007 I served copies of the foregoing to the following counsel in the manner indicated:

**BY HAND & EMAIL**

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY EMAIL**

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

　　　　　　　　　　　　　　　　　　　　　 */s/ Leslie A. Polizoti*
　　　　　　　　　　　　　　　　　　　　　　Leslie A. Polizoti (#4299)
　　　　　　　　　　　　　　　　　　　　　　lpolizoti@mnat.com