# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABBOTT CARDIOVASCULAR              )
SYSTEMS INC. and ABBOTT            )
LABORATORIES INC.,                 )
                                   )    C. A. No. 98-80 (SLR)
            Plaintiffs,            )    (Consolidated with C.A. No. 98-314
                                   )    (SLR) and C.A. No. 98-316 (SLR))
       v.                          )
                                   )
MEDTRONIC VASCULAR, INC. and       )
MEDTRONIC USA, INC.,               )
                                   )
            Defendants.            )
                                   )

## [PROPOSED] ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2007,

that Defendants' opposition to Plaintiffs' Motion for a Permanent Injunction (D.I. 725) is due on

September 28, 2007, and Plaintiffs' reply is due on October 31, 2007.


_____
Hon. Sue L. Robinson
United States District Court Judge

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABBOTT CARDIOVASCULAR          )
SYSTEMS, INC. and ABBOTT        )
LABORATORIES, INC.,             )
                                )
        Plaintiffs,             )        Civil Action No. 98-80 (SLR)
                                )        (Consolidated with C.A. No. 98-314 (SLR) and
    v.                          )        C.A. No. 98-316 (SLR))
                                )
MEDTRONIC VASCULAR, INC. and    )
MEDTRONIC USA, INC.             )
                                )
        Defendants.             )

## ORDER

This matter having been brought before the Court by a Joint Motion Concerning

Entry of a Discovery and Briefing Schedule on Plaintiffs' Motion for a Permanent Injunction,

and the Court having reviewed such motion, and for good cause shown,

IT IS HEREBY ORDERED this ____ day of _____, 2007, that the

Court will defer setting a discovery and briefing schedule on Plaintiffs' motion for a permanent

injunction (D.I. 725) until after the Court decides Defendants' motion to stay (D.I. 732).


_____
United States District Judge

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABBOTT CARDIOVASCULAR            )
SYSTEMS, INC. and ABBOTT         )
LABORATORIES, INC.,              )
                                 )
             Plaintiffs,         )        Civil Action No. 98-80 (SLR)
                                 )        (Consolidated with C.A. No. 98-314 (SLR) and
        v.                       )        C.A. No. 98-316 (SLR))
                                 )
MEDTRONIC VASCULAR, INC. and     )
MEDTRONIC USA, INC.              )
                                 )
             Defendants.         )
                                 )

## ORDER

This matter having been brought before the Court by a Joint Motion Concerning

Entry of a Discovery and Briefing Schedule on Plaintiffs' Motion for a Permanent Injunction,

and the Court having reviewed such motion, and for good cause shown,

IT IS HEREBY ORDERED this ____ day of _____, 2007, that,

without prejudice to their motion to stay (D.I. 732), Defendants Medtronic Vascular, Inc. and

Medtronic USA, Inc. shall have six (6) months from the date of this Order to take and complete

*eBay* discovery and file their answering brief in opposition to Plaintiffs' motion for a permanent

injunction (D.I. 725).


_____
United States District Judge