IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | Civil Action No. 98-80 (SLR) (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) <br><br> **REDACTED-- PUBLIC VERSION** |

**ABBOTT'S BRIEF IN OPPOSITION TO MEDTRONIC'S MOTION TO STAY**

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7509
*Attorneys for Plaintiffs Abbott Cardiovascular Systems Inc. and Abbott Laboratories Inc.*

OF COUNSEL:
J. Michael Jakes
Gerald F. Ivey
Michael A. Morin
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000
(202) 408-4400

Original Filing Date: July 23, 2007
Redacted Filing Date: August 6, 2007

# FILED UNDER SEAL

# NOTHING IN D.I. 744 CAN BE MADE PUBLIC

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

I hereby certify that on July 23, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Raphael V. Lupo, Esquire<br>Donna M. Tanguay, Esquire<br>Mark G. Davis, Esquire<br>McDermott, Will & Emery<br>600 13th Street, N.W.<br>Washington, DC 20005 | George M. Sirilla, Esquire<br>William P. Atkins, Esquire<br>Pillsbury Winthrop Shaw Pittman LLP<br>1650 Tysons Boulevard<br>14th Floor<br>McLean, VA 22102-4859 |

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
gaza@rlf.com

RLF1-3173024-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

I hereby certify that on August 6, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Raphael V. Lupo, Esquire<br>Donna M. Tanguay, Esquire<br>Mark G. Davis, Esquire<br>McDermott, Will & Emery<br>600 13th Street, N.W.<br>Washington, DC 20005 | George M. Sirilla, Esquire<br>William P. Atkins, Esquire<br>Pillsbury Winthrop Shaw Pittman LLP<br>1650 Tysons Boulevard<br>14th Floor<br>McLean, VA 22102-4859 |

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
gaza@rlf.com

RLF1-3173024-1