IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 98-80 (SLR) <br> (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) <br><br> **REDACTED PUBLIC VERSION** |

**MEDTRONIC VASCULAR, INC. AND MEDTRONIC USA, INC.'S
REPLY BRIEF IN SUPPORT OF THEIR MOTION
TO STAY** ■■■■■■■■■■■■■■■■■■■■■■■■■■

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
Attorneys for Defendants Medtronic Vascular, Inc.
and Medtronic USA, Inc.

OF COUNSEL:

Kevin S. Rosen
Matthew A. Hoffman
Anthony S. Newman
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
(213) 229-7000

George M. Sirilla
William P. Atkins
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia  22102
(703) 770-7900

Original Filing Date: August 2, 2007
Redacted Filing Date: August 8, 2007

Document Redacted in its Entirety

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 8, 2007, true and correct copies of the foregoing were served on the following counsel in the manner indicated:

**BY HAND**

Frederick L. Cottrell, III
**Richards Layton & Finger**
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Michael A. Morin
**Finnegan Henderson Farabow Garrett & Dunner**
901 New York Ave., NW
Washington, DC  20001-4413

                                        */s/  Leslie A. Polizoti*
                                        Leslie A. Polizoti

423032