IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., <br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC. <br> Defendants. | Civil Action No. 98-80 (SLR) <br> (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) <br><br> REDACTED PUBLIC VERSION |

## SUPPLEMENTAL DECLARATION OF JEFF ALLEN

I, Jeff Allen, declare as follows:

1. I am a Senior Product Development Manager at Medtronic Vascular, Inc. ("Medtronic"). I have personal knowledge of the matters stated herein and, if called upon, I could and would testify competently thereto.

2. I have worked on the development of coronary stents for the past ten (10) years at Medtronic, and am familiar with the stents that Medtronic has offered for sale in that time.

3. As of this date, there are five Medtronic bare-metal stents available in the United States. These include the Driver and MicroDriver coronary stents, the Racer and Assurant peripheral stents, and the Aurora self-expanding stent.

4. The following Medtronic stents are no longer sold in the United States: Microstent II, GFX, GFX 2, GFX 2.5, S540, S660, S670, S7, and BeStent 2.

5. On July 2, 2007, Medtronic announced that a review of data from the Endeavor IV clinical trial indicated that the trial had successfully met its primary, non-inferiority endpoint. The trial demonstrated that Endeavor has a comparable safety and efficacy profile to Boston

Scientific Corporation's Taxus drug-eluting stent. A true and correct copy of a Medtronic News Release, dated July 2, 2007, announcing the results of Endeavor IV is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 1, 2007, at Santa Rosa, California.

_____
Jeff Allen

100269486_1.DOC

```
Original Filing Date: August 2, 2007
Redacted Filing Date: August 8, 2007
```

# EXHIBIT A


*Alleviating Pain - Restoring Health - Extending Life*

# News Release

**Medtronic Media Contacts:**

Martha Goldberg Aronson, Investor Relations, 763-505-2694
Rob Clark, Public Relations, 763-505-2635

**ENDEAVOR IV Clinical Trial Meets Primary Endpoint**

**MINNEAPOLIS - July 2, 2007** - Medtronic, Inc., (NYSE:MDT) today announced that a review of data from the ENDEAVOR IV Clinical Trial indicates that the trial has met its primary, non-inferiority endpoint.

The ENDEAVOR IV Clinical Trial is a randomized, single-blind trial evaluating the safety and efficacy of the Endeavor[a] Drug Eluting Coronary Stent as compared to the TAXUS Paclitaxel-Eluting Coronary Stent System from Boston Scientific Corporation (NYSE: BSX). ENDEAVOR IV is evaluating 1,548 patients at 80 clinical centers in the United States, with a primary endpoint of Target Vessel Failure (TVF - a composite of cardiac death, myocardial infarction and target vessel revascularization) at nine months. Medtronic will submit these data to the U.S. Food and Drug Administration (FDA) in support of the Endeavor Pre-Market Approval (PMA) application and intends to present the final ENDEAVOR IV clinical trial data at the Transcatheter Cardiovascular Therapeutics (TCT) annual conference in Washington, DC, in October 2007.

"The Endeavor stent continues to demonstrate positive results for patients around the world," said Scott Ward, president of the CardioVascular business at Medtronic. "The Endeavor stent has produced excellent results across an extensive clinical program, with long-term clinical follow up extending to three and four years. We have the most comprehensive dossier of clinical data ever produced for a drug eluting stent application in the U.S., with more than 4,100 patients. The Endeavor stent will be reviewed by FDA at a panel this fall, and we continue to anticipate FDA approval later this calendar year."

## About Medtronic
Medtronic, Inc. (www.medtronic.com), headquartered in Minneapolis, is the global leader in medical technology - alleviating pain, restoring health, and extending life for millions of people around the world.

Caution: The Endeavor[a] Drug Eluting Coronary Stent is an investigational device. The device is limited by federal (or United States) law to investigational use only.

- 2 -

Any statements made about anticipated regulatory review or approval are forward-looking statements subject to risks and uncertainties such as those described in Medtronic's Annual Report on Form 10-K for the year ended April 27, 2007. Actual results may differ materially from anticipated results.

-end-

---

Medtronic, Inc. 2007

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 8, 2007, true and correct copies of the foregoing were served on the following counsel in the manner indicated:

**BY HAND**

Frederick L. Cottrell, III
**Richards Layton & Finger**
One Rodney Square
P.O. Box 551
Wilmington, DE  19899


**BY FEDERAL EXPRESS**

Michael A. Morin
**Finnegan Henderson Farabow Garrett & Dunner**
901 New York Ave., NW
Washington, DC  20001-4413


                                                          /s/ Leslie A. Polizoti
                                                          Leslie A. Polizoti

423032