IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | Civil Action No. 98-80 (SLR) <br> (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 8, 2007, copies of (1) Defendants' Requests For Production Of Documents And Things Regarding The *eBay* Factors, and (2) Defendant Medtronic Vascular Inc.'s First Set Of Interrogatories Regarding The *eBay* Factors were served on the following counsel in the manner indicated:

**BY HAND**

Frederick L. Cottrell, III
Richards Layton & Finger
P.O. Box 551
One Rodney Square
Wilmington, DE  19899

**BY FIRST CLASS MAIL**

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow
 Garrett & Dunner
901 New York Avenue
Washington, D.C.  20001-4413

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

_____
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
  Attorneys for Medtronic Vascular, Inc. and
  Medtronic USA, Inc.

OF COUNSEL:

| | |
|---|---|
| Kevin S. Rosen | George M. Sirilla |
| Matthew A. Hoffman | William P. Atkins |
| Anthony S. Newman | PILLSBURY WINTHROP SHAW |
| GIBSON, DUNN & CRUTCHER LLP |   PITTMAN LLP |
| 333 South Grand Avenue | 1650 Tysons Boulevard |
| Los Angeles, CA  90071-3197 | McLean, Virginia  22102 |
| (213) 229-7000 | (703) 770-7900 |

August 8, 2007

382448

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 8, 2007, I served copies of the foregoing to the following counsel in the manner indicated:

### **BY HAND**

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

### **BY FIRST CLASS MAIL**

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden