IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | C. A. No. 98-80 (SLR) <br> (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 13, 2007, copies of Abbott's Request For The Production Of Documents And Things Regarding Abbott's Motion For Permanent Injunction and Abbott's First Set Of Interrogatories Regarding Abbott's Motion For Permanent Injunction were served upon the following counsel in the manner indicated below:

BY E-MAIL & HAND DELIVERY:

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

VIA E-MAIL & FEDERAL EXPRESS:

George M. Sirilla, Esquire
William P. Atkins, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
14th Floor
McLean, VA 22102-4859

|  |  |
|---|---|
| OF COUNSEL:<br><br>J. Michael Jakes<br>Gerald F. Ivey<br>Gerson S. Panitch<br>Michael A. Morin<br>FINNEGAN, HENDERSON, FARABOW<br>   GARRETT & DUNNER, L.L.P.<br>1300 I Street, N.W., Suite 700<br>Washington, D.C. 20005<br>(202) 408-4000<br><br>Dated: August 13, 2007 | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>Attorneys for<br>Advanced Cardiovascular Systems, Inc. and<br>Guidant Sales Corporation |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347


I hereby certify that on August 13, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

George M. Sirilla, Esquire
William P. Atkins, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
14th Floor
McLean, VA 22102-4859

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
gaza@rlf.com

RLF1-3173024-1