IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 98-80 (SLR) <br><br> (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 17, 2007, copies of *Defendants' Second Request for Production of Documents and Things Regarding the eBay Factors* were served on the following counsel in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY**

Frederick L. Cottrell, III
Richards Layton & Finger
P.O. Box 551
One Rodney Square
Wilmington, DE 19899

**BY ELECTRONIC**
**and FIRST CLASS MAIL**

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow
  Garrett & Dunner
901 New York Avenue
Washington, D.C. 20001-4413

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Richard J. Bauer*

---

Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
Richard J. Bauer (#4828)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for Medtronic Vascular, Inc. and
  Medtronic USA, Inc.

OF COUNSEL:

Kevin S. Rosen
Matthew A. Hoffman
Anthony S. Newman
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000

George M. Sirilla
William P. Atkins
PILLSBURY WINTHROP SHAW
  PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7900

August 17, 2007

382448

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 17, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to:

> Frederick L. Cottrell, III
> Anne Shea Gaza
> Richard Layton & Finger

I further certify that on August 17, 2007 I served copies of the foregoing to the following counsel in the manner indicated:

> **BY ELECTRONIC MAIL**
> **and HAND DELIVERY**
>
> Frederick L. Cottrell, III
> Anne Shea Gaza
> Richards Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
>
> **BY ELECTRONIC**
> **and FIRST CLASS MAIL**
>
> J. Michael Jakes
> Michael A. Morin
> Finnegan Henderson Farabow Garrett & Dunner LLP
> 901 New York Avenue, NW
> Washington, DC 20001-4413

/s/ Richard J. Bauer
Richard J. Bauer (#4828)
rbauer@mnat.com