IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | C.A. No. 98-80 (SLR) <br> (Consolidated with <br> C.A. No. 98-314 (SLR) and <br> C.A. No. 98-316 (SLR)) |

## DEFENDANTS' NOTICE OF SUBPOENA OF DR. JOEL K. KAHN

PLEASE TAKE NOTICE that the subpoena attached hereto as Exhibit 1 will be served upon Dr. Joel K. Kahn, Michigan Heart Group, 4600 Investment Drive, Suite 200, Troy, MI, 48098.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Defendants Medtronic Vascular, Inc.
and Medtronic USA, Inc.

OF COUNSEL:

| | |
|---|---|
| Kevin S. Rosen<br>Matthew A. Hoffman<br>Anthony S. Newman<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>(213) 229-7000 | George M. Sirilla<br>William P. Atkins<br>PILLSBURY WINTHROP SHAW<br>  PITTMAN LLP<br>1650 Tysons Boulevard<br>McLean, Virginia  22102<br>(703) 770-7900 |

August 21, 2007

1216065

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 21, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to:

>Frederick L. Cottrell, III
>Anne Shea Gaza
>Richard Layton & Finger

I further certify that on August 21, 2007 I served copies of the foregoing to the following counsel in the manner indicated:

### BY HAND & EMAIL

>Frederick L. Cottrell, III
>Anne Shea Gaza
>Richards Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19899

### BY EMAIL

>J. Michael Jakes
>Michael A. Morin
>Finnegan Henderson Farabow Garrett & Dunner LLP
>901 New York Avenue, NW
>Washington, DC 20001-4413

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)