IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 98-80 (SLR) <br> ) (Consolidated with <br> ) C.A. No. 98-314 (SLR) and <br> ) C.A. No. 98-316(SLR)) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Mark H. Lyon and Frederick Chung of GIBSON, DUNN & CRUTCHER LLP, 1881 Page Mill Road, Palo Alto, CA 94304 to represent defendants Medtronic Vascular, Inc. and Medtronic USA, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden

---

Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
  *Attorneys for Medtronic Vascular, Inc.
  and Medtronic USA, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

---
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: August 27, 2007

H. Mark Lyon
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5300

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: August 27, 2007

Frederick Chung
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5300

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 27, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to:

>  Frederick L. Cottrell, III
>  Anne Shea Gaza
>  Richard Layton & Finger

I further certify that on August 27, 2007 I served copies of the foregoing to the following counsel in the manner indicated:

### BY HAND & EMAIL

>  Frederick L. Cottrell, III
>  Anne Shea Gaza
>  Richards Layton & Finger
>  One Rodney Square
>  P.O. Box 551
>  Wilmington, DE  19899

### BY EMAIL

>  J. Michael Jakes
>  Michael A. Morin
>  Finnegan Henderson Farabow Garrett & Dunner LLP
>  901 New York Avenue, NW
>  Washington, DC 20001-4413

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden