IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | C. A. No. 98-80 (SLR) <br> (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 7, 2007, copies of Abbott's Responses To Defendant Medtronic Vascular Inc.'s First Set of Interrogatories Regarding The *eBay* Factors and Abbott's Responses and Objections To Defendants' First and Second Requests For Production of Documents and Things Regarding The *eBay* Factors were served upon the following counsel in the manner indicated below:

BY E-MAIL & HAND DELIVERY:

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

VIA E-MAIL & FEDERAL EXPRESS:

Matthew Hoffman, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avgneue
Los Angeles, CA   90071-3197

RLF1-3197892-1

OF COUNSEL:

J. Michael Jakes
Gerald F. Ivey
Gerson S. Panitch
Michael A. Morin
FINNEGAN, HENDERSON, FARABOW
    GARRETT & DUNNER, L.L.P.
1300 I Street, N.W., Suite 700
Washington, D.C. 20005
(202) 408-4000

*Anne Shea Gaza (by Jameson Tweedie, #4927)*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for
Advanced Cardiovascular Systems, Inc. and
Guidant Sales Corporation

Dated: September 7, 2007

RLF1-3197892-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2007, I caused to be served by e-mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

I hereby certify that on September 7, 2007, I have sent by e-mail and Federal Express the foregoing document to the following non-registered participants:

Matthew Hoffman, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avgneue
Los Angeles, CA 90071-3197

Jameson A.L. Tweedie (#4927)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
tweedie@rlf.com

RLF1-3173024-1