## EXHIBIT A

## DOCUMENTS AND THINGS TO BE PRODUCED BY GARY SCHNEIDERMAN, Ph.D.

**REQUEST NO. 1:**

All documents, things, reports, books, or other material provided to you in this action or upon which you rely as the basis for your opinions and conclusions in your Declaration, including but without limitation, all such documents which you, or others at your direction, have generated.

**REQUEST NO. 2:**

A current resume.

**REQUEST NO. 3:**

Any and all reports, writings, analyses and/or statements prepared by you in connection with your activities as a witness or declarant herein, and all drafts or earlier versions thereof.

**REQUEST NO. 4:**

All correspondence, including but without limitation, correspondence by electronic mail, between you and Plaintiffs' attorneys or other agents in connection with this action.

**REQUEST NO. 5:**

All notes or memoranda made by you in connection with your activities as a witness or declarant, or in connection with any assignment to form any opinions herein, including but without limitation, all notes of conversations with Plaintiffs' attorneys or other agents in connection with this action.

**REQUEST NO. 6:**

Any and all speeches, presentations, and/or articles you have authored or prepared, including but without limitation, those you have relied on and/or that relate to the subject matter of your Declaration filed in this action.

1

**REQUEST NO. 7:**

All documents relating to any testimony you have given, whether by deposition, trial or otherwise, in any proceeding at any time, including a transcript of any such testimony.

**REQUEST NO. 8:**

All documents provided to you by Plaintiffs' attorneys or other agents in connection with this action.

**REQUEST NO. 9:**

All instructional materials you prepared and/or utilized in connection with any courses and/or seminars you have taught, and/or lectures you have given, relating to the subject matters of your Declaration filed in this action.

**REQUEST NO. 10:**

All notes or outlines you prepared and/or utilized in connection with your teaching, lecturing, advising, counseling, or commenting on subject matters relating to your Declaration filed in this action.

**REQUEST NO. 11:**

All documents and things you considered or reviewed in the preparation of your Declaration in this action.

**REQUEST NO. 12:**

All documents relating to all licenses, assignments, technology transfer agreements, settlement agreements, or other agreements to which Plaintiffs are, were, or considered becoming a party to, since 1997, and that license or purport to license to any party the right to make, use, import, or sell any Stent product or the right to use any technology, intellectual property rights, know-how, or trade secrets relating to the design, manufacture, or use of Stents.

**REQUEST NO. 13:**

Plaintiffs' policies and practices relating to the licensing of intellectual property rights, including but not limited to intellectual property relating to Stent products.