IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | C.A. No. 98-80 (SLR) <br> (Consolidated with <br> C.A. No. 98-314 (SLR) and <br> C.A. No. 98-316 (SLR)) |

**DEFENDANTS' NOTICE OF DEPOSITION PURSUANT
TO FED. R. CIV. P. 30(b)(1) FOR ADRIA SPANO**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(1), defendants Medtronic Vascular, Inc. and Medtronic USA, Inc. (collectively "Medtronic") will take the deposition, upon oral examination, of Adria Spano before a Notary Public or other officer authorized by law to administer an oath. The deposition will take place at the offices of Gibson, Dunn & Crutcher LLP, 1881 Page Mill Road, Palo Alto, CA on September 28, 2007 at 9:30 a.m. The deposition will continue from day to day until concluded. The deposition will be recorded stenographically and may be videotaped.

Medtronic further requests that the deponent produce the documents requested in Exhibit A hereto on or before September 13, 2007. The attached requests are subtopics of Medtronic's First Requests for Production of Documents and Things regarding the *eBay* factors. Nonetheless, Medtronic propounds these specific requests so that responsive documents are produced and segregated in a manner whereby the documents in the witness' possession can be readily identified.

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Karen Jacobs Louden*
                    Karen Jacobs Louden (#2881)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899-1347
                    (302) 658-9200
                    Attorneys for Defendants Medtronic Vascular, Inc.
                    and Medtronic USA, Inc.

OF COUNSEL:

| | |
|---|---|
| Kevin S. Rosen | George M. Sirilla |
| Matthew A. Hoffman | William P. Atkins |
| Anthony S. Newman | PILLSBURY WINTHROP SHAW |
| GIBSON, DUNN & CRUTCHER LLP |   PITTMAN LLP |
| 333 South Grand Avenue | 1650 Tysons Boulevard |
| Los Angeles, CA 90071-3197 | McLean, Virginia 22102 |
| (213) 229-7000 | (703) 770-7900 |

September 11, 2007

1231172

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 11, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to:

Frederick L. Cottrell, III
Anne Shea Gaza
Richard Layton & Finger

I further certify that on September 11, 2007 I served copies of the foregoing to the following counsel in the manner indicated:

### BY HAND & EMAIL

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

### BY EMAIL

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

/s/ *Karen Jacobs Louden*
_____
Karen Jacobs Louden