IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 98-80 (SLR) (Consolidated with C.A. No. 98-314 (SLR) and |
| v. | ) ) | C.A. No. 98-316 (SLR)) |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AMENDING PROTECTIVE ORDER**

IT IS HEREBY STIPULATED by the parties hereto, subject to Court approval, that the Protective Order filed July 31, 2000 (D.I. 189), signed by the Court on August 2, 2000, amended on February 5, 2002 (D.I. 251), amended again on December 19, 2005 (D.I. 694), and amended again on June 5, 2006 (D.I. 700), be further amended to replace paragraph 4(a) with the following new paragraph 4(a):

"4(a). Pillsbury Winthrop Shaw Pittman LLP; Gibson Dunn & Crutcher, LLP; McDermott, Will & Emery LLP; Foley and Lardner LLP, and Morris, Nichols, Arsht & Tunnell LLP, attorneys of record for Medtronic Vascular, Inc., and Medtronic USA, Inc., and their stenographic, clerical and paralegal employees whose duties and responsibilities require access to such materials;"

AGREED:

|  |  |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Kevin S. Rosen<br>Matthew A. Hoffman<br>Anthony S. Newman<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>(213) 229-7000 | */s/ Karen Jacobs Louden*<br>_____<br>Karen Jacobs Louden (#2881)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 651-7700<br>*Attorneys for Defendants*<br>*Medtronic Vascular* |
| George M. Sirilla<br>William P. Atkins<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard<br>McLean, Virginia 22102<br>(703) 770-7900 | *Inc. and Medtronic USA, Inc..* |
|  | RICHARDS, LAYTON & FINGER |
| OF COUNSEL: | */s/ Anne Shea Gaza*<br>_____<br>Frederick L. Cottrell, III (#2555) |
| J. Michael Jakes<br>Gerald F. Ivey<br>Michael A. Morin<br>FINNEGAN, HENDERSON,<br> FARABOW, GARRETT &<br> DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C.  20001-4413<br>(202) 408-4000 | cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899<br>(302) 651-7700<br>*Attorneys for Plaintiffs Abbott*<br>*Cardiovascular Systems Inc. and Abbott*<br>*Laboratories Inc.* |

Dated: September 12, 2007

IT IS SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

1227637.1