IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 98-80 (SLR) (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |
| v. | ) ) ) | |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 12, 2007, copies of *Defendants' Responses to Abbott's First Set of Interrogatories Regarding Abbott's Motion for Permanent Injunction* and *Defendants' Responses to Abbott's Requests for Production of Documents and Things Regarding Abbott's Motion for Permanent Injunction* were served on the following counsel in the manner indicated:

**BY HAND & E-MAIL**

Frederick L. Cottrell, III
Richards Layton & Finger
P.O. Box 551
One Rodney Square
Wilmington, DE 19899

**BY E-MAIL**

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow
 Garrett & Dunner
901 New York Avenue
Washington, D.C. 20001-4413

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Karen Jacobs Louden*

                                        Karen Jacobs Louden (#2881)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, Delaware  19899-1347
                                        (302) 658-9200
                                            *Attorneys for Medtronic Vascular, Inc. and
                                            Medtronic USA, Inc.*

OF COUNSEL:

Kevin S. Rosen                          George M. Sirilla
Matthew A. Hoffman                      William P. Atkins
Anthony S. Newman                       PILLSBURY WINTHROP SHAW
GIBSON, DUNN & CRUTCHER LLP               PITTMAN LLP
333 South Grand Avenue                  1650 Tysons Boulevard
Los Angeles, CA  90071-3197             McLean, Virginia  22102
(213) 229-7000                          (703) 770-7900


September 12, 2007
382448

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 12, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III

I also certify that copies were caused to be served on September 12, 2007, upon the following in the manner indicated:

### BY HAND & E-MAIL

Frederick L. Cottrell, III
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

### BY E-MAIL

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

*/s/ Karen Jacobs Louden*

_____
Karen Jacobs Louden