# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 98-80 (SLR) <br> ) (Consolidated with C.A. No. 98-314 <br> ) (SLR) and C.A. No. 98-316 (SLR)) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 14, 2007, copies of the Responses and Objections To Defendants' Requests For Documents and Things To Be Produced By Gary Schneiderman, Ph.D. were served upon the following counsel in the manner indicated below:

BY HAND DELIVERY:

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

VIA FEDERAL EXPRESS:

Matthew Hoffman, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avgneue
Los Angeles, CA  90071-3197

|  |  |
|---|---|
| OF COUNSEL:<br><br>J. Michael Jakes<br>Gerald F. Ivey<br>Gerson S. Panitch<br>Michael A. Morin<br>FINNEGAN, HENDERSON, FARABOW<br>   GARRETT & DUNNER, L.L.P.<br>1300 I Street, N.W., Suite 700<br>Washington, D.C. 20005<br>(202) 408-4000<br><br>Dated: September 14, 2007 | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>Attorneys for Advanced Cardiovascular Systems,<br>Inc. and Guidant Sales Corporation |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

I hereby certify that on September 14, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

Matthew Hoffman, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avgneue
Los Angeles, CA 90071-3197

　　　　　　　　　　　　　　　　　/s/ Anne Shea Gaza
　　　　　　　　　　　　　　　　　Anne Shea Gaza (#4093)
　　　　　　　　　　　　　　　　　Richards, Layton & Finger, P.A.
　　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　P.O. Box 551
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　　　　　　　(302) 651-7700
　　　　　　　　　　　　　　　　　gaza@rlf.com

RLF1-3173024-1