# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
(302) 351-9227
(302) 425-4681 Fax
klouden@mnat.com

September 28, 2007

**BY E-FILING**

The Honorable Sue L. Robinson            **PUBLIC VERSION**
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:   *Abbott Cardiovascular Sys., Inc. et al. v. Medtronic Vascular, Inc., et al.*, C.A. No. 98-80 (SLR)

Dear Judge Robinson:

    In anticipation of today's discovery teleconference scheduled for 2:30 pm, we enclose materials to which we may refer during the conference.

                            Respectfully,

                            Karen Jacobs Louden

/cbh
Enc.
cc:    Clerk of the Court (by hand) (w/enc.)
        Frederick L. Cottrell, III, Esq. (by hand and email) (w/enc.)
        Kevin S. Rosen, Esq. (by email) (w/enc.)
        Andrew J. Vance, Esq. (by email) (w/enc.)

Original Filed: September 28, 2007
Public Version Filed September 28, 2007

1247131