IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 98-80 (SLR) (Consolidated with C.A. No. 98-314 (SLR) and |
| v. | ) ) | C.A. No. 98-316 (SLR)) |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANTS' NOTICE OF SUBPOENA OF ADRIA SPANO

PLEASE TAKE NOTICE that the subpoena attached hereto as Exhibit 1 will be served upon Adria Spano, 9530 Estates Drive, Gilroy, CA 95020-9192.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Defendants Medtronic Vascular, Inc.
and Medtronic USA, Inc.

OF COUNSEL:

| | |
|---|---|
| Kevin S. Rosen | George M. Sirilla |
| Matthew A. Hoffman | William P. Atkins |
| Anthony S. Newman | PILLSBURY WINTHROP SHAW |
| GIBSON, DUNN & CRUTCHER LLP |   PITTMAN LLP |
| 333 South Grand Avenue | 1650 Tysons Boulevard |
| Los Angeles, CA  90071-3197 | McLean, Virginia  22102 |
| (213) 229-7000 | (703) 770-7900 |

October 10, 2007

1258320

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 10, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to:

>Frederick L. Cottrell, III
>Anne Shea Gaza
>Richard Layton & Finger

I further certify that on October 10, 2007 I served copies of the foregoing to the following counsel in the manner indicated:

### **BY HAND & EMAIL**

>Frederick L. Cottrell, III
>Anne Shea Gaza
>Richards Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19899

### **BY EMAIL**

>J. Michael Jakes
>Michael A. Morin
>Finnegan Henderson Farabow Garrett & Dunner LLP
>901 New York Avenue, NW
>Washington, DC 20001-4413

>*/s/ Karen Jacobs Louden (#2881)*
>Karen Jacobs Louden (#2881)