IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC.,<br><br>             Plaintiffs,<br><br>v.<br><br>MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC.,<br><br>             Defendants. | C.A. No. 98-80 (SLR)<br>(Consolidated with<br>C.A. No. 98-314 (SLR) and<br>C.A. No. 98-316 (SLR)) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, as follows:

1. Adria Spano is available for deposition and her deposition will be taken on October 23, 2007 at 9:00 a.m. PDT at the offices of Gibson, Dunn & Crutcher, LLP in Palo Alto, California.

2. The time for Medtronic to file its answering brief in opposition to Plaintiff's Motion For Permanent Injunction (D.I. 725) is hereby extended through and including November 1, 2007.

3. The time for plaintiffs to file their reply brief in support of their motion is hereby extended through and including November 19, 2007.

| RICHARDS LAYTON & FINGER | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Anne Shea Gaza* | */s/ Karen Jacobs Louden* |
| Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>Attorneys for Plaintiffs Abbott Cardiovascular Systems Inc. and Abbott Laboratories, Inc. | Karen Jacobs Louden (#2881)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Attorneys for Defendants Medtronic Vascular, Inc. and Medtronic USA, Inc. |

SO ORDERED this _____ day of _____, 2007.

_____
J.

1269871