# EXHIBIT A

Case 1:98-cv-00080-SLR    Document 796-2    Filed 11/08/2007    Page 2 of 3



2006
SONOMA COUNTY
Economic & Demographic Profile Series

Center for Economic Development

## Largest Employers

*Overview*

The largest employers for the county are included to demonstrate which industries employ the largest number of workers. From this information, it can be assumed which industries are the most competitive (unless there is no competition in the given field), and which jobs are the highest in demand.

*Sonoma County*

In 2005, there were five companies with 1,000 to 4,999 employees, and one business with 5,000, according to the North Bay Business Journal. In addition, there were fourteen establishments with 500 or more employees. As detailed in section 6.3, the services sector accounted for the largest percent of employees in the county, while government and public administration and retail trade employees also made up a significant portion of employment. The following table is ranked by number of employees for the largest private employers in the county.

Sonoma County Largest Employers, 2005

| Employer | Number of Employees |
| --- | --- |
| County of Sonoma | 5,000 |
| Kaiser Permanente | 2,200 |
| St. Joseph Health System | 1,918 |
| Agilent Technologies | 1,900 |
| Medtronic Vascular | 1,290 |
| Sutter Medical Center of Santa Rosa | 1,024 |
| Safeway, Inc. | 960 |
| Kendall-Jackson Wine Estates | 920 |
| Home Depot | 900 |
| Amy's Kitchen | 832 |
| JDS Uniphase Corporation | 800 |
| Albertsons, Inc. | 780 |
| River Rock Casino | 701 |
| Hansel Auto Group | 652 |
| Wal-Mart Stores, Inc. | 610 |
| AT&T California | 600 |
| State Farm Insurance Company | 566 |
| Washington Mutual | 560 |
| Longs Drug Stores, Inc. | 550 |
| Beam Wine Estates | 500 |