# EXHIBIT A

Rodney S. Badger, M.D.                                                    Curriculum Vitae

# CURRICULUM VITAE

### Rodney S. Badger, M.D., F.A.C.C.

**Fellow American College of Cardiology**

**Adjunct Associate Professor of Medicine.  University of Utah**

**Work Address:**
Central Utah Medical Clinic
1055 North 500 West
Provo, Utah 84604
801 373 4366/ Fax 801 429 8191

| | |
|---|---|
| **DATE/PLACE OF BIRTH:** | July 13, 1952, San Francisco, CA. |
| **CITIZENSHIP:** | United States. |
| **MARITAL STATUS:** | Married. six children |

**EDUCATION:**
1970- 71,73-74:  Brigham Young University, Provo, UT
1974 -76:  B.A. Honors, Stanford University, Stanford, CA.
1976- 80:  M.D. University of California, San Diego.

**POST-GRADUATE TRAINING:**
1980-1981:  Intern, Internal Medicine, University of Washington, Seattle, WA.
1981-1983:  Resident, Internal Medicine, University of Washington, Seattle, WA.
1983-1985:  Cardiology Fellow, University of Washington,  Seattle, WA.

**PRIOR PRACTICE:**        1985 – 1992  Pinole Cardiology Group.  Pinole, California

**HOSPITAL APPOINTMENT:**    1997 → 2005: Chairman Cardiovascular Medicine.  UVRMC. Provo, UT
1993-1996:  Medical Director, Coronary Care Unit.  UVRMC. Provo, UT

**Utah Valley Regional Medical Center (UVRMC)**
1034 North 500 West
Provo, Utah 84604
Telephone 801 373 7850
Coronary Care Unit  801 379 7152

**HONORS**:  1970: Honors Program, Brigham Young University.
1973: Ernest L. Wilkinson Leadership Scholarship, Brigham Young University.
1974: Honors Program, Stanford University.
1975: Ford Fellowship for Research in Health Sciences in Latin America,
Brazil. Stanford University.
1976: Phi Beta Kappa, Beta of California at Stanford University.
1978: National Student Research Forum, Galveston, Texas.
1980: Honorable Mention, Samuel B. Hamburger Memorial Research Award.
U.C. San Diego School of Medicine.
1988: Elected to Fellowship in the American College of Cardiology
1990: Awarded U.S. Patent # 4,898,577. "Guiding Catheter with Controllable Distal Tip."

**BOARD CERTIFICATION:**    Certified Diplomat– **Interventional Cardiology**
American Board of Internal Medicine
#89968  October 1999

Certified Diplomat-**Cardiovascular Disease**
American Board of Internal Medicine
# 89968 - Nov 20, 1985.

Certified Diplomat- **Internal Medicine**
American Board of Internal Medicine
#089968 - September 14, 1983.

Diplomat, National Board of Medical Examiners,
#233133 - July 1, 1981.

**Fellowship in American College of Cardiology**
Elected August 22, 1988
Fellow # 601626

**LICENSURE TO PRACTICE:**    **State of California:**    License No. G54507
Date issued:  April 1985
**State of Utah:**    License No. 10654-10010
Date issued:  July 19, 1991
**State of Washington:**    License No. 0019214
Date issued:  July 1981

**DEA REGISTRATION:**    DEA # AB 9638997

**MEDICAL ASSOCIATIONS:**    • American Heart Association
• American College of Cardiology - Fellow #601626
• Alameda-Contra Costa County Medical Association
• American Society of Echocardiography #3703

**SPECIAL EXPERIENCE**:    • Missionary to Brazil 1971 - 1973.
Church of Jesus Christ of Latter-day Saints
• **Deseret International** 1992 - Present  (Humanitarian Foundation)
Project Director for Brazil    1991 - Present
Board of Directors    1996 - Present

# PUBLICATIONS

## PRIMARY AUTHORSHIP

**Rodney S Badger, MD,** B Greg Brown, MD, J Ward Kennedy MD, Christian A Gallery, BS, Detlef Mathey, MD, Edward L Bolson, MS, Harold T Dodge, MD. Usefulness of recanalization to luminal diameter of 0.6 millimeter or more with intracoronary streptokinase during acute myocardial infarction in predicting "normal" perfusion status, continued arterial patency and survival at one year. Am. J. Cardio. 1987 Mar 1;59(6):519-22.

