IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., <br>     Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC. <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 98-80 (SLR) <br> (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) <br><br> **REDACTED PUBLIC VERSION** |

## DECLARATION OF HITEN CHAWLA

I, Hiten Chawla, hereby declare as follows:

1. I am a Marketing Manager with Medtronic, Inc. ("Medtronic"). Since June 2006, I have been assigned to the coronary group at Medtronic Vascular, Inc. in Santa Rosa, California. Prior to that time, I was an intern in Medtronic's Marketing Department. I have personal knowledge of the matters stated herein and, if called upon, I could and would testify competently thereto.

2. In the Marketing Department, one of the regular business activities that we engage in is collecting market research data in the form of physician surveys. REDACTED

**REDACTED**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 18, 2007, at Santa Rosa, California.

_____
Miten Chawla

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 8, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Frederick L. Cottrell, III.

I further certify that on November 8, 2007 I served copies of the foregoing to the following counsel in the manner indicated:

**BY HAND & EMAIL**

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY EMAIL**

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

*/s/ Karen Jacobs Louden*

klouden@mnat.com