# EXHIBIT A

# CURRICULUM VITAE

## Douglas Glenn Ebersole, MD, FACC



### Personal Data:

Date of Birth: September 24, 1959

Place of Birth: Arcadia, Florida

Wife: Carol Johnson Ebersole, M.D.
     Interventional Radiologist
     The Watson Clinic LLP

Children: Kimberly, born December 9 1988
         Eric, born January 22, 1993

Hometown: St. Petersburg, Florida

### Military Service:

1986 through 1996, U.S. Army
Brooke Army Medical Center
Major, Medical Corps
Meritorious Service Medal 1996

### Current Position:

Invasive/Interventional Cardiologist
The Watson Clinic
1600 Lakeland Hills Blvd.
Lakeland, Florida  33805
(863) 680-7973

Director , Cardiac Catheterization Laboratories
Lakeland Regional Medical Center
Lakeland, Florida

Douglas G. Ebersole, M.D.
Page 2

## Prior Administrative Positions:

Director, Interventional Cardiology, Brooke Army Medical Center(BAMC)1995-1996
Director, Cardiac Catheterization  Laboratories, BAMC 1995-1996
Director, Fellowship Training, BAMC 1992-1996
Director of Nuclear Cardiology Section, BAMC, 1994-1996
Associate Director, Cardiac Catheterization Laboratories and Interventional
    Cardiology, BAMC, 1993-1995
Director of Coronary Care Unit, BAMC, 1993
Department of Medicine Representative to Drug Usage Evaluation Committee and
    Pharmacologic and Therapeutics Committee, BAMC, 1992-1993
Director of Quality Assurance, Cardiology Service, BAMC, 1992-1993
Cardiology Liason to Darnell Army Community Hospital (Ft. Hood, Texas), 1992

## Specialized Credentials:

Interventional Cardiology (PTCA, DCA, Stents, Rotablator, TEC, IVUS, Doppler
    Flowire, Mitral/Aortic Valvuloplasty, Laser Angioplasty, PFO/ASD
     Closure)
Peripheral Vascular Angiography and Interventions
Nuclear License
Transesophageal and Intracardiac Echocardiography

## Awards:

John W. McClure Cardiology Award for Clinical & Teaching Excellence, 1996
Best Staff Teacher, BAMC, 1993
Commander's Award for Outstanding Research, BAMC, 1992
Best Fellow Teacher, BAMC, 1991
Best Resident Teacher, BAMC, 1989
Outstanding Resident Research Award, BAMC, 1989

## License/Board Certifications:

National Boards, Parts I thru III
Florida Medical License
Board Certification Internal Medicine 1989
Board Certification Cardiology 1991 and Recertification 2001
Board Certification Interventional Cardiology 1999

Douglas G. Ebersole, M.D.
Page 3

## Memberships:

Fellow, American College of Physicians
Fellow, American College of Cardiology
Fellow, Society for Cardiac Angiography and Interventions

## Fellowship: Cardiology, BAMC 1989-1992

## Residency: Internal Medicine, BAMC 1986-1989

## Medical School: University of Miami, Class of 1986
Graduated first quartile

## Undergraduate Education: Duke University, Class of 1981
B.S. Mathematics
Dean's List and Class Honors

## Professional Advisory Boards:

Clinical Advisory Board, Endosonics
Educational Proctor, Spectranetics
Educational Proctor, Johnson & Johnson Interventional Systems Co.

## Abstract Presentations:

Ebersole D, Diaz L, Brenner A, Browne K. The Lakeland Driver Stent Registry. International Symposium on Endovascular Therapy (ISET) 2005. Miami Beach, Florida.

Oder D, Ebersole DG. Excimer Laser Coronary Angioplasty in Saphenous Vein Grafts Results in Very Low Rates of Non-Q Wave Myocardial Infaction (17th Annual Interventional Cardiology, Snowmass, Colorado 2002

Gibson E, Ebersole DG. Excimer Laser Angioplasty in Saphenous Vein Grafts. (Transcatheter Cardiovascular Therapeutics 2000)

Ebersole DG, Miller LA, Bailey SR, Kiesz RS, Wright WT, Schatz RA. Long Term Follow-up after Palmaz-Schatz Coronary Stent Implantation (Army American College of Physicians 1995)

Ebersole DG, Miller LA, Wright WT. Percutaneous Transluminal Coronary Angioplasty in Elderly Women is Associated with Higher Rates of Complications than in Elderly Men. (Army American College of Physicians 1995)

Douglas G. Ebersole, MD
Page 4

Ebersole DG, Miller LA, Bailey SR. Coronary Artery Stenting in Active Duty Soldiers. (Army American College of Physicians 1995)

