IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., <br>     Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC. <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 98-80 (SLR) <br> (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) <br><br> **REDACTED PUBLIC VERSION** |

## DECLARATION OF GLORIA RUIZ-RAMIREZ

I, Gloria Ruiz-Ramirez, declare as follows:

1. I am a Senior Finance Director at Medtronic Vascular, Inc., a position I have held since January 2007. Prior to that time, I was a Senior Finance Director at Medtronic Puerto Rico Operations Company. I have personal knowledge of the matters stated herein and, if called upon, I could and would testify competently thereto.

2.                        **REDACTED**

3. As of October 2007, Medtronic Vascular's bare-metal stents generated, by far, the most revenue of any other group of products in the coronary division on the United States market.

**REDACTED**

A.

**REDACTED**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 12, 2007, at Santa Rosa, California.

Gloria Ruiz-Ramirez

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 8, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Frederick L. Cottrell, III.

I further certify that on November 8, 2007 I served copies of the foregoing to the following counsel in the manner indicated:

**BY HAND & EMAIL**

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY EMAIL**

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

*/s/ Karen Jacobs Louden*

klouden@mnat.com