# EXHIBIT A

CONFIDENTIAL EXHIBIT