Case 1:98-cv-00080-SLR    Document 801-2    Filed 11/08/2007    Page 1 of 5

# EXHIBIT A

# CURRICULUM VITAE

## THADDEUS R. TOLLESON, MD FACC

**Current Position:** Tyler Cardiovascular Consultants-Partner
Research Director- Tyler Cardiovascular Consultants
Director-Peripheral Vascular Interventions: Mother Frances Heart Institute
619 S. Fleishel, suite 101
Tyler, TX 75701
(903) 595-5514 office
www.tylercvc.com

## Clinical Training
- 7/00 – 6/02: Coronary and Peripheral Interventional Cardiology Fellowship: Duke University Medical Center, Durham, NC
  Richard A. Schatz Fellowship Award for Interventional Cardiology 2000
  Robert H. Peter Interventional Fellow Award 1999
- 7/97 - 6/00: Cardiology Fellowship - Duke University Medical Center, Durham NC
- 7/96 - 6/97: Attending Physician – Parkland Hospital/University of Texas Southwestern Medical Center, Dallas, TX
- 7/96 - 6/97: Chief Medicine Resident – Parkland Memorial Hospital/ University of Texas Southwestern Medical Center, Dallas, TX
- 7/93 - 6/96: Internal Medicine internship and residency – Parkland Memorial Hospital/ University of Texas Southwestern Medical Center, Dallas, TX

## Education
- 7/89 - 6/93: M.D., University of Texas Medical School - Houston, TX
  Outstanding Achievement Award in Internal Medicine
- 7/85 - 6/89: B.S. (Microbiology), Texas A&M University - College Station, TX
  Dean's list
  Academic Excellence Award
  Distinguished Student Award

## Certification
- Board Certification - Interventional Cardiology
- Board Certification – Nuclear Cardiology
- Board Certification - Cardiology
- Board Certification - Internal Medicine
- North Carolina State License
- Texas State License

## Professional Organizations
- American College of Cardiology
- American Heart Association - scientific council on clinical cardiology
- American Medical Association
- Texas Medical Association
- North Carolina Medical Society

## Thaddeus R. Tolleson, MD

### Invited Lectures
- European Society of Cardiology-Stockholm, Sweden 2001. Stent Thrombosis in Patients Undergoing PCI after Presenting with an Acute Coronary Syndrome.
- American College of Cardiology-Anaheim CA 2000. Scientific Session- Comparison of GP IIb/IIIa inhibitors on platelet aggregation in patients undergoing PCI
- American Heart Association Scientific Session-New Orleans, 1999. Heparin Anticoagulation and Bleeding/Ischemic Events during PCI: The ESPRIT Trial.
- Merck National Training Conference 2000. Appropriate Management of Patients with Acute Coronary Syndromes – Evidence from the Clinical Trials.
- Cardiology Grand Rounds – Duke University Medical Center. 1998, 1999.
- University of Pittsburg Medical Center Grand rounds. Pittsburgh, PA. Treatment strategies in acute coronary syndromes.

### Research:
**Duke Clinical Research Institute**
- **Clinical Trials in Acute Coronary Syndromes and Percutaneous Interventions:** design, implementation, and analysis of multi-center clinical trials in the setting of acute coronary syndromes and coronary interventions. Primary research focus on clinical outcomes with new antiplatelet agents and antithrombins.
    - Developed protocols for phase II (PYRAMID) and phase III (PLATINUM) clinical trials
    - Presented study findings at national scientific meetings
    - Manuscript preparation for publication in peer-reviewed journals
    - Project management including regulatory affairs, budget negotiations, site management and monitoring
    - Performed CEC adjudication/review for multiple phase III clinical trials
    - Coordinated clinical hotline for multicenter studies
    - Master's program for health science/clinical research at Duke University

**Thaddeus R. Tolleson, MD**

**University Of Texas Medical School - Houston**
- **Pathophysiology of acute coronary syndromes in canine models.**
  Worked in the laboratory of Richard Smalling, MD, PhD. Developed canine model of acute coronary occlusion to study effects of pharmaceutical agents on infarct size and reperfusion injury. Findings published in the *Journal of the American College of Cardiology*

## Publications

- Tolleson TR, O'Shea JC, Tcheng JE. Relationship Between Heparin Anticoagulation and Clinical Outcomes in Coronary Stent Intervention: The ESPRIT Trial. *Journal of the American College of Cardiology*. 2003; 41(3) 386-393.

- Tolleson TR, Newby LK, Harrington RA, Bhapkar MV, Verheugt FW, Berger PB, Moliterno DJ, White HD, Ohman EM, Van de Werf F, Topol EJ, Califf RM; SYMPHONY and the 2nd SYMPHONY Investigators. Frequency of stent thrombosis after acute coronary syndromes (from the SYMPHONY and 2nd SYMPHONY trials). *Am J Cardiol*.2003 Aug 1;92(3):330-3.

