**SEALED DOCUMENT**

**HIGHLY CONFIDENTIAL**