IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 98-80 (SLR) (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiffs Abbott Cardiovascular Systems Inc. and Abbott Laboratories Inc. (collectively, "Abbott") hereby respectfully request oral argument on Abbott's Motion For A Permanent Injunction (D.I. 725). The briefing on the Motion (D.I. Nos. 727, 781 and 805) was completed on November 21, 2007.

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
RICHARDS, LAYTON & FINGER, PA.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7509
*Attorneys for Plaintiffs Abbott Cardiovascular Systems, Inc. and Abbott Laboratories Inc.*

Of Counsel:

J. Michael Jakes
Gerald F. Ivey
Michael A. Morin
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Dated: November 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were served this 21st day of November, 2007, on counsel in the manner indicated below:

**VIA HAND DELIVERY**
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**
Kevin S. Rosen, Esquire
Matthew Hoffman, Esquire
Anthony S. Newman, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

H. Mark Lyon, Esquire
Frederick S. Chung, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211

_/s/ Anne Shea Gaza_
Anne Shea Gaza (#4093)
gaza@rlf.com