IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | Civil Action No. 98-80 (SLR) <br> (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |

## ACS'S SUPPLEMENTAL SUBMISSION

Pursuant to Local Rule 7.1.2(b), Abbott Cardiovascular Systems Inc. and Abbott Laboratories Inc. (collectively "Abbott") attached hereto is a copy of *Acumed LLC v. Stryker Corporation*, No. 04-CV-513-BR (D. Or. Nov. 20, 2007), as additional authority pertinent to Abbott's motion for a permanent injunction (D.I. 725). In *Acumed*, the district court granted a permanent injunction against an infringing medical device, finding irreparable harm based on loss of market share even though the patentee had licensed its patent in connection with a settlement agreement (slip op. at 13), and holding that the injunction would not harm the public interest where, instead of objective evidence, the infringer relied on declarations and testimony by physician experts to support the argument that its infringing product was safer than the patentee's product (slip op. at 17).

*[signature: Anne Shea Gaza]*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

OF COUNSEL:
J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow
  Garrett & Dunner L.L.P.
901 New York Avenue, NW
Washington, DC 20001

Attorneys for Plaintiffs
Abbott Cardiovascular Systems Inc. and
Abbott Laboratories Inc.

Dated: November 27, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

I hereby certify that on November 27, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

Kevin S. Rosen, Esquire
Matthew Hoffman, Esquire
Anthony S. Newman, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avgneue
Los Angeles, CA 90071-3197

H. Mark Ryan, Esquire
Frederick S. Chung, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
gaza@rlf.com

RLF1-3173024-1