IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 98-80 (SLR) |
| v. | ) ) ) | (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC. | ) ) ) | |
| Defendants. | ) ) ) | |

## MEDTRONIC'S REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, defendants Medtronic Vascular, Inc. and Medtronic USA, Inc. ("Medtronic") respectfully request oral argument on Abbott Cardiovascular Systems, Inc. and Abbott Laboratories, Inc.'s ("Abbott") Motion for a Permanent Injunction (D.I. 725). Medtronic requests oral argument in light of the importance of the motion and so that it can respond to and correct new evidence and legal arguments that Abbott improperly raised in its reply brief (D.I. 805). Medtronic further requests that the oral argument be held in person.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

_____
Karen Jacobs Louden (# 2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
klouden@mnat.com
Attorneys for Defendants

OF COUNSEL:

Kevin S. Rosen
Matthew A. Hoffman
Anthony S. Newman
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
(213) 229-7000

November 28, 2007

1321207

H. Mark Lyon
Frederick S. Chung
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
(650) 849-5300

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 28, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Frederick L. Cottrell, III.

I further certify that on November 28, 2007 I served copies of the foregoing to the following counsel in the manner indicated:

### BY HAND & EMAIL

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

### BY EMAIL

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden (# 2881)