IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | Civil Action No. 98-80 (SLR) <br> (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) <br><br> **REDACTED - PUBLIC VERSION** |

### AFFIDAVIT OF ANNE SHEA GAZA IN SUPPORT OF ABBOTT'S REPLY IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION

STATE OF DELAWARE      )
                                             ) SS.
COUNTY OF NEW CASTLE )

I, Anne Shea Gaza, do hereby declare and state that I am over 21 years of age and, except as otherwise stated herein, I make this Affidavit of my own personal knowledge and am competent to testify about the matters set forth herein. I am an attorney with the law firm of Richards, Layton & Finger, counsel representing Plaintiffs in the above-captioned action. I am admitted to practice before this Court. This Affidavit is submitted in support of Abbott's Reply In Support of Its Motion for a Permanent Injunction. Attached to this Affidavit are true and correct copies of the following exhibits::

| **Tab** | **Exhibit** |
|---|---|
| 24 | Excerpt from Deposition of David C. Pacitti, dated September 29, 2007 |
| 25 | Excerpt from Deposition of Dr. David L. Pearle, dated November 13, 2007 |

RLF1-3226577-1

| Tab | Exhibit |
|---|---|
| 26 | Excerpt from Deposition of Adria A. Spano, dated October 23, 2007 |
| 27 | *Advanced Cardiovascular Systems, Inc. v. Medtronic Vascular, Inc.*, No. 2007-1365 (Fed. Cir. Aug. 1, 2007) |
| 28 | Sketch et al., "Evaluation of the Medtronic (Driver) Cobalt-Chromium Alloy Coronary Stent System," American Journal of Cardiology, 95:8-12, 2005 |
| 29 | Excerpt from Deposition of Rodney S. Badger, M.D., F.A.C.C., dated November 14, 2007 |
| 30 | Exhibit 2 to Deposition of Dr. David L. Pearle, dated November 13, 2007 (presentation from 2003 TCT conference; available on TCT website) |
| 31 | Excerpt from Expert Report of Sharon Oster, Ph.D., dated June 18, 2004 |
| 32 | Letter from A. Vance to K. Louden, dated June 6, 2007 |
| 33 | Medtronic News Release, dated March 28, 2006 |
| 34 | Reuters article, dated January 4, 2007 |

Dated: November 21, 2007

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Sworn to and subscribed before me
this 21st day of November 2007.

*Patricianne Stewart*
Notary Public

PATRICIANNE B. STEWART
Notary Public - State of Delaware
My Comm. Expires Aug. 8, 2009

RLF1-3226577-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

I hereby certify that on November 30, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

Kevin S. Rosen, Esquire
Matthew Hoffman, Esquire
Anthony S. Newman, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avgneue
Los Angeles, CA 90071-3197

H. Mark Ryan, Esquire
Frederick S. Chung, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211

Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
gaza@rlf.com

RLF1-3173024-1