Exhibit 30



## Independent stent assessment is important

- Comparisons provided by manufacturers may not be objective
- Interventionalists' impressions are not objective