# Stent Bench top Testing is
## Important because

The interventionalist needs objective, independent information for rational stent selection

## Will stent mechanical properties remain important in the DES era?

- Mechanical and physical properties of stents will remain important even in the "DES era"

- Device properties rather than drug properties may influence DES selection when there is a choice of DES
  - eg    tortuous
          ostial, heavily calcified
          bifurcation lesions



