

Driver (Medtronic)
Cobalt Chromium Ring design

Delivery platform for ABT-578 in Endeavor Trials





BxVelocity (Cordis J&J)
Stainless steel slotted tube
Delivery platform for sirolimus (cypher)



Express II
Boston
Stainless Steel
slotted Tube
Delivery platform for paclitaxel (Taxus Express)