# Stent Flexibility

- **Delivery System flexibility** is important for trackability and delivery of the stent to the lesion
- **Expanded stent flexibility** allows the stent to conform to vessel contours and minimize distortion at the stent/vessel junction

