## Is stent or delivery balloon the major component of delivery system stiffness?

- Removed stent from delivery balloon
- Compared flexibility of
  - bare stent
  - mounted stent
  - delivery balloon without stent
- The delivery balloon is major component of delivery system stiffness

## Stent Delivery System Profile (Diameter)

- ★ Trackability
- ★ Crossing tight stenoses
- ★ Direct stenting
- ★ Smaller diameter guide catheters





