










For most contemporary stents, cell size is not an issue in bifurcation stenting—an exception is this stent with small and large cells