# Summary

- Independent comparison of biomechanical properties of stents assists the interventionalist in rational stent selection
- There is no perfect stent.
- Stents may be selected on the basis of properties for particular anatomy
- Some stents may be avoided in some anatomy





Stent Recoil=

Diam at balloon expansion

minus

Diam after balloon deflation

(%)

