# Stent Distortion Occurs With Side-Branch Dilation with all Stents

## Distortion after 3mm side branch dilatation



# Stent Distortion Repaired by Main Branch Redilatation with some loss of Side-Branch Size



3mm side-branch dilatation

3.5mm main branch dilatation

Ormiston et al
Cathet Cardiovasc Interv
1999;47:258-264.

# Side-branch distortion is repaired by main vessel post-dilatation or better by "kissing" balloons



- 3mm side-branch dilatation
- 3.5mm main branch dilatation
- Kissing balloons

Ormiston et al
Cathet Cardiovasc Interv
1999;47:258-264.





