# EXHIBIT A

# CONFIDENTIAL EXHIBIT

# EXHIBIT B

CONFIDENTIAL EXHIBIT