IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civ. No. 98-80-SLR (consolidated with Civ. No. 98-314-SLR |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) | and Civ. No. 98-316-SLR) |
| Defendants. | ) ) | |

**O R D E R**

At Wilmington this 14th day of January, 2008,

IT IS ORDERED that oral argument on plaintiffs' pending motion for permanent injunction (D.I. 725) shall be heard on **Tuesday, February 5, 2008, at 10:00 a.m.** in courtroom 6B on the 6th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Plaintiffs and defendants each shall be given one hour to present their argument.

                                                                                                  United States District Judge