IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 98-80-SLR (consolidated with Civ. No. 98-314-SLR and Civ. No. 98-316-SLR) |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) | |
| Defendants. | ) ) | |

ORDER

At Wilmington this 16th day of January, 2008,

IT IS HEREBY ORDERED that the oral argument on plaintiffs' motion for permanent injunction (D.I. 725) scheduled for 10:00 a.m. on Tuesday, February 5, 2008 is hereby rescheduled to **Tuesday, February 12, 2008, at 10:00 a.m.** in courtroom 6B on the 6th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Plaintiffs and defendants each shall be given one hour to present their argument.

United States District Judge