IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | C.A. No. 98-80 (SLR) <br> (Consolidated with <br> C.A. No. 98-314 (SLR) and <br> C.A. No. 98-316 (SLR)) |

**STIPULATION AMENDING PROTECTIVE ORDER**

IT IS HEREBY STIPULATED by the parties hereto, subject to Court approval, that the Protective Order filed July 31, 2000 (D.I. 189), signed by the Court on August 2, 2000, amended on February 5, 2002 (D.I. 251), amended again on December 19, 2005 (D.I. 694), amended again on June 5, 2006 (D.I. 700), and amended again on September 14, 2007 (D.I. 773), be further amended by replacing paragraph 4(a) with the following amended paragraph 4(a):

"4(a). Pillsbury Winthrop Shaw Pittman LLP; Gibson Dunn & Crutcher, LLP; McDermott, Will & Emery LLP; Foley and Lardner LLP; Boies, Schiller & Flexner LLP; and Morris, Nichols, Arsht & Tunnell LLP, attorneys of record for Medtronic Vascular, Inc., and Medtronic USA, Inc., and their stenographic, clerical and paralegal employees whose duties and responsibilities require access to such materials;"

AGREED:

OF COUNSEL:

Kevin S. Rosen
Matthew A. Hoffman
Anthony S. Newman
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000

George M. Sirilla
William P. Atkins
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102
(703) 770-7900

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden
_____
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendants
Medtronic Vascular
Inc. and Medtronic USA, Inc.*

OF COUNSEL:

J. Michael Jakes
Gerald F. Ivey
Michael A. Morin
FINNEGAN HENDERSON FARABOW
 GARRET & DUNNER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

RICHARDS LAYTON & FINGER

/s/ Anne Shea Gaza
_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Plaintiffs Abbott
Cardiovascular Systems Inc. and Abbott
Laboratories Inc.*

Dated: March 10, 2008
1740420

IT IS SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge