IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 98-80 (SLR) (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |
| v. | ) ) ) | REDACTED PUBLIC VERSION |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) | |
| Defendants | ) ) ) | |

**AFFIDAVIT OF ANNE SHEA GAZA IN SUPPORT OF ABBOTT'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO LIFT STAY OF PROCEEDINGS ON ABBOTT'S MOTION FOR PERMANENT INJUNCTION AS TO MEDTRONIC'S ENDEAVOR**

I, Anne Shea Gaza, declare I am an attorney with the law firm of Richards, Layton & Finger, counsel representing Plaintiffs in the above-captioned action. I am admitted to practice before this Court. This Affidavit is submitted in support of Abbott's Reply Brief in Support of Its Motion to Lift Stay of Proceedings on Abbott's Motion for Permanent Injunction as to Medtronic's Endeavor. Attached to this Affidavit are true and correct copies of the following exhibits:

| Tab | Exhibit |
|---|---|
| 1 | Medtronic News Release dated October 4, 2006 |
| 2 | Medtronic News Release dated May 26, 2004 |
| 3 | FDA Press Release dated February 1, 2008 |
| 4 | ████████████████████████████████ |
| 5 | ████████████████████████████████ |
| 6 | ████████████████████████████████ |
| 7 | ████████████████████████████████ |
| 8 | ████████████████████████████████ |

Dated: *March 27, 2008*

_Anne Shea Gaza_
Anne Shea Gaza (#4093)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Sworn to and subscribed before me
this 27th day of March 2008.

_Anita F. Garvey_
Notary Public

ANITA F. GARVEY
Notary Public - State of Delaware
My Comm. Expires Aug. 18, 2008

# EXHIBIT 1

Medtronic Announces Regulatory Approval for the Endeavor Drug-Eluting Coronary Ste... Page 1 of 2



*This information is intended for media professionals and investors*

## News Release

Medtronic Media Contacts:
Jeff Warren, Investor Relations, 763-505-2696
Scott Papillon, Public Relations, 707-591-7367

**Medtronic Announces Regulatory Approval for the Endeavor Drug-Eluting Coronary Stent System in Australia**

*First Commercial Implant Occurs at Monash Medical Centre in Melbourne*

MINNEAPOLIS – October 4, 2006 – Medtronic, Inc. (NYSE: MDT) today announced that it has received regulatory approval from Australia's Therapeutic Goods Administration to begin selling the Endeavor® drug-eluting coronary stent (DES) system. The first commercial implants occurred this week at Monash Medical Centre in Melbourne. Monash Medical Centre and several other clinical sites throughout Australia and New Zealand initiated the Endeavor "first-in-man" experience in early 2003.

With the approval in Australia, the Endeavor stent is now commercially available in more than 100 countries worldwide. The stent is currently in clinical evaluation in the U.S., with FDA approval anticipated in 2007. As a true next-generation drug-eluting stent with a drug-polymer combination that helps allow healthy healing of blood vessels following stent implant, Endeavor has demonstrated excellent clinical effectiveness and safety in its clinical trials.

"The approval of the Endeavor drug-eluting stent is an important event for physicians and patients in Australia, as it brings a new medical technology to thousands of patients who suffer from cardiovascular disease," said Dr. Ian T. Meredith, Professor of Medicine at Monash Medical Centre, who performed the first commercial implant. "I have followed the data for Endeavor very closely over the past three years and it has provided impressive clinical outcomes. The stent is effective at reducing restenosis and it has been proven to be among the safest stents on the market."

Prof. Meredith is the Principal Investigator for ENDEAVOR I, the first study in a multi-phase clinical trial program evaluating the Endeavor stent. "Australia has been at the forefront of cutting-edge medical research for many years and I'm proud of the role the clinical centers have played in the development of this medical technology," Prof. Meredith said. "The diligent work of the Endeavor investigators in Australia has been instrumental in the success of this clinical trial."

Approximately 36,000 stents are implanted in Australian patients each year. Max Muhs, vice president of Medtronic's vascular business in AsiaPacific, said that the Endeavor stent would be available immediately. "We're ready to supply the Australian market and very proud to make the Endeavor stent available to physicians and patients here," Muhs said. "With its outstanding deliverability and excellent clinical data, we feel the Endeavor stent can make a real difference in clinical practices in Australia."

