IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC. and ABBOTT LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | C.A. No. 98-80 (SLR) <br> (Consolidated with <br> C.A. No. 98-314 (SLR) and <br> C.A. No. 98-316(SLR)) |

## NOTICE OF CHANGE OF FIRM AFFILIATION
## OF *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE of the change of firm affiliation for D. Michael Underhill, admitted *pro hac vice* on April 9, 1998 (*see* D.I. 18) to represent Medtronic Vascular, Inc. and Medtronic USA, Inc. in this matter:

> **BOIES, SCHILLER & FLEXNER, LLP**
> 5301 Wisconsin Avenue, NW
> Washington, D.C. 20015

> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>
> */s/ Karen Jacobs Louden*
> Karen Jacobs Louden (#2881)
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200
> klouden@mnat.com
>   *Attorneys for Medtronic Vascular, Inc.*
>   *and Medtronic USA, Inc.*

2168071

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 7, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Frederick L. Cottrell, III.

I further certify that on April 7, 2008, I served copies of the foregoing to the following counsel in the manner indicated:

### BY E-MAIL & HAND

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
cottrell@rlf.com

### BY EMAIL

J. Michael Jakes
Michael A. Morin
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

/s/ Karen Jacobs Louden
_____
Karen Jacobs Louden (#2881)