IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., <br><br> Defendants. | Civil Action No. 98-80 (SLR) <br> (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |

## JUDGMENT IN A CIVIL CASE

For reasons stated in the Court's memorandum opinions and orders of March 29, 2007, and April 23, 2007 (D.I. 711-14), and now that the Court has resolved the motion for permanent injunction filed by Plaintiffs Abbott Cardiovascular Systems Inc. and Abbott Laboratories Inc. (D.I. 845);

**IT IS ORDERED AND ADJUDGED** that judgment shall be and is hereby entered in favor of Plaintiffs Abbott Cardiovascular Systems Inc. and Abbott Laboratories Inc., and against Defendants Medtronic Vascular, Inc. and Medtronic USA, Inc.

_____  11/21/08
The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware

3

RLF1-3342428-1