**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS INC. and ABBOTT LABORATORIES INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 98-80 (SLR) (Consolidated with C.A. No. 98-314 (SLR) and C.A. No. 98-316 (SLR)) |
| v. | ) ) | |
| MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC., | ) ) ) | |
| Defendants. | ) ) ) ) | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties Abbott Cardiovascular Systems Inc., Abbott Laboratories Inc., Medtronic Vascular, Inc., and Medtronic USA, Inc., by and through their undersigned counsel, do hereby stipulate and agree as follows:

1.     All claims and counterclaims asserted in this action are dismissed with prejudice; and

2.     Each party shall bear its own costs and attorneys fees with respect to the matters dismissed hereby.

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19899
(302) 651-7509
*Attorneys for Plaintiffs Abbott Cardiovascular
Systems Inc. and Abbott Laboratories Inc*

/s/ Karen Jacobs Louden
Karen Jacobs Louden (#2881)
klouden@mnat.com
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1374
(302) 658-9200
*Attorneys for Defendants Medtronic
Vascular, Inc. and Medtronic USA, Inc.*

**SO ORDERED this** _____ **day of** _____ **2009.**

_____
**Hon. Sue L. Robinson, U.S.D.C.**

RLF1-3419439-1