**Rodney S Badger, MD,** B Greg Brown, MD, PhD, Martin A Josephson, MD, Edward L Bolson, MS, Harold T Dodge, MD: Hyperemic Myocardial Perfusion Imaging for Noninvasive detection of Coronary Disease in Man: Comparison of Treadmill Exercise and Intravenous Dipyridamole Infusion. Can J Cardiol 1986 July; Suppl A: 186A-194A

**Rodney S Badger, MD,** B Greg Brown, MD, PhD, Christian A Gallery, BS, Edward L Bolson, MS, Harold T Dodge, MD: Coronary Artery Dilation and Hemodynamic Responses After Isosorbide Dinitrate Therapy in Patients with Coronary Artery Disease. Am. J. Cardio. 1985 Sep 1; 56(7) :390-5.

**Rodney S Badger:** Health Care in Brazil: A Qualitative Case Study of Government and Private Medicine in Londrina, Parana, Brazil. Ford Fellowship Honors Thesis. Stanford University Press, 1976.

**Rodney S. Badger, M.D.** *Heart Smart*. Books Online. 1998. www.booksol.com

## CO-AUTHOR

Kent G. Meredith, **Rodney S. Badger,** Anwar Tandar, Heidi T. May, Tami L. Bair, Douglas L. Kosmicki, Andrew D. Michaels, Jeffrey L. Anderson, Benjamin D. Horne, Joseph B. Muhlestein. Stent Thrombosis in the Modern Drug-eluting Stent Era compared to the Bare-Metal Stent Era: A Comparison from a Large Clinical Registry Department of Cardiovascular Medicine, LDS Hospital, and the Division of Cardiology, University of Utah, Salt Lake City, UT, USA

Jason M Lappe, Joseph B Muhlestein, Donald L Lappe, **Rodney S Badger**. Improvements in 10Year Cardiovascular Clinical Outcomes Associated with a Hospital-Based Discharge Medication Program. Annals 2004 141: 446-453

B Greg Brown,MD,PhD, Christian A Gallery,BA, **Rodney S Badger,MD,** J Ward Kennedy,MD, Detlef Mathey,MD, Edward L Bolson,MS, Harold T. Dodge,MD  Incomplete lysis of thrombus in the moderate underlying atherosclerotic lesion during intracoronary infusion of streptokinase for acute myocardial infarction: quantitative angiographic observations. Circulation 1986 Apr; 73(4):653-61.

B Greg Brown, MD, PhD, Christian A Gallery, BS, **Rodney S Badger, MD,** J Ward Kennedy, MD, Detlef Mathey, MD, Edward L Bolson, MS, Harold T Dodge, MD: Quantitative Arteriographic Analysis of the Thrombolytic Recanalization of Acutely Occluded Coronary Arteries in Man. Circulation 1986 Apr; 73(4): 653-61.

Adam P. Angeles, **Rodney S. Badger,** Harry E. Gruber, J. Edwin Seegmiller. Chondrocyte Growth Inhibition Induced by Homogentisic Acid and its Partial Prevention with Ascorbic Acid. J Rheumatol 1989 Apr; 16(4):512-517

The TIMI Study Group, **Rodney S Badger, MD,** Co-Investigator. Intravenous Recombinant Tissue-type Plasminogen Activator in Patients with Acute Myocardial Infarction: A Report from the NHLBI Thrombolysis in Myocardial Infarction Trial. Circulation 73: 338-346, 1986.

The TIMI Study Group, **Rodney S Badger, MD,** Co-Investigator. The Thrombolysis in Myocardial Infarction (TIMI) Trial - Phase I Findings. NEJM 312: 933, 1985

The TIMI Study Group, **Rodney S Badger, MD,** Co-Investigator. Thrombolysis in Myocardial Infarction (TIMI) Trial-Phase I: Hemorrhagic Manifestations and Changes in Plasma Fibrinogen and the Fibrinolytic System in Patients Treated With Recombinant Tissue Plasminogen Activator and Streptokinase. J Am Coll Cardiol 1988;11:1-11.

June K Dunnick, PhD, **Rodney S Badger, BA**, Y Takeda, Joseph P Kriss, MD:  Vesicle Interactions with Antibody and Peptide Hormone:  Role of Vesicle Composition.  J Nucl Med 1976 Dec; 17(12): 1073-6.

## ABSTRACTS PUBLISHED  (Principal Author)

**Rodney S Badger, MD**, B. Greg Brown, MD, PhD, J. Ward Kennedy, MD, Christian A. Gallery, BS, Detleff Mathey, MD, Edward L. Bolson, MS, Harold T. Dodge, MD:  The Diameter of the Streptokinase-Recanalized Coronary Lumen Predicts Reperfusion Quality and Reocclusion Risk.  JACC 5: 421, 1985. (Volume 5, No. 2, Part 2)

**Rodney S Badger, MD**, B Greg Brown, MD, PhD, Christian A Gallery, BS, Edward L Bolson, MS, Harold T Dodge, MD:  Coronary Artery Dilation and Hemodynamic Responses Following Isosorbide Dinitrate in Patients with Coronary Artery Disease (abstr).  Circulation 70(2): II-189 (Abstract #755), 1984.