Yandel ML, Ebersole DG, Campos MA. Coronary Angiography Findings in Women with Unstable Angina (Army American College of Physicians 1995)

Ebersole DG, Yandel ML, Campos MA. Coronary Angiographic Findings in Men versus Women with Unstable Angina (Society of Cardiac Angiography and Intervention 1995)

Ebersole DG, Rubal BJ. High Balloon Dilatation Pressures in Percutaneous Transluminal Coronary Angioplasty is Not Associated with a Higher Rate of Significant Complications (Army American College of Physicians 1994)

Miller LA, Ebersole DG. The Brooke Army Medical Center Experience with the Palmaz-Schatz Coronary Stent (Army American College of Physicians 1994)

Ebersole DG, Katz N, Heironimus J. A Comparison of Bilateral Slant Hole Tomography and SPECT Tc-99m Sestamibi for Myocardial Perfusion Imaging (Army American College of Physicians 1993)

Ebersole DG, Heironimus J, Toney MO, Billingsley J. A Comparison of Exercise and Adenosine Tc-99m Sestamibi for the Diagnosis of Coronary Artery Disease in Patients with Left Bundle Branch Block (Society of Nuclear Medicine 1992)

Ebersole DG, Johns JP, Gilman JK, Moody JM. Atrial Fibrillatory Wave Size and Left Atrial Enlargement: An Echo-cardiographic Analysis (Army American College of Physicians 1989)

## Publications:

Dahm JB, Ebersole D, Das T, Madyhoon H, Vora K, Baker J, Hilton D, Topaz O. Prevention of distal embolization and no-reflow in patients with acute myocardial infarction and total occlusion in the infarct-related vessel: a subgroup analysis of the Cohort of Acute Revascularization in Myocardial Infarction with Excimer Laser – CARMEL Multicenter Study. Catheter Cardiovasc Interv 2005;64:67-74.

Ebersole D, Dahm JB, Das T, Madyoon H, Vora K, Baker J, Hilton D, Alderman E, Topaz O. Excimer laser revascularization of saphenous vein grafts in acute myocardial infarction. J Invas Cardiol 2004;16:177-180.

Douglas G. Ebersole, MD
Page 5

Topaz O, Ebersole D, Das T, Alderman E, Madyoon H, Vora K, Baker J, Hilton D, Dahm, J. Excimer laser angioplasty in acute myocardial infarction (the CARMEL multicenter trial). Am J Cardiol 2004;93:694-701.

Ebersole DG. Cardiac applications for the excimer laser in coronary artery disease. Coronary Intervention 2003;2:61-64.

Browne BM, Brenner AS, Ebersole D, Diaz L, Martinez R, Bulman K, Browne KF. Prevention of rheolytic thrombectomy induced bradyarrhythmias with aminophylline. J Am Coll Cardiol 2003;41:18A.

Topaz O, Das T, Dahm J, Madyhoon H, Perin E, Ebersole D.  Excimer laser revascularisation:  current indications, applications and techniques. Lasers Med Sci 2001;16:72-77.

Ebersole DG. Excimer laser for revascularisation of saphenous vein grafts. Lasers Med Sci 2001;16:78-83.

Gaxiola E, Vlietstra RE, Browne KF, Ebersole DG, Brenner AS, Weeks TT, Mines MH, Roman L, Kerensky RA. Worse six-month outcome for patients with multiple stents in a single coronary artery.  J Invas Cardiol 1999;11:549-554.

Kiesz RS, Rozek MM, Ebersole DG, Mego DM, Chang CW, Chilton RL. Novel approach to rotational atherectomy results in low restenosis rates in long, calcified lesions:  long-term results of the San Antonio Rotablator Study (SARS). Cathet Cardiovasc Intervent 1999;48:48-53.

Ebersole DG. Clinical Applications for the Excimer Laser. Cardiovasc  Reviews and Reports 1999;20:330-5.

Ebersole DG, Vlietstra RE.  Noninvasive and invasive diagnostic cardiovascular procedures at very elderly age. In: Wenger NK, ed, Cardiovascular disease in the octogenarian and beyond  (Martin Dunitz Ltd:London, 1999) 165-173.

Ebersole DG, Vlietstra RE. Acute myocardial infarction: thrombolysis, angioplasty, or stenting. Indian Heart J 1998;50 (Suppl I):40-44.

Kiesz RS, Rozek MM, Mego DM, Patel V, Ebersole DG, Chilton RJ. Acute directional coronary atherectomy prior to stenting in complex coronary lesions:  ADAPTS study. Cathet Cardiovasc Diagn 1998;45:105-112.