- Batchelor WB. Tolleson TR. Huang Y. Larsen RL. Mantell RM. Dillard P. Davidian M. Zhang D. Cantor WJ. Sketch MH Jr. Ohman EM. Zidar JP. Gretler D. DiBattiste PM. Tcheng JE. Califf RM. Harrington RA. Randomized COMparison of platelet inhibition with abciximab, tiRofiban and eptifibatide during percutaneous coronary intervention in acute coronary syndromes: the COMPARE trial. Comparison Of Measurements of Platelet aggregation with Aggrastat, Reopro, and Eptifibatide. *Circulation* 106:1470-6, 2002.

- Cohen MG, Tolleson TR, Peter RH, Sketch MH. Percutaneous Coronary Interventions in Anomalous Right Coronary Arteries Arising from the Left Sinus of Valsalva. *Catheterization and Cardiovascular Interventions*. 55 (1): 105-8, 2002.

- Tolleson TR, Harrington RA, Newby LK, Berger PB, Van de Werf FD, Vahanian A, Fox KA, Moliterno DA, Califf RA, Topol EJ. Increased Rates of Stent Thrombosis Among Patients with Acute Coronary Syndromes: Insights from Two Large Oral IIb/IIIa Antagonist Trials. *Journal of the American College of Cardiology*. 2002; 1134-1142.

- Tolleson TR, De la Serna FR, Crowley JM, Stack RS, Zidar JP. Intra-Arterial Thrombolysis and Abciximab for sub-acute Occlusion of the Distal Aorta accomplished by radial arterial access. *Catheterization and Cardiovascular Interventions*. 53 (2):264-8; 2001.

- Tolleson TR, Harrington RA, Topol EJ. Adjunctive Therapies in Coronary Interventions. *Textbook of Coronary Disease*. Serruys PW, Leon MB, Colombo A, Kutryk JB editors. Martin Dunitz Publishing. 2000.

- Tolleson TR, Sketch MH. The Role of Stenting in Treatment of Small Infarct-Related Arteries. *Journal of Invasive Cardiology.* 2000; 12:20-22.

- Tolleson TR, Bittl J, Oshea JC, Saucedo J, Levine G, Blankenship JC, Tcheng J. Relationship Between the Activated Clotting Time and Adverse Clinical Outcomes from ESPRIT/IMPACT II. *Circulation* 2000; 102(18): 3218-3219.

- Tolleson TR, O'Shea JC, Bahit MC, Cabell C, Dyke CK, Kaul A, McGuire DK, East MA. Highlights from the American Heart Association Annual Scientific Sessions: *American Heart Journal.* 2001; 141(2): 306-307.

- Tolleson TR, Harrington RH. Recent Clinical Trials in Acute Coronary Syndromes Without Persistent ST Elevation. Evidence-Based Guidelines. *Current Opinion in Cardiology* 1999; 14:403-411.

- Tolleson TR, Harrington RH. The Role of Thrombosis in Acute Coronary Syndromes and Coronary Interventions. *Textbook of Interventional Cardiology – Glycoprotein IIb/IIIa Inhibitors in Cardiovascular Disease.* Lincoff AM, Topol EJ, Editors. The Humana Press, Inc. 1998

- Tolleson TR, O'Connor CR. Sudden Death in Young Athletes. Epidemiology, Causes, and Recommendations for Screening Programs. *American Heart Journal.* 1999. 113-121.

- Tolleson TR, McGuire DK, O'Shea CO, Dyke DK, Kandzari DE, East MA, Highlights from the American College of Cardiology 49th Annual Scientific Session. *American Heart Journal* 2000; 140(1): 181-188.

- Feld S, Li G, Vaughn WK, Accad M, Tolleson TR, Swenson C, Ostro M, Smalling RW. Enhanced Thrombolysis, Reduced Coronary Reocclusion and Limitation of Infarct Size using Prostaglandin E1 in a Canine Thrombolysis Model. *Journal of the American College of Cardiology* 1994; 24(5): 1382-90.

- Batchelor WA, Tolleson TR, Harrington RA. Comparison of Measurement of Platelet Aggregation of Aggrastat, Reopro and Eptifibatide (The COMPARE study) *Abstract.* European Society of Cardiology. May, 2000.

- Tolleson TR. Protective Effects of Glycoprotein IIb/IIIa Inhibitors in Patients with non-ST elevation Myocardial Infarction. Monograph. Cor Therapeutics™, Inc.

**References and recommendations available upon request**