Long-term data published recently in *CIRCULATION* magazine demonstrated excellent clinical outcomes for the Endeavor stent with sustained efficacy, low rates of adverse events and outstanding deliverability. Endeavor's Target Lesion Revascularization (TLR) rate at two years is just 5.5 percent and consistent in all patient subgroups. Endeavor's stent thrombosis rate is 0.3 percent, with no late stent thrombosis events in more than 1,300 patients followed out to three years. In addition, the 1,200-patient ENDEAVOR II pivotal trial showed that Endeavor was safer in a composite of death and myocardial infarction than the Driver bare metal stent control arm.

The Endeavor drug-eluting stent is made of a cobalt alloy and is built on the same platform as the popular Medtronic Driver® bare metal stent, with a unique modular architecture designed to enhance deliverability. In addition to the drug compound zotarolimus (ABT-578), Endeavor is coated with phosphorylcholine, a polymer designed to simulate the outside surface of a red blood cell and mimic the structure of the natural cell membrane, leading to an ideal healing response.

**About Medtronic**
Medtronic, Inc. (www.medtronic.com), headquartered in Minneapolis, is the global leader

Medtronic Announces Regulatory Approval for the Endeavor Drug-Eluting Coronary Ste... Page 2 of 2



in medical technology – alleviating pain, restoring health, and extending life for millions of people around the world

Caution: In the United States, the Endeavor drug-eluting Coronary Stent is an investigational device with an investigational drug (zotarolimus, ABT-578) and exclusively for clinical investigation

-end-

Any forward-looking statements are subject to risks and uncertainties such as those described in Medtronic's Annual Report on Form 10-K for the year ended April 28, 2006. Actual results may differ materially from anticipated results.



Glossary   Contact Medtronic   Privacy Statement   Terms of Use

Medtronic, Inc. 2006

# EXHIBIT 2

Case 1:98-cv-00080-SLR    Document 835    Filed 04/03/2008    Page 7 of 13

Medtronic announces ENDEAVOR II 30-day safety data at PCR                    Page 1 of 2





Medtronic Home > News Releases > Medtronic announces ENDEAVOR

*This information is intended for media professionals and investors*

### News Release

Medtronic Media Contacts:
Mikhaila Ellis, Public and Media Relations ; (+44-1923) 212213

Medtronic announces ENDEAVOR II 30-day safety data at PCR

PARIS – May 26, 2004 – Richard Kuntz, M.D., Associate Professor, Harvard Medical School and Chief, Division of Clinical Biometrics, Brigham and Women's Hospital, Boston, and Co-Principal Investigator of the ENDEAVOR II Clinical Trial, presented positive 30-day safety data today at the Paris Course on Revascularization (PCR)

The ENDEAVOR II Trial is a randomized, double-blind trial evaluating the safety and efficacy of the Endeavor™ Drug Eluting Coronary Stent compared to Medtronic's Driver™ cobalt alloy stent  Data from the trial will be used to support product approvals globally  ENDEAVOR II includes 1,200 patients enrolled at more than 70 hospitals throughout Europe, the Middle East and Asia Pacific  The primary endpoint of the study is Target Vessel Failure (TVF) at nine months  The other Co-Principal Investigators for ENDEAVOR II are Dr  William Wijns, M D , Co-Director, Cardiovascular Center  OLV Ziekenhuis, Aalst, Belgium; and Dr. Jean Fajadet. M D , Clinique Pasteur Unité de Cardiologie Interventionnelle, Toulouse, France

For ENDEAVOR II, data are presented in a blinded fashion with no indication of which group received the Endeavor or Driver stent. At 30 days, Dr  Kuntz presented hierarchical data that showed a Major Adverse Cardiac Event (MACE) rate of 2 9 percent in Group Y (n=596) and 3 5 percent in Group Z (n=595)  Target Lesion Revascularization (TLR) at 30 days was 0.2 percent for Group Y and 0 3 percent for Group Z  Target Vessel Revascularization (TVR) at 30 days was 0 3 percent for Group Y and 0 0 percent for Group Z

"Both Group Y and Group Z s MACE rates are fully in the expected levels for this type of study," said Dr  Kuntz  "We also know that the device success, or the percent of procedures that the stent was successfully deployed, was 99 3 percent in both Group Y and Group Z  This data, combined with the device success demonstrated in the ENDEAVOR I clinical trial, further illustrates that the Driver stent platform – the stent platform used in the Endeavor drug eluting stent – is highly deliverable "

"As the pivotal trial in our ENDEAVOR Clinical Program, we are pleased to see the early results have confirmed the safety of the device at the customary 30-day analysis point, and we look forward to seeing the next set of clinical data on the trial," said Scott Ward, president of Medtronic Vascular

Investor Webcast to Discuss ENDEAVOR Clinical Trial Results

Medtronic will conduct an investor webcast to provide an overview and analysis of the ENDEAVOR I and ENDEAVOR II Clinical Data presented at PCR on Wednesday, May 26, 12:30 EST / 11:30 CST  The briefing will include a review of the ENDEAVOR trial data by a panel of leading physicians and an analysis from Medtronic senior management  The webcast can be accessed at www medtronic.com/corporate/invest html.