**Rodney S Badger, MD**, B Greg Brown, MD, PhD, Martin A Josephson, MD, Edward L Bolson, MS, Harold T Dodge, MD:  Hyperemic Myocardial Perfusion Imaging for Noninvasive Detection of Disease in Man: Comparison of Treadmill Exercise and Intravenous Dipyridamole Infusion.  Abstract #28; International Symposium- Diagnosis of Myocardial Ischemia in Man. Pisa, Italy. May 15-17, 1985.

Abstract # 1775: **Rodney S Badger**, J Edwin Seegmiller:  Ochronotic Arthritis:  Inhibition of Homogentisic Acid Toxicity on Chondrocytes by Ascorbic Acid.  International Symposium of the Spine, 1978.  Prague, Czechoslovakia.

Abstract #0103:  Jorge F Saucedo….. **Rodney Badger**.  Long Term Clinical Importance of Coronary Artery Dissections: Insights from the BOAT Trial.  AHA 71st Scientific Sessions.

## CO-INVESTIGATOR PUBLICATIONS (Multi Center Research)

**The AVE Stent: Acute Angiographic Results of the SMART Trial**  Richard Heuser, Richard Kuntz, Jeffrey Popma, Beth Pino-Mauch, Cindy Senerchia, Richard Miller, Allen Young, **Rodney Badger**.  European Society of Cardiology. August 24-28, 1997.  Stockholm, Sweden.

Bittle JA, Strony J, Brinker JA, Ahmed WA, Meckel CR, Chaitman BR, Maraganore J, Deutsch E, Adelman B, on behalf of the Hirulog Angioplasty Study Investigators.  **Treatment with bivalirudin (Hirulog) as compared with heparin during coronary angioplasty for unstable or postinfarction angina.**  N Engl J Med 1995;333: 764-769

**Dissections Following Elective Coronary Stent Placement:  Early Outcome and Predictors.  A Report from the STARS Randomized Trial.**  Jorge F. Saucedo, J. David Talley……….**Rodney S. Badger.**
Abstract AHA November 1998

Long Term Clinical Importance of Coronary Artery Dissections. Insights From the BOAT Trial. Jorge F. Saucedo, J. David Talley…….**Rodney S. Badger**.
Abstract AHA November 1998

## PRESENTATIONS / SCIENTIFIC

1. Cardiology Symposium.  Speaker / Faculty  May 2000.  Cedars Medical Center.  Miami Florida

2. Paris Course on Revascularization May 2000.  Taxol Coated Stent Delivery Systems / Paris, France May 2000

3. Brazil 1994: Congresso Cardiologia Brasileiro.  Porto Alegre, RS.  Brazil.  Presentation on Rotoblator Atherectomy.

4. Brazil July 1988.  Two week trip including scientific presentations and PTCA symposiums with live case presentations.  Cities visited include Rio de Janeiro, Belo Horizonte, Porto Alegre, Londrina, and Sao Paulo.  Sponsored by Advanced Cardiovascular Systems, Santa Clara, California and RochaMed Curitiba, Brazil.

5.   Abstract #1775. 34th Annual Scientific Session. American College of Cardiology.  Anaheim, California.
     March 12, 1985.

6.   Abstract #28. Diagnosis of Myocardial Ischemia in Man.  Pisa, Italy May 15-17, 1985.

7.   Abstract #755.American Heart Association 57th Scientific Session.  November 13, 1984.  Miami Beach,
     Florida.

8.   Participant:  Symposium on Nitrates in Coronary Heart Disease and Congestive Heart Failure.
     Stockholm, Sweden. Karolinska Institute. May 4, 1984.  Abstract presented.

9.   Participant:  1st International Symposium on Isosorbide Dinitrate.  Paris, France.  March 2, 1984.
     Abstract presented.

10.  Participant:  IInd Prague Symposium on Rheumatology.  Prague, Czechoslovakia.  June 11-14, 1978.
     Abstract presented.

11.  Abstract:  1978 AMSA-UTMB National Student Research Forum.  Galveston, Texas.  April 26-29, 1978.

12.  Abstract:  VIth Western Regional Conference on Rheumatic Diseases.  Scottsdale, Arizona.  November
     18-19, 1977.