Douglas G. Ebersole, MD
Page 6

Hwang E, Gaxiola E, Vlietstra RE, Brenner A, Ebersole D, Browne K. Real-time measurement of skin radiation during cardiac catheterization. Cathet Cardiovasc Diagn 1998;43:367-70.

Gaxiola E, Vleitstra RE, Browne KF, Brenner AS, Ebersole DG, Roman L, Weeks TT, Kerensky RA. Is the outcome of coronary stenting worse in elderly patients? J Interven Cardiol 1998;11:37-40.

Smalling RW, Karlsberg RP, Weiner R, Ebersole DG, Thadani U, Bates E, Habib GB, Moliterno D, Park YC, Freitag JJ. Liposomal PGE-1 Adjunctive Treatment for Acute Myocardial Infarction: Final Results of the LIFT Pilot Trial. J Am Coll Cardiol 1998;31 (Suppl A):411A.

Gaxiola E, Platt JM, Browne KF, Brenner AS, Vlietstra RE, Ebersole DG, Kottke BA. Abciximab, Heparin, Aspirin or Contrast do not Inhibit Platelet Activation Induced by Rotational Atherectomy. Circulation 1997;96:I-161.

Gaxiola E, Hwang E, Vlietstra RE, Brenner AS, Ebersole DG, Browne KF. Skin Radiation Dose is Markedly Increased During Interventional Procedures. Circulation 1997;96:I-589.

Gaxiola E, Vlietstra RE, Brenner AS, Browne KF, Ebersole DG, Kerensky RA. Diabetes and Multiple Stents Independently Double the Risk of Short-Term Revascularization. Circulation 1997;96:I-649.

Kiesz SF, Rozek MM, Mego DM, Miller LA, O'Leary E, Patel V, Saunders-Webb E, Ebersole DG, Chilton R. Acute Directional Coronary Atherectomy Prior to Stenting: Long Term Angiographic Results. Am J Cardiol 1997;80:255.

Rollefson WA, Ebersole DG, Mego DM, Rubal BJ, Wright WT, Madonna JT, Zimring HJ. The doppler flo-wire assessment of myocardial viability in recent myocardial infarction using dobutamine coronary flow response. Cathet Cardiovasc Diagn 1997;41:99.

Gaxiola E, Vliestra RE, Browne KF, Ebersole DG, Brenner AS, Weeks TT, Kerensky RA. Six-month follow-up of patients with multiple stents in a single coronary artery. J Am Coll Cardiol 1997;29 (Suppl A): 276A.

Kiesz RS, Bailey SR, Rozek MM, Samples S, Mego DM, Saunders-Webb E, Miller L. Ebersole DG, Chilton R. Long term results after "optimal" high speed rotational atherectomy in long calcified lesions. J Am Coll Cardiol 1997;29(Suppl A): 314A.

Douglas G. Ebersole, MD
Page 7

Ebersole DG, Campos-Esteve M, Miller L.  Hugging perfusion balloon salvage of a right coronary angioplasty.  Cathet Cardiovasc Diagn 1996; 38:308-311.

Kiesz SR, Rozek M, Mego DM, Miller LA, O'Leary E, Bailey SR, Saunders-Webb E, Ebersole DG, Chilton R.  Device Synergy:  Directional Atherectomy Plus Stenting Safely Eliminates Residual Stenosis.  J Invasive Cardiol 1996; 8:34.

Kiesz SR, Rozek M, Mego DM, Miller LA, O'Leary E, Bailey SR, Saunders-Webb E, Ebersole DG, Chilton R.  Device Synergy:  Directional Atherectomy Plus Stenting Significantly Eliminates Residual Stenosis.  Eur H Journal 1996;17:175.

Ebersole DG, Miller LA, Bailey SR.  Coronary Artery Stenting in Active Duty Soldiers.  J Invasive Cardiol 1995;7:233-237.

Bailey SR, Ebersole DG, Kiesz RS, Wright WT. Long Term Follow-up after Palmaz-Schatz Coronary Stent Implantation. Circulation 1995;92:I-408.

Miller LA, Briscoe A, Bailey SR, Kiesz RS, Wright WT, Ebersole DG.  Care of the Elective Intracoronary Stent Patient.  Critical Care Nursing Quarterly 1996;18(4):77-91.

Ebersole DG, Rubal BJ.  High Balloon Dilatation Pressures in Percutaneous Transluminal Coronary Angioplasty is Not Associated with a Higher Rate of Significant Complications. Cathet Cardiovasc Diagn 1995;35:198-202.

Ebersole DG, Yandel ML, Campos MA.  Coronary Angiographic Findings in Men versus Women with Unstable Angina.  Cathet Cardiovasc Diagn 1995;35:84.