Components of Medtronic's Endeavor Drug Eluting Coronary Stent Program

The Medtronic Endeavor Drug Eluting Coronary Stent system combines Medtronic's Driver Coronary Stent  the drug ABT-578 and a PC polymer into a drug eluting stent system designed to reduce restenosis

ABT-578 is a unique, patent-protected compound licensed to Medtronic by Abbott Laboratories. ABT-578 is designed to inhibit the cellular process that leads to restenosis  Medtronic also licenses Abbott's proprietary phosphorylcholine coating technology (PC Technology™ is owned by Biocompatibles UK Ltd )  PC Technology is designed to serve as the "delivery matrix," which controls the elution, or release, of ABT-578 directly into the arterial wall. Finally, Medtronic's Endeavor stent system utilizes the original Driver Coronary Stent, which is approved in both the United States and Europe  In Europe, the Driver is approved for both large and small vessels  In the U.S , the Driver is approved for large vessels  The Driver Coronary Stent leverages Medtronic's long expertise in utilizing implantable metal alloys, such as cobalt chromium alloys  Using a cobalt chromium alloy permits the Driver stent to have thinner struts, a lower profile and better deliverability in the vessel without compromising radial strength and visibility

http://wwwp.medtronic.com/Newsroom/NewsReleaseDetails.do?itemId=1103621750949...    3/22/2008



### The ENDEAVOR Clinical Trial Program

Medtronic's ENDEAVOR Clinical Trial Program is designed to support the approval of the Endeavor Drug Eluting Coronary Stent in countries throughout the world. In addition to the ENDEAVOR II trial explained above, the program consists of the following additional clinical studies:

### ENDEAVOR I

The ENDEAVOR I Clinical Trial is a 100-patient, prospective, multi-center trial studying the safety of the Endeavor Coronary Drug Eluting Stent for the treatment of de novo coronary lesions in native coronary arteries. The trial began in 2003 and is being conducted at sites in Australia and New Zealand. ENDEAVOR I 12-month data was presented at the Paris Course on Revascularization (PCR) yesterday

### ENDEAVOR II Expanded Trial Registry

The ENDEAVOR II Expanded Trial Registry began in March 2004 and will include a total of 300 patients at approximately 15 sites outside the United States. The purpose of the trial is to expand patient exposure to the Endeavor stent and collect further data to support product approvals globally as necessary. The trial will include the standard endpoints of MACE rate at 30 days, TLR, TVR and TVF at nine months with angiographic and IVUS follow-up at eight months.

### ENDEAVOR III

The ENDEAVOR III Clinical Trial began in February 2004 and is a randomized trial evaluating the safety and efficacy of the Endeavor Drug Eluting Coronary Stent as compared to the Cypher™ Sirolimus-eluting stent marketed by Cordis Corporation, a Johnson & Johnson company. The study will include 436 patients (327 receiving the Endeavor stent) and has a primary endpoint of in-segment late lumen loss at eight months. Secondary endpoints include TLR, TVR, and TVF rates at nine months and Angiographic Binary Restenosis (ABR) rate at eight months.

Medtronic, Inc., headquartered in Minneapolis, is the world's leading medical technology company, providing lifelong solutions for people with chronic disease. Its Internet address is www.medtronic.com

Caution: The Endeavor Drug Eluting Coronary Stent is an investigational device. The device is limited by federal (or United States) law to investigational use only. ABT-578 is an investigational drug and is not approved by the FDA

Any statements made about the company's anticipated financial results and regulatory approvals are forward-looking statements subject to risks and uncertainties such as those described in Medtronic's Annual Report on Form 10-K for the year ended April 25, 2003. Actual results may differ materially from anticipated results.