**ACADEMIC APPOINTMENT:**

Physician/Consultant 1985-89
Medical Service/Cardiology
University of California, Davis
Martinez VA Medical Center
150 Muir Road
Martinez, CA  94553

Adjunct Professor of Medicine
Division of Cardiology / Department of Medicine
University of Utah
50 North Medical Drive
Salt Lake City, Utah 84132

**CONSULTANT:**

1986-2003
Advisory Board/Scientific Council
ACS/Guidant Corp                        Medtronic Vascular
3200 Lakeside Drive
Santa Clara, CA 95052
408 235 300

2003-Present
Consultant

3576 Unocal Place
Santa Rosa, CA 95403

Biocardia, Inc
Scientific Advisory Board
384 Oyster Pt Blvd #5
South San Francisco, CA 94080

Endomatrix
Scientific Advisory Board
100 B Street
Santa Rosa, CA 95401

**MEDICAL-LEGAL  CONSULTANT:**

Cordis vs AVE Patent Infringement Case
Morgan, Lewis, & Bockius
Washington, D.C.
Jan 2000 - 2002

# United States Patent

**Patent Number:  4,898,577**
Date of Patent:  Feb. 6, 1990

## GUIDING CATHETER WITH CONTROLLABLE DISTAL TIP

Inventors:    Rodney S. Badger, Moraga
              Lawrence D. Wasicek, Sunnyvale
              Bruce H. Wand, San Jose

Assignee:  Advanced Cardiovascular Systems, Inc, Santa Clara, California

Appl. No.:  250,709

### ABSTRACT

Guiding catheter and method of using the same in a cardiovascular procedure such as coronary angioplasty.  The catheter has an elongated shaft with a deflectable distal portion.  One lumen extends through the elongated shaft to form a passageway through which a dilation catheter can be introduced.  A second smaller lumen extends through the shaft......

**Patent Number:  5,030,204**

# Deseret International

Member Board of Directors: 1992 – Present

Description:  Humanitarian Foundation (NGO) dedicated to facilitating medical care and surgical procedures to indigent people in Third World countries.  See our web site at: www.deseret-international.org

Special Projects:

1.  Brazil:  In Belo Horizonte, Brazil director of efforts to provide corneas for cornea transplant, a hospice for rural patients to obtain housing pre and post surgery, and facilitation of health care to indigent rural patients.

2.  Harare, Zimbabwe:  Director of efforts to facilitate the creation of the first cardiac catheterization laboratory in the country.  This cath lab will provide diagnostic and therapeutic capabilities not yet available.  Local contact: Dr. Ian Ternouth

3.  Plovdiv, Bulgaria:  Support of cardiac cath lab with supplies and education grants to help maintain an interventional cardiology program under dire economic conditions. Local contact: Dr. Ivan Manoukov

## CURRENT  HOSPITAL / STAFF PRIVILEGES:

Utah Valley Regional Medical Center
1034 North 500 West
Provo, Utah 84601  (801) 373 7850

Mountain View Hospital
1000 East Hwy 6
Payson, Utah  84651 (801) 465 9201

Timpanogos Regional Medical Center
750 West 800 North
Orem, Utah 84058          801 714 6500

University of Utah
University Hospital
50 Medical Drive  Salt Lake City, Utah

REDACTED

## RESEARCH
**Research Division / Cardiology Department**
**Utah Valley Regional Medical Center  Provo, Utah**

- Principal Investigator:   TLR for BMS vs DES.  Retrospective Multicenter Study 2005.
- Principal Investigator:  PEAK PTCA Balloon Trial  1998
  - FDA Trial for a new over the wire PTCA balloon for Arterial Vascular Engineering of Santa Rosa, CA
- Principal Investigator:  Use of Biocardia Delivery system for localized drug injection in to the LV Myocardium.  Univ of Utah.  2002
- Co-Investigator:  AVE SMART Study  1996
  - Comparison of J&J Palmaz-Shatz  Stent to AVE Micro-Stent
- Co-Investigator:  OPUS-1  1994
  - Comparison of Optimal PTCA vs. Stents
- Co-Investigator: SYMPHONY
  - Sibrafibin vs ASA and Ticlid
- TIMI 14:  Reopro vs TPA in acute MI
- Endicor Atherectomy Study  EXTRACT
- Valient
- Bravo
- Step AMI
- TAXUS V:  DES Evaluation of Taxus Stent.  2003-2004

## FDA Certified Interventional Procedure Skills: 1986 ⇒
- Percutaneous Transluminal Coronary Angioplasty (PTCA) / Possis AngioJet
- Directional Coronary Atherectomy  (DCA)
- Excimer Laser Coronary Atherectomy (ELCA)

- Rotational Atherectomy (PTCR)
- IVUS  Intracoronary Ultrasound
  - FDA Training for Stents:  Cook Gianturco/  ACS Multi Link /Johnson & Johnson *Palmaz Shatz* /AVE *MicroStent, GFX*