Ebersole DG, Heironimus J, Toney MO, Billingsley J.  A Comparison of Exercise and Adenosine Tc-99m Sestamibi for the Diagnosis of Coronary  Artery Disease in Patients with Left Bundle Branch Block. Am J Cardiol 1993;71:450-3.

Ebersole DG, Heironimus J, Toney MO, Billingsley J.  A Comparison of Exercise and Adenosine Tc-99m Sestamibi for the Diagnosis of Coronary Artery Disease in Patients with Left Bundle Branch Block. Clin Nucl Med 1992;17:256.

## **Faculty Appointments:**

Clinical Assistant Professor, University of Texas Health Science Center at San Antonio, 1992-1996

Douglas G. Ebersole, MD
Page 8

## Invited Lectures:

Does Excimer Laser Angioplasty Obviate the Need for Distal Protection in SVG Intervention? Transcatheter Cardiovascular Therapeutics.  September 2003

Role of Laser Therapy in Thrombus Containing Lesions: Clinical Experience.  ISET 2002. Miami, Florida.  January 2002

Treatment of Instent Restenosis.  Transcatheter Cardiovascular Therapeutics XII, Washington D.C., October 2000

ELCA Tips and Techniques.  Transcatheter Cardiovascular Therapeutics XII, Washington D.C., October 2000

Glycoprotein IIB/IIIA Receptor Inhibitors.  Lakeland Regional Medical Center Critical Care Course. September 2000, Lakeland, Florida.

Excimer Laser Angioplasty in the Treatment of Saphenous Vein Graft Disease. Transcatheter Cardiovascular Therapeutics XI, Washington D.C., September 1999.

Cardiac Risk Factors, Lakeland Regional Medical Center Community Education Series, October 1998.

Excimer Laser Coronary Angioplasty: The Practical Integration of ELCA in the Treatment of Complex Lesion Subsets.  Transcatheter Cardiovascular Therapeutics X. Washington, DC.  October 1998.

Carotid Artery Stenting – Is Carotid Endarterectomy Obsolete?  Watson Clinic Fall Cardiology Symposium.  October 1998

Results of Recent Large MI Trials, Adjunctive Therapies, and Acute MI – Improving Outcomes. Cardiology Fiesta in San Antonio ACC course, April 1998.

Update in Interventional Cardiology. Polk County Critical Care Registered Nurses meeting, April 1998.

Management and Treatment of Coronary Artery Disease.  The Watson Clinic Health Fair, February 1998

Coronary Angioplasty:  Where Have We Been and Where Are We Going.  Lakeland Regional Medical Center Community Education Series, October 1997.

Douglas G. Ebersole, MD
Page 9

An Update in Catheter Techniques for Coronary Artery Disease.  Watson Clinic Fall
Cardiology Symposium, September 1997

Intravascular Ultrasound:  Emerging Applications.  University of Florida School of
Medicine, Cardiology Service Grand Rounds, October 1996

Transluminal Extraction Atherectomy, U.S. Army Cardiovascular Specialist
Symposium (August 1996)

Advances in Coronary Catheter Techniques for the Primary Care Physician, Waston
Clinic Annual Heart and Health Day (April 1996)

Current Concepts in Management of Cardiology Problems for the Primary Care
Physician

How  to Evaluate and Treat Patients with CHF in 1995 (April 1995)
Coronary Artery Disease:  How to Choose from Medical, Angioplasty,
Atherectomy, or Stent as the Best Treatment for the Patient (April 1995)

Department of Radiology, Brooke Army Medical Center
Radiographic Contrast Agents (May 1993)
Coronary Angiography (April 1992, May 1993)
Myocardial Perfusion Imaging (January 1993)
Case Conference to Correlate Myocardial Perfusion
Studies with Coronary Angiography (January 1993
and January 1994)
Case Conference in Coronary Arteriography(May 1993)

Department of Surgery, Brooke Army Medical Center
Integrated Concepts in Cardiovascular Function (December 1994)

Department of Emergency Medicine, Brooke Army Medical Center
Coronary Artery Stenting -- What the Emergency Physician Needs to Know
(April 1994)

Nursing Council, American Heart Association (San Antonio Division)
Viabiltiy Testing after Acute Myocardial Infarction (January 1995)

Alamo Area Association of Radiologic Technologists
PTCA vs. DCA (January 1993)
Chest Radiography in Heart Disease (January 1993)
Newer Interventional Devices (April 1994)

Douglas G. Ebersole, MD
Page 10

Graduation Speaker for Cardiac Catheterization Technicians, Academy of the Health
Sciences (February 1993 and February 1994)