© Medtronic, Inc. 2008                                                       Contact Us    Privacy Statement    Terms of Use

# EXHIBIT 3

FDA Approves Drug-Eluting Stent for Clogged Heart Arteries                                          Page 1 of 2



FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA

## FDA News

**FOR IMMEDIATE RELEASE**
February 1, 2008

Media Inquiries:
Karen Riley, 301-827-6242
Consumer Inquiries:
888-INFO-FDA

### FDA Approves Drug-Eluting Stent for Clogged Heart Arteries

The U S Food and Drug Administration today approved the Endeavor Zotarolimus-Eluting Coronary Stent for use in treating patients with narrowed coronary arteries, the blood vessels supplying the heart

The Endeavor is the first drug-eluting stent approved since 2004 and the first since FDA convened its Circulatory System Devices Panel in 2006 to discuss evidence of the rare risk of blood clots occurring in patients who receive drug-eluting stents

Manufactured by Medtronic, Inc , of Minneapolis, the device is a tiny metal mesh tube coated with a small amount of a new drug, zotarolimus, developed only for use on a stent It is crimped around a balloon and delivered to the narrowed section of the coronary artery via a long thin catheter during a procedure known as an angioplasty Once the stent is positioned, the balloon is inflated, expanding into the vessel wall where it will remain in place, acting as a mechanical scaffold to keep the artery open

Slow release of zotarolimus over time prevents the artery from re-narrowing when new tissue begins to form This process, known as restenosis, can eventually require a repeat angioplasty

"The Endeavor drug-eluting stent provides cardiologists with another option for treating the one million patients who undergo an angioplasty procedure every year to open their clogged coronary arteries," said Daniel Schultz, M D., director of the Center for Devices and Radiological Health. "This important approval is the result of a substantial amount of clinical evidence and a careful review by both FDA and its advisory committee "

Medtronic provided data from seven clinical trials in its marketing application Studies showed that the Endeavor significantly reduced the number of major coronary events -- heart attack, cardiac death and repeat procedures to re-open the artery -- compared to a bare-metal stent (a stent without a drug coating) It also cut the restenosis rate by about half

Imaging studies on a subset of patients indicated that the Endeavor's restenosis rate was higher than what is seen in currently marketed drug-eluting stents However, the Endeavor had a similar number of coronary events when compared to one of these stents

The number of adverse events experienced by patients implanted with the Endeavor stent was similar to those that occurred in patients implanted with bare-metal stents and existing drug-eluting stents

Based on recent concerns over the rare but serious side effect of blood clots or stent thrombosis, FDA asked Medtronic to combine data from all Endeavor trials to determine how often this happened at various points in time following stent implantation The stent thrombosis rate was 0 4 percent at one year and 0 5 percent at two years, a rate similar to that for bare-metal stents To reduce such clotting risk, patients receiving the Endeavor will need to take blood-thinning medication for at least six months after implantation and should consider continuing this regimen for 12 months if they are not at an increased risk for bleeding complications

The safety and effectiveness of the Endeavor stent in smaller diameter arteries or for longer blockages requiring more than two stents has not been studied and there has been no evaluation of the stent's safety and effectiveness in patients who are having an acute heart attack, patients who had previous intravascular radiation treatment, or patients who have their blockage in a bypass graft, in the left main coronary artery, or in more than one vessel

Patients who are allergic to zotarolimus or to cobalt, nickel, chromium, or molybdenum should not receive an Endeavor stent Caution is also recommended for people who have had recent cardiac surgery and for women who are nursing or who may be pregnant

Medtronic will continue to follow patients enrolled in six of the Endeavor trials for five years. Additionally, the company will conduct a 2,000-patient U.S. post-approval study, which will be combined with 3 300 patients from a study conducted outside the United States to assess the long-term safety and effectiveness of the

FDA Approves Drug-Eluting Stent for Clogged Heart Arteries                          Page 2 of 2

Endeavor stent and to look for rare adverse events such as stent thrombosis. Medtronic will also collect clinical data to identify the optimal duration of blood-thinning medication

Before drug-eluting stents were available, about 15 percent to 30 percent of patients experienced restenosis within a year, requiring a repeat angioplasty. This number has dropped to 10 percent of patients since drug-eluting stents entered the U S market in 2003

#

RSS Feed for FDA News Releases [what is RSS?]

Get free weekly updates about FDA press releases, recalls, speeches, testimony and more.

FDA Newsroom

FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | Privacy | Accessibility

FDA Website Management Staff

# EXHIBITS 4 THROUGH 8
# REDACTED IN THEIR ENTIRETY

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

I hereby certify that on April 3, 2008, I have sent by Federal Express the foregoing document to the following non-registered participants:

Kevin S. Rosen, Esquire
Matthew Hoffman, Esquire
Anthony S. Newman, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avgneue
Los Angeles, CA 90071-3197

H. Mark Ryan, Esquire
Frederick S. Chung, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
gaza@rlf.com

RLF1-3